**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Lucky Brand Dungarees, LLC | Case No. 20-11768 (CSS) |
| Debtors. | |

## NOTICE OF DEMAND FOR RECLAMATION BY BUSANA APPAREL PTD LTD

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. §§ 503 and 546, and applicable non-bankruptcy law, Busana Apparel PTD LTD ("Busana"), by and through its counsel, hereby serves its written demand for reclamation of goods, along with documents related to the subject goods, upon Lucky Brand Dungarees, LLC and related Debtors ("Debtors").  The amount of Busana's Reclamation Demand is $64,400.00.  A true and correct copy of documents demonstrating Busana's rights under this Notice are attached hereto as Exhibit "1".  By separate correspondence, Busana has served notice of its Reclamation Demand upon Debtor's bankruptcy counsel at Latham & Watkins.

Busana reserves all of its rights with respect to the goods referenced in this notice and reserves the right to assert any additional rights it may have under applicable law, including Busana's right to administrative expense payment status for goods received by the Debtors within twenty (20) days of the petition date pursuant to 11 U.S.C. § 503(b)(9).

1

DATED:  July 23, 2020                    Respectfully submitted,

Busana Apparel PTD LTD

By:   /s/ Victor A. Sahn
      Victor A. Sahn
      Sulmeyer Kupetz
      333 South Grand Avenue, 34th Floor
      Los Angeles, CA 90071
      Email: Vsahn@sulmeyerlaw.com
      Telephone: (213) 626 2311
      Facsimile: (213) 629 4520

      *Counsel for Busana Apparel PTD LTD*

# EXHIBIT 1

GRAND BUILDING 17 PHILIP STREET #05-01
SINGAPORE 048695

## COMMERCIAL INVOICE

CONSIGNEE : LUCKY BRAND DUNGAREES, LLC
540 SOUTH SANTA FE AVENUE
LOS ANGELES
CALIFORNIA 90013

BILL TO : LUCKY BRAND DUNGAREES, LLC
540 SOUTH SANTA FE AVENUE
LOS ANGELES
CALIFORNIA 90013

LF CENTENNIAL PTE LTD. AS BUYING AGENT
FOR AND ON BEHALF OF LUCKY BRAND DUNGAREES, LLC

1st NOTIFY PARTY   DHL Global Forwarding
Americas Gateway MIA
1801 NW 82 Avenue
Doral (MIAMI) FL 33126
mia.apparel.cc@dhl.com
lluce@luckybrand.com
dylp@luckybrand.com
Tel. 786-264-3500

INVOICE NO. : BAPL/LB/0085/2020
DATE : JUNE 11, 2020

2nd NOTIFY PARTY   LUCKY BRAND DUNGAREES, LLC
540 S SANTA FE AVE
LOS ANGELES CA 90013 US

TERMS OF PAYMENT : OA 45 DAYS
FREIGHT TERMS :

| | | | | |
|---|---|---|---|---|
| SHIPPED FROM : | INDONESIA | VIA | INDONESIA | TO   NORTH LAS VEGAS, NV |
| SHIP MODE : | BY SEA | FCR NO. | FCR20201043886 | |
| ON OR ABOUT : | JUNE 15, 2020 | PER | EVER BLESS 0881-011B | |

DIVISION : LUCKY BRAND            SEASON : SUMMER 2020

| MARKS AND NOS. | DESCRIPTION | QUANTITY (PCS) | PRICE PER PIECE US $ | | | | AMOUNT IN US $ | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | FACTORY PRICE | MIDDLEMAN CHARGES | TOTAL   PRICE | | TOTAL VALUE FOR CUSTOMS PURPOSES | MIDDLEMAN AMOUNT | TOTAL AMOUNT |
| From :          To : <br> PO # : <br> Dept#: <br> Vendor Style   Sz / Sz Ratio   Color   Total Units <br> Store Ready : Yes   Carton # :   of <br> Pre/ticked : Yes   Country Of Origin : Indonesia | COUNTRY OF ORIGIN : INDONESIA <br> WAREHOUSE : T2 <br> LADIES  WOVEN GARMENTS <br> FOR LUCKY BRAND DUNGAREES DIVISION, SUMMER 2020 SEASON <br> DESCRIPTION : BLOUSE <br> FIBER CONT : 100PCT RAYON <br> PM NO        : 20-NLUCB08-0925-1 <br> P.O. NO.      : 1J09100        STYLE NO.   :   7W44235U4 <br> QUOTA CAT.   : 641 | 5,946 | $10.03 | $0.87 | $10.90 | | $59,638.38 | $5,173.02 | FCA INDONESIA <br><br> $64,811.40 |
| | COLOR | XS  S  M  L  XL | QTY PER PPK | TOTAL PPK | | | | | |
| | RDM (610) | 2  2  2 | 6 | 991 | | | | | |
| | THIS SHIPMENT DOES NOT CONTAIN ANY PLASTIC HANGER | | | | | | | | |
| | | 5,946 | | | TOTAL | | $59,638.38 | $5,173.02 | $64,811.40 |

SAY  TOTAL :  U.S. DOLLARS SIXTY FOUR THOUSAND EIGHT HUNDRED ELEVEN AND CENTS FORTY ONLY**

MANUFACTURER'S NAME :
MANUFACTURER'S ADDRESS :            PT UNGARAN SARI GARMENTS
JL. P. DIPONEGORO NO.235
GENUK, UNGARAN BARAT, SEMARANG
JAWA TENGAH 50512 INDONESIA
REMARKS : THIS SHIPMENT DOES NOT CONTAIN SOLID WOOD PACKING MATERIAL
" THESE GOODS ARE SOLD FOR EXPORT TO US ONLY "

BUSANA APPAREL PTE LTD

(AUTHORIZED SIGNATURE)

3

# BUSANA APPAREL PTE LTD

GRAND BUILDING 17 PHILIP STREET #05-01
SINGAPORE 048695

## PACKING LIST

| CONSIGNEE | LUCKY BRAND DUNGAREES, LLC | INVOICE NO. : | BAPL/LB/0085/2020 |
|---|---|---|---|
| | 540 SOUTH SANTA FE AVENUE | DATE    : | JUNE 11, 2020 |
| | LOS ANGELES | | |
| | CALIFORNIA 90013 | | |

BILL TO   LUCKY BRAND DUNGAREES, LLC
540 SOUTH SANTA FE AVENUE
LOS ANGELES
CALIFORNIA 90013

LF CENTENNIAL PTE LTD. AS BUYING AGENT
FOR AND ON BEHALF OF LUCKY BRAND DUNGAREES, LLC

| SHIPPED FROM | INDONESIA | VIA | INDONESIA | TO | NORTH LAS VEGAS, NV |
|---|---|---|---|---|---|
| ON OR ABOUT : | JUNE 15, 2020 | PER | EVER BLESS 0881-011B | | |

| PO NO. | STYLE | CARTON NO. | SHADE | COLOUR | SIZE | | | | | | TOTAL PCS | TTL. CTN | GR. WT KGS | NT. WT KGS | NNT WT KGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | XS | S | M | L | XL | XXL | | | | | |
| 1J09100 | 7W44235U4 | 1 - 939 | A | RDM (610) | | 2 | 2 | 2 | | | 5634 | 939 | 1,361.55 | 845.10 | 788.76 |
| | | 940 - 991 | B | RDM (610) | | 2 | 2 | 2 | | | 312 | 52 | 75.40 | 46.80 | 43.68 |
| | | | | | | | | | | | | | | | |
| G. TOTAL | | | | | | | | | | | 5946 | 991 | 1,436.95 | 891.90 | 832.44 |

SUMMARY

| PO. NO | SHADE | COLOUR | SIZE | | | | | TOTAL PCS |
|---|---|---|---|---|---|---|---|---|
| | | | S | M | L | XL | XXL | |
| | | | | | | | | |
| 1J09100 | | RDM (610) | 1,982 | 1,982 | 1,982 | | | 5,946 |
| | | | | | | | | |
| | | TOTAL | 1,982 | 1,982 | 1,982 | | | 5,946 |

| | | | | |
|---|---|---|---|---|
| TOTAL GROSS WEIGHT | : | 1,436.95 | KGS | |
| TOTAL NET WEIGHT | : | 891.90 | KGS | |
| MEASUREMENT | : | 41 x 29 x 11 | CMS/CTN | |
| | : | 12.96 | CBM | |
| TOTAL CARTON | : | 991 | CARTONS | |

BUSANA APPAREL PTE LTD

(AUTHORIZED SIGNATURE)

4

# FORWARDER'S CARGO RECEIPT



Page 1 of 1

| SHIPPER<br>PT. UNGARAN SARI GARMENTS<br>JL. P. DIPONEGORO NO.235<br>GENUK, UNGARAN BARAT, SEMARANG<br>JAWA TENGAH 50512 Indonesia | **ORIGINAL**<br>NON-NEGOTIABLE<br>**FCR No.: FCR20201043886** | |
|---|---|---|
| CONSIGNEE<br>LUCKY BRAND DUNGAREES, LLC<br>540 SOUTH SANTA FE AVENUE<br>LOS ANGELES, CALIFORNIA 90013 | ALSO NOTIFY PARTY<br>Lucky Brand Dungarees LLC<br>540 S SANTA FE AVE<br>LOS ANGELES CA 90013 US | |
| NOTIFY PARTY<br>DHL Global Forwarding<br>Americas Gateway MIA<br>1801 NW 82 Avenue<br>Doral (Miami) FL 33126<br>mia.apparel.cc@dhl.com,lluce@luckybrand.com,dyip@luckybrand.com,Tel. 786-264-3500 | PLACE OF ISSUE<br>Semarang, Indonesia | DATE OF ISSUE<br>19 Jun 2020 |
| | COUNTRY OF ORIGIN<br>Indonesia | COUNTRY OF DESTINATION<br>United States |
| VESSEL/VEHICLE: EVER EAGLE<br>VOYAGE/TRIP: 0008-149E<br>CARRIER: Evergreen<br>ORIGIN: Semarang, Indonesia<br>LOAD: Semarang, Indonesia<br>DISCHARGE: Los Angeles, United States<br>DESTINATION: Los Angeles, United States | TERMS OF DELIVERY AND PAYMENT<br>CONTAINER YARD<br>Collect<br>SO #.: 202035168431 | |

| TOTAL GROSS WEIGHT: | 1,436.95 KGS |
|---|---|
| TOTAL MEASUREMENT: | 12.960 CBM |
| TOTAL NO. OF PKGS: | 991 CTNS |

**DESCRIPTION OF PACKAGES AND GOODS**

| MARKS AND NUMBERS | PO Number | Product Code | No. of Qty. | PARTICULAR FURNISHED BY SHIPPER |
|---|---|---|---|---|
| From : To :<br>PO# :<br>Dept# :<br>Vendor Style  Sz/Sz Ratio  Color  Total Unit<br>Store Ready : Yes  Carton# :  of<br>Preticketed : Yes   Country Of origin : Indonesia<br><br>CARGO RECEIVED DATE : June 11, 2020<br>EISU2163521/EMCFPV3599/20' | 1J09100 | 7W44235U4 | 991 | 991 CARTON CONTAINING OF LADIES WOVEN GARMENTS FOR LUCKY BRAND DUNGAREES DIVISION, SUMMER 2020 SEASON<br><br>DESCRIPTION : BLOUSE<br>FIBER CONT : 100PCT RAYON<br>PO. NO. 1J09100<br>STYLE. 7W44235U4 5,946 PCS<br><br>INVOICE NO. 2892/UGI/2020<br>BAPL INV NO : BAPL/LB/0085/2020<br><br>SHIPPED ON BOARD EVER BLESS<br>V.0881-011B<br>ON 15 JUNE 2020 FROM SEMARANG |

DHL ISC (HONG KONG) LIMITED ("DHL") HEREBY ACKNOWLEDGES RECEIPT FOR AND ON BEHALF OF THE CONSIGNEE NAMED HEREINABOVE THE PACKAGE(S) AND/OR OTHER SHIPPING UNIT(S) SAID TO HAVE CONTAINED THE GOODS DESCRIBED HEREINABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED TO THE CONTRARY. THE SHIPPER, CONSIGNEE AND ALL OTHER PARTIES WHO HAVE OR MAY HAVE AN INTEREST IN THE GOODS ("THE CARGO OWNERS") ARE HEREBY PUT ON ACTUAL NOTICE THAT BY DELIVERING THE GOODS INTO THE CUSTODY OF DHL IN EXCHANGE OF THIS RECEIPT, THE CARGO OWNERS HEREBY INDIVIDUALLY AND COLLECTIVELY IRREVOCABLE AGREE THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS SHALL BE CARRIED OUT IN ACCORDANCE WITH AND BE SUBJECT TO ALL THE TERMS AND CONDITIONS PRINTED ON THE REVERSE SIDE OF THIS RECEIPT AND ALL THE CARGO OWNERS HEREBY INDIVIDUALLY AND COLLECTIVELY IRREVOCABLY AGREE TO BE BOUND BY ALL OF THE SAME. THIS RECEIPT SHALL NOT BE DEEMED TO HAVE BEEN VALIDLY ISSUED BY DHL UNLESS THE SAME BEARS THE OFFICIAL STAMP OF DHL PRINTED IN ITS DESIGNATED FORMAT BY DHL. DHL SHALL HAVE NO RESPONSIBILITY OR LIABILITY OF WHATSOEVER KIND OR NATURE, WHETHER IN LAW OR EQUITY, TOWARDS ANY OR ALL OF THE CARGO OWNERS AND/OR ANY OTHER PARTY THAT MAY POSSIBLY BE INTERESTED IN THE GOODS UNLESS A DULY VALIDLY ISSUED RECEIPT HAS BEEN ISSUED BY DHL IN EXCHANGE FOR THE GOODS.

SHIPPED ON BOARD

15 JUN 2020

PT. DHL GLOBAL FORWARDING INDONESIA



BY:

# FINISHED GOODS PURCHASE ORDER

Bill To: LUCKY BRAND DUNGAREES
ATTN: ACCOUNTS PAYABLE
540 SOUTH SANTA FE AVENUE
LOS ANGELES, CA 90013
Phone: (213) 443-5700

| Division: 08 | |
|---|---|
| P.O. # | **1J09100** |

This P.O. number and Account Name must appear on all Invoices B/L, Packages, Delivery slips and Correspondence.

Issue Date: **05/06/20**
Last Rev. Date: **05/12/20**
Page: **1 of 1**

Vendor Address: **BUSANA APPAREL PTE LTD**
**Grand Building**
**17 Philip St #05-01**
**Singapore 048695**
**SINGAPORE**

Factory Address: **P.T. UNGARAN SARI GARMENTS-UNGARAN**
**JL. Diponegoro No.235**
**Genuk, Ungara Barat,**
**Semarang**
**INDONESIA**

Ship To/Consignee:
**TJ Maxx Distr Ctr #892**
**4100 East Lone Mountain RD**
**North Las Vegas  NV 89081**
**UNITED STATES**

**Contact Person: CAROLINA FONDEUR**
**Contact Phone : 213-443-5780**

**Clause:** By accepting this Work Order and Signing the Lucky Brand Dungarees Policy and Procedure Acknowledgment Form, you understand that the transactions covered by this source order shall be subject to and governed by the terms and conditions set forth in the Lucky Brand Dungarees Supplier Manual and the Lucky Brand Dungarees Universal Terms and Conditions, each in the form previously delivered to you by Lucky Brand Dungarees and as the same may be amended or modified by Lucky Brand Dungarees from time to time.

| Payment Terms | | Ship Via | Season | Ship Cancel/Due Date | Shipping Terms | PO Type | |
|---|---|---|---|---|---|---|---|
| NET 90 DAYS | | XX-VESSEL | 2020 SUMMER | 06/12/20 | FOB | Regular | |

| Style | Color | Size Scale | | | Unit Qty | Unit Price | Total USD |
|---|---|---|---|---|---|---|---|
| 7W44235U4 | RDM #610 | FLORAL BANDED BOTTOM PPK RED MULTI GXX | | 06/12/20 | | | |
| 001-0    ND | | PPK 1000 | **Number of Pre-Packs** | | 6000 | 10.90 | 65400.00 |

**Pre-Pack Size Breakdown**

| Item - Ratio | PPK | XS | S | M | L | XL | XXL | Ttl Qty Per PPK | Cost Per PPK |
|---|---|---|---|---|---|---|---|---|---|
| 7W44235 | RDM ND | | 2 | 2 | 2 | | | 6 | 65.40 |

Vendor Notes:
CUSTOMER PO# 20 148965

The hangtag currency for this PO is US DOLLARS.

PO Approval: Approved
Authorized Signature: _____

| | TOTAL PRE-PACKS: | |
|---|---|---|
| * * * US DOLLARS * * * | 1000 | $65400.00 |

Packing Slip must accompany all shipments. Please Ship the above order subject to the terms noted hereon.

fc 07 poprtt.lisc 190511, 05/12/20 18:11 sjlmar99