# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lucky Brand Dungarees, LLC | Case No. 20-11768 (CSS) |
| Debtors. | Jointly administered |
| | **REQUEST FOR SPECIAL NOTICE** |

## REQUEST FOR NOTICES AND OTHER PAPERS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002

**TO: THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST**

PLEASE TAKE NOTICE that ACCENTURE, LLP**,** creditor in the above captioned case hereby requests, pursuant to Bankruptcy Rule 2002(g) and (i), that copies of all notices in said case, whether mailed or otherwise, be mailed to the following address:

Damon Newman, Esq.
Edwards Maxson Mago & Macaulay, LLP
River Point
444 W. Lake Street
17th Floor
Chicago, IL 60606
(312) 803-0378
E-Mail: dnewman@em3law.com

This request encompasses all notices, copies and pleadings referred to Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petition, Pleadings, Requests, Applications, Schedules, Statements, Plans

and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case

Dated: July 24, 2020                                    Edwards Maxson Mago & Macaulay, LLP

By: /s/ Damon Newman
Damon Newman
Attorney for Accenture, LLP