# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Lucky Brand Dungarees, LLC, *et al.*,[1] | : | Case No. 20-11768 (CSS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Re: Docket Nos. 14, 93, 173, 176 & 238** |

## CERTIFICATION OF COUNSEL SUBMITTING FINAL ORDER (I) AUTHORIZING DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO THE PREPETITION LENDERS, (III) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (IV) MODIFYING THE AUTOMATIC STAY, (V) SCHEDULING A FINAL HEARING AND (VI) GRANTING RELATED RELIEF

1. On July 3, 2020, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Lenders, (III) Granting Liens and Superpriority Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief* [Docket No. 14] (the "**Motion**"). On July 7, 2020, the Court entered an Order [Docket No. 93] (the "**Interim Order**") granting the relief requested in the Motion on an interim basis. Pursuant to the Interim Order, the deadline to file objections or respond to approval of the Motion on a final basis was 4:00 p.m. (ET) on July 23, 2020 (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

"**Objection Deadline**").[2]

2.     On July 29, 2020, the Debtors filed the *Notice of Filing of Proposed Final DIP Order* [Docket No. 238] (the "**Final Order**").

3.     Prior to the Objection Deadline, the Debtors received informal comments from various landlords represented by Ballard Spahr LLP (collectively, the "**Landlords**"), the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), the Official Committee of Unsecured Creditors (the "**Committee**"), Chubb Insurance ("**Chubb**"), and Comenity Capital Bank ("**Comenity**").  Additionally, on July 23, 2020, certain Texas taxing authorities (the "**Texas Taxing Authorities**") filed a formal objection to the Motion [Docket No. 173] and certain Texas taxing entities (the "**Texas Taxing Entities**" and, collectively with the Landlords, the U.S. Trustee, the Committee, Chubb, Comenity, and the Texas Taxing Authorities, the "**Objecting Parties**") filed a limited objection and reservation of rights [Docket No. 176]. No other formal or informal responses or objections to the Motion were received prior to the Objection Deadline.

4.     Following discussions amongst the parties, the Debtors have resolved any outstanding issues regarding approval of the Motion on a final basis.  Thus, the Final Order submitted at Docket No. 238 and attached hereto as **Exhibit A** is fully consensual.  For the convenience of the Court, a blackline comparing the Final Order against the Interim Order is attached hereto as **Exhibit B**.

---

[2]  The Objection Deadline was extended for (i) the Official Committee of Unsecured Creditors and certain of the Landlords until July 27, 2020, and (ii) the United States Trustee for the District of Delaware until July 28, 2020.

WHEREFORE, the Debtors respectfully request the entry of the Final Order, substantially in the form attached hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: July 29, 2020
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Joseph M. Mulvihill (No. 6061)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
kcoyle@ycst.com
amagaziner@ycst.com
jmulvihill@ycst.com

- and -

**LATHAM & WATKINS LLP**
George A. Davis (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
jon.weichselbaum@lw.com
brian.rosen@lw.com

- and -

Ted A. Dillman (admitted *pro hac vice*)
Chris Craige (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: ted.dillman@lw.com
chris.craige@lw.com

*Counsel for Debtors and Debtors in Possession*