# EXHIBIT A

**Resident Ledger**

| | | |
|---|---|---|
| | Date: | 08/03/2020 |
| | Resident Code: | t0000378 |
| | Property: | r3019800 |
| | Unit: | H-02 |
| **LUCKY BRAND JEANS** | Status: | Current |
| DBA: Lucky Brand Jeans # 941-33690 | Rent: | $0.00 |
| c/o Lucky Brand Lease Services | Deposit: | |
| Westerville, OH, 43082 | Move In Date: | 09/03/2013 |
| | Move Out Date: | 01/01/0001 |
| | Due Day: | 1 |
| | Tel Num(Office): | |
| | Tel Num(Home): | |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | Balance Forward | 0.00 | 0.00 | 0.00 |
| 01/01/19 | 0 - Base Rent Retail | 10,504.67 | 0.00 | 10,504.67 |
| 01/01/19 | 0 - CAM Recovery | 2,178.38 | 0.00 | 12,683.05 |
| 01/01/19 | 0 - Insurance Recovery | 136.15 | 0.00 | 12,819.20 |
| 01/01/19 | 0 - Promotion Fund Charge | 240.33 | 0.00 | 13,059.53 |
| 01/01/19 | 0 - RE Tax Recovery | 1,033.13 | 0.00 | 14,092.66 |
| 01/01/19 | 0 - 4.17% Tax applied to Ctrl 1716943 | 437.62 | 0.00 | 14,530.28 |
| 01/01/19 | 0 - 4.17% Tax applied to Ctrl 1716944 | 90.75 | 0.00 | 14,621.03 |
| 01/01/19 | 0 - 4.17% Tax applied to Ctrl 1716945 | 5.67 | 0.00 | 14,626.70 |
| 01/01/19 | 0 - 4.17% Tax applied to Ctrl 1716946 | 10.01 | 0.00 | 14,636.71 |
| 01/01/19 | 0 - 4.17% Tax applied to Ctrl 1716947 | 43.04 | 0.00 | 14,679.75 |
| 01/03/19 | Chk# 6000006063 | 0.00 | 14,679.76 | (0.01) |
| 01/21/19 | 11/20/18-12/19/18 Elect | 1,404.85 | 0.00 | 1,404.84 |
| 01/28/19 | Chk# 11185249 | 0.00 | 1,404.85 | (0.01) |
| 02/01/19 | 0 - Base Rent Retail | 10,819.67 | 0.00 | 10,819.66 |
| 02/01/19 | 0 - CAM Recovery | 2,178.38 | 0.00 | 12,998.04 |
| 02/01/19 | 0 - Insurance Recovery | 136.15 | 0.00 | 13,134.19 |
| 02/01/19 | 0 - Promotion Fund Charge | 240.33 | 0.00 | 13,374.52 |
| 02/01/19 | 0 - RE Tax Recovery | 1,033.13 | 0.00 | 14,407.65 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1796945 | 450.75 | 0.00 | 14,858.40 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1796946 | 90.75 | 0.00 | 14,949.15 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1796947 | 5.67 | 0.00 | 14,954.82 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1796948 | 10.01 | 0.00 | 14,964.83 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1796949 | 43.04 | 0.00 | 15,007.87 |
| 02/01/19 | 0 - CAM Recovery | 2,287.30 | 0.00 | 17,295.17 |
| 02/01/19 | 0 - Reversed CAM Recovery | (2,178.38) | 0.00 | 15,116.79 |
| 02/01/19 | 0 - CAM Recovery | 2,287.30 | 0.00 | 17,404.09 |
| 02/01/19 | 0 - Reversed CAM Recovery | (2,178.38) | 0.00 | 15,225.71 |
| 02/01/19 | 0 - Insurance Recovery | 139.41 | 0.00 | 15,365.12 |
| 02/01/19 | 0 - Reversed Insurance Recovery | (136.15) | 0.00 | 15,228.97 |
| 02/01/19 | 0 - Insurance Recovery | 139.41 | 0.00 | 15,368.38 |
| 02/01/19 | 0 - Reversed Insurance Recovery | (136.15) | 0.00 | 15,232.23 |
| 02/01/19 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 15,479.77 |
| 02/01/19 | 0 - Reversed Promotion Fund Charge | (240.33) | 0.00 | 15,239.44 |
| 02/01/19 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 15,486.98 |
| 02/01/19 | 0 - Reversed Promotion Fund Charge | (240.33) | 0.00 | 15,246.65 |
| 02/01/19 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 16,249.34 |
| 02/01/19 | 0 - Reversed RE Tax Recovery | (1,033.13) | 0.00 | 15,216.21 |
| 02/01/19 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 16,218.90 |
| 02/01/19 | 0 - Reversed RE Tax Recovery | (1,033.13) | 0.00 | 15,185.77 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841480 | 95.29 | 0.00 | 15,281.06 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841481 | (90.75) | 0.00 | 15,190.31 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841482 | 95.29 | 0.00 | 15,285.60 |

35608789.1

| Date | Description | Charge | Payment | Balance |
|---|---|---:|---:|---:|
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841483 | (90.75) | 0.00 | 15,194.85 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841484 | 5.81 | 0.00 | 15,200.66 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841485 | (5.67) | 0.00 | 15,194.99 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841486 | 5.81 | 0.00 | 15,200.80 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841487 | (5.67) | 0.00 | 15,195.13 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841488 | 10.31 | 0.00 | 15,205.44 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841489 | (10.01) | 0.00 | 15,195.43 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841490 | 10.31 | 0.00 | 15,205.74 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841491 | (10.01) | 0.00 | 15,195.73 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841492 | 41.77 | 0.00 | 15,237.50 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841493 | (43.04) | 0.00 | 15,194.46 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841494 | 41.77 | 0.00 | 15,236.23 |
| 02/01/19 | 0 - 4.17% Tax applied to Ctrl 1841495 | (43.04) | 0.00 | 15,193.19 |
| 02/04/19 | Chk# 6000006547 | 0.00 | 15,007.89 | 185.30 |
| 02/12/19 | Chk# 11274175 | 0.00 | 1,360.45 | (1,175.15) |
| 02/18/19 | 12/20/18-1/18/19 Electric | 1,360.45 | 0.00 | 185.30 |
| 03/01/19 | 0 - Base Rent Retail | 10,819.67 | 0.00 | 11,004.97 |
| 03/01/19 | 0 - CAM Recovery | 2,287.30 | 0.00 | 13,292.27 |
| 03/01/19 | 0 - Insurance Recovery | 139.41 | 0.00 | 13,431.68 |
| 03/01/19 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 13,679.22 |
| 03/01/19 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 14,681.91 |
| 03/01/19 | 0 - 4.17% Tax applied to Ctrl 1875941 | 450.75 | 0.00 | 15,132.66 |
| 03/01/19 | 0 - 4.17% Tax applied to Ctrl 1875942 | 95.29 | 0.00 | 15,227.95 |
| 03/01/19 | 0 - 4.17% Tax applied to Ctrl 1875943 | 5.81 | 0.00 | 15,233.76 |
| 03/01/19 | 0 - 4.17% Tax applied to Ctrl 1875944 | 10.31 | 0.00 | 15,244.07 |
| 03/01/19 | 0 - 4.17% Tax applied to Ctrl 1875945 | 41.77 | 0.00 | 15,285.84 |
| 03/07/19 | 1/19/19-2/19/19 Electric | 1,385.51 | 0.00 | 16,671.35 |
| 03/11/19 | Chk# 6000007019 | 0.00 | 15,007.88 | 1,663.47 |
| 03/18/19 | Chk# 11404951 | 0.00 | 1,385.51 | 277.96 |
| 04/01/19 | 0 - Base Rent Retail | 10,819.67 | 0.00 | 11,097.63 |
| 04/01/19 | 0 - CAM Recovery | 2,287.30 | 0.00 | 13,384.93 |
| 04/01/19 | 0 - Insurance Recovery | 139.41 | 0.00 | 13,524.34 |
| 04/01/19 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 13,771.88 |
| 04/01/19 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 14,774.57 |
| 04/01/19 | 0 - 4.17% Tax applied to Ctrl 1931757 | 450.75 | 0.00 | 15,225.32 |
| 04/01/19 | 0 - 4.17% Tax applied to Ctrl 1931758 | 95.29 | 0.00 | 15,320.61 |
| 04/01/19 | 0 - 4.17% Tax applied to Ctrl 1931759 | 5.81 | 0.00 | 15,326.42 |
| 04/01/19 | 0 - 4.17% Tax applied to Ctrl 1931760 | 10.31 | 0.00 | 15,336.73 |
| 04/01/19 | 0 - 4.17% Tax applied to Ctrl 1931761 | 41.77 | 0.00 | 15,378.50 |
| 04/01/19 | 2/20/19-3/20/19 Electric | 1,385.73 | 0.00 | 16,764.23 |
| 04/08/19 | Chk# 6000007443 | 0.00 | 14,987.08 | 1,777.15 |
| 04/19/19 | Chk# 11569770 | 0.00 | 1,385.73 | 391.42 |
| 04/25/19 | 2018 YE CAM Rec Adjustment | 1,011.05 | 0.00 | 1,402.47 |
| 04/25/19 | 2018 YE INS Rec Adjustment | 161.13 | 0.00 | 1,563.60 |
| 04/25/19 | 2018 YE RET Rec Adjustment | (340.60) | 0.00 | 1,223.00 |
| 04/25/19 | 4.17% Tax applied to Ctrl 2043067 | 42.12 | 0.00 | 1,265.12 |
| 04/25/19 | 4.17% Tax applied to Ctrl 2043068 | 6.71 | 0.00 | 1,271.83 |
| 04/25/19 | 4.17% Tax applied to Ctrl 2043069 | (14.19) | 0.00 | 1,257.64 |
| 05/01/19 | 0 - Base Rent Retail | 10,819.67 | 0.00 | 12,077.31 |
| 05/01/19 | 0 - CAM Recovery | 2,287.30 | 0.00 | 14,364.61 |
| 05/01/19 | 0 - Insurance Recovery | 139.41 | 0.00 | 14,504.02 |
| 05/01/19 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 14,751.56 |
| 05/01/19 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 15,754.25 |
| 05/01/19 | 0 - 4.17% Tax applied to Ctrl 1979463 | 450.75 | 0.00 | 16,205.00 |
| 05/01/19 | 0 - 4.17% Tax applied to Ctrl 1979464 | 95.29 | 0.00 | 16,300.29 |
| 05/01/19 | 0 - 4.17% Tax applied to Ctrl 1979465 | 5.81 | 0.00 | 16,306.10 |
| 05/01/19 | 0 - 4.17% Tax applied to Ctrl 1979466 | 10.31 | 0.00 | 16,316.41 |
| 05/01/19 | 0 - 4.17% Tax applied to Ctrl 1979467 | 41.77 | 0.00 | 16,358.18 |
| 05/01/19 | 3/21/19-4/18/19 Electric | 1,371.93 | 0.00 | 17,730.11 |

35608789.1

| Date | Description | Charge | Payment | Balance |
|---|---|---:|---:|---:|
| 05/06/19 | Chk# 6000007856 | 0.00 | 14,924.68 | 2,805.43 |
| 05/17/19 | Chk# 11696572 | 0.00 | 1,371.93 | 1,433.50 |
| 06/01/19 | 0 - Base Rent Retail | 10,819.67 | 0.00 | 12,253.17 |
| 06/01/19 | 0 - CAM Recovery | 2,287.30 | 0.00 | 14,540.47 |
| 06/01/19 | 0 - Insurance Recovery | 139.41 | 0.00 | 14,679.88 |
| 06/01/19 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 14,927.42 |
| 06/01/19 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 15,930.11 |
| 06/01/19 | 0 - 4.17% Tax applied to Ctrl 2076499 | 450.75 | 0.00 | 16,380.86 |
| 06/01/19 | 0 - 4.17% Tax applied to Ctrl 2076500 | 95.29 | 0.00 | 16,476.15 |
| 06/01/19 | 0 - 4.17% Tax applied to Ctrl 2076501 | 5.81 | 0.00 | 16,481.96 |
| 06/01/19 | 0 - 4.17% Tax applied to Ctrl 2076502 | 10.31 | 0.00 | 16,492.27 |
| 06/01/19 | 0 - 4.17% Tax applied to Ctrl 2076503 | 41.77 | 0.00 | 16,534.04 |
| 06/03/19 | Chk# 6000008140 | 0.00 | 14,987.08 | 1,546.96 |
| 06/17/19 | 4/19/19-5/20/19 Electric | 1,790.29 | 0.00 | 3,337.25 |
| 06/20/19 | Chk# 11848033 | 0.00 | 1,790.29 | 1,546.96 |
| 07/01/19 | 0 - Base Rent Retail (7/2019) | 10,819.67 | 0.00 | 12,366.63 |
| 07/01/19 | 0 - CAM Recovery (7/2019) | 2,287.30 | 0.00 | 14,653.93 |
| 07/01/19 | 0 - Insurance Recovery (7/2019) | 139.41 | 0.00 | 14,793.34 |
| 07/01/19 | 0 - Promotion Fund Charge (7/2019) | 247.54 | 0.00 | 15,040.88 |
| 07/01/19 | 0 - RE Tax Recovery (7/2019) | 1,002.69 | 0.00 | 16,043.57 |
| 07/01/19 | 0 - 4.17% Tax applied to Ctrl 2125239 | 450.75 | 0.00 | 16,494.32 |
| 07/01/19 | 0 - 4.17% Tax applied to Ctrl 2125240 | 95.29 | 0.00 | 16,589.61 |
| 07/01/19 | 0 - 4.17% Tax applied to Ctrl 2125241 | 5.81 | 0.00 | 16,595.42 |
| 07/01/19 | 0 - 4.17% Tax applied to Ctrl 2125242 | 10.31 | 0.00 | 16,605.73 |
| 07/01/19 | 0 - 4.17% Tax applied to Ctrl 2125243 | 41.77 | 0.00 | 16,647.50 |
| 07/08/19 | Chk# 6000008513 | 0.00 | 14,987.08 | 1,660.42 |
| 07/15/19 | 5/21/19-6/19/19 Electric | 2,129.12 | 0.00 | 3,789.54 |
| 07/29/19 | Chk# 12004579 | 0.00 | 2,129.12 | 1,660.42 |
| 07/29/19 | 6/20/19-7/19/19 Electric | 2,372.16 | 0.00 | 4,032.58 |
| 08/01/19 | 0 - Base Rent Retail | 10,819.67 | 0.00 | 14,852.25 |
| 08/01/19 | 0 - CAM Recovery | 2,287.30 | 0.00 | 17,139.55 |
| 08/01/19 | 0 - Insurance Recovery | 139.41 | 0.00 | 17,278.96 |
| 08/01/19 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 17,526.50 |
| 08/01/19 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 18,529.19 |
| 08/01/19 | 0 - 4.17% Tax applied to Ctrl 2190552 | 450.75 | 0.00 | 18,979.94 |
| 08/01/19 | 0 - 4.17% Tax applied to Ctrl 2190553 | 95.29 | 0.00 | 19,075.23 |
| 08/01/19 | 0 - 4.17% Tax applied to Ctrl 2190554 | 5.81 | 0.00 | 19,081.04 |
| 08/01/19 | 0 - 4.17% Tax applied to Ctrl 2190555 | 10.31 | 0.00 | 19,091.35 |
| 08/01/19 | 0 - 4.17% Tax applied to Ctrl 2190556 | 41.77 | 0.00 | 19,133.12 |
| 08/05/19 | Chk# 6000009060 | 0.00 | 14,987.08 | 4,146.04 |
| 08/15/19 | Chk# 12091667 | 0.00 | 2,372.16 | 1,773.88 |
| 09/01/19 | 0 - Base Rent Retail | 10,819.67 | 0.00 | 12,593.55 |
| 09/01/19 | 0 - CAM Recovery | 2,287.30 | 0.00 | 14,880.85 |
| 09/01/19 | 0 - Insurance Recovery | 139.41 | 0.00 | 15,020.26 |
| 09/01/19 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 15,267.80 |
| 09/01/19 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 16,270.49 |
| 09/01/19 | 0 - 4.17% Tax applied to Ctrl 2283557 | 450.75 | 0.00 | 16,721.24 |
| 09/01/19 | 0 - 4.17% Tax applied to Ctrl 2283558 | 95.29 | 0.00 | 16,816.53 |
| 09/01/19 | 0 - 4.17% Tax applied to Ctrl 2283559 | 5.81 | 0.00 | 16,822.34 |
| 09/01/19 | 0 - 4.17% Tax applied to Ctrl 2283560 | 10.31 | 0.00 | 16,832.65 |
| 09/01/19 | 0 - 4.17% Tax applied to Ctrl 2283561 | 41.77 | 0.00 | 16,874.42 |
| 09/09/19 | Chk# 6000009461 - CK #6000009461 | 0.00 | 14,213.96 | 2,660.46 |
| 09/16/19 | 7/20/19-8/20/19 Electric | 2,766.52 | 0.00 | 5,426.98 |
| 09/20/19 | Chk# 12244370 | 0.00 | 2,766.52 | 2,660.46 |
| 10/01/19 | 0 - Base Rent Retail | 10,819.67 | 0.00 | 13,480.13 |
| 10/01/19 | 0 - CAM Recovery | 2,287.30 | 0.00 | 15,767.43 |
| 10/01/19 | 0 - Insurance Recovery | 139.41 | 0.00 | 15,906.84 |
| 10/01/19 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 16,154.38 |
| 10/01/19 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 17,157.07 |

| Date | Description | Charge | Credit | Balance |
|---|---|---:|---:|---:|
| 10/01/19 | 0 - 4.17% Tax applied to Ctrl 2324887 | 450.75 | 0.00 | 17,607.82 |
| 10/01/19 | 0 - 4.17% Tax applied to Ctrl 2324888 | 95.29 | 0.00 | 17,703.11 |
| 10/01/19 | 0 - 4.17% Tax applied to Ctrl 2324889 | 5.81 | 0.00 | 17,708.92 |
| 10/01/19 | 0 - 4.17% Tax applied to Ctrl 2324890 | 10.31 | 0.00 | 17,719.23 |
| 10/01/19 | 0 - 4.17% Tax applied to Ctrl 2324891 | 41.77 | 0.00 | 17,761.00 |
| 10/01/19 | Revrs 2019 YE RET Rec Adjust | 340.60 | 0.00 | 18,101.60 |
| 10/01/19 | Revise 2019 YE RET Rec Adjust | (1,913.25) | 0.00 | 16,188.35 |
| 10/01/19 | 4.17% Tax applied to Ctrl 2466322 | 14.19 | 0.00 | 16,202.54 |
| 10/01/19 | 4.17% Tax applied to Ctrl 2466323 | (79.71) | 0.00 | 16,122.83 |
| 10/03/19 | 8/21/19-9/18/19 Electric | 2,313.35 | 0.00 | 18,436.18 |
| 10/08/19 | Chk# 6000009913 | 0.00 | 14,987.08 | 3,449.10 |
| 10/15/19 | Chk# 12334210 | 0.00 | 2,313.35 | 1,135.75 |
| 11/01/19 | 0 - Base Rent Retail | 10,819.67 | 0.00 | 11,955.42 |
| 11/01/19 | 0 - CAM Recovery | 2,287.30 | 0.00 | 14,242.72 |
| 11/01/19 | 0 - Insurance Recovery | 139.41 | 0.00 | 14,382.13 |
| 11/01/19 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 14,629.67 |
| 11/01/19 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 15,632.36 |
| 11/01/19 | 0 - 4.17% Tax applied to Ctrl 2435471 | 450.75 | 0.00 | 16,083.11 |
| 11/01/19 | 0 - 4.17% Tax applied to Ctrl 2435472 | 95.29 | 0.00 | 16,178.40 |
| 11/01/19 | 0 - 4.17% Tax applied to Ctrl 2435473 | 5.81 | 0.00 | 16,184.21 |
| 11/01/19 | 0 - 4.17% Tax applied to Ctrl 2435474 | 10.31 | 0.00 | 16,194.52 |
| 11/01/19 | 0 - 4.17% Tax applied to Ctrl 2435475 | 41.77 | 0.00 | 16,236.29 |
| 11/12/19 | Chk# 6000010291 | 0.00 | 14,987.08 | 1,249.21 |
| 11/18/19 | 9/19/19-10/18/19 Electric | 2,119.86 | 0.00 | 3,369.07 |
| 11/25/19 | Chk# 12551112 | 0.00 | 2,119.86 | 1,249.21 |
| 12/01/19 | 0 - Base Rent Retail | 10,819.67 | 0.00 | 12,068.88 |
| 12/01/19 | 0 - CAM Recovery | 2,287.30 | 0.00 | 14,356.18 |
| 12/01/19 | 0 - Insurance Recovery | 139.41 | 0.00 | 14,495.59 |
| 12/01/19 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 14,743.13 |
| 12/01/19 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 15,745.82 |
| 12/01/19 | 0 - 4.17% Tax applied to Ctrl 2498512 | 450.75 | 0.00 | 16,196.57 |
| 12/01/19 | 0 - 4.17% Tax applied to Ctrl 2498513 | 95.29 | 0.00 | 16,291.86 |
| 12/01/19 | 0 - 4.17% Tax applied to Ctrl 2498514 | 5.81 | 0.00 | 16,297.67 |
| 12/01/19 | 0 - 4.17% Tax applied to Ctrl 2498515 | 10.31 | 0.00 | 16,307.98 |
| 12/01/19 | 0 - 4.17% Tax applied to Ctrl 2498516 | 41.77 | 0.00 | 16,349.75 |
| 12/09/19 | Chk# 6000010676 | 0.00 | 14,987.08 | 1,362.67 |
| 12/13/19 | 10/19/19-11/18/19 Electric | 1,703.23 | 0.00 | 3,065.90 |
| 12/23/19 | Chk# 12698652 | 0.00 | 1,703.23 | 1,362.67 |
| 01/01/20 | 0 - Base Rent Retail | 10,819.67 | 0.00 | 12,182.34 |
| 01/01/20 | 0 - CAM Recovery | 2,287.30 | 0.00 | 14,469.64 |
| 01/01/20 | 0 - Insurance Recovery | 139.41 | 0.00 | 14,609.05 |
| 01/01/20 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 14,856.59 |
| 01/01/20 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 15,859.28 |
| 01/01/20 | 0 - 4.17% Tax applied to Ctrl 2545798 | 450.75 | 0.00 | 16,310.03 |
| 01/01/20 | 0 - 4.17% Tax applied to Ctrl 2545799 | 95.29 | 0.00 | 16,405.32 |
| 01/01/20 | 0 - 4.17% Tax applied to Ctrl 2545800 | 5.81 | 0.00 | 16,411.13 |
| 01/01/20 | 0 - 4.17% Tax applied to Ctrl 2545801 | 10.31 | 0.00 | 16,421.44 |
| 01/01/20 | 0 - 4.17% Tax applied to Ctrl 2545802 | 41.77 | 0.00 | 16,463.21 |
| 01/07/20 | 11/19/19-12/18/19 Electric | 1,314.85 | 0.00 | 17,778.06 |
| 01/08/20 | Chk# 6000011058 | 0.00 | 14,987.08 | 2,790.98 |
| 01/27/20 | Chk# 12845809 | 0.00 | 1,314.85 | 1,476.13 |
| 02/01/20 | 0 - Base Rent Retail | 11,144.00 | 0.00 | 12,620.13 |
| 02/01/20 | 0 - CAM Recovery | 2,287.30 | 0.00 | 14,907.43 |
| 02/01/20 | 0 - Insurance Recovery | 139.41 | 0.00 | 15,046.84 |
| 02/01/20 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 15,294.38 |
| 02/01/20 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 16,297.07 |
| 02/01/20 | 0 - 4.17% Tax applied to Ctrl 2615244 | 464.26 | 0.00 | 16,761.33 |
| 02/01/20 | 0 - 4.17% Tax applied to Ctrl 2615245 | 95.29 | 0.00 | 16,856.62 |
| 02/01/20 | 0 - 4.17% Tax applied to Ctrl 2615246 | 5.81 | 0.00 | 16,862.43 |

| Date | Description | Charge | Payment | Balance |
|---|---|---:|---:|---:|
| 02/01/20 | 0 - 4.17% Tax applied to Ctrl 2615247 | 10.31 | 0.00 | 16,872.74 |
| 02/01/20 | 0 - 4.17% Tax applied to Ctrl 2615248 | 41.77 | 0.00 | 16,914.51 |
| 02/07/20 | Chk# 6000011532 | 0.00 | 15,665.30 | 1,249.21 |
| 02/13/20 | 12/19/19-1/17/20 Electric | 1,288.11 | 0.00 | 2,537.32 |
| 02/18/20 | Chk# 98075 | 0.00 | 1,288.11 | 1,249.21 |
| 03/01/20 | 0 - Base Rent Retail | 11,144.00 | 0.00 | 12,393.21 |
| 03/01/20 | 0 - CAM Recovery | 2,287.30 | 0.00 | 14,680.51 |
| 03/01/20 | 0 - Insurance Recovery | 139.41 | 0.00 | 14,819.92 |
| 03/01/20 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 15,067.46 |
| 03/01/20 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 16,070.15 |
| 03/01/20 | 0 - 4.17% Tax applied to Ctrl 2711850 | 464.26 | 0.00 | 16,534.41 |
| 03/01/20 | 0 - 4.17% Tax applied to Ctrl 2711851 | 95.29 | 0.00 | 16,629.70 |
| 03/01/20 | 0 - 4.17% Tax applied to Ctrl 2711852 | 5.81 | 0.00 | 16,635.51 |
| 03/01/20 | 0 - 4.17% Tax applied to Ctrl 2711853 | 10.31 | 0.00 | 16,645.82 |
| 03/01/20 | 0 - 4.17% Tax applied to Ctrl 2711854 | 41.77 | 0.00 | 16,687.59 |
| 03/03/20 | 1/18/20-2/18/20 Electric | 1,326.68 | 0.00 | 18,014.27 |
| 03/06/20 | Chk# 6000011836 | 0.00 | 15,438.38 | 2,575.89 |
| 03/16/20 | Chk# 249806 | 0.00 | 1,326.68 | 1,249.21 |
| 04/01/20 | 0 - Base Rent Retail | 11,144.00 | 0.00 | 12,393.21 |
| 04/01/20 | 0 - CAM Recovery | 2,287.30 | 0.00 | 14,680.51 |
| 04/01/20 | 0 - Insurance Recovery | 139.41 | 0.00 | 14,819.92 |
| 04/01/20 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 15,067.46 |
| 04/01/20 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 16,070.15 |
| 04/01/20 | 0 - 4.17% Tax applied to Ctrl 2767026 | 464.26 | 0.00 | 16,534.41 |
| 04/01/20 | 0 - 4.17% Tax applied to Ctrl 2767027 | 95.29 | 0.00 | 16,629.70 |
| 04/01/20 | 0 - 4.17% Tax applied to Ctrl 2767028 | 5.81 | 0.00 | 16,635.51 |
| 04/01/20 | 0 - 4.17% Tax applied to Ctrl 2767029 | 10.31 | 0.00 | 16,645.82 |
| 04/01/20 | 0 - 4.17% Tax applied to Ctrl 2767030 | 41.77 | 0.00 | 16,687.59 |
| 04/13/20 | 2/19/20-3/18/20 Electric | 1,229.28 | 0.00 | 17,916.87 |
| 04/25/20 | 2019 YE CAM Rec Adjustment | 518.56 | 0.00 | 18,435.43 |
| 04/25/20 | 2019 YE INS Rec Adjustment | (18.56) | 0.00 | 18,416.87 |
| 04/25/20 | 2019 YE RET Rec Adjustment | (3,723.34) | 0.00 | 14,693.53 |
| 04/25/20 | 4.17% Tax applied to Ctrl 2904413 | 21.60 | 0.00 | 14,715.13 |
| 04/25/20 | 4.17% Tax applied to Ctrl 2904414 | (0.77) | 0.00 | 14,714.36 |
| 04/25/20 | 4.17% Tax applied to Ctrl 2904415 | (155.11) | 0.00 | 14,559.25 |
| 05/01/20 | 0 - Base Rent Retail | 11,144.00 | 0.00 | 25,703.25 |
| 05/01/20 | 0 - CAM Recovery | 2,287.30 | 0.00 | 27,990.55 |
| 05/01/20 | 0 - Insurance Recovery | 139.41 | 0.00 | 28,129.96 |
| 05/01/20 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 28,377.50 |
| 05/01/20 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 29,380.19 |
| 05/01/20 | 0 - 4.17% Tax applied to Ctrl 2878684 | 464.26 | 0.00 | 29,844.45 |
| 05/01/20 | 0 - 4.17% Tax applied to Ctrl 2878685 | 95.29 | 0.00 | 29,939.74 |
| 05/01/20 | 0 - 4.17% Tax applied to Ctrl 2878686 | 5.81 | 0.00 | 29,945.55 |
| 05/01/20 | 0 - 4.17% Tax applied to Ctrl 2878687 | 10.31 | 0.00 | 29,955.86 |
| 05/01/20 | 0 - 4.17% Tax applied to Ctrl 2878688 | 41.77 | 0.00 | 29,997.63 |
| 05/15/20 | 3/19/20-4/17/20 Electric | 726.36 | 0.00 | 30,723.99 |
| 06/01/20 | 0 - Base Rent Retail | 11,144.00 | 0.00 | 41,867.99 |
| 06/01/20 | 0 - CAM Recovery | 2,287.30 | 0.00 | 44,155.29 |
| 06/01/20 | 0 - Insurance Recovery | 139.41 | 0.00 | 44,294.70 |
| 06/01/20 | 0 - Promotion Fund Charge | 247.54 | 0.00 | 44,542.24 |
| 06/01/20 | 0 - RE Tax Recovery | 1,002.69 | 0.00 | 45,544.93 |
| 06/01/20 | 0 - 4.17% Tax applied to Ctrl 2953256 | 464.26 | 0.00 | 46,009.19 |
| 06/01/20 | 0 - 4.17% Tax applied to Ctrl 2953257 | 95.29 | 0.00 | 46,104.48 |
| 06/01/20 | 0 - 4.17% Tax applied to Ctrl 2953258 | 5.81 | 0.00 | 46,110.29 |
| 06/01/20 | 0 - 4.17% Tax applied to Ctrl 2953259 | 10.31 | 0.00 | 46,120.60 |
| 06/01/20 | 0 - 4.17% Tax applied to Ctrl 2953260 | 41.77 | 0.00 | 46,162.37 |
| 06/02/20 | Chk# 6000012252 | 0.00 | 1,955.64 | 44,206.73 |
| 06/16/20 | 4/18/20-5/17/20 Electric | 475.04 | 0.00 | 44,681.77 |
| 07/01/20 | 0 - Base Rent Retail | 11,144.00 | 0.00 | 55,825.77 |

35608789.1

| Date | Description | | | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| 07/01/20 | 0 - CAM Recovery | | | 2,287.30 | 0.00 | 58,113.07 |
| 07/01/20 | 0 - Insurance Recovery | | | 139.41 | 0.00 | 58,252.48 |
| 07/01/20 | 0 - Promotion Fund Charge | | | 247.54 | 0.00 | 58,500.02 |
| 07/01/20 | 0 - RE Tax Recovery | | | 1,002.69 | 0.00 | 59,502.71 |
| 07/01/20 | 0 - 4.17% Tax applied to Ctrl 3000860 | | | 464.26 | 0.00 | 59,966.97 |
| 07/01/20 | 0 - 4.17% Tax applied to Ctrl 3000861 | | | 95.29 | 0.00 | 60,062.26 |
| 07/01/20 | 0 - 4.17% Tax applied to Ctrl 3000862 | | | 5.81 | 0.00 | 60,068.07 |
| 07/01/20 | 0 - 4.17% Tax applied to Ctrl 3000863 | | | 10.31 | 0.00 | 60,078.38 |
| 07/01/20 | 0 - 4.17% Tax applied to Ctrl 3000864 | | | 41.77 | 0.00 | 60,120.15 |
| 07/19/20 | 5/18/20-6/17/20 Electric | | | 1,146.15 | 0.00 | 61,266.30 |
| 08/01/20 | 0 - Base Rent Retail | | | 11,144.00 | 0.00 | 72,410.30 |
| 08/01/20 | 0 - CAM Recovery | | | 2,287.30 | 0.00 | 74,697.60 |
| 08/01/20 | 0 - Insurance Recovery | | | 139.41 | 0.00 | 74,837.01 |
| 08/01/20 | 0 - Promotion Fund Charge | | | 247.54 | 0.00 | 75,084.55 |
| 08/01/20 | 0 - RE Tax Recovery | | | 1,002.69 | 0.00 | 76,087.24 |
| 08/01/20 | 0 - 4.17% Tax applied to Ctrl 3105461 | | | 464.33 | 0.00 | 76,551.57 |
| 08/01/20 | 0 - 4.17% Tax applied to Ctrl 3105462 | | | 95.30 | 0.00 | 76,646.87 |
| 08/01/20 | 0 - 4.17% Tax applied to Ctrl 3105463 | | | 5.81 | 0.00 | 76,652.68 |
| 08/01/20 | 0 - 4.17% Tax applied to Ctrl 3105464 | | | 10.31 | 0.00 | 76,662.99 |
| 08/01/20 | 0 - 4.17% Tax applied to Ctrl 3105465 | | | 41.78 | 0.00 | 76,704.77 |
| | **Current** | **30 Days** | **60 Days** | **Over 90** | **Current Owed** | |
| | 16,584.62 | 15,913.42 | 14,209.10 | 29,997.63 | 76,704.77 | |