IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LUCKY BRAND DUNGAREES, LLC, *et al.*,[1] | ) Case No. 20-11768 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**OBJECTION OF BUNZL RETAIL SERVICES, LLC TO DEBTORS'
NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS**

COMES NOW Bunzl Retail Services, LLC f/k/a Diversified Distribution Systems, LLC ("**Bunzl**") and hereby lodges this objection (the "**Cure Objection**") to the *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts* [ECF No. 180] (the "**Cure Notice**") filed on July 24, 2020 on behalf of the above-captioned debtors (collectively, the "**Debtors**"). In further support of this Cure Objection, Bunzl states the following:

1. Lucky Brand Dungarees, Inc. ("**Debtor**"), Lucky Brand Dungarees Canada, Inc. and Bunzl are parties to a certain Master Supply Chain Goods and Services Agreement executed on or about April 24, 2013 (the "**Master Supply Agreement**").

2. In their Cure Notice, Debtors: (a) list the Master Supply Agreement as an executory contract that Debtors may potentially seek assume and assign under the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

9919522.1

provisions of 11 U.S.C. §365; and (b) assert in the event of such assumption and assignment, no "cure amount" would be owing to Bunzl for purposes of 11 U.S.C. §365(b)(1)(A).

3. The later assertion is incorrect. Specifically, Debtor owes $50,780.96 to Bunzl for various unpaid and outstanding invoices issued by Bunzl to Debtor under and pursuant to the Master Supply Agreement (collectively, the "**Unpaid Prepetition Invoices**").

4. Bunzl maintains that in conjunction with any proposed assumption and assignment of the Master Supply Agreement, Debtor is required under the provisions of 11 U.S.C. § 365(b)(1) to cause the Unpaid Prepetition Invoices to be paid in full.

5. On basis of the foregoing, Bunzl maintains that its Cure Objection is well-taken and should be sustained.

6. Bunzl reserves the right to supplement this Cure Objection with additional charges, obligations and costs that may arise under or in connection with the Master Supply Agreement prior to the effective date of any assumption of the Supply Agreement.

WHEREFORE, Bunzl Retail Services, LLC respectfully requests that the Court enter an order (i) sustaining this Cure Objection; and (ii) granting Bunzl such other and further relief as the Court deems just and proper.

        Respectfully submitted,

        THOMPSON COBURN LLP

By:   */s/ David D. Farrell*
        David D. Farrell\*
        One US Bank Plaza
        St. Louis, Missouri 63101
        Telephone: (314) 552-6000
        Facsimile: (314) 552-7000
        dfarrell@thompsoncoburn.com

        Counsel to Bunzl Retail Services, LLC

---

\* Counsel for Bunzl Retail Services, LLC : (a) is admitted, practicing and a member in good standing of the bars of the States of Missouri and Illinois and the United States Bankruptcy Courts for the Eastern District of Missouri, the Southern District of Illinois and the Central District of Illinois; (b) is not a resident of the State of Delaware, regularly employed in the State of Delaware, nor regularly engaged in business, professional or other similar activities in the State of Delaware; (c) is in the process of preparing and filing an *appropriate pro hac vice* motion herein in accordance with Del. Bankr. L.R. 9010-1(b); and (d) in conjunction with the foregoing, is currently seeking to associate with local counsel in accordance with Del. Bankr. L.R. 9010-1(c).

**CERTIFICATE OF SERVICE**

      I, David D. Farrell, hereby certify that on the 7th day of August, 2020, I caused a true and correct copy of the foregoing to be served upon the persons listed below by electronic mail. Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, California 90071 (Attn: Ted A. Dillman (ted.dillman@lw.com) and Christina Craige (chris.craige@lw.com)), and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801 (Attn: Kara Hammond Coyle (kcoyle@ycst.com) and Joseph M. Mulvihill (jmulvihill@ycst.com)), (ii) counsel to certain of the Second Lien Lenders, certain of the DIP Lenders, and the DIP Lender Representative, DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, NY 10020 (Attn: Thomas Califano (thomas.califano@dlapiper.com) and Shmuel Klahr (shmuel.klahr@dlapiper.com)), (iii) counsel to SPARC and the IP Buyer, Paul, Weiss, Rifkind, Wharton & Garrison LLP 1285 Avenue of the Americas, New York, NY 10019 (Attn: Kelley A. Cornish (KCornish@paulweiss.com), Edward T. Ackerman (EAckerman@paulweiss.com), Brian Bolin (BBolin@paulweiss.com), and Jeffrey L. Stricker (JStricker@paulweiss.com)), (iv) counsel to Wells Fargo Bank, National Association, as administrative agent under the First Lien Credit Agreement, Choate Hall & Stewart LLP, Two International Place, Boston, MA 02110 (Attn: Kevin J. Simard (ksimard@choate.com) and Jennifer Conway Fenn (jfenn@choate.com)), (v) counsel to Wells Fargo Bank, National Association, as term agent under the First Lien Credit Agreement, Greenberg Traurig, LLP, One International Place, Suite 200, Boston, MA 02110 (Attn: Jeffrey Wolfe (wolfje@gtlaw.com)), (vi) counsel to Hilco Merchant Resources LLC, Paul Hastings LLP, 71 S. Wacker Drive, 45th Floor, Chicago, IL 60606 (Attn: Holly Snow (hollysnow@paulhastings.com)), (vii) counsel to Clover Holdings II, LLC, Richards, Layton & Finger, PA, 920 N King Street, Wilmington, DE 19801 (Attn: Mark D. Collins (collins@rlf.com)), (viii) counsel to Wilmington Trust, N.A., as Second Lien Term Loan A Agent, Alston & Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Suite 4900, Atlanta, GA 30309-3424 (Attn: David A. Wender (david.wender@alston.com) and Antone J. Little (antone.little@alston.com)), (ix) counsel to the Committee, Jeffrey N. Pomerantz, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Ls Angeles, CA 90067-4100, Email: jpomerantz@pszjlaw.com, Colin R. Robinson, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Email: crobinson@pszjlaw.com, Bradford J. Sandler, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Email: bsandler@pszjlaw.com, (x) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801 (Attn: Juliet Sarkessian (Juliet.m.sarkessian@usdoj.gov).

                                                                             */s/ David D. Farrell*
                                                                            _____