**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| Lucky Brand Dungarees, LLC, *et al.,* [1] | : | Case No. 20-11768 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------- | : | Ref. Docket Nos. 302 |
| | x | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NASSAU    )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 1985 Marcus Avenue, Suite 200, Lake Success, NY 10042. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2020, I caused to be served the "Notice of Cancellation of Auction and Designation of the Stalking Horse Bid as the Successful Bid," dated August 7, 2020 [Docket No. 302], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED.  PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Alison Moodie
Alison Moodie

Sworn to before me this
13th day of August, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AMISH R. DOSHI, ESQ. | DOSHI LEGAL GROUP, P.C. 1979 MARCUS AVENUE, SUITE 210E LAKE SUCCESS NY 11042 |
| ANDREW S. CONWAY, ESQ. | 200 EAST LONG LAKE ROAD, SUITE 300 BLOOMFIELD HILLS MI 48304 |
| ASHBY & GEDDES | RICARDO PALACIO 500 DELAWARE AVE. P.O. BOX 1150 WILMINGTON DE 19801 |
| BIALSON, BERGEN & SCHWAB, | A PROFESSIONAL CORPORATION THOMAS M. GAA, ESQ. 633 MENLO AVENUE, SUITE 100 MENLO PARK CA 94025 |
| BIRCH HORTON BITTNER & CHEROT | AUSTIN K. BARRON 510 L ST., SUITE 700 ANCHORAGE AR 99501 |
| BURR & FORMAN LLP | J. CORY FALGOWSKI 1201 N. MARKET STREET, SUITE 1407 WILMINGTON DE 19801 |
| COHEN SEGLIAS PALLAS | GREENHALL & FURMAN PC CHERYL A. SANTANIELLO, ESQ. (DE BAR ID 5062) 500 DELAWARE AVENUE, SUITE 730 WILMINGTON DE 19801 |
| CONNOLLY GALLAGHER LLP | KAREN C. BIFFERATO KELLY M. CONLAN 1201 N. MARKET STREET, 20TH FLOOR WILMINGTON DE 19801 |
| CONNOLLY GALLAGHER LLP | JEFFREY C. WISLER 1201 NORTH MARKET STREET, 20TH FLOOR WILMINGTON DE 19801 |
| DARLENE M. NOWAK | MARCUS & SHAPIRA LLP ONE OXFORD CENTRE 301 GRANT STREET, 35TH FLOOR PITTSBURGH PA 15219 |
| DEBORAH MILLER, ESQ. | BENJAMIN WHEELER, ESQ. ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD CITY CA 94065 |
| DUSTIN P. BRANCH, ESQUIRE | JESSICA M. SIMON, ESQUIRE BALLARD SPAHR LLP 2029 CENTURY PARK EAST, SUITE 800 LOS ANGELES CA 90067-2909 |
| HONIGMAN LLP | LAWRENCE A. LICHTMAN 2290 FIRST NATIONAL BUILDING 660 WOODWARD AVENUE DETROIT MI 48226-3506 |
| ICEMILLERLLP | DANIEL R. SWETNAM 250 WEST STREET, SUITE 700 COLUMBUS OH 43215 |
| JASON B. BINFORD | LAYLA D. MILLIGAN OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION P. O. BOX 12548 MC008 AUSTIN TX 78711-2548 |
| KELLEY DRYE & WARREN LLP | ROBERT L. LEHANE, ESQ. JENNIFER D. RAVIELE, ESQ. KONSTANTINOS KATSIONIS, ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| LANDIS RATH & COBB LLP | KERRI K.MUMFORD 919 MARKET STREET, SUITE 1800 P. O. BOX 2087 WILMINGTON DE 19899 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SUSAN E. KAUFMAN M. CLAIRE MCCUDDEN 919 NORTH MARKET STREET SUITE 460 WILMINGTON DE 19801 |
| LESLIE C. HEILMAN, ESQUIRE | LAUREL D. ROGLEN, ESQUIRE BALLARD SPAHR LLP 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| MACAULEY LLC | THOMAS G. MACAULEY (NO. 3411) 300 DELAWARE AVE., SUITE 1018 WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | JAMES E. HUGGETT, ESQ. (#3956) 300 DELAWARE AVENUE, SUITE 800 WILMINGTON DE 19801 |
| MARK N. PARRY | JESSICA K. BONTEQUE MOSES & SINGER LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| NICLAS A. FERLAND, ESQ. | ILAN MARKUS, ESQ. BARCLAY DAMON LLP 545 LONG WHARF DRIVE, 9TH FLOOR NEW HAVEN CT 06511 |
| RICK SMITH | PERRYSCOPE PRODUCTIONS, LLC 121 WEST 27TH STREET, SUITE 603 NEW YORK NY 10001 |
| SHAWN M. CHRISTIANSON, ESQ. | MICHAEL S. MYERS, ESQ. BUCHALTER, A PROFESSIONAL CORPORATION 55 SECOND STREET, SUITE 1700 SAN FRANCISCO CA 94105 |
| THOMPSON COBURN LLP | DAVID D. FARRELL ONE US BANK PLAZA ST. LOUIS MO 63101 |
| VANESSA P. MOODY, ESQ. | TIMOTHY J. CARTER, ESQ. GOULSTON & STORRS PC 400 ATLANTIC AVENUE BOSTON MA 02110 |

**Total Creditor count  27**

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |

**Total Creditor count  4**

# EXHIBIT B

| Lucky Brand Dungarees, LLC ||
|---|---|
| **Creditor Name** | **Email** |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com;roglenl@ballardspahr.com |
| BANCO POPULAR | rose.dillon@popular.com |
| BANK OF HAWAII | glenda.albano@boh.com |
| BARCLAY DAMON LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |
| BARCLAY DAMON LLP | knewman@barclaydamon.com |
| BARCLAY DAMON LLP | sfleischer@barclaydamon.com |
| BEWLEY, LASSLEBEN & MILLER, LLP | ernie.park@bewleylaw.com |
| BLANK ROME LLP | tarr@blankrome.com; ezucker@blankrome.com |
| BROOKFIELD | joseph.hope@brookfieldpropertiesretail.com; julie.bowden@brookfieldpropertiesretail.com |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | bk@brookfieldpropertiesretail.com |
| BURR & FORMAN LLP | jfalgowski@burr.com;jhaithcock@burr.com |
| BUSANA APPAREL PTE LTD | christine_mona@busanagroup.com; sgoyal@busanagroup.com |
| CHOATE, HALL & STEWART LLP | ksimard@choate.com;jfenn@choate.com;softedal@choate.com |
| CLARK & TREVITHICK | lhorowitz@clarktrev.com |
| CLOVER HOLDERS II, LLC | collins@rlf.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com;kconlan@connollygallagher.com |
| COZEN O'CONNOR | tfrancella@cozen.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | dnewman@em3law.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | patrick.jackson@faegredrinker.com;michael.pompeo@faegredrinker.com |
| FEDERAL EXPRESS CORPORATION | bankruptcy@fedex.com |
| GOODKIN LAW GROUP, APC | mshakouri@goodkinlaw.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com;tcarter@goulstonstorrs.com |
| GREENBERG TRAURIG, LLP | haynesn@gtlaw.com;melorod@gtlaw.com;wolfje@gtlaw.com |

| | |
|---|---|
| HILCO MERCHANT RESOURCES LLC | hollysnow@paulhastings.com |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT)LT | aroon@hirdaramani.com |
| HONIGMAN LLP | llichtman@honigman.com |
| ICE MILLER LLP | daniel.swetnam@icemiller.com |
| INT, S.A. | shelly@inttradingusa.com |
| JACK SHRUM, P.A | jshrum@jshrumlaw.com |
| JIING SHENG KNITTING CO LTD | kingho@mail.jmknit.com |
| JP MORGAN CHASE CASH MANAGEMENT | jacqueline.f.davis@jpmorgan.com |
| KELLEY DRYE & WARREN LLP | kdwbankruptcydepartment@kelleydrye.com;rlehane@kelleydrye.com;jraviele@kelleydrye.com;dkatsionis@kelleydrye.com |
| KURTZMAN STEADY, LLC | kurtzman@kurtzmansteady.com |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com;jenner@lrclaw.com |
| LANTERN CAPITAL PARTNERS | thomas.califano@dlapiper.com; shmuel.klahr@dlapiper.com ; tommy.felix@dlapiper.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LIMNEXUS LLP | sungjin.hwang@limnexus.com;james.till@limnexus.com; jed.donaldson@limnexus.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@publicans.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | muthigk@mcao.maricopa.gov |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | dneumann@meyersroman.com |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | rmersky@monlaw.com |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | rmersky@monlaw.com |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | rdehney@mnat.com;jbarsalona@mnat.com |
| NOLD MUCHINSKY PLLC | tstone@noldmuchlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | jason.binford@oag.texas.gov;abigail.ryan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | layla.milligan@oag.texas.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.press@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ustpregion03.wl.ecf@usdoj.gov; juliet.m.sarkessian@usdoj.gov |
| ORIT TRADING LANKA (PVT) LTD | moditha@oritsl.com; ajith@oritsl.com |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com;jpomerantz@pszjlaw.com;crobinson@pszjlaw.com |
| PAHL & MCCAY | crobertson@pahl-mccay.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | bhermann@paulweiss.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | osonik@pbfcm.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com;kgood@potteranderson.com; rmcneill@potteranderson.com |
| PRYOR CASHMAN LLP | rbeacher@pryorcashman.com |
| RED & BLUE INTERNATIONAL CO., LTD. | jerry.ting@agi-limited.com |
| REED SMITH LLP | kgwynne@reedsmith.com;jangelo@reedsmith.com |
| RICHARDS, LAYTON & FINGER, P.A. | collins@rlf.com;merchant@rlf.com;schlauch@rlf.com |
| RONALD M. TUCKER | rtucker@simon.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | newyork@sec.gov |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com;lwilliams@goodwin.com;bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| SINGER & LEVICK, P.C. | mshriro@singerlevick.com |

| | |
|---|---|
| SPARC GROUP LLC AND ABG-LUCKY, LLC | kcornish@paulweiss.com; eackerman@paulweiss.com; bbolin@paulweiss.com; jstricker@paulweiss.com |
| SPECTOR & COX, PLLC | hspector@spectorcox.com |
| THOMPSON HINE LLP | louis.solimine@thompsonhine.com |
| TN ATTORNEY GENERAL'S OFFICE | agbankdelaware@ag.tn.gov |
| TRAVIS COUNTY ATTORNEY | jason.starks@traviscountytx.gov |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | douglas.herrmann@troutman.com;marcy.smith@troutman.com |
| UBASE INTERNATIONAL, INC. | joykim@ubaseinternational.com; yongkim@ubaseinternational.com |
| VICTOR A. SAHN, ESQ. | vsahn@sulmeyerlaw.com |
| WELLS FARGO BANK, NA AS ADMIN AGENT | ksimard@choate.com; maggie.townsend@wellsfargo.com |
| WELLS FARGO BANK, NA AS TERM AGENT | wolfje@gtlaw.com |
| WELLS FARGO CAPITAL FINANCE | maggie.townsend@wellsfargo.com |
| WELLS FARGO CASH MANAGEMENT | julie.yamauchi@wellsfargo.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | antone.little@alston.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | david.wender@alston.com |
| YCST | kcoyle@ycst.com;jmulvihill@ycst.com |

| Lucky Brand Dungarees, LLC | |
|---|---|
| **Creditor Name** | **Email** |
| Andrew S. Conway, Esq | aconway@taubman.com |
| ASHBY & GEDDES | rpalacio@ashbygeddes.com |
| BALLARD SPAHR LLP | branchd@ballardspahr.com; simonjm@ballardspahr.com |
| Barclay Damon LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |
| BIALSON, BERGEN & SCHWAB | tgaa@bbslaw.com |
| BIRCH HORTON BITTNER & CHEROT | abarron@bhb.com |
| BURR & FORMAN LLP | jfalgowski@burr.com |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC | csantaniello@cohenseglias.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com; kconlan@connollygallagher.com; jwisler@connollygallagher.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com; tcarter@goulstonstorrs.com |
| HONIGMAN LLP | llichtman@honigman.com |
| ICEMILLERLLP | daniel.swetnam@icemiller.com |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| MARCUS & SHAPIRA LLP | nowak@marcus-shapira.com |
| MARGOLIS EDELSTEIN | jhuggett@margolisedelstein.com |
| MOSES & SINGER LLP | mparry@mosessinger.com |
| Office of the Attorney General of Texas | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| Perryscope Productions, LLC | rick@perryscope.us |
| THOMPSON COBURN LLP | dfarrell@thompsoncoburn.com |