**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
In re:                                                  : Chapter 11
                                                        :
Lucky Brand Dungarees, LLC, *et al.,* [1]               : Case No. 20-11768 (CSS)
                                                        :
                          Debtors.                      : (Jointly Administered)
                                                        :
------------------------------------------------------- : Ref. Docket Nos. 321, 322, 324
                                                        x

### **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 1985 Marcus Avenue, Suite 200, Lake Success, NY 10042. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 10, 2020, I caused to be served the

    a) "Declaration Of Benjamin L. Nortman in Support of Motion of Debtors for Entry of Orders (I)(a) Approving Bidding Procedures for the Sale of the Debtors' Assets, (b) Approving Stalking Horse Protections, (c) Scheduling Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (d) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (e) Approving Assumption and Assignment Procedures and (f) Granting Related Relief, and (II)(a) Approving Sale of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (b) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases, and (c) Granting Related Relief," dated August 10, 2020 [Docket No. 321], (the "Nortman Declaration"),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

    b) "Motion of the DIP Lenders and Second Lien Lenders for Entry of an Order Authorizing Them to File Exhibit A to the Nortman Declaration Under Seal," dated August 10, 2020 [Docket No. 322], (the "Motion of DIP Lender"), and

    c) "Notice of Filing Redacted Exhibit A to the Nortman Declaration," dated August 10, 2020 [Docket No. 324], (the "NOF re Nortman Declaration"),

by causing true and correct copies of the following:

    i. Nortman Declaration, Motion of DIP Lender, NOF re Nortman Declaration to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. Nortman Declaration, Motion of DIP Lender, NOF re Nortman to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii. NOF re Nortman Declaration to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C.</u>

3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED.  PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Alison Moodie
                                            Alison Moodie

Sworn to before me this
14th day of August, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**EXHIBIT A**

| **Lucky Brand Dungarees, LLC** **OVN** |
| --- |
| Internal Revenue Service, Centralized Insolvency Operation PO Box 7346, Philadelphia, PA 19101-7346 |
| Internal Revenue Service, Centralized Insolvency Operation 2970 Market St, Mail Stop 5 Q30 133, Philadelphia, PA 19101-7346 |

**EXHIBIT B**

| Lucky Brand Dungarees, LLC ||
|---|---|
| **Creditor Name** | **Email** |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com;roglenl@ballardspahr.com |
| BANCO POPULAR | rose.dillon@popular.com |
| BANK OF HAWAII | glenda.albano@boh.com |
| BARCLAY DAMON LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |
| BARCLAY DAMON LLP | knewman@barclaydamon.com |
| BARCLAY DAMON LLP | sfleischer@barclaydamon.com |
| BEWLEY, LASSLEBEN & MILLER, LLP | ernie.park@bewleylaw.com |
| BLANK ROME LLP | tarr@blankrome.com; ezucker@blankrome.com |
| BROOKFIELD | joseph.hope@brookfieldpropertiesretail.com; julie.bowden@brookfieldpropertiesretail.com |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | bk@brookfieldpropertiesretail.com |
| BURR & FORMAN LLP | jfalgowski@burr.com;jhaithcock@burr.com |
| BUSANA APPAREL PTE LTD | christine_mona@busanagroup.com; sgoyal@busanagroup.com |
| CHOATE, HALL & STEWART LLP | ksimard@choate.com;jfenn@choate.com;softedal@choate.com |
| CLARK & TREVITHICK | lhorowitz@clarktrev.com |
| CLOVER HOLDERS II, LLC | collins@rlf.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com;kconlan@connollygallagher.com |
| COZEN O'CONNOR | tfrancella@cozen.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | dnewman@em3law.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | patrick.jackson@faegredrinker.com;michael.pompeo@faegredrinker.com |
| FEDERAL EXPRESS CORPORATION | bankruptcy@fedex.com |
| GOODKIN LAW GROUP, APC | mshakouri@goodkinlaw.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com;tcarter@goulstonstorrs.com |
| GREENBERG TRAURIG, LLP | haynesn@gtlaw.com;melorod@gtlaw.com;wolfje@gtlaw.com |
| HILCO MERCHANT RESOURCES LLC | hollysnow@paulhastings.com |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT)LT | aroon@hirdaramani.com |
| HONIGMAN LLP | llichtman@honigman.com |

| | |
|---|---|
| ICE MILLER LLP | daniel.swetnam@icemiller.com |
| INT, S.A. | shelly@inttradingusa.com |
| JACK SHRUM, P.A | jshrum@jshrumlaw.com |
| JIING SHENG KNITTING CO LTD | kingho@mail.jmknit.com |
| JP MORGAN CHASE CASH MANAGEMENT | jacqueline.f.davis@jpmorgan.com |
| KELLEY DRYE & WARREN LLP | kdwbankruptcydepartment@kelleydrye.com;rlehane@kelleydrye.com;jraviele@kelleydrye.com;dkatsionis@kelleydrye.com |
| KURTZMAN STEADY, LLC | kurtzman@kurtzmansteady.com |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com;jenner@lrclaw.com |
| LANTERN CAPITAL PARTNERS | thomas.califano@dlapiper.com; shmuel.klahr@dlapiper.com ; tommy.felix@dlapiper.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LIMNEXUS LLP | sungjin.hwang@limnexus.com;james.till@limnexus.com;jed.donaldson@limnexus.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@publicans.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | muthigk@mcao.maricopa.gov |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | dneumann@meyersroman.com |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | rmersky@monlaw.com |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | rmersky@monlaw.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | rdehney@mnat.com;jbarsalona@mnat.com |
| NOLD MUCHINSKY PLLC | tstone@noldmuchlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | jason.binford@oag.texas.gov;abigail.ryan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | layla.milligan@oag.texas.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.press@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ustpregion03.wl.ecf@usdoj.gov; juliet.m.sarkessian@usdoj.gov |
| ORIT TRADING LANKA (PVT) LTD | moditha@oritsl.com; ajith@oritsl.com |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com;jpomerantz@pszjlaw.com;crobinson@pszjlaw.com |
| PAHL & MCCAY | crobertson@pahl-mccay.com |

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | bhermann@paulweiss.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | osonik@pbfcm.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com;kgood@potteranderson.com;rmcneill@potteranderson.com |
| PRYOR CASHMAN LLP | rbeacher@pryorcashman.com |
| RED & BLUE INTERNATIONAL CO., LTD. | jerry.ting@agi-limited.com |
| REED SMITH LLP | kgwynne@reedsmith.com;jangelo@reedsmith.com |
| RICHARDS, LAYTON & FINGER, P.A. | collins@rlf.com;merchant@rlf.com;schlauch@rlf.com |
| RONALD M. TUCKER | rtucker@simon.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | newyork@sec.gov |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com;lwilliams@goodwin.com;bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| SINGER & LEVICK, P.C. | mshriro@singerlevick.com |
| SPARC GROUP LLC AND ABG-LUCKY, LLC | kcornish@paulweiss.com; eackerman@paulweiss.com; bbolin@paulweiss.com; jstricker@paulweiss.com |
| SPECTOR & COX, PLLC | hspector@spectorcox.com |
| THOMPSON HINE LLP | louis.solimine@thompsonhine.com |
| TN ATTORNEY GENERAL'S OFFICE | agbankdelaware@ag.tn.gov |
| TRAVIS COUNTY ATTORNEY | jason.starks@traviscountytx.gov |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | douglas.herrmann@troutman.com;marcy.smith@troutman.com |
| UBASE INTERNATIONAL, INC. | joykim@ubaseinternational.com; yongkim@ubaseinternational.com |
| VICTOR A. SAHN, ESQ. | vsahn@sulmeyerlaw.com |
| WELLS FARGO BANK, NA AS ADMIN AGENT | ksimard@choate.com; maggie.townsend@wellsfargo.com |
| WELLS FARGO BANK, NA AS TERM AGENT | wolfje@gtlaw.com |
| WELLS FARGO CAPITAL FINANCE | maggie.townsend@wellsfargo.com |
| WELLS FARGO CASH MANAGEMENT | julie.yamauchi@wellsfargo.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | antone.little@alston.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | david.wender@alston.com |
| YCST | kcoyle@ycst.com;jmulvihill@ycst.com |

**EXHIBIT C**

| **Lucky Brand Dungarees, LLC** |
| --- |
| **Email** |
| craig.martin@us.dlapiper.com |
| daniel.simon@us.dlapiper.com |