IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Lucky Brand Dungarees, LLC, *et al.*,[1] | : | Case No. 20-11768 (CSS) |
| Debtors. | : | (Jointly Administered) |
| | : | **August 21, 2020 at 4:00 p.m. (ET)** |
| | : | **Ref. Docket No. 349** |

### NOTICE OF WITHDRAWAL OF
### REJECTION OF CERTAIN EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE THAT** on August 12, 2020, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order (A) Approving the Purchase Agreement; (B) Approving the Sale to the Buyer of the Acquired Assets of the Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (D) Authorizing the Debtors to Consummate Transactions Related to the Above; and (E) Granting Other Relief* [Docket No. 349] (the "**Sale Order**"),[2] approving, among other things, procedures for the rejection, assumption, or assumption and assignment of executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that, on August 14, 2020, pursuant to the Sale Order and Section 2.7(c) of the Purchase Agreement, the above-captioned debtors and debtors in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

26909127.1

possession (collectively, the "**Debtors**") filed the *Notice of Rejection of Certain Executory Contracts* [Docket. No 354] (the "**Rejection Notice**").

**PLEASE TAKE FURTHER NOTICE** that, subsequent to the filing and service of the Rejection Notice, the Debtors identified two Contracts that were inadvertently included in the Rejection Notice (together, the "**Inadvertent Rejections**"):

| Counterparty | Debtor Counterparty | Description of Contract | Rejection Effective Date |
| --- | --- | --- | --- |
| MEGAPATH CORPORATION 2510 ZANKER RD SAN JOSE CA 95131 | Lucky Brand Dungarees LLC | Master Services Agreement Enterprise Contract Dated 3/16/2015 | 8/14/2020 |
| VERTEX 1041 OLD CASSATT ROAD BERWYN PA 19312 | Lucky Brand Dungarees LLC | Software License Agreement Dated 4/22/2015 | 8/14/2020 |

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby withdraw the Rejection Notice solely with respect to the Inadvertent Rejections. The Debtors reserve all rights with respect to the Inadvertent Rejection.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: August 17, 2020<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Joseph M. Mulvihill*<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Andrew L. Magaziner (No. 5426)<br>Joseph M. Mulvihill (No. 6061)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:      mnestor@ycst.com<br>            kcoyle@ycst.com<br>            amagaziner@ycst.com<br>            jmulvihill@ycst.com<br>            bfeldman@ycst.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br>George A. Davis (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:      george.davis@lw.com<br>            jon.weichselbaum@lw.com<br>            brian.rosen@lw.com<br><br>- and -<br><br>Ted A. Dillman (admitted *pro hac vice*)<br>Chris Craige (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile:  (213) 891-8763<br>Email:      ted.dillman@lw.com<br>            chris.craige@lw.com<br><br>*Counsel for Debtors and Debtors in Possession* |