**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Lucky Brand Dungarees, LLC, *et al.*,[1] | Case No. 20-11768 (CSS) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Mark N. Parry, Esq. of Moses & Singer LLP to represent 360i LLC, in the above-captioned cases and any related adversary proceedings.

Dated: August 17, 2020

                                      */s/ Evan T. Miller*
                                      Evan T. Miller (No. 5364)
                                      BAYARD, P.A.
                                      600 N. King Street, Suite 400
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 655–5000
                                      E-mail: emiller@bayardlaw.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: August 17, 2020            */s/ Mark N. Parry*
                                  Mark N. Parry, Esq.
                                  Moses & Singer LLP
                                  405 Lexington Avenue
                                  New York, New York 10174
                                  Telephone: (212) 554–7800
                                  E-Mail: mparry@mosessinger.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.