IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                             : Chapter 11
                                                   :
Lucky Brand Dungarees, LLC, *et al.,* [1]          : Case No. 20-11768 (CSS)
                                                   :
                           Debtors.                : (Jointly Administered)
                                                   :
                                                   : Ref. Docket Nos. 318 & 338
------------------------------------------------------- :
                                                   x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 1985 Marcus Avenue, Suite 200, Lake Success, NY 10042. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 11, 2020, I caused to be served the:

    a) "Notice of Agenda of Matters Scheduled for Hearing on August 12, 2020 at 10:00 A.M. (ET)," dated August 10, 2020 [Docket No. 318],

    b) "Notice of Amended[2] Agenda of Matters Scheduled for Hearing on August 12, 2020 at 10:00 A.M. (ET)," dated August 11, 2020 [Docket No. 338],

    by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the <u>annexed</u> <u>E</u>xhibit A,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B,</u>

    c. delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED.  PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                          <u>/s/ Alison Moodie</u>
                          Alison Moodie

Sworn to before me this
17th day of August, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |

**Total Creditor count  4**

**LBR – AGENDA – DI 318 & 338 OND**

SLTS GRAND AVENUE II LP
ATTN: JASON KASAL
2021 SPRING RD., SUITE 200
OAK BROOK, IL 60523

**LBR – AGENDA – DI 318 & 338  OND**

CHUBB GLOBAL CASUALTY
1133 AVE OF THE AMERICAS
NEW YORK, NY 10036

# EXHIBIT B

| Creditor Name | Email |
|---|---|
| BROOKFIELD | JOSEPH.HOPE@BROOKFIELDPROPERTIESRETAIL.COM; JULIE.BOWDEN@BROOKFIELDPROPERTIESRETAIL.COM |
| BUSANA APPAREL PTE LTD | CHRISTINE_MONA@BUSANAGROUP.COM; SGOYAL@BUSANAGROUP.COM |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT)LT | AROON@HIRDARAMANI.COM |
| INT, S.A. | SHELLY@INTTRADINGUSA.COM |
| ORIT TRADING LANKA (PVT) LTD | MODITHA@ORITSL.COM; AJITH@ORITSL.COM |
| RED & BLUE INTERNATIONAL CO., LTD. | JERRY.TING@AGI-LIMITED.COM |
| UBASE INTERNATIONAL, INC. | JOYKIM@UBASEINTERNATIONAL.COM; YONGKIM@UBASEINTERNATIONAL.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | USTPREGION03.WL.ECF@USDOJ.GOV; juliet.m.sarkessian@usdoj.gov |
| WELLS FARGO BANK, NA AS ADMIN AGENT | ksimard@choate.com; Maggie.Townsend@wellsfargo.com |
| WELLS FARGO BANK, NA AS TERM AGENT | wolfje@gtlaw.com |
| LANTERN CAPITAL PARTNERS | thomas.califano@dlapiper.com; shmuel.klahr@dlapiper.com ; tommy.felix@dlapiper.com |
| HILCO MERCHANT RESOURCES LLC | hollysnow@paulhastings.com |
| CLOVER HOLDERS II, LLC | collins@rlf.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | antone.little@alston.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | david.wender@alston.com |
| BANCO POPULAR | Rose.Dillon@popular.com |
| BANK OF HAWAII | Glenda.Albano@boh.com |
| JP MORGAN CHASE CASH MANAGEMENT | jacqueline.f.davis@jpmorgan.com |
| WELLS FARGO CAPITAL FINANCE | Maggie.Townsend@wellsfargo.com |
| WELLS FARGO CASH MANAGEMENT | julie.yamauchi@wellsfargo.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | newyork@sec.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.Press@usdoj.gov |
| SPARC GROUP LLC AND ABG-LUCKY, LLC | KCornish@paulweiss.com; eackerman@paulweiss.com; bbolin@paulweiss.com; jstricker@paulweiss.com |
| FEDERAL EXPRESS CORPORATION | BANKRUPTCY@FEDEX.COM |

| | |
|---|---|
| JIING SHENG KNITTING CO LTD | KINGHO@MAIL.JMKNIT.COM |
| RONALD M. TUCKER | rtucker@simon.com |
| VICTOR A. SAHN, ESQ. | vsahn@sulmeyerlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | bhermann@paulweiss.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com;kgood@potteranderson.com;rmcneill@potteranderson.com |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | bk@brookfieldpropertiesretail.com |
| YCST | kcoyle@ycst.com;JMulvihill@ycst.com |
| CHOATE, HALL & STEWART LLP | ksimard@choate.com;jfenn@choate.com;softedal@choate.com |
| REED SMITH LLP | kgwynne@reedsmith.com;jangelo@reedsmith.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| RICHARDS, LAYTON & FINGER, P.A. | collins@rlf.com;merchant@rlf.com;schlauch@rlf.com |
| GREENBERG TRAURIG, LLP | haynesn@gtlaw.com;melorod@gtlaw.com;wolfje@gtlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | jason.binford@oag.texas.gov;abigail.ryan@oag.texas.gov |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | rmersky@monlaw.com |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Douglas.Herrmann@troutman.com;Marcy.Smith@troutman.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | rdehney@mnat.com;jbarsalona@mnat.com |
| BURR & FORMAN LLP | jfalgowski@burr.com;jhaithcock@burr.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | osonik@pbfcm.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | layla.milligan@oag.texas.gov |
| PRYOR CASHMAN LLP | rbeacher@pryorcashman.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| BARCLAY DAMON LLP | knewman@barclaydamon.com |
| BARCLAY DAMON LLP | sfleischer@barclaydamon.com |
| THOMPSON HINE LLP | Louis.Solimine@ThompsonHine.com |

| | |
|---|---|
| NOLD MUCHINSKY PLLC | tstone@noldmuchlaw.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com;roglenl@ballardspahr.com |
| KURTZMAN STEADY, LLC | kurtzman@kurtzmansteady.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com;kconlan@connollygallagher.com |
| KELLEY DRYE & WARREN LLP | KDWBankruptcyDepartment@kelleydrye.com;rlehane@kelleydrye.com;jraviele@kelleydrye.com;dkatsionis@kelleydrye.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@publicans.com |
| GOODKIN LAW GROUP, APC | mshakouri@goodkinlaw.com |
| SINGER & LEVICK, P.C. | mshriro@singerlevick.com |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com;lwilliams@goodwin.com;bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| CLARK & TREVITHICK | lhorowitz@clarktrev.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com;tcarter@goulstonstorrs.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | Patrick.Jackson@faegredrinker.com;Michael.Pompeo@faegredrinker.com |
| COZEN O'CONNOR | tfrancella@cozen.com |
| LIMNEXUS LLP | Sungjin.Hwang@limnexus.com;James.Till@limnexus.com;Jed.Donaldson@limnexus.com |
| TRAVIS COUNTY ATTORNEY | Jason.Starks@traviscountytx.gov |
| BEWLEY, LASSLEBEN & MILLER, LLP | ernie.park@bewleylaw.com |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | dneumann@meyersroman.com |
| BLANK ROME LLP | Tarr@BlankRome.com; EZucker@BlankRome.com |
| SPECTOR & COX, PLLC | hspector@spectorcox.com |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | rmersky@monlaw.com |
| JACK SHRUM, P.A | Jshrum@jshrumlaw.com |
| TN ATTORNEY GENERAL'S OFFICE | AGBankDelaware@ag.tn.gov |
| PAHL & MCCAY | crobertson@pahl-mccay.com |
| HONIGMAN LLP | llichtman@honigman.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | muthigk@mcao.maricopa.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com;jpomerantz@pszjlaw.com;crobinson@pszjlaw.com |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | dnewman@em3law.com |

| | |
|---|---|
| BARCLAY DAMON LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com;jenner@lrclaw.com |
| ICE MILLER LLP | Daniel.Swetnam@icemiller.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| Edwards Maxson Mago & Macaulay, LLP | dnewman@em3law.com; steven.caponi@klgates.com; mathew.goeller@klgates.com |

# Lucky Brand Dungarees, LLC
## Additional Email List

| Affected Parites | Email Info. |
|---|---|
| Oracle America, Inc., successor in interest to MICROS Systems, Inc., and NetSuite, Inc. | jhuggett@margolisedelstein.com |
| K&LGates LLP | steven.caponi@klgates.com<br>mathew.goeller@klgates.com |
| Edwards Maxson Mago & Macaulay, LLP | dnewman@em3law.com |
| MONZACK MERSKY BROWDER, AND HOCHMAN, P.A | rmersky@monlaw.com |
| GTT Communications, Inc. | nowak@marcus-shapira.com |
| he Taubman Landlords | aconway@taubman.com |
| Cigna Entities | jwisler@connollygallagher.com |
| Oracle America, Inc., successor in interest to MICROS Systems, Inc., and NetSuite, Inc. | E-mail: jhuggett@margolisedelstein.com |
| 360i LLC | Email: mparry@mosessinger.com |
| salesforce.com, Inc | rpalacio@ashbygeddes.com ;<br>Tgaa@bbslaw.com |
| DDR Deer Park Town Center, LLC, Federal Realty Investment Trust, Galleria Mall Investors LP, PGIM Real Estate, Starwood Retail Partners LLC, The Forbes Company, and The Macerich Company | branchd@ballardspahr.com<br>simonjm@ballardspahr.com |
| Bunzl Retail Services, LLC f/k/a Diversified Distribution Systems, LLC | dfarrell@thompsoncoburn.com |
| Rem Optical Company, Inc | abarron@bhb.com |
| Sagemore Management Company, LLC | csantaniello@cohenseglias.com |
| Riverwalk Marketplace (New Orleans) LLC | rmersky@monlaw.com |

# EXHIBIT C

| claim_nm | fax_memo |
|---|---|
| RED & BLUE INTERNATIONAL CO., LTD. | 852-3460-3322 |
| ORIT TRADING LANKA (PVT) LTD | 94112346376 |
| HIRDARAMANI INTERNATIONAL EXPORTS (PVT) LT | 94-11-244-6135 |
| SIMON PROPERTY GROUP, INC. | 317-263-7901 |
| SULMEYERKUPETZ, APC | 213-629-4520 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 212-757-3990 |
| POTTER ANDERSON & CORROON LLP | 302-658-1192 |
| BROOKFIELD PROPERTIES RETAIL, INC., AS AGENT | 312-442-6374 |
| CHOATE, HALL & STEWART LLP | 617-248-4000 |
| REED SMITH LLP | 302-778-7575 |
| THE TAUBMAN COMPANY | 248-258-7481 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 302-792-7420 |
| GREENBERG TRAURIG, LLP | 212-801-6400 |
| GREENBERG TRAURIG, LLP | 302-661-7360 |
| GREENBERG TRAURIG, LLP | 617-310-6001 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | 512-936-1409 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | 302-421-8390 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 302-658-3989 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | 713-862-1429 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | 512-936-1409 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | 512-323-3205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 469-221-5003 |
| BARCLAY DAMON LLP | 315-703-7349 |
| BARCLAY DAMON LLP | 212-784-5799 |
| THOMPSON HINE LLP | 513-241-4771 |
| NOLD MUCHINSKY PLLC | 888-371-4133 |
| BALLARD SPAHR LLP | 302-252-4466 |
| SINGER & LEVICK, P.C. | 972-380-5748 |
| SHIPMAN & GOODWIN LLP | 860-251-5218 |
| SHIPMAN & GOODWIN LLP | 860-251-5218 |
| CLARK & TREVITHICK | 213-624-9441 |
| FAEGRE DRINKER BIDDLE & REATH LLP | 302-467-4201 |
| FAEGRE DRINKER BIDDLE & REATH LLP | 212-248-3141 |
| COZEN O'CONNOR | 302-295-2013 |
| LIMNEXUS LLP | 213-955-9511 |
| BEWLEY, LASSLEBEN & MILLER, LLP | 562-309-8063 |
| MEYERES, ROMAN, FRIEDBERG & LEWIS LPA | 216-831-0542 |
| BLANK ROME LLP | 212-885-5001 |
| SPECTOR & COX, PLLC | 214-237-3380 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |

Lucky Brand Dungarees, LLC, et al.,
Fax Service List

| | |
|---|---|
| JACK SHRUM, P.A. | 302-543-6386 |
| TENNESSEE ATTORNEY GENERAL | 615-741-3334 |
| PAHL & MCCAY | 408-286-5722 |
| HONIGMAN LLP | 313-465-7591 |
| PACHULSKI STANG ZIEHL & JONES LLP | 302-652-4400 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 302-792-7420 |
| LANDIS RATH & COBB LLP | 302-467-4450 |
| ICE MILLER | 614-224-3568 |
| K&L GATES LLP | 302-416-7020 |