**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------- x
In re:                                                      : Chapter 11
                                                            :
Lucky Brand Dungarees, LLC, *et al.,* [1]                   : Case No. 20-11768 (CSS)
                                                            :
                                        Debtors.            : (Jointly Administered)
                                                            :
----------------------------------------------------------- : Ref. Docket Nos. 353, 354
                                                            x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 1985 Marcus Avenue, Suite 200, Lake Success, NY 10042. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 14, 2020, I caused to be served the

   a) "Notice of Closing of Transactions and Assumption and Assignment of Certain Executory Contracts," dated August 14, 2020 [Docket No. 353], (the "Notice of Closing"), and

   b) "Notice of Rejection of Certain Executory Contracts," dated August 14, 2020 [Docket No. 354], (the "Rejection of Contracts Notice"),

by causing true and correct copies of the:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

    i.    Notice of Closing, Rejection of Contracts Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.    Notice of Closing to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.    Notice of Closing to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>

    iv.    Rejection of Contracts Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

    v.    Notice of Closing, Rejection of Contracts Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>, and

    vi.    Notice of Closing to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED.  PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Alison Moodie</u><br>
Alison Moodie

Sworn to before me this
17th day of August, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| NOLD MUCHINSKY PLLC | (COUNSEL TO BELLEVUE SQUARE, LLC, ET AL) ATTN: THOMAS W. STONE, ESQ 10500 NE 8TH STREET BELLEVUE WA 98004 |

**Total Creditor count  5**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BUCHALTER, A PROFESSIONAL | CORPORATION SHAWN M. CHRISTIANSON, ESQ. MICHAEL S. MYERS, ESQ. 55 SECOND STREET, SUITE 1700 SAN FRANCISCO CA 94105 |
| KELLEY DRYE & WARREN LLP | ROBERT L. LEHANE, ESQ. JENNIFER D. RAVIELE, ESQ. KONSTANTINOS KATSIONIS, ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| MACAULEY LLC | THOMAS G. MACAULEY (NO. 3411) 300 DELAWARE AVE., SUITE 1018 WILMINGTON DE 19801 |
| ORACLE AMERICA, INC. | DEBORAH MILLER, ESQ. BENJAMIN WHEELER, ESQ. 500 ORACLE PARKWAY REDWOOD CITY CA 94065 |

**Total Creditor count 4**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| BASIC RESOURCES INC | 31 WEST 34TH ST, FL 6 NEW YORK NY 10001 |
| CENTRIC SOCKS LLC | ATTN LEGAL DEPT 350 FIFTH AVE, 6TH FL NEW YORK NY 10118 |
| COMENITY CAPITAL BANK | 2795 E. COTTONWOOD PARKWAY, SUITE 100 SALT LAKE CITY UT 84121 |
| ELIZABETH ARDEN INC | ATTN GENERAL COUNSEL 2400 SW 145TH AVE MIRAMAR FL 33027 |
| GENESCO INC | ATTN PRESIDENT GENERAL COUNSEL 1415 MURFEESBORO RD NASHVILLE TN 37217 |
| KHQ INVESTMENT LLC | ATTN ROBERT K SMITS, ESQ 350 5TH AVE NEW YORK NY 10118 |
| LF MENS GROUP LLC | ATTN EVP MENS 1359 BROADWAY NEW YORK NY 10018 |
| MACYS MERCHANDISING GROUP INC | ATTN MOLLY LANGENSTEIN, CHIEF PRIVATE BRAND OFFICER 11 PENN PLAZA NEW YORK NY 10001 |
| MYSTIC INC | ATTN BARRY KAY 463 7TH AVE NEW YORK NY 10018 |
| REM OPTICAL COMPANY INC | D/B/A REM EYEWEAR, ATTN DONNA NAKAWAKI 10941 LA TUNA CANYON RD SUN VALLEY CA 91352 |
| THE CAMUTO GROUP | 411 WEST PUTNAM AVE, FL 3 GREENWICH CT 06830 |
| VANDALE INDUSTRIES INC | ATTN ANNAMARIA SIEGAL 16 E 34TH ST, 8TH FL NEW YORK NY 10016 |
| VINCENT CAMUTO LLC | 411 WEST PUTNAM AVE, FL 3 GREENWICH CT 06830 |

**Total Creditor count  13**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ACCENTURE LLP | 161 N. CLARK ST CHICAGO IL 60601 |
| ACI SPECIALTY BENEFITS | 6480 WEATHERS PL, STE 300 SAN DIEGO CA 92121 |
| ANALYZE VASUALIZE APPLY INC | ATTN SHILAA COLACO 23831 IONIAN BAY DANA POINT CA 92629 |
| ANYBILL FINANCIAL SERVICES INC | PO BOX 34781 BETHESDA MD 20827 |
| BDO USA LLP | ATTN AARON YAMADA, PARTNER 515 S FLOWER ST, 47TH FL LOS ANGELES CA 90071 |
| BUSINESS OF FASHION LTD, THE | 500 BROOME ST, #1 NEW YORK NY 10013 |
| BW RETAIL REAL ESTATE LLC | 50 S MAIN ST. NEWTOWN CT 06470 |
| CHRISTIAN BROTHERS MECHANICAL SERVICES | ATTN STEVEN KNISLEY 11140 THURSTON LANE MIRA LOMA CA 91752 |
| CHU, JENNIFER | 5827 S MEADOWLARK PL 1 PLAYA VISTA CA 90094 |
| CINTAS CORPORATION | ATTN KURT LEWIS, GM 6800 CINTAS BLVD CINCINNATI OH 45262-5737 |
| CORNERSTONE RELOCATION GROUP LLC | ATTN JANELLE PIATKOWSKI, PRES & CEO 106 ALLEN RD BASKING RIDGE NJ 07920 |
| COSTO WHOLESALE CANADA LTD | ATTN: ANDREA REY DE CASTRO PO BOX 34340 SEATTLE WA 98124 |
| COUNTER INTELLIGENCE MERCHANDISING INC | ATTN BARRY REZNICK 333 N RIVERMEDE RD, # 1 CONCORD ON ON L0K 3N7 CANADA |
| CULLIGAN | 265 INDUSTRIAL RD. CAMBRIDGE ON N3H 4R9 CANADA |
| CURALATE INC | 2401 WALNUT ST, STE 502 PHILADELPHIA PA 19103 |
| CUSHMAN & WAKEFIELD SERVICE LLC | F/K/A QUALITY SOLUTIONS INC D/B/A QSI FACILITIES 128 N 1ST ST COLWICH KS 67030 |
| DEWEY PEST CONTROL | PO BOX 7114 PASADENA CA 91109-7214 |
| DM CONNECT LLC (DUMONT) | DB/A DUMONT PROJECT ATTN DAWN PERDEW, PRESIDENT 4223 GLENCOE AVE, STE A-130 MARINA DEL REY CA 90292 |
| ESSEX MARKETING CO LLC | ATTN ALESSANDRA SOUERS 586 WOODRUFF PLACE MIDDLE DR INDIANAPOLIS IN 46201 |
| HERBERT MINES ASSOCIATES INC | ATTN BRENDA MALLOY, PRESIDENT 600 LEXINGTON AVE, 2 FL NEW YORK NY 10022 |
| HIGHRADIUS CORPORATION | ATTN CEO 11451 KATY FRWY, STE 650 HOUSTON TX 77079 |
| HILCO REAL ESTATE LLC | ATTN SARAH BAKER 5 REVERE DR, STE 206 NORTHBROOK IL 60062 |
| HILCO WHOLESALE SOLUTIONS LLC | ATTN SETH MARKS 1 NORTHBROOK PL 5 REVERE, STE 206 NORTHBROOK IL 60062 |
| IDRLINK SOLUTIONS LLC | 18100 VON KARMAN AVE, SUITE 850 IRVINE CA 92610 |
| JELLYVISION LAB INC, THE | 848 W. EASTMAN ST., SUITE 104 CHICAGO IL 60642 |
| KNOWBE4 | ATTN LAR LETONOFF, CHIEF RO 33 N GARDEN AVE, STE 1200 CLEARWATER FL 33755 |
| LENNOX NATIONAL ACCOUNT SERVICES | PO BOX 731627 DALLAS TX 75373-1627 |
| LEOCOR INC | ATTN CASS DRAPER 44 SHORT ST SAN FRANCISCO CA 94114 |
| LOGIC INFORMATION SYSTEMS INC | ATTN KATIE DAVID, CORPORATE ATTORNEY 3800 AMERICAN BLVD W STE 1200 BLOOMINGTON MN 55431 |
| MACYS RETAIL HOLDINGS INC | 1440 BROADWAY NEW YORK NY 10018 |
| MEGAPATH CORPORATION | 2510 ZANKER RD SAN JOSE CA 95131 |
| MERCER INVESTMENTS LLC | 99 HIGH STREET BOSTON MA 02110 |
| MICROSOFT | ONE MICROSOFT WAY REDMOND WA 98052 |
| MICROSTRATEGY CLOUD | 1850 CRESCENT TOWERS PLAZA TYSONS CORNER VA 22182 |
| NAMOGOO TECHOLOGIES INC. | 160 FEDERAL STREET BOSTON MA 02110 |
| NESTLE WATERS NORTH AMERICA INC | ATTN LOUIS LOPEZ JR 1566 E WASHINGTON LOS ANGELES CA 90021 |
| OHIO GROUP MANAGEMENT LLC | ATTN: DREW A. NITSCHKE FOUR SEAGATE, 8TH FLOOR TOLEDO OH 43604 |
| PEREIRA & O'DELL LLC | C/O FRANKFURT KURNIT KLEIN & SEIZ PC ATTN CANDICE KERSH, ESQ 488 MADISON AVE, 10 FL NEW YORK NY 10022 |
| PERFECT PARKING INC | 718 GLADYS AVE, 3RD FL LOS ANGELES CA 90021 |
| PERSONALI INC | ATTN KEREN ZIMMERMAN 135 MADISON AVE NEW YORK NY 10016 |
| PREACHER LLC | ATTN KRYSTLE LOYLAND 119 W 8TH ST AUSTIN TX 78701 |
| PRICEWATERHOUSECOOPERS LLP | ATTN LOREDANA PFANNENBECKER 300 ATLANTIC ST STAMFORD CT 06901 |
| RADIUS8 INC | 707 STATE RD., SUITE 105 PRINCETON NJ 08540 |
| ROYAL SERVICE GROUP LLC | 5603 BLACK WALNUT TRAIL LONG GROVE IL 60047 |
| SEARCHDEX ACQUISITION INC | ATTN DAVID CHAPLIN 17330 PRESTON RD, STE 240B DALLAS TX 75252 |
| SEARCHDEX INC | ATTN DAVID T CHAPLIN 17330 PRESTON RD, STE 240B DALLAS TX 75252 |
| SEARCHDEX LLC | ATTN DAVID CHAPLIN, CEO 16200 ADDISON RD, #250 DALLAS TX 75001 |

| Claim Name | Address Information |
|---|---|
| SERVICECHANNEL.COM INC | 18 E 16TH ST, 2ND FL NEW YORK NY 10003 |
| SOUND COMMERCE TECHNOLOGIES INC | ATTN ERIC BEST, CEO 701 N 36TH ST, STE 301 SEATTLE WA 98103 |
| TINUITI INC | ATTN ZACH MORRISON 121 S 13TH ST, 3RD FL PHILADELPHIA PA 19107 |
| TRAVELSTORE INC | 11601 WILSHIRE BLVD #1840 LOS ANGELES CA 90025 |
| VACO LLC | ATTN CONTRACTS MANAGER 5501 VIRGINIA WAY, STE 120 BRENTWOOD TN 37027 |
| VALUATION RESEARCH CORPORATION | PO BOX 809061 CHICAGO IL 60680-9061 |
| VERTEX | 1041 OLD CASSATT ROAD BERWYN, PENNSYLVAN IA 19312 |
| WISER PARTNERS LLC | ATTN DAVID G WISER, MANAGING PRINCIPAL 3145 LOOKOUT CIRCLE, STE 300 CINCINNATI OH 45208 |
| WORKSHOP LA, THE | ATTN AUDREY OKULICK 604 HAMPTON DR VENICE CA 90291 |

**Total Creditor count  56**

**EXHIBIT E**

# Lucky Brand Dungarees, LLC
## Master Service List

| Creditor Name | Email |
|---|---|
| BROOKFIELD | JOSEPH.HOPE@BROOKFIELDPROPERTIESRETAIL.COM; JULIE.BOWDEN@BROOKFIELDPROPERTIESRETAIL.COM |
| BUSANA APPAREL PTE LTD | CHRISTINE_MONA@BUSANAGROUP.COM; SGOYAL@BUSANAGROUP.COM |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT)LT | AROON@HIRDARAMANI.COM |
| INT, S.A. | SHELLY@INTTRADINGUSA.COM |
| ORIT TRADING LANKA (PVT) LTD | MODITHA@ORITSL.COM; AJITH@ORITSL.COM |
| RED & BLUE INTERNATIONAL CO., LTD. | JERRY.TING@AGI-LIMITED.COM |
| UBASE INTERNATIONAL, INC. | JOYKIM@UBASEINTERNATIONAL.COM; YONGKIM@UBASEINTERNATIONAL.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | USTPREGION03.WL.ECF@USDOJ.GOV; juliet.m.sarkessian@usdoj.gov |
| WELLS FARGO BANK, NA AS ADMIN AGENT | ksimard@choate.com; Maggie.Townsend@wellsfargo.com |
| WELLS FARGO BANK, NA AS TERM AGENT | wolfje@gtlaw.com |
| LANTERN CAPITAL PARTNERS | thomas.califano@dlapiper.com; shmuel.klahr@dlapiper.com ; tommy.felix@dlapiper.com |
| HILCO MERCHANT RESOURCES LLC | hollysnow@paulhastings.com |
| CLOVER HOLDERS II, LLC | collins@rlf.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | antone.little@alston.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | david.wender@alston.com |
| BANCO POPULAR | Rose.Dillon@popular.com |
| BANK OF HAWAII | Glenda.Albano@boh.com |
| JP MORGAN CHASE CASH MANAGEMENT | jacqueline.f.davis@jpmorgan.com |
| WELLS FARGO CAPITAL FINANCE | Maggie.Townsend@wellsfargo.com |
| WELLS FARGO CASH MANAGEMENT | julie.yamauchi@wellsfargo.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | newyork@sec.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.Press@usdoj.gov |
| SPARC GROUP LLC AND ABG-LUCKY, LLC | KCornish@paulweiss.com; eackerman@paulweiss.com; bbolin@paulweiss.com; jstricker@paulweiss.com |
| FEDERAL EXPRESS CORPORATION | BANKRUPTCY@FEDEX.COM |
| JIING SHENG KNITTING CO LTD | KINGHO@MAIL.JMKNIT.COM |
| RONALD M. TUCKER | rtucker@simon.com |
| VICTOR A. SAHN, ESQ. | vsahn@sulmeyerlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | bhermann@paulweiss.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com;kgood@potteranderson.com; rmcneill@potteranderson.com |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | bk@brookfieldpropertiesretail.com |
| YCST | kcoyle@ycst.com;JMulvihill@ycst.com |
| CHOATE, HALL & STEWART LLP | ksimard@choate.com;jfenn@choate.com;softedal@choate.com |

# Lucky Brand Dungarees, LLC
## Master Service List

| Creditor Name | Email |
|---|---|
| REED SMITH LLP | kgwynne@reedsmith.com;jangelo@reedsmith.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| RICHARDS, LAYTON & FINGER, P.A. | collins@rlf.com;merchant@rlf.com;schlauch@rlf.com |
| GREENBERG TRAURIG, LLP | haynesn@gtlaw.com;melorod@gtlaw.com;wolfje@gtlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | jason.binford@oag.texas.gov;abigail.ryan@oag.texas.gov |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | rmersky@monlaw.com |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Douglas.Herrmann@troutman.com;Marcy.Smith@troutman.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | rdehney@mnat.com;jbarsalona@mnat.com |
| BURR & FORMAN LLP | jfalgowski@burr.com;jhaithcock@burr.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | osonik@pbfcm.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | layla.milligan@oag.texas.gov |
| PRYOR CASHMAN LLP | rbeacher@pryorcashman.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| BARCLAY DAMON LLP | knewman@barclaydamon.com |
| BARCLAY DAMON LLP | sfleischer@barclaydamon.com |
| THOMPSON HINE LLP | Louis.Solimine@ThompsonHine.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com;roglenl@ballardspahr.com |
| KURTZMAN STEADY, LLC | kurtzman@kurtzmansteady.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com;kconlan@connollygallagher.com |
| KELLEY DRYE & WARREN LLP | KDWBankruptcyDepartment@kelleydrye.com;rlehane@kelleydrye.com;jraviele@kelleydrye.com;dkatsionis@kelleydrye.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@publicans.com |
| GOODKIN LAW GROUP, APC | mshakouri@goodkinlaw.com |
| SINGER & LEVICK, P.C. | mshriro@singerlevick.com |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com;lwilliams@goodwin.com;bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| CLARK & TREVITHICK | lhorowitz@clarktrev.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com;tcarter@goulstonstorrs.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | Patrick.Jackson@faegredrinker.com;Michael.Pompeo@faegredrinker.com |
| COZEN O'CONNOR | tfrancella@cozen.com |
| LIMNEXUS LLP | Sungjin.Hwang@limnexus.com;James.Till@limnexus.com;Jed.Donaldson@limnexus.com |
| TRAVIS COUNTY ATTORNEY | Jason.Starks@traviscountytx.gov |
| BEWLEY, LASSLEBEN & MILLER, LLP | ernie.park@bewleylaw.com |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | dneumann@meyersroman.com |

# Lucky Brand Dungarees, LLC
## Master Service List

| Creditor Name | Email |
|---|---|
| BLANK ROME LLP | Tarr@BlankRome.com; EZucker@BlankRome.com |
| SPECTOR & COX, PLLC | hspector@spectorcox.com |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | rmersky@monlaw.com |
| JACK SHRUM, P.A | Jshrum@jshrumlaw.com |
| TN ATTORNEY GENERAL'S OFFICE | AGBankDelaware@ag.tn.gov |
| PAHL & MCCAY | crobertson@pahl-mccay.com |
| HONIGMAN LLP | llichtman@honigman.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | muthigk@mcao.maricopa.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com;jpomerantz@pszjlaw.com;crobinson@pszjlaw.com |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | dnewman@em3law.com |
| BARCLAY DAMON LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com;jenner@lrclaw.com |
| ICE MILLER LLP | Daniel.Swetnam@icemiller.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| Edwards Maxson Mago & Macaulay, LLP | dnewman@em3law.com; steven.caponi@klgates.com; |
| BURR & FORMAN LLP | jfalgowski@burr.com;  jjoseph@burr.com |

**EXHIBIT F**

# Lucky Brand Dungarees, LLC

Sale Cure Parties

| Name | Email |
|---|---|
| ANDREW S. CONWAY, ESQ | aconway@taubman.com |
| ASHBY & GEDDES | rpalacio@ashbygeddes.com |
| BALLARD SPAHR LLP | branchd@ballardspahr.com; simonjm@ballardspahr.com; heilmanl@ballardsphar.com; roglenl@ballardshahr.com |
| BARCLAY DAMON LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |
| BIALSON, BERGEN & SCHWAB | Tgaa@bbslaw.com |
| BIRCH HORTON BITTNER & CHEROT | abarron@bhb.com |
| BURR & FORMAN LLP | jfalgowski@burr.com |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC | csantaniello@cohenseglias.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com; kconlan@connollygallagher.com; jwisler@connollygallagher.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| EDWARDS MAXSON MAGON & MACAULAY | dnewman@em3law.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com; tcarter@goulstonstorrs.com |
| HONIGMAN LLP | llichtman@honigman.com |
| ICEMILLERLLP | Daniel.Swetnam@icemiller.com |
| K&L GATES LLP | steven.caponi@klgates.com; mathew.goeller@klgates.com |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| MARCUS & SHAPIRA LLP | nowak@marcus-shapira.com |
| MARGOLIS EDELSTEIN | jhuggett@margolisedelstein.com |
| MONZACK MERSKY BROWDER & HOCHMAN, P.A. | mersky@monlaw.com |
| MOSES & SINGER LLP | mparry@mosessinger.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| PERRYSCOPE PRODUCTIONS, LLC | rick@perryscope.us |
| THOMPSON COBURN LLP | dfarrell@thompsoncoburn.com |