IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2020 AUG 18 AM 9: 07
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:   :

LUCKY BRAND DUNGAREES, LLC, et al.,   :   Chapter 11

:   Case No. 20-11768 (CSS)

Debtors.   :   (Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

Please take notice that Roth, a Sodexo Company ("Roth or Sodexo Roth"), a creditor and party-in-interest in the above-referenced case, hereby gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Antoinette Young, Esq.
Assistant General Counsel
Sodexo, Inc.
9801 Washingtonian Blvd, 12th Floor
Gaithersburg, MD 20878
antoinette.young@sodexo.com
Telephone: 301-987-4521
Facsimile: 301-830-6103

Roth respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, Bankruptcy Administrator or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Further, Roth requests that Debtor forward to it, through its attorney of record, copies of all applications, motions, complaints and other pleadings filed by Debtor in the above-referenced case.

Respectfully submitted, this 6th day of August 2020.

By: *[signature]* Antoinette Young
Antoinette Young, Esq.
Assistant General Counsel
Sodexo, Inc.
9801 Washingtonian Blvd, 12th Floor
Gaithersburg, MD 20878
(301) 987-4521
antoinette.young@sodexo.com



**FILED**

2020 AUG 18 AM 9:07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Law Department

Antoinette Young
Assistant General Counsel

August 6, 2020

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market Street North
Wilmington, DE 19801

**In Re: Lucky Brand Dungarees, LLC, *et al.***
     **Case No. 20-11768 (CSS)**

Dear Clerk:

Enclosed please find a Notice of Appearance and Request for Service of Notices and Pleadings for Roth Bros., a Sodexo company. Please include the referenced attorney on your matrix/mailing list for the above-referenced bankruptcy.

Also enclosed is a copy of the Notice with a self-addressed, stamped envelope. Kindly return a file-stamped copy in the envelope provided.

Thank you for your cooperation in this matter. Should you have any questions, please do not hesitate to contact me at (301) 987-4521.

Sincerely,

*Antoinette Young*
Antoinette Young

Enclosures

9801 Washingtonian Boulevard, Gaithersburg, MD 20878, USA
Tel.: 301 987 4521 - Fax: 301 576 4479
email: antoinette.young@sodexo.com-Internet:www.sodexo.com