IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------- x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 20-11768 (CSS) |
| Lucky Brand Dungarees, LLC, *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Ref. Docket No. 280** |
| ------------------------------------------------------- x | | |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 280**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Debtors' Motion to Increase Warehousemen Claims Cap Set Forth in Final Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers, Warehousemen, and Import Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief* [Docket No. 280] (the "**Motion**") filed on August 5, 2020.

The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on August 19, 2020.

It is hereby respectfully requested that the form of order filed in connection with the Motion be entered at the earliest convenience of the Court.

*[Signature page follows]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702).  The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

26935189.1

| | |
|---|---|
| Dated: August 27, 2020<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Betsy L. Feldman*<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Andrew L. Magaziner (No. 5426)<br>Joseph M. Mulvihill (No. 6061)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:     mnestor@ycst.com<br>            kcoyle@ycst.com<br>            amagaziner@ycst.com<br>            jmulvihill@ycst.com<br>            bfeldman@ycst.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br>George A. Davis (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:     george.davis@lw.com<br>            jon.weichselbaum@lw.com<br>            brian.rosen@lw.com<br>-and-<br><br>Ted A. Dillman (admitted *pro hac vice*)<br>Christina M. Craige (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:     ted.dillman@lw.com<br>            chris.craige@lw.com<br><br>*Counsel for Debtors and Debtors in Possession* |