IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :    Chapter 11
In re:                                                       :
                                                             :    Case No. 20-11768 (CSS)
Lucky Brand Dungarees, LLC, *et al.*, [1]                    :
                                                             :    (Jointly Administered)
          Debtors.                                           :
                                                             :    **Re: Docket No. 280**
------------------------------------------------------------ x

### ORDER GRANTING DEBTORS' MOTION TO INCREASE WAREHOUSEMEN CLAIMS CAP SET FORTH FINAL ORDER (I) AUTHORIZING DEBTORS TO PAY CERTAIN PREPETITION CLAIMS OF SHIPPERS, WAREHOUSEMEN, AND IMPORT CLAIMANTS, (II) CONFIRMING ADMINISTRATIVE EXPENSE PRIORITY OF UNDISPUTED AND OUTSTANDING PREPETITION ORDERS, AND (III) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order increasing the Warehousemen Claims Cap set forth in the Final Lien Claimants Order; and this Court having reviewed the Motion and the First Day Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

26860831.4

proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted, as set forth herein.

2. All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3. The Debtors are authorized but not directed to pay the Warehousemen Claims in an aggregate amount not to exceed the New Warehousemen Claims Cap, $947,573, absent further order of this Court.

4. The relief granted pursuant to this Order is in addition to, and shall not in any way limit, the relief pursuant to the Final Lien Claimants Order, which shall remain in full force and affect and shall be superseded only with respect to the New Warehousemen Claims Cap established for Warehousemen Claims herein.

5. Nothing in this Order shall prohibit the Debtors from seeking Court authority to further increase the Warehousemen Claims Cap.

6. Nothing herein shall impair the Debtors' ability to contest, without prejudice, the validity and amounts owing to Warehousemen.

7. Nothing in the Motion or this Order, nor any actions or payments made by the Debtors pursuant to this Order, shall be construed as: (i) an admission as to the validity of any claim against the Debtors or the existence of any lien against the Debtors' properties, (ii) a waiver of the Debtors' rights to dispute any claim or lien on any grounds, (iii) a promise to pay


any claim, (iv) an implication or admission that any particular claim would constitute an allowed claim, (v) an assumption or rejection of any executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code, or (vi) a limitation on the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract with any party subject to this Order.  Nothing contained in this Order shall be deemed to increase, decrease, reclassify, elevate to an administrative expense status, or otherwise affect any claim to the extent it is not paid.

8. Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable upon entry hereof.

9. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted in this Order.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 27th, 2020
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

26860831.4                                      3