## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE (DELAWARE)

| | |
|---|---|
| IN RE: )<br>)<br>)<br>LUCKY BRAND DUNGAREES, LLC, )<br>ET AL., )<br>)<br>)<br>Debtor. ) | Case No. BK: 20-11768<br>Chapter 11 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW the Oklahoma County Treasurer a creditor herein, and enters it appearance herein and request that all notices, pleadings or other documents filed herein be sent to its representatives at the following address:

> GRETCHEN CRAWFORD,
> Assistant District Attorney
> Oklahoma County Treasurer
> 320 Robert S. Kerr, Room 505
> Oklahoma City, Okla. 73102
> (405)-713-1685

Dated: AUGUST 28, 2020

> Respectfully submitted,
>
> OKLAHOMA COUNTY TREASURER
> By:
>
>     s/Gretchen Crawford
> Gretchen Crawford, OBA #14651
> Assistant District Attorney
> Oklahoma County Treasurer
> 320 Robert S. Kerr, Room 505
> Oklahoma City, Okla. 73102
> (405)-713-1685
> grecra@oklahomacounty.org

## CERTIFICATE OF SERVICE

I hereby certify that on the __28TH__ day of __AUGUST__, 2020, I electronically transmitted the foregoing NOTICE to the Clerk of Court and upon the following Registrants using the CM/ECF System for filing and transmittal of Notice of Electronic Filing.

CHRISTINA M. CRAIGE
LATHAM & WATKINS LLP
355 SOUTH GRAND AVE., STE 100
LOS ANGELES, CA 90071

GEORGE A. DAVIS
LATHAM & WATKINS LLP
885 THIRD AVENUE
NEW YORK, NY 10022

BETSY LEE FELDMAN
YOUNG CONAWAY STARGATT & TAYLOR
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, STE 2207
LOCKBOX 35
WILMINGTON, DE 19801

EPIQ CORPORATE RESTRUCTURING, LLC
777 THIRD AVENUE, 12TH FLOOR
NEW YORK, NY 10017

                                                  s/Gretchen Crawford
                                                    Gretchen Crawford