IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE (DELAWARE)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | |
| LUCKY BRAND DUNGAREES, LLC, ) | |
| ET AL., ) | Case No. BK: 20-11768 |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### NOTICE OF LIEN

COMES NOW the Oklahoma County Treasurer a secured creditor herein, and gives its Notice of Lien pursuant to 11 U.S.C. Section 546(b), respectfully showing the Court the following:

1. The undersigned, claimant herein, has its principal place of business at 320 Robert S. Kerr, Room 307, Oklahoma City, Oklahoma 73102.

2. The Debtor filed its voluntary petition under <u>CHAPTER 11</u> on <u>JULY 3, 2020.</u>

3. The above named debtor and the debtors property, which is now property of the estate, is indebted to the Oklahoma County Treasurer for ad valorem property taxes as referenced by the respective Proof of Claim.

4. Ad valorem property taxes constitute liens on the property of the Debtor pursuant to 68 O.S. Sections 2925, 2929, 3101, 3102 and 3103. While the County maintains it has an ever present interest in taxable property, the assessment date of taxable property in Oklahoma is January 1st of the

assessment year pursuant to 68 O.S. Section 2817, although the liens do not attach at that time.

5. To the extent (if any) that applicable law requires the County to take further action to perfect it's lien interest upon the Debtor's properties, the County recognizes that it may be stayed by the provisions of 11 U.S.C. Section 362 from taking such other action as may be required under applicable law to perfect it's interest. Accordingly, pursuant to the provisions of 11 U.S.C. Section 546(b), and for the purpose of perfecting it's lien interest in the Debtor's properties, to the extent, if any, that such interest has not been duly perfected previously, County hereby notifies the Debtor and all parties in interest that the County has a valid, duly perfected first priority lien interest in any and all of the Debtor's assessed and taxable real property pursuant to 68 O.S. Section 3101; a lien interest in any and all of the Debtor's assessed and taxable personal property which arises upon the sale of the same pursuant to 68 O.S. Section 2925 and 2929; and, a lien interest that is superior to all others filed subsequent to it in all other property of the Debtor pursuant to 68 O.S. Section 3102 and 3103; and, 11 U.S.C. Section 546(b).

6. This notification is not intended and shall not be construed as a waiver of, or an election of remedies with respect to, any of the rights and/or remedies that the County may have pursuant to applicable law, and all such rights are expressly reserved. Nothing herein contained shall be deemed to constitute an admission that this Notice is necessary in order for the County to perfect its interest in the Debtor's properties.

Dated: AUGUST 28, 2020

                                          Respectfully submitted,

                                          OKLAHOMA COUNTY TREASURER
                                          By:

                                                    s/Gretchen Crawford
                                          Gretchen Crawford, OBA #14651
                                          Assistant District Attorney
                                          Oklahoma County Treasurer
                                          320 Robert S. Kerr, Room 505
                                          Oklahoma City, Okla.  73102
                                          (405)-713-1685
                                          grecra@oklahomacounty.org

## CERTIFICATE OF SERVICE

I hereby certify that on the __28TH__ day of __AUGUST__, 2020, I electronically transmitted the foregoing NOTICE to the Clerk of Court and upon the following Registrants using the CM/ECF System for filing and transmittal of Notice of Electronic Filing.

CHRISTINA M. CRAIGE
LATHAM & WATKINS LLP
355 SOUTH GRAND AVE., STE 100
LOS ANGELES, CA 90071

GEORGE A. DAVIS
LATHAM & WATKINS LLP
885 THIRD AVENUE
NEW YORK, NY 10022

BETSY LEE FELDMAN
YOUNG CONAWAY STARGATT & TAYLOR
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, STE 2207
LOCKBOX 35
WILMINGTON, DE 19801

EPIQ CORPORATE RESTRUCTURING, LLC
777 THIRD AVENUE, 12TH FLOOR
NEW YORK, NY 10017

                                                          s/Gretchen Crawford
                                                          Gretchen Crawford