**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------  x
In re:                                                    :  Chapter 11
                                                          :
Lucky Brand Dungarees, LLC, et al., ¹                     :  Case No. 20-11768 (CSS)
                                                          :
                           Debtors.                       :  (Jointly Administered)
                                                          :
--------------------------------------------------------  :  Ref. Docket Nos. 381, 382
                                                          x
```

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF OHIO              )
                          )  ss.:
COUNTY OF FRANKLIN  )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1.   I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action

2.   On August 27, 2020, I caused to be served the following:

   a)   "Notice of Filing of the Ordinary Course Professional Declaration of Anybill Financial Services, Inc.," dated August 27, 2020 [Docket No. 381], and

   b)   "Notice of Filing of the Ordinary Course Professional Declaration of Troutman Pepper Hamilton Sanders LLP," dated August 27, 2020 [Docket No. 382],

---

¹  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ *Angela Chachoff*
Angela Chachoff

Sworn to before me this
28th day of August, 2020
/s/ *Andrea R. Speelman*
Notary Public, State of Ohio
Commission Expires March 21, 2024

# Exhibit A

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)

| Name | Email |
| --- | --- |
| ALSTON & BIRD - (WILMINGTON TRUST, NA AS ADMIN | antone.little@alston.com; david.wender@alston.com |
| CHOATE, HALL & STEWART LLP | ksimard@choate.com; jfenn@choate.com; softedal@choate.com |
| DIRECT FEE REVIEW LLC | dfr.dfo@gmail.com |
| DLA PIPER - (LANTERN CAPITAL PARTNERS) | THOMAS.CALIFANO@DLAPIPER.COM; SHMUEL.KLAHR@DLAPIPER.COM ; TOMMY.FELIX@DLAPIPER.COM |
| GREENBERG TRAURIG, LLP | melorod@gtlaw.com; wolfje@gtlaw.com; haynesn@gtlaw.com |
| OFFICE OF THE UNITED STATES TRUSTEE | USTPREGION03.WL.ECF@USDOJ.GOV; juliet.m.sarkessian@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; jpomerantz@pszjlaw.com; crobinson@pszjlaw.com |
| PAUL HASTINGS - (HILCO MERCHANT RESOURCES LLC) | hollysnow@paulhastings.com |
| RICHARDS, LAYTON & FINGER, P.A. | collins@rlf.com; merchant@rlf.com; schlauch@rlf.com |
| | |
| Count | 21 |