## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ---------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| Lucky Brand Dungarees, LLC, *et al.,* [1] | : | Case No. 20-11768 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ---------------------------------------------------------- | : | Ref. Docket No. 383 |
| | x | |

### AFFIDAVIT OF SERVICE

STATE OF OHIO               )
                                          ) ss.:
COUNTY OF FRANKLIN  )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action

2. On August 27, 2020, I caused to be served the "Notice of Rejection of Certain Unexpired Leases," dated August 27, 2020 [Docket No. 383], by causing true and correct copies to be:

   i. enclosed in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   ii. enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

   iii. delivered via electronic mail to those parties listed on the annexed Exhibit C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Angela Chachoff*
Angela Chachoff

Sworn to before me this
 28th day of August, 2020
/s/ *Andrea R. Speelman*
Notary Public, State of Ohio
Commission Expires March 21, 2024

# Exhibit A

Lucky Brand Dungarees, LLC, *et al.*
Case No. 20-11768 (CSS)

LBR_DI 383_08272020

MACERICH DEPTFORD LLC
401 WILSHIRE BLVD
SUITE 700
SANTA MONICA, CA 90401

LBR_DI 383_08272020

SOMERSET COLLECTION LIMITED PARTNERSHIP
100 GALLERIA OFFICENTRE
SUITE 427
SOUTHFIELD, MI 48034

LBR_DI 383_08272020

RENAISSANCE AT COLONY PARK LLC
PO BOX 13809
JACKSON, MS 39236

LBR_DI 383_08272020

MACERICH
401 WILSHIRE BOULEVARD
SUITE 700
SANTA MONICA, CA 90401

1

# Exhibit B

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO DANIA LIVE 1748 II, LLC) ATTN: RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| NOLD MUCHINSKY PLLC | ADDRESS ON FILE |

**Total Creditor count  6**

# Exhibit C

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)

| Creditor Name | Email |
|---|---|
| BROOKFIELD | JOSEPH.HOPE@BROOKFIELDPROPERTIESRETAIL.COM; JULIE.BOWDEN@BROOKFIELDPROPERTIESRETAIL.COM |
| BUSANA APPAREL PTE LTD | CHRISTINE_MONA@BUSANAGROUP.COM; SGOYAL@BUSANAGROUP.COM |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT) | AROON@HIRDARAMANI.COM |
| INT, S.A. | SHELLY@INTTRADINGUSA.COM |
| ORIT TRADING LANKA (PVT) LTD | MODITHA@ORITSL.COM; AJITH@ORITSL.COM |
| RED & BLUE INTERNATIONAL CO., LTD. | JERRY.TING@AGI-LIMITED.COM |
| UBASE INTERNATIONAL, INC. | JOYKIM@UBASEINTERNATIONAL.COM; YONGKIM@UBASEINTERNATIONAL.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | USTPREGION03.WL.ECF@USDOJ.GOV; juliet.m.sarkessian@usdoj.gov |
| WELLS FARGO BANK, NA AS ADMIN AGENT | ksimard@choate.com; Maggie.Townsend@wellsfargo.com |
| WELLS FARGO BANK, NA AS TERM AGENT | wolfje@gtlaw.com |
| LANTERN CAPITAL PARTNERS | thomas.califano@dlapiper.com; shmuel.klahr@dlapiper.com; tommy.felix@dlapiper.com |
| HILCO MERCHANT RESOURCES LLC | hollysnow@paulhastings.com |
| CLOVER HOLDERS II, LLC | collins@rlf.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | antone.little@alston.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | david.wender@alston.com |
| BANCO POPULAR | Rose.Dillon@popular.com |
| BANK OF HAWAII | Glenda.Albano@boh.com |
| JP MORGAN CHASE CASH MANAGEMENT | jacqueline.f.davis@jpmorgan.com |
| WELLS FARGO CAPITAL FINANCE | Maggie.Townsend@wellsfargo.com |
| WELLS FARGO CASH MANAGEMENT | julie.yamauchi@wellsfargo.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | newyork@sec.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.Press@usdoj.gov |
| SPARC GROUP LLC AND ABG-LUCKY, LLC | KCornish@paulweiss.com; eackerman@paulweiss.com; bbolin@paulweiss.com; jstricker@paulweiss.com |
| FEDERAL EXPRESS CORPORATION | BANKRUPTCY@FEDEX.COM |
| JIING SHENG KNITTING CO LTD | KINGHO@MAIL.JMKNIT.COM |
| RONALD M. TUCKER | rtucker@simon.com |
| VICTOR A. SAHN, ESQ. | vsahn@sulmeyerlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON | bhermann@paulweiss.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com;kgood@potteranderson.com;rmcneill@potteranderson.com |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | bk@brookfieldpropertiesretail.com |
| YCST | kcoyle@ycst.com;JMulvihill@ycst.com |
| CHOATE, HALL & STEWART LLP | ksimard@choate.com;jfenn@choate.com;softedal@choate.com |
| REED SMITH LLP | kgwynne@reedsmith.com;jangelo@reedsmith.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| RICHARDS, LAYTON & FINGER, P.A. | collins@rlf.com;merchant@rlf.com;schlauch@rlf.com |

Case 20-11768-CSS    Doc 398    Filed 09/08/20    Page 9 of 10

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)

| | |
|---|---|
| GREENBERG TRAURIG, LLP | haynesn@gtlaw.com;melorod@gtlaw.com;wolfje@gtlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | jason.binford@oag.texas.gov;abigail.ryan@oag.texas.gov |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Douglas.Herrmann@troutman.com;Marcy.Smith@troutman.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | rdehney@mnat.com;jbarsalona@mnat.com |
| BURR & FORMAN LLP | jfalgowski@burr.com;jhaithcock@burr.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT | osonik@pbfcm.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | layla.milligan@oag.texas.gov |
| PRYOR CASHMAN LLP | rbeacher@pryorcashman.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| BARCLAY DAMON LLP | knewman@barclaydamon.com |
| BARCLAY DAMON LLP | sfleischer@barclaydamon.com |
| THOMPSON HINE LLP | Louis.Solimine@ThompsonHine.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com |
| KURTZMAN STEADY, LLC | kurtzman@kurtzmansteady.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com;kconlan@connollygallagher.com |
| KELLEY DRYE & WARREN LLP | KDWBankruptcyDepartment@kelleydrye.com;rlehane@kelleydrye.com;jraviele@kelleydrye.com;dkatsionis@kelleydrye.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@publicans.com |
| GOODKIN LAW GROUP, APC | mshakouri@goodkinlaw.com |
| SINGER & LEVICK, P.C. | mshriro@singerlevick.com |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com;lwilliams@goodwin.com;bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| CLARK & TREVITHICK | lhorowitz@clarktrev.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com;tcarter@goulstonstorrs.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | Patrick.Jackson@faegredrinker.com;Michael.Pompeo@faegredrinker.com |
| COZEN O'CONNOR | tfrancella@cozen.com |
| LIMNEXUS LLP | Sungjin.Hwang@limnexus.com;James.Till@limnexus.com;Jed.Donaldson@limnexus.com |
| TRAVIS COUNTY ATTORNEY | Jason.Starks@traviscountytx.gov |
| BEWLEY, LASSLEBEN & MILLER, LLP | ernie.park@bewleylaw.com |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | dneumann@meyersroman.com |
| BLANK ROME LLP | Tarr@BlankRome.com; EZucker@BlankRome.com |
| SPECTOR & COX, PLLC | hspector@spectorcox.com |
| JACK SHRUM, P.A | Jshrum@jshrumlaw.com |
| TN ATTORNEY GENERAL'S OFFICE | AGBankDelaware@ag.tn.gov |
| PAHL & MCCAY | crobertson@pahl-mccay.com |
| HONIGMAN LLP | llichtman@honigman.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | muthigk@mcao.maricopa.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com;jpomerantz@pszjlaw.com;crobinson@pszjlaw.com |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | dnewman@em3law.com |
| BARCLAY DAMON LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |

Case 20-11768-CSS    Doc 398    Filed 09/08/20    Page 10 of 10

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)

| | |
|---|---|
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com;jenner@lrclaw.com |
| ICE MILLER LLP | Daniel.Swetnam@icemiller.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| Edwards Maxson Mago & Macaulay, LLP | dnewman@em3law.com; steven.caponi@klgates.com; |
| BURR & FORMAN LLP | jfalgowski@burr.com;  jjoseph@burr.com |
| SODEXO, INC. | antoinette.young@sodexo.com |
| Buchalter, a Professional Corporation | schristianson@buchalter.com |
| | |
| **Count** | 126 |