**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| Lucky Brand Dungarees, LLC, *et al.,* [1] | : | Case No. 20-11768 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------- | : | Ref. Docket Nos. 396 |
| | x | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10077. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

2. On September 4, 2020, I caused to be served the "Notice of First Monthly Fee Application," dated September 4, 2020, to which is attached the "Summary of First Monthly Application of Latham & Watkins LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from July 3, 2020 Through July 31, 2020," to which is attached the "First Monthly Application of Latham & Watkins LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from July 3, 2020 Through July 31, 2020," dated September 4, 2020, to which is attached the "Declaration of Ted A. Dillman," [Docket No. 371], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/Alison Moodie
Alison Moodie

Sworn to before me this
8th day of September, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**EXHIBIT A**

**Lucky Brand Dungarees, LLC**
**Case No. 20-11768**
**Fee Parties Emails**

| | |
|---|---|
| antone.little@alston.com | jfenn@choate.com |
| bsandler@pszjlaw.com | jpomerantz@pszjlaw.com |
| collins@rlf.com | juliet.m.sarkessian@usdoj.gov |
| crobinson@pszjlaw.com | kgwynne@reedsmith.com |
| daniel.simon@dlapiper.com | ksimard@choate.com |
| david.wender@alston.com | thomas.califano@dlapiper.com |
| dfr.dfo@gmail.com | wolfje@gtlaw.com |
| hollysnow@paulhastings.com | |