Judge Christopher S. Sontchi
Chapter 11

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re** | **Case No. 20-11768-CSS** |
| **LUCKY BRAND DUNGAREES, LLC.** | |
| **Debtor.** | |

### REQUEST FOR SERVICE OF NOTICES

The State of Washington Department of Revenue, by and through the undersigned Assistant Attorney General, enters its appearance as a creditor of the above-captioned Debtor and requests service of all notices and documents for which a request is required by the Bankruptcy Code. Notice of all matters for which notice is given to creditors, any creditor's committee, or any other party in interest herein including all schedules, amended schedules, motions, applications, plans of reorganization, disclosure statements, orders, and other documents and pleadings, including those in adversary proceedings should be served by email to the attorney for the State as follows:

Dina L. Yunker
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Phone: (206) 389-2187

Fax: (206) 587-5150
Email: bcuyunker@atg.wa.gov

Notice of all such documents and pleadings should also be made to each agency of the State of Washington that files a proof of claim herein.

**The State of Washington further requests that the following address be added to the court's master mailing matrix:** Dina L. Yunker, Assistant Attorney General, 800 Fifth Avenue, Suite 2000, Seattle, Washington, 98104-3188.

DATED this 10th day of September, 2020.

ROBERT W. FERGUSON
Attorney General

*/s/ Dina L. Yunker*

DINA L. YUNKER, WSBA No. 16889
Assistant Attorney General
Bankruptcy & Collections Unit
Phone: 206-389-2187
Email: bcuyunker@atg.wa.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 10th, 2020, the foregoing document was filed with the United States Bankruptcy Court- District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system.

By: */s/ David Pham*
Legal Assistant