UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2020 SEP 16 AM 8:46

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE MATTER OF: )
) CHAPTER 11
Lucky Brand Dungarees, LLC, )
)
Debtor(s). ) CASE NO. 20-11768 (CSS)

## REQUEST FOR NOTICE

PLEASE TAKE NOTICE, Pursuant to Bankruptcy Rules 2002, 3017, 9007, 9010 and 11 U.S.C.§342, request is hereby made that all paper, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

**Chatham County Tax Commissioner**
**Attn: THERESA C. HARRELSON**
**Post Office Box 8324**
**Savannah, Georgia 31412-8324**
**Tel: 912.652.7109**

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, telegraph, telex or otherwise, which may affect the rights or interests, in any way of the Chatham County Tax Commissioner in the above-captioned matter.

This 10 day of September, 2020.

_____
Daniel T. Powers
Chatham County Tax Commissioner


Chatham County Tax Commissioner
Attn: Theresa C. Harrelson
Post Office Box 8324
Savannah, GA 31412
Tel:   912.652.7109
Fax:   912.652.7101

## CERTIFICATE OF SERVICE

FILED
2020 SEP 16 AM 8: 46
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

I hereby certify that I have this day served the parties in the foregoing action with a copy of this document by placing the same in the United States mail with sufficient postage affixed thereto to assure delivery and properly addressed to:

George A. Davis
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022

Ted A. Dillman
Christina M. Craige
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angles, California 90071

Michael R. Nestor
Kara Hammond Coyle
Andrew L. Magaziner
Joseph M. Mulvihill
YOUND CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, Delaware 19801

This 10 day of September, 2020.

_____
Daniel T. Powers
**Chatham County Tax Commissioner**

P. O. Box 8324
Savannah, GA 31412
(912) 652-7109



# CHATHAM COUNTY TAX COMMISSIONER'S OFFICE
222 West Oglethorpe Avenue, Suite 211
Post Office Box 8324
Savannah, GA 31412
www.chathamtax.org

FILED
2020 SEP 16 AM 8:46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Tax Commissioner
Daniel T. Powers

Chief Deputy
Julia Rodgers, CPA

September 10, 2020

United States Bankruptcy Court
District of Delaware
Clerk of Bankruptcy Court
824 Market Street N., 3rd Floor
Wilmington, Delaware 19801

RE:  Case No. 20-11768 (CSS) Lucky Brand Dungarees, LLC - Request for Notice
     Case No. 20-11771 (CSS) Lucky Brand Dungarees Stores, LLC - Request for Notice

Dear Clerk of Bankruptcy Court:

Enclosed you will find the original and one copy of the Request for Notice for each of the above referenced bankruptcy cases.

Please file the documents and return the file-stamped copies to me in the enclosed self-addressed and stamped envelope. If you have any questions please contact this office at (912) 652-7109.

Thank you for your attention to this matter.

Sincerely,

Theresa Harrelson
Special Projects Accountant

Enclosure(s):