# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re: : Chapter 11
: 
Lucky Brand Dungarees, LLC, *et al.* : Case No. 20-11768 (CSS)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------- x **Re: Docket No. 415**

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this Court has scheduled the following omnibus hearing date in the above-captioned proceeding:

October 22, 2020 at 10:00 a.m. (ET)

**Dated: September 20th, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

26852610.3