UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| LUCKY BRAND DUNGAREES, LLC, *et al.*, | ) ) ) | Case No. 20-11768-CSS |
| Debtors. | ) ) | (Jointly Administered) |
| | ) ) ) | Re: D.I. 413 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE ) 
                                   ) SS 
COUNTY OF NEW CASTLE )

       Stephanie MacDonald, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for Judith Robles and Lisa Virtue in the above-captioned case, and that on the 18th day of September, 2020, she caused copies of the *Motion of Judith Robles and Lisa Virtue for Relief From Automatic Stay Under 11 U.S.C § 362* to be served upon the parties listed on the attached service list via first class mail.

                                                          Stephanie MacDonald

Sworn to and subscribed before me this 21st day of September, 2020.

Notary Public _____
My Commission Expires: __8/15/2021__

## SERVICE LIST

TOKIO MARINE AMERICA INSURANCE COMPANY
Attn: CT Corporation System, Agent for
    Service of Process
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

HCC SPECIALTY UNDERWRITERS AGENCY OF NEW YORK, INC.
c/o HCC Service Company
Attn: Randy Rinicella
13403 Northwest Freeway
Houston, TX 77040

HCC SPECIALTY UNDERWRITERS, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS HCC SPECIALTY INSURANCE SERVICES
Attn: National Registered Agents, Inc., Agent
    for Service of Process
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

HCC CASUALTY INSURANCE SERVICES, INC.
Attn: National Registered Agents, Inc., Agent
    for Service of Process
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

TOKIO MARINE MANAGEMENT, INC.
Attn: CT Corporation System, Agent for
    Service of Process
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

TOKIO MARINE HCC
8 Forest Park Drive
Farmington, CT 06032