**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| LUCKY BRAND DUNGAREES, LLC, *et al.*, | ) | |
| | ) | Case No. 20-11768-CSS |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 413** |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF JUDITH ROBLES AND LISA VIRTUE FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C § 362**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of Judith Robles and Lisa Virtue for Relief From Automatic Stay Under 11 U.S.C § 362* [D.I. 413] (the "Motion") filed on September 17, 2020. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than September 25, 2020 at 4:00 p.m.

It is hereby respectfully requested that an order approving the Motion be entered at the earliest convenience of the Court.

Dated: September 28, 2020 CROSS & SIMON, LLC

By: /s/ Kevin S. Mann
Kevin S. Mann (No. 4576)
1105 N. Market Street, Suite 901
Wilmington, DE 19801
(302) 777-4200
(302) 777-4224 (Facsimile)
kmann@crosslaw.com

*Counsel for Judith Robles and Lisa Virtue*