# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                     :

In re:                                     :        Chapter 11
                                     :

Lucky Brand Dungarees, LLC, *et al.*,[1]    :        Case No. 20-11768 (CSS)
                                     :

                Debtors.          :        (Jointly Administered)
                                     :
------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR TELEPHONIC HEARING ON OCTOBER 2, 2020 AT 3:00 P.M. (ET)

---

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING
MUST APPEAR THROUGH COURTCALL, LLC.**

**PARTIES SHOULD CONTACT COURTCALL, LLC
AT 844-925-0626 TO REGISTER THEIR APPEARANCE.**

---

## ADJOURNED/RESOLVED MATTERS

1.     Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Stalking Horse Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of the Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (E) Approving Assumption and Assignment Procedures, and (F) Granting Related Relief, and (II)(A) Approving Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 15, 7/3/20]

        <u>Cure Objection Deadline:</u>             August 7, 2020 at 4:00 p.m. (ET); extended for Walt Disney Parks and Resorts U.S. Inc. to August 9, 2020 at 5:00 p.m. (ET); extended for Simon Property Group, L.P. to August 10, 2020 at 4:00 p.m. (ET)

        <u>Cure Responses/Objections Received:</u>     See **Exhibit A** attached hereto

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

Related Documents:

A. Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [D.I. 180, 7/24/20]

B. Order (A) Approving the Purchase Agreement; (B) Approving the Sale to the Buyer of the Acquired Assets of the Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (D) Authorizing the Debtors to Consummate Transactions Related to the Above; and (E) Granting Other Relief [D.I. 349, 8/12/20]

C. Notice of Closing of Transactions and Assumption and Assignment of Certain Executory Contracts [D.I. 353, 8/14/20]

D. Notice of Rejection of Certain Executory Contracts [D.I. 354, 8/14/20]

E. Notice of Withdrawal of Rejection of Certain Executory Contracts [D.I. 359, 8/17/20]

F. Notice of Rejection of Certain Unexpired Leases [D.I. 383, 8/27/20]

G. Notice of Withdrawal of Rejection of Certain Unexpired Lease [D.I. 427, 9/24/20]

H. Second Notice of Assumption and Assignment of Certain Executory Contracts [D.I. 431, 9/28/20]

I. First Supplemental Notice of Proposed Assumption and Assignment of Executory Contracts and Cure Amounts [D.I. 432, 9/28/20]

J. Second Notice of Rejection of Certain Unexpired Leases [D.I. 442, 9/30/20]

K. Stipulation Regarding the Assumption and Assignment of Certain Employee Benefits Agreement [D.I. 443, 9/30/20]

Status: The remaining cure objections are adjourned to October 22, 2020 at 10:00 a.m. (ET), as indicated on Exhibit A.

2.      Application of the Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C. §§ 328, and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of July 17, 2020 [D.I. 372, 8/24/20]

Response/Objection Deadline:                September 8, 2020 at 4:00 p.m. (ET)

Responses/Objections Received:

   A.      Informal comments from the Office of the United States Trustee

Related Pleadings:

   B.      Certification of Counsel [D.I. 437, 9/29/20]

   C.      Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of July 17, 2020 [Docket No. 439, 9/30/20]

   Status:      An order has been entered.

3.      Application of the Official Committee of Unsecured Creditors of the Debtors, Lucky Brand Dungarees, LLC, et al., for Order: (A) Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor Nunc Pro Tunc to July 22, 2020 [D.I. 373, 8/24/20]

Response/Objection Deadline:                September 8, 2020 at 4:00 p.m. (ET)

Responses/Objections Received:

   A.      Informal comments from the Office of the United States Trustee

Related Pleadings:

   B.      Supplemental Declaration in Support of Application of the Official Committee of Unsecured Creditors of the Debtors, Lucky Brand Dungarees, LLC, et al., for Order: (A) Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor Nunc Pro Tunc to July 22, 2020 [D.I. 436, 9/29/20]

   C.      Certification of Counsel [D.I. 438, 9/29/20]

D.      Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor Nunc Pro Tunc to July 22, 2020 [Docket No. 440, 9/30/20]

Status:      An order has been entered.

4.      Motion of Judith Robles and Lisa Virtue for Relief from Automatic Stay Under 11 U.S.C. § 362 of the Bankruptcy Code [D.I. 413, 9/25/20]

Response/Objection Deadline:                    September 25, 2020 at 4:00 p.m. (ET)

Responses/Objections Received:                  None
Related Pleadings:

A.      Certificate of No Objection [D.I. 430, 9/28/20]

B.      Order Granting Motion of Judith Robles and Lisa Virtue for Relief from Automatic Stay Under 11 U.S.C. § 362 of the Bankruptcy Code [D.I. 433, 9/29/20]

Status:      An order has been entered.

**MATTER GOING FORWARD**

5.      Motion of Debtors for Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect to the Debtors' Joint Chapter 11 Plan, (III) Approving the Forms of Ballots and Notices In Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [D.I. 388, 8/28/20]

Response/Objection Deadline:                    September 25, 2020 at 4:00 p.m. (ET)

Responses/Objections Received:

A.      Informal comments from the Office of the United States Trustee

B.      Informal comments from the Chubb Companies

C.      Objection of Cigna to Proposed Disclosure Statement for Joint Plan of Liquidation for Lucky Brand Dungarees, LLC and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 419, 9/21/20]

Related Pleadings:

D.      Joint Plan of Liquidation for Lucky Brand Dungarees, LLC and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 386, 8/28/20]

E.      Proposed Disclosure Statement for Joint Plan of Liquidation for Lucky Brand Dungarees, LLC and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 387, 8/28/20]

F.      Notice of Hearing to Consider Approval of Debtors' Proposed Disclosure Statement for Debtors' Chapter 11 Plan [D.I. 389, 8/28/20]

G.      Notice of Filing of Exhibit C to the Proposed Disclosure Statement for Joint Plan of Liquidation for Lucky Brand Dungarees, LLC and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 403, 9/10/20]

Status:     Item C has been resolved through the entry of a stipulation. The Debtors are working to resolve Items A and B and believe they will be resolved prior to the hearing. The Debtors intend to file a revised Plan, Disclosure Statement, and revised proposed order approving the Disclosure Statement prior to the hearing.

*[Signature page follows]*

27104711.3

5

Dated: September 30, 2020    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Wilmington, Delaware

*/s/ Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Joseph M. Mulvihill (No. 6061)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile:  (302) 571-1253
Email:    mnestor@ycst.com
            kcoyle@ycst.com
            amagaziner@ycst.com
            jmulvihill@ycst.com

- and -

**LATHAM & WATKINS LLP**
George A. Davis (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile:  (212) 751-4864
Email:    george.davis@lw.com
            jon.weichselbaum@lw.com
            brian.rosen@lw.com

- and -

Ted A. Dillman (admitted *pro hac vice*)
Chris Craige (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763
Email:    ted.dillman@lw.com
            chris.craige@lw.com

*Counsel for Debtors and Debtors in Possession*

27104711.3

**EXHIBIT A**

**CURE/ASSIGNMENT RESPONSES**

| | Docket No. | Date Filed | Respondent | Status |
|---|---|---|---|---|
| 1 | Informal | 7/28/20 | The Chubb Companies | This objection is resolved. |
| 2 | Informal | 7/30/20 | Pyramid | This objection is resolved. |
| 3 | 277 | 8/4/20 | SLTS Grand Avenue II, L.P. | This objection is resolved. |
| 4 | Informal | 8/4/20 | LVP St. Augustine Outlets LLC | This objection is resolved. |
| 5 | 282 | 8/6/20 | Vincent Camuto, LLC | This objection is resolved. |
| 6 | 283 | 8/6/20 | GTT Communications, Inc. | This matter is being adjourned to the next regularly scheduled omnibus hearing. |
| 7 | 284 | 8/6/20 | Westfield, LLC and Certain Affiliates | The cure objection is being adjourned to the next regularly scheduled omnibus hearing. |
| 8 | 286 | 8/6/20 | The Taubman Landlords | Objection moot with respect to stores 631 and 2656 due to the rejection notice filed September 30. With respect to the remaining stores, the cure objection is being adjourned to the next regularly scheduled omnibus hearing. |
| 9 | 288 | 8/7/20 | Cigna Entities | This matter has been resolved by the *Stipulation Regarding the Assumption and Assignment of Certain Employee Benefits Agreement* [D.I. 443] |

27104711.3

|    | Docket No. | Date Filed | Respondent | Status |
|----|-----------|-----------|-----------|--------|
| 10 | 290 | 8/7/20 | Oracle America, Inc., successor in interest to MICROS Systems, Inc., and NetSuite, Inc. | The cure objection is being adjourned to the next regularly scheduled omnibus hearing. |
| 11 | 291 | 8/7/20 | Market Street Retail South LLC, Legacy Place Properties LLC and NED Little Rock LLC | The cure objection is being adjourned to the next regularly scheduled omnibus hearing. |
| 12 | 292 | 8/7/20 | Maui Outlets Associates, LLC | There is an agreement in principle between the parties to resolve the cure objection. |
| 13 | 293 | 8/7/20 | Brookfield Property Retail, Inc. and Turnberry Associates | The cure objection is being adjourned to the next regularly scheduled omnibus hearing. |
| 14 | Informal | 8/7/20 | Perryscope Productions, LLC | The cure objection is being adjourned to the next regularly scheduled omnibus hearing. |
| 15 | 294 | 8/7/20 | 360i LLC | This matter is being adjourned to the next regularly scheduled omnibus hearing. |
| 16 | 295 & 296 | 8/7/20 | salesforce.com, Inc. | This matter is being adjourned to the next regularly scheduled omnibus hearing. |
| 17 | 297 | 8/7/20 | DDR Deer Park Town Center, LLC, Federal Realty Investment Trust, Galleria Mall Investors LP, PGIM Real Estate, Starwood Retail Partners LLC, The Forbes Company, and The Macerich Company | With respect to store 2588 the objection is moot due to the lease rejection notice filed September 30. With respect to the remaining stores, this matter is adjourned with respect to any cure-related disputes. |
| 18 | 298 | 8/7/20 | Comenity Capital Bank | This objection is resolved. |
| 19 | 299 | 8/7/20 | Bunzl Retail Services, LLC f/k/a Diversified Distribution Systems, LLC | This matter is being adjourned to the next regularly scheduled omnibus hearing. |

2

27104711.3

| | Docket No. | Date Filed | Respondent | Status |
|---|---|---|---|---|
| 20 | 300 | 8/7/20 | Rem Optical Company, Inc. | This objection is resolved. |
| 21 | 301 | 8/7/20 | Sagemore Management Company, LLC | With respect to the cure objection, this matter is being adjourned to the next regularly scheduled omnibus hearing. |
| 22 | 310 | 8/10/20 | Accenture, LLP | This matter is being adjourned to the next regularly scheduled omnibus hearing. |
| 23 | 315 | 8/10/20 | Dania Live 1748 II, LLC | This objection is moot due to lease rejection notice filed September 30. |
| 24 | 319 | 8/10/20 | Riverwalk Marketplace (New Orleans) LLC | This objection is moot due to lease rejection notice filed September 30. |

3

27104711.3