## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x

In re:                                                   :   Chapter 11
                                                         :
Lucky Brand Dungarees, LLC, et al., [1]                  :   Case No. 20-11768 (CSS)
                                                         :
                                  Debtors.               :   (Jointly Administered)
                                                         :
---------------------------------------------------------- :   **Ref. Docket No. 417, 421, 422**
                                                         x

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF OHIO               )
                            ) ss.:
COUNTY OF FRANKLIN   )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action

2.  On September 21, 2020, I caused to be served the:

    a. "Order Scheduling Omnibus Hearing Date," dated September 20, 2020 [Docket No. 417],

    b. "Notice of Application," dated September 21, 2020 to which is attached the "Cover Sheet for First and Final Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtors for the Period of July 3, 2020 through August 31, 2020," and "First and Final Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtors for the Period Of July 3, 2020 through August 31, 2020" [Docket No. 422], and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

    c. "Notice of Filing of First Monthly Staffing and Compensation Report of Berkeley Research Group, During the Period from July 3, 2020 through July 31, 2020," dated September 21, 2020 to which is attached the "First Monthly Staffing and Compensation Report of Berkeley Research Group, During the Period from July 3, 2020 through July 31, 2020," [Docket No. 421],

by causing true and correct copies to be:

    i. enclosed in separate postage pre-paid enveloped and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Angela Chachoff</u>
Angela Chachoff

Sworn to before me this
 22nd day of September, 2020
<u>/s/ Andrea R. Speelman</u>
Notary Public, State of Ohio
Commission Expires March 21, 2024

# Exhibit A

| Claim Name | Address Information |
|---|---|
| CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON P.O. BOX 8324 SAVANNAH GA 31412-8324 |
| CHATHAM COUNTY TAX COMMISSIONER | (COUNSEL TO CHATHAM COUNTY TAX COMMISSIONER) ATTN: THERESA C HARRELSON PO BOX 8324 SAVANNAH GA 31412-8324 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO DANIA LIVE 1748 II, LLC) ATTN: RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| NOLD MUCHINSKY PLLC | (COUNSEL TO BELLEVUE SQUARE, LLC, ET AL) ATTN: THOMAS W. STONE, ESQ 10500 NE 8TH STREET BELLEVUE WA 98004 |

**Total Creditor count  8**

**Exhibit B**

# Lucky Brand Dungarees, LLC
## Master Service List - Email

| Creditor Name | Email |
|---|---|
| BROOKFIELD | JOSEPH.HOPE@BROOKFIELDPROPERTIESRETAIL.COM; JULIE.BOWDEN@BROOKFIELDPROPERTIESRETAIL.COM |
| BUSANA APPAREL PTE LTD | CHRISTINE_MONA@BUSANAGROUP.COM; SGOYAL@BUSANAGROUP.COM |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT)LT | AROON@HIRDARAMANI.COM |
| INT, S.A. | SHELLY@INTTRADINGUSA.COM |
| ORIT TRADING LANKA (PVT) LTD | MODITHA@ORITSL.COM; AJITH@ORITSL.COM |
| RED & BLUE INTERNATIONAL CO., LTD. | JERRY.TING@AGI-LIMITED.COM |
| UBASE INTERNATIONAL, INC. | JOYKIM@UBASEINTERNATIONAL.COM; YONGKIM@UBASEINTERNATIONAL.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | USTPREGION03.WL.ECF@USDOJ.GOV; juliet.m.sarkessian@usdoj.gov |
| WELLS FARGO BANK, NA AS ADMIN AGENT | ksimard@choate.com; Maggie.Townsend@wellsfargo.com |
| WELLS FARGO BANK, NA AS TERM AGENT | wolfje@gtlaw.com |
| LANTERN CAPITAL PARTNERS | thomas.califano@dlapiper.com; shmuel.klahr@dlapiper.com ; tommy.felix@dlapiper.com |
| HILCO MERCHANT RESOURCES LLC | hollysnow@paulhastings.com |
| CLOVER HOLDERS II, LLC | collins@rlf.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | antone.little@alston.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | david.wender@alston.com |
| BANCO POPULAR | Rose.Dillon@popular.com |
| BANK OF HAWAII | Glenda.Albano@boh.com |
| JP MORGAN CHASE CASH MANAGEMENT | jacqueline.f.davis@jpmorgan.com |
| WELLS FARGO CAPITAL FINANCE | Maggie.Townsend@wellsfargo.com |
| WELLS FARGO CASH MANAGEMENT | julie.yamauchi@wellsfargo.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | newyork@sec.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.Press@usdoj.gov |
| SPARC GROUP LLC AND ABG-LUCKY, LLC | KCornish@paulweiss.com; eackerman@paulweiss.com; bbolin@paulweiss.com; jstricker@paulweiss.com |
| FEDERAL EXPRESS CORPORATION | BANKRUPTCY@FEDEX.COM |
| JIING SHENG KNITTING CO LTD | KINGHO@MAIL.JMKNIT.COM |
| RONALD M. TUCKER | rtucker@simon.com |
| VICTOR A. SAHN, ESQ. | vsahn@sulmeyerlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | bhermann@paulweiss.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com;kgood@potteranderson.com; rmcneill@potteranderson.com |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | bk@brookfieldpropertiesretail.com |
| YCST | kcoyle@ycst.com;JMulvihill@ycst.com |
| CHOATE, HALL & STEWART LLP | ksimard@choate.com;jfenn@choate.com;softedal@choate.com |

# Lucky Brand Dungarees, LLC
## Master Service List - Email

| Creditor Name | Email |
|---|---|
| REED SMITH LLP | kgwynne@reedsmith.com;jangelo@reedsmith.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| RICHARDS, LAYTON & FINGER, P.A. | collins@rlf.com;merchant@rlf.com;schlauch@rlf.com |
| GREENBERG TRAURIG, LLP | haynesn@gtlaw.com;melorod@gtlaw.com;wolfje@gtlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | jason.binford@oag.texas.gov;abigail.ryan@oag.texas.gov |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Douglas.Herrmann@troutman.com;Marcy.Smith@troutman.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | rdehney@mnat.com;jbarsalona@mnat.com |
| BURR & FORMAN LLP | jfalgowski@burr.com;jhaithcock@burr.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | osonik@pbfcm.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | layla.milligan@oag.texas.gov |
| PRYOR CASHMAN LLP | rbeacher@pryorcashman.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| BARCLAY DAMON LLP | knewman@barclaydamon.com |
| BARCLAY DAMON LLP | sfleischer@barclaydamon.com |
| THOMPSON HINE LLP | Louis.Solimine@ThompsonHine.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com |
| KURTZMAN STEADY, LLC | kurtzman@kurtzmansteady.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com;kconlan@connollygallagher.com |
| KELLEY DRYE & WARREN LLP | KDWBankruptcyDepartment@kelleydrye.com;rlehane@kelleydrye.com;jraviele@kelleydrye.com;dkatsionis@kelleydrye.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@publicans.com |
| GOODKIN LAW GROUP, APC | mshakouri@goodkinlaw.com |
| SINGER & LEVICK, P.C. | mshriro@singerlevick.com |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com;lwilliams@goodwin.com;bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| CLARK & TREVITHICK | lhorowitz@clarktrev.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com;tcarter@goulstonstorrs.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | Patrick.Jackson@faegredrinker.com;Michael.Pompeo@faegredrinker.com |
| COZEN O'CONNOR | tfrancella@cozen.com |
| LIMNEXUS LLP | Sungjin.Hwang@limnexus.com;James.Till@limnexus.com;Jed.Donaldson@limnexus.com |
| TRAVIS COUNTY ATTORNEY | Jason.Starks@traviscountytx.gov |
| BEWLEY, LASSLEBEN & MILLER, LLP | ernie.park@bewleylaw.com |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | dneumann@meyersroman.com |
| BLANK ROME LLP | Tarr@BlankRome.com; EZucker@BlankRome.com |
| SPECTOR & COX, PLLC | hspector@spectorcox.com |

# Lucky Brand Dungarees, LLC
# Master Service List - Email

| Creditor Name | Email |
|---|---|
| JACK SHRUM, P.A | Jshrum@jshrumlaw.com |
| TN ATTORNEY GENERAL'S OFFICE | AGBankDelaware@ag.tn.gov |
| PAHL & MCCAY | crobertson@pahl-mccay.com |
| HONIGMAN LLP | llichtman@honigman.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | muthigk@mcao.maricopa.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com;jpomerantz@pszjlaw.com;crobinson@pszjlaw.com |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | dnewman@em3law.com |
| BARCLAY DAMON LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com;jenner@lrclaw.com |
| ICE MILLER LLP | Daniel.Swetnam@icemiller.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| Edwards Maxson Mago & Macaulay, LLP | dnewman@em3law.com; steven.caponi@klgates.com; |
| BURR & FORMAN LLP | jfalgowski@burr.com;  jjoseph@burr.com |
| SODEXO, INC. | antoinette.young@sodexo.com |
| Buchalter, a Professional Corporation | schristianson@buchalter.com |
| OKLAHOMA ASSISTANT DISTRICT ATTORNEY | grecra@oklahomacounty.org |
| HUNTER SALCIDO & TOMS, LLP | RToms@HSTPasadena.com |
| CHIPMAN BROWN CICERO & COLE, LLP | chipman@chipmanbrown.com |
| OFFICE OF THE ATTORNEY GENERAL | bcuyunker@atg.wa.gov |
| Missouri Department of Revenue | deecf@dor.mo.gov |