IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
Lucky Brand Dungarees, LLC, *et al.,* [1]               :   Case No. 20-11768 (CSS)
                                                        :
                    Debtors.                            :   (Jointly Administered)
                                                        :
                                                        :   **Ref. Docket No. 424**
------------------------------------------------------- :
                                                        x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10077. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

T:\Clients\LUCKY\Affidavits\2nd Fee App_DI 424_ 09-23-20_NS.docx

2. On September 23, 2020, I caused to be served the "Notice of Second Monthly Fee Application," dated September 23, 2020, to which is attached the "Summary of Second Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2020 through August 31, 2020," to which is attached the "Second Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2020 through August 31, 2020," dated September 23, 2020 [Docket No. 424], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ Alison Moodie
Alison Moodie

Sworn to before me this
24th day of September, 2020
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# Exhibit A

Lucky Brand Dungarees, LLC
Case No. 20-11768 (CSS)
Fee App Email List

| Name | Email |
|---|---|
| ALSTON & BIRD - (WILMINGTON TRUST, NA AS ADMIN AGENT) | antone.little@alston.com; david.wender@alston.com |
| CHOATE, HALL & STEWART LLP (WELLS FARGO BANK, NA) | ksimard@choate.com; jfenn@choate.com |
| DIRECT FEE REVIEW LLC | dfr.dfo@gmail.com |
| DLA PIPER - (CERTAIN 2ND LIEN LENDERS & DIP LENDER) | thomas.califano@dlapiper.com; daniel.simon@dlapiper.com |
| GREENBERG TRAURIG, LLP (WELLS FARGO BANK, NA) | wolfje@gtlaw.com |
| OFFICE OF THE UNITED STATES TRUSTEE | juliet.m.sarkessian@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP (PROP COUNSEL-UCC) | bsandler@pszjlaw.com; jpomerantz@pszjlaw.com; crobinson@pszjlaw.com |
| PAUL HASTINGS - (HILCO MERCHANT RESOURCES LLC) | hollysnow@paulhastings.com |
| REED SMITH LLP (WELLS FARGO BANK, NA) | kgwynne@reedsmith.com |
| RICHARDS, LAYTON & FINGER, P.A. (CLOVER HOLDINGS II, LLC) | collins@rlf.com |