**Exhibit B**

**Corporate Organization Chart**


