**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| Lucky Brand Dungarees, LLC, *et al.,* [1] | : | Case No. 20-11768 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------- | : | Ref. Docket Nos. 431, 432 |
| | x | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       ) ss.:
COUNTY OF NEW YORK )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with an office located at 777 Third Avenue, New York, New York 10077. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 28, 2020, I caused to be served the:

    a. "Second Notice of Assumption and Assignment of Certain Executory Contracts," dated September 28, 2020, [Docket No. 431], (the "Assumption Notice"),

    b. "First Supplemental Notice of Proposed Assumption and Assignment of Executory Contracts and Cure Amounts," dated September 28, 2020, [Docket No. 432], (the "Supplemental Notice")

by causing true and correct copies of the:

    i. Assumption Notice to be enclosed in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

    ii. Supplemental Notice to be enclosed in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii. Assumption Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv. Supplemental Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Alison Moodie</u>
Alison Moodie

Sworn to before me this
29th day of September, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | ATTN: LIA F. RAPISARDI 25500 NORTERRA DR., BLDG. B, 3RD FL., PHOENIX AZ 85085 |
| DISCOVERY BENEFITS INC. | ATTN: ATTN: CHIEF COMPLIANCE OFFICER/EVP, DEVIN OLDENBURG 4321 20TH AVE. S FARGO ND 58103 |
| OPTUMRX PBM OF ILLINOIS, INC. | SHIPMAN & GOODWIN LLP ATTN: ERIC S. GOLDSTEIN LATONIA WILLIAMS TRACY E. WILLIAMS ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| OPTUMRX PBM OF ILLINOIS, INC. | ATTN: LEGAL DEPARTMENT, JULIE L. COOK 1600 MCCONNOR PKWY SCHAUMBURG, IL 60173 |
| UNITED HEALTHCARE SERVICES, INC. | SHIPMAN & GOODWIN LLP ATTN: ERIC S. GOLDSTEIN LATONIA WILLIAMS TRACY E. WILLIAMS ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| UNITED HEALTHCARE SERVICES, INC. | ATTN: KARA M. WILLIAMS 22703 NETWORK PL CHICAGO IL 60673-1227 |

**Total Creditor count  6**

# Exhibit B

| Claim Name | Address Information |
|---|---|
| COMPANION LIFE INSURANCE COMPANY OF CALIFORNIA | ATTN: JIM REAGAN, LISA HIGGINBOTHAM, ELIANE OLSON 540 S SANTA FE AVE LOS ANGELES CA 90013 |
| KAISER PERMANENTE HEALTH PLAN, INC. - CA MEDICAL | ATTN: PATRICIA X. EL-JURDI 540 S SANTA FE AVE LOS ANGELES CA 90013 |
| KAISER PERMANENTE HEALTH PLAN, INC. - HI MEDICAL | ATTN: CARRIE BLANCO 711 KAPOILANI BOULEVARD, SUITE 400 HONOLULU HI 96813 |
| OPTUM BANK, INC. | ATTN: KARA M. WILLIAMS BRITTINEY NEWMAN 2525 LAKE PARK BOULEVARD WEST VALLEY CITY UT 84120 |
| VISION CARE FOR LIFE | ATTN: KRISTI FRANCIS 333 QUALITY DRIVE RANCHO CORDOVA CA 95670 |

**Total Creditor count  5**

# Exhibit C

**Luck Brand Dungarees, LLC**
**Case No. 20-11768**
**Email List**

doldenburg@discoverybenefits.com
egoldstein@goodwin.com
julie.cook@optum.com
kara.williams@uhc.com

lia.rapisardi@cigna.com
lwilliams@goodwin.com
tewilliams@goodwin.com

# Exhibit D

## Luck Brand Dungarees, LLC
## Case No. 20-11768
## Email List

carolyn.s.blanco@kp.org
jreagan@isu-inc.net
kara.williams@uhc.com

kristi.francis@vsp.com
lhigginbotham@isu-inc.net
patricia.x.el-jurdi@kp.org