# AFFIDAVIT

**STATE OF NEW JERSEY** )
) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Blayre Bell, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1   insertion(s) on the following date(s):

OCT-07-2020;

ADVERTISER: Lucky Brand Dungarees, LLC, et al.

and that the foregoing statements are true and correct to the best of my knowledge.

*Blayre Bell*

Sworn to before me
this 7 day of   October   2020

_____
Notary Public



IAN C MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES 7/18/2023
STATE OF NEW JERSEY

ADVERTISEMENT

# The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

## BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: Lucky Brand Dungarees, LLC, et al.,[1] Debtors. — Chapter 11, Case No. 20-11768 (CSS) (Jointly Administered)

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; AND (III) VOTING PROCEDURES**

**TO PARTIES IN INTEREST IN THE ABOVE-CAPTIONED CHAPTER 11 CASES:**

**PLEASE TAKE NOTICE** that, on October 2, 2020 the Bankruptcy Court entered an order [D.I. 457] (the "**Disclosure Statement Order**"), approving the *Disclosure Statement for the First Amended Joint Plan of Liquidation for Lucky Brand Dungarees, LLC and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code* [D.I. 460] (as may be amended, modified, or supplemented from time to time, the "**Disclosure Statement**") as providing adequate information pursuant to section 1125 of the Bankruptcy Code. Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the Debtors are soliciting votes from those Holders of Claims in Class 3 with respect to the acceptance or rejection of the Debtors' *First Amended Joint Plan of Liquidation for Lucky Brand Dungarees, LLC and its Affiliate Debtors under Chapter 11 of the Bankruptcy Code*, dated October 1, 2020 [D.I. 459] (as may be amended, modified, or supplemented from time to time, the "**Plan**").[1]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan will be held at **11:00 a.m. (prevailing Eastern Time) on November 17, 2020**, before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Bankruptcy Court, J. Caleb Boggs Federal Building, 844 King Street, 3rd Floor, Room 3209, Wilmington, Delaware 19801 (or via telephonic or other electronic means, as the Bankruptcy Court may direct), or as soon thereafter as counsel can be heard. The Confirmation Hearing may be continued from time to time without further notice other than by an announcement in Bankruptcy Court of such adjournment on the date scheduled for the Confirmation Hearing or any continued hearing, and/or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to interested parties, to the extent permitted by section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019.

**PLEASE TAKE FURTHER NOTICE:**

1. **Plan Treatment.** In accordance with sections 1122 and 1123 of the Bankruptcy Code, the Plan contemplates classifying Holders of Claims and Interests into various Classes for all purposes, including with respect to voting on the Plan, as follows:

**SUMMARY OF STATUS AND VOTING RIGHTS**

| Class | Claim/Equity Interest | Status | Voting Rights | Estimated Recovery (Low to High) | Estimated Claim Amount (In Thousands) |
|---|---|---|---|---|---|
| 1. | Other Priority Claims | Unimpaired | Deemed to Accept | 100% - 100% | $2,000 |
| 2. | Other Secured Claims | Unimpaired | Deemed to Accept | 100% - 100% | $986[3] |
| 3. | Second Lien Term Loan Claims | Impaired | *Entitled to Vote* | 10% - 38% | $29,034[4] |
| 4. | General Unsecured Claims | Impaired | Deemed to Reject | 0% - 100%[5] | $101,284[6] |
| 5. | Intercompany Claims | Impaired | Deemed to Reject | N/A | N/A |
| 6. | Intercompany Interests Existing | Impaired | Deemed to Reject | N/A | N/A |
| 7. | Lucky Brand Interests | Impaired | Deemed to Reject | 0% - 0% | - |

2. **Voting Record Date.** The Voting Record Date is **September 29, 2020**. The Voting Record Date is the date by which it will be determined which Holders of Claims in Class 3 are entitled to vote on the Plan.

3. **Voting Deadline.** All votes to accept or reject the Plan must be actually received by the Debtors' voting agent, Epiq Corporate Restructuring, LLC ("**Epiq**"), by no later than **4:00 p.m. (prevailing Eastern Time) on November 3, 2020** (the "**Voting Deadline**"). Any failure to follow the voting instructions included with your Ballot may disqualify your ballot and your vote.

4. **Plan Supplement.** On October 19, 2020, the Debtors shall file with the Court the Plan Supplement, which will include (i) the Schedule of Assumed Contracts, (ii) the Plan Administration Agreement, (iii) the Release Consideration Trust Agreement, (iv) the identity of the Plan Administrator, (v) the identity of the Committee Trustee, and (vi) any other documents that the Debtors deem necessary or appropriate. After the Plan Supplement is filed, it can be obtained from the Debtors' case management website, located at https://dm.epiq11.com/LuckyBrand, by selecting the link for Key Documents, followed by the link for Plan, Disclosure Statement and Related Documents, or by contacting Epiq, whose contact information is in paragraph 7 below.

5. **Objections to Confirmation of the Plan.** The deadline for filing objections to the Plan is **November 4, 2020 at 4:00 p.m. (prevailing Eastern Time)** (the "**Confirmation Objection Deadline**"). Any objection to the Plan must: (i) be in writing; (ii) conform to the Bankruptcy Rules and the Local Rules; (iii) state the name and address of the objecting party and the amount and nature of the Claim or Equity Interest held by such Entity; (iv) state with particularity the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (v) be filed, contemporaneously with a proof of service, with the Bankruptcy Court and served no later than the Confirmation Objection Deadline on the following parties (collectively, the "**Notice Parties**"), which service may be made through the CM/ECF system, with courtesy copies by email:

- Counsel to the Debtors: (i) Latham & Watkins LLP, 355 S Grand Avenue, Suite 100, Los Angeles, California 90071 (Attn: Ted A. Dillman (ted. dillman@lw.com) and Chris M. Craige (chris.craige@lw.com)), and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801 (Attn: Kara Hammond Coyle (kcoyle@ycst.com) and Joseph M. Mulvihill (jmulvihill@ycst.com));
- Counsel to the Committee: Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Bradford J. Sandler (bsandler@pszjlaw.com), Colin R. Robinson (crobinson@pszjlaw.com) and Paul J. Labov (plabov@pszjlaw.com)); and
- The U.S. Trustee: 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801 (Attn: Juliet Sarkessian (juliet.m.sarkessian@usdoj. gov)).

**CONFIRMATION OBJECTIONS NOT TIMELY FILED AND SERVED IN THE MANNER SET FORTH HEREIN MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND MAY BE OVERRULED WITHOUT FURTHER NOTICE.**

6. **Important Dates.** The following are important dates related to confirmation:

| Event | Proposed Date |
|---|---|
| Voting Record Date | September 29, 2020 |
| Solicitation Mailing Date | No later than October 7, 2020 |
| Plan Supplement Deadline | October 19, 2020 |
| Voting Deadline | November 3, 2020 |
| Confirmation Objection Deadline | November 4, 2020 |
| Deadline to file (i) reply to objections to confirmation of the Plan, if any, (ii) brief in support of confirmation of the Plan, (iii) the voting certification, and (iv) the proposed form of Confirmation Order | November 11, 2020 |
| Confirmation Hearing | November 17, 2020 at 11:00 a.m. (prevailing Eastern Time) |
| Deadline for Epiq to file list of all Holders of Claims in Classes 1 and 2 Who Opted Out of Granting Third Party Releases and all Holders of Claims in Classes 4, 5 and 7 Who Opted In to Granting Third Party Releases | November 24, 2020 |

7. **Additional Information.** The Disclosure Statement, the Plan, the Disclosure Statement Order and other additional information may be viewed free of charge on the Debtors' case management website, located at https://dm.epiq11.com/LuckyBrand, by selecting the link for Key Documents, followed by the link for Plan, Disclosure Statement and Related Documents, or, for a charge, on the Bankruptcy Court's electronic docket for the Debtors' Chapter 11 Cases, located at http://www.deb.uscourts.gov (a PACER login and password are required to access documents on the Bankruptcy Court's website and can be obtained through the PACER Service Center at www. pacer.psc.uscourts.gov), or by contacting Epiq at LuckyBrand@epiqglobal. com, (855) 907 2103 (domestic toll free) or (503) 597 7674 (international), or Lucky Brand Dungarees, LLC - Ballot Processing, c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005. Please note that Epiq cannot provide legal advice.

**ARTICLE X OF THE PLAN CONTAINS RELEASE, EXCULPATION AND INJUNCTION PROVISIONS. THESE PROVISIONS ARE SET FORTH AT THE END OF THIS NOTICE. YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THESE PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.**

**RELEASE, EXCULPATION AND INJUNCTION PROVISIONS CONTAINED IN THE PLAN**

**Article X.B Debtor Release**

As of the Effective Date, except for the rights that remain in effect from and after the Effective Date to enforce this Plan and the obligations contemplated by this Plan and the documents in the Plan Supplement, or as otherwise provided in any order of the Bankruptcy Court, on and after the Effective Date, the Released Parties will be deemed conclusively, absolutely, unconditionally, irrevocably, and forever released and discharged, to the maximum extent permitted by law, by the Debtors, the Post-Effective Date Debtors, and the Estates, in each case on behalf of themselves and their respective successors, assigns, and Representatives and any and all other Persons that may purport to assert any Causes of Action derivatively, by or through the foregoing Persons, from any and all claims, interests, obligations, rights, suits, damages, causes of action, remedies and liabilities whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Post-Effective Date Debtors, or the Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, asserted or unasserted, accrued or unaccrued, existing or hereinafter arising, whether in law or equity, whether sounding in tort or contract, whether arising under federal or state statutory or common law, or any other applicable international, foreign, or domestic law, rule, statute, regulation, treaty, right, duty, requirement or otherwise, that the Debtors, the Post-Effective Date Debtors, the Estates, or their Affiliates would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors, the Debtors' capital structure, the Post-Effective Date Debtors, or their Estates, the Chapter 11 Cases, the Sale Transaction, the purchase, sale, or rescission of the purchase or sale of any asset or security of the Debtors or the Post-Effective Date Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in this Plan, the Debtors' in or out-of-court restructuring and recapitalization efforts, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, the documents in the Plan Supplement, the Asset Purchase Agreement, the Bidding Procedures Order, the Sale Transaction, the Sale Order, the Disclosure Statement, this Plan, and related agreements, instruments, and other documents, and the negotiation, formulation, preparation, dissemination, filing, pursuit of consummation, or implementation thereof, the solicitation of votes with respect to this Plan, or any other act or omission.

Notwithstanding anything to the contrary in the foregoing, the release set forth above does not release any post-Effective Date obligations of any Person under this Plan or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement this Plan.

**Article X.C Release by Holders of Claims and Interests**

As of the Effective Date, except for the rights that remain in effect from and after the Effective Date to enforce this Plan, and the obligations contemplated by this Plan and the documents in the Plan Supplement, or as otherwise provided in any order of the Bankruptcy Court, on and after the Effective Date, the Released Parties will be deemed conclusively, absolutely, unconditionally, irrevocably, and forever released and discharged, to the maximum extent permitted by law, by the Releasing Parties, in each case from any and all claims, interests, obligations, rights, suits, damages, causes of action, remedies and liabilities whatsoever (including any derivative claims, asserted or assertable on behalf of the Debtors, the Post-Effective Date Debtors, or their Estates), whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, asserted or unasserted, accrued or unaccrued, existing or hereinafter arising, whether in law or equity, whether sounding in tort or contract, whether arising under federal or state statutory or common law, or any other applicable international, foreign, or domestic law, rule, statute, regulation, treaty, right, duty, requirement or otherwise, that such Holders or their estates, Affiliates, heirs, executors, administrators, successors, assigns, managers, accountants, attorneys, Representatives, consultants, agents, and any other Persons claiming under or through them would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest or other Person, based on or relating to, or in any manner arising from, in whole or in part, the Debtors, the Debtors' capital structure, the Sale Transaction, the Post-Effective Date Debtors, or their Estates, the Chapter 11 Cases, the purchase, sale, or rescission of the purchase or sale of any asset or security of the Debtors or the Post-Effective Date Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in this Plan, the Debtors' in or out-of-court restructuring and recapitalization efforts, intercompany transactions between or among a Debtor and another Debtor, the restructuring of any Claim or Interest before or during the Chapter 11 Cases, the documents in the Plan Supplement, the Asset Purchase Agreement, the Bidding Procedures Order, the Sale Transaction, the Sale Order, the Disclosure Statement, this Plan, and related agreements, instruments, and other documents, and the negotiation, formulation, preparation, dissemination, filing, pursuit of consummation, or implementation thereof, the solicitation of votes with respect to this Plan, or any other act or omission.

Notwithstanding anything to the contrary in the foregoing, the release set forth above does not release any post-Effective Date obligations of any Person under this Plan or any document, instrument, or agreement (including those set forth in the Plan Supplement) executed to implement this Plan.

**Article X.D Exculpation**

To the fullest extent permitted by applicable law, no Exculpated Party will have or incur, and each Exculpated Party will be released and exculpated from, any Claim or Cause of Action arising from and including the Petition Date through the Effective Date of this Plan, in connection with or arising out of the administration of the Chapter 11 Cases, commencement of the Chapter 11 Cases, pursuit of Confirmation and consummation of this Plan, making Distributions, implementing the Plan Administration Process, the Disclosure Statement, the Sale Transaction, the Asset Purchase Agreement, the Sale Order, or the solicitation of votes for, or Confirmation of, this Plan; the occurrence of the Effective Date; the administration of this Plan or the property to be distributed under this Plan; the issuance of securities under or in connection with this Plan; the purchase, sale, or rescission of the purchase or sale of any asset or security of the Debtors or the Post-Effective Date Debtors; or the transactions in furtherance of any of the foregoing; other than (i) Claims or Causes of Action arising out of or related to any act or omission of an Exculpated Party that constitutes intentional fraud, criminal conduct, willful misconduct, or gross negligence, as determined by a Final Order, and (ii) the Exculpated Parties' rights and obligations under this Plan, the Plan Supplement documents, and the Confirmation Order, but in all respects such Persons will be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities pursuant to this Plan. The Exculpation will be in addition to, and not in limitation of, all other releases, indemnities, exculpations, and any other applicable law or rules protecting such Exculpated Parties from liability.

**Article X.E Permanent Injunction**

The Confirmation Order shall permanently enjoin the commencement or prosecution by any Person, whether directly, derivatively, or otherwise, of any claims, obligations, suits, judgments, damages, demands, debts, rights, Causes of Action, losses, or liabilities released pursuant to this Plan, including the claims, obligations, suits, judgments, damages, demands, debts, rights, Causes of Action, and liabilities released or exculpated in this Plan or the Confirmation Order.

**Relevant Definitions Related to Release and Exculpation Provisions:**

"*Asset Purchase Agreement*" means the asset purchase agreement by and between the Debtors and the Purchaser, attached to the Sale Order [D.I. 349] as Exhibit A.

"*Causes of Action*" means any action, Claim, cause of action, controversy, demand, right, Lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, offset, power, privilege, license and franchise of any kind or character whatsoever, known, unknown, contingent or non-contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, Disputed or undisputed, Secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity or pursuant to any other theory of law. Cause of Action also includes: (a) any right of setoff, counterclaim or recoupment and any claim for breach of contract or for breach of duties imposed by law or in equity; (b) the right to object to Claims or Interests; and (c) any claim or defense including fraud, mistake, duress and usury and any other defenses set forth in section 558 of the Bankruptcy Code.

"*Claim*" has the meaning set forth in section 101(5) of the Bankruptcy Code, against the Debtors or the Estates, whether or not asserted or Allowed.

"*Exculpated Parties*" means collectively: (a) the Debtors; (b) the Debtors' Estates, (c) the directors and officers of the Debtors who served during any portion of the Chapter 11 Cases, (d) the Debtors' professionals retained in these cases, (e) the Committee, (f) the First Lien Agent, (g) the Second Lien Lenders, (h) the Second Lien Agents, (i) the members of the Committee, and with respect to each of the foregoing entities in clauses (a) through (i), such entities' predecessors, successors and assigns, subsidiaries, affiliates, current and former officers, directors, principals, shareholders, members, partners, employees, agents, advisory board members, financial advisors, attorneys, accountants, investment bankers, consultants, Representatives, management companies, and other professionals, and such Persons' respective heirs, executors, estates, servants and nominees, in each case in their capacity as such.

"*Released Parties*" means collectively: (a) all Second Lien Lenders, (b) all Holders of Claims that are presumed to accept this Plan and that do not "opt out" of the releases set forth in Article X.C of this Plan, (c) all Holders of Claims or Interests that are presumed to reject this Plan that "opt-in" to the releases set forth in Article X.C of this Plan and (d) the Released Parties.

The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

[3] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

[4] Figure is estimated based on proofs of claim submitted as of September 21, 2020 and is subject to the claims allowance process and potential objections thereto.

[4] The Second Lien Term Loan Claims are calculated using a reduced principal balance to reflect the credit bid portion of the Sale Transaction discussed in more detail in Section II.B.1 of the Disclosure Statement and an additional reduction of approximately $5,000,000 due to a pay down that occurred on August 27, 2020.

[5] The estimated recovery for Class 4 – General Unsecured Claims is not a Distribution from the Estates. Based on the current amount of projected Claims, if all Holders of General Unsecured Claims participate in the Release Consideration, and dependent on the maximum Release Consideration available, the recovery will be approximately 1% (subject to the claims allowance process). If the amount of Allowed General Unsecured Claims is higher than projected, recovery may be below 1%, and if the amount of Allowed General Unsecured Claims is lower than projected, or if less than 100% of the projected amount of General Unsecured Claims participate in the Release Consideration, recovery may be higher than 1%.

[6] Reflects pre-petition amounts for merchandise vendors, non-merchandise vendors, and accrued rent Claims.

## CAREERS

# A MISSION LIKE NO OTHER

### The Central Intelligence Agency

The Central Intelligence Agency seeks high-performing, patriotic professionals with a diverse range of backgrounds, skill sets, and life experiences to serve the United States by advancing the Agency's mission as the nation's first line of defense. We are interested in candidates available for full-time, part-time, and consulting opportunities both at home and overseas.

For the intellectually curious adventurer looking for an unparalleled, high-impact international opportunity, we offer a way of life that challenges the deepest resources of an individual's intellect, resilience, and judgment. While no specific work background is required, candidates with experience in business, entrepreneurship, sales, marketing, real estate, and program management are highly desirable.

**Competitive candidates should possess the following:**
- US citizenship, dual US citizenship, or US Lawful Permanent Resident (LPR) status
- 3+ years of international experience
- The desire to live, travel, and work abroad
- Foreign language skills
- The ability to successfully complete medical and security processing

**Individuals must be physically located in the US to apply.**

Take the next step. Mail your résumé with a cover letter to:
Recruitment Center
Box 26
Dept. D-46
Washington, DC 20505



**THE WORK OF A NATION.
THE CENTER OF INTELLIGENCE.**

*The CIA is an equal opportunity employer and a drug-free workforce.*

## NOTICE OF SALE

**NOTICE OF PUBLIC AUCTION**
(sale of assets of Genicon, Inc.)

Reference is made to that certain Security Agreement, dated as of June 13, 2019, by and between GENICON, INC., a Florida corporation (the "Borrower"), and ADVANTAGE CAPITAL COMMUNITY DEVELOPMENT FUND, L.L.C., a Louisiana limited liability company, acting solely in its capacity as Agent (the "Agent"), as amended by that certain First Amendment to Security Agreement, dated as of February 7, 2020, by and between the Borrower and the Agent (said Security Agreement, as so amended, is hereinafter referred to as the "Security Agreement") (all capitalized terms not defined herein but defined in the Security Agreement shall have the meanings given to such terms in the Security Agreement). In accordance with the applicable provisions of the Security Agreement and the Uniform Commercial Code as in effect in the State of Florida (the "UCC"), the following assets (the "Collateral") will be sold by the Agent to the highest qualified bidder(s) at a Public Auction (the "Public Auction") to be conducted by ANKURA CAPITAL ADVISORS LLC, as auctioneer for the Agent (the "Auctioneer"), and held on Cisco Webex, commencing on **October 28, 2020 at 10:00 a.m. (prevailing Eastern Time)** (the "Bid Deadline"):[*]

All of Borrower's property, including without limitation the following, whether now owned or hereafter acquired or arising and wherever located: (i) accounts and receivables; (ii) securities entitlements, securities accounts, commodity accounts and investment property; (iii) deposit accounts; (iv) instruments (including promissory notes); (v) documents (including warehouse receipts); (vi) chattel paper (including electronic chattel paper and tangible chattel paper); (vii) inventory, including raw materials, work in process, or materials used or consumed in Borrower's business, items held for sale or lease or furnished or to be furnished under contracts of service, sale or lease, goods that are returned, reclaimed or repossessed; (viii) goods of every nature, including stock-in-trade, goods on consignment and computer programs embedded in such goods; (ix) equipment, including machinery, vehicles and furniture; (x) fixtures; (xi) agricultural liens; (xii) as-extracted collateral; (xiii) commercial tort claims, if any; (xiv) letter of credit rights; (xv) general intangibles, of every kind and description, including payment intangibles, software, computer information, source codes, object codes, records and data, all existing and future customer lists, choses in action, claims (including claims for indemnification or breach of warranty), books, records, patents and patent applications, copyrights, trademarks, tradenames, trade styles, trademark applications, goodwill, blueprints, drawings, designs and plans, trade secrets, contracts, licenses, license agreements, formulae, tax and any other types of refunds, returned and unearned insurance premiums, rights and claims under insurance policies; (xvi) all supporting obligations of all of the foregoing property; (xvii) all property of Borrower now or hereafter in Agent's possession or in transit to or from, or under the custody or control of, Agent or any affiliate thereof; (xviii) all cash and cash equivalents thereof; and (xix) all cash and noncash proceeds (including insurance proceeds) of all of the foregoing property, all products thereof and all additions and accessions thereto, substitutions therefor and replacements therefor including but not limited to all stock rights, subscription rights, dividends, stock dividends, stock splits, or liquidating dividends, and all cash, accounts, chattel paper, instruments, investment property, financial assets, and general intangibles arising from the sale, rent, lease, casualty loss or other disposition of the Collateral.

This Public Auction will be a public disposition (within the meaning of Section 9-610 of the UCC) of the Collateral. The Collateral includes the following product lines of the Borrower (the "Product Lines"), each of which is more particularly described in the Bid Package (as defined below): (a) the Trocar Cannula System Product Line, (b) the Lavage System Product Line, (c) the Electrosurgical Devices Product Line, (d) the Ligation Systems Product Line and (e) the Specimen Retrieval Systems Product Line.

The Collateral is being sold strictly on an "AS IS AND WHERE IS" BASIS, AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES (WHETHER EXPRESSED OR IMPLIED) OF ANY KIND (INCLUDING WITHOUT LIMITATION, ANY SUCH REPRESENTATIONS AND WARRANTIES AS TO FITNESS FOR A PARTICULAR PURPOSE), MADE BY THE AGENT, ANY LENDER, THE AUCTIONEER OR ANY OTHER PERSON ACTING FOR OR ON BEHALF OF THE AGENT, ANY LENDER OR THE AUCTIONEER, AND WITHOUT ANY RECOURSE WHATSOEVER AGAINST THE AGENT, ANY LENDER, THE AUCTIONEER OR ANY OTHER PERSON ACTING FOR OR ON BEHALF OF THE AGENT, ANY LENDER OR THE AUCTIONEER.

All bids for the Collateral (or any of the Product Lines) must be submitted by the Bid Deadline in accordance with the terms and conditions set forth in a bid package (the "**Bid Package**") relating to this Public Auction. For additional information regarding this Public Auction, and to obtain a Bid Package, please contact the Auctioneer as follows: Ankura Capital Advisors LLC, 485 Lexington Avenue, 10th Floor, New York, New York 10017, Attention: Michael Mortell, Senior Managing Director, Direct Dial: 212.818.1595, E-mail: mmortell.aca@ankura.com; and Christopher Swenson, Managing Director, Direct Dial: 415.727.6634, E-mail: cswenson.aca@ankura.com.

[*] All of the information contained herein is made to the best of the knowledge of the Agent.

## CAREERS

### Assistant Vice President

Deutsche Bank New York Branch seeks Assistant Vice President in NY, NY to challenge model dvlpmt approaches & the associated output to guide dvlpmt of models commensurate w/ bus. expectations. Req's: Master's in CS, Info Syst's or rel. field or equiv & 2 yrs of exp dvlping fin'l models & balance sheets as part of the comprehensive capital analysis & review process. Must incl 2 yrs of exp analyzing large data sets to derive insights that assist w/ stress testing exercises; reviewing asset allocation strategies; studying the effect of macroeconomic variable movements to underlying assets in order to understand asset allocation behavior; dsgning & dvlping decks to visualize projections & identify risk drivers for key mgmt decisions; dsgning & quantifying the results of scenario sensitivity & attribution analysis; running data quality checks, data attestation & execution of fin'l models using the signed-off data, utilizing data tools incl SQL. Apply to https://www.db.com/careers/en/prof/role-search/role-search-overview.html & search by prof'ls, keyword IR4612413.

THE WALL STREET JOURNAL.

THE MARKETPLACE

## BUSINESS OPPORTUNITIES

### FOR IMMEDIATE SALE
### 18 CAFETERIA STYLE RESTAURANTS

Seeking buyer for some or all of 18 K&W Cafeterias restaurants located in NC, SC, and VA. Solid management and operations team in place. Average sales per store of $2.5 million. Attractive leases available for assumption; real estate may be available for sale at 7 locations. Successfully implemented COVID-19 safety measures.

US Bankruptcy Court, Middle District of North Carolina, Winston-Salem Division, Case No. 20-50674



Contact: Debbie Beall
(410) 220-4843
debbiebeall@schgroup.com

## CAREERS

### Assistant Vice President

DWS Investment Management Americas Inc. seeks Assistant Vice President, in NY, NY to identify & implement actionable cost savings opportunities that are in line w/ wider strategic priorities & relate to tighter cost targets & organizational restructuring req'ts. Bachelor's in Bus. Admin, Mgmt or rel. or equiv & 3 yrs of exp defining regional, cross-regional, & global bus. strategy, & establishing project governance. Must incl at least 3 yrs of exp dvlping customized revenue & cost forecasts, reviewing budgets & outlining viable levers to derive substantial cost savings & revenue growth opportunities; conducting negotiations to determine terms of strategic partnerships; conducting gap analysis on the division's go-to-mkt model to support strategy implementation; supporting strategic planning & annual budgeting processes; creating DCF, precedent transactions, merger models & transaction impact analyses; conducting mrkt & competitor analysis, & feasibility assessments on M&A/partnerships; creating RFP documents for divestitures partnerships; defining target operating models & executing footprint/legal entity measures to ensure compliance w/ strategic/regulatory req'ts; developing internal Mergers & Acquisitions tool to log, track, & monitor deal-related activities incl wall-crossing procedures; leveraging think-cell tool to analyze data & support decision making processes; dvlping detailed roles & responsibilities frameworks; & substantiating & monitoring execution of headcount measures, & creating related mgmt into dashboards. Apply to https://www.db.com/careers/en/prof/role-search/role-search-overview.html & search by prof'ls, keyword IR4818963.

### Controller

NY, NY. Test all market prices independently, using consensus data (Totem) or brokers. For reqs & to apply, visit https://careers.jpmorgan.com & apply to job # 210032394. EOE, AAE, M/F/D/V. JPMorgan Chase & Co. All rights reserved. www.jpmorganchase.com

### Investment Banking Positions

**Investment Banking Positions** (Healthcare Associate level) available in our **New York, NY office.** Work with clients from various verticals within the U.S. & global healthcare industry, such as life sciences (pharmaceuticals & biotechnology), medical technology, & healthcare services, on investment banking transactions. Apply understanding of key investment banking products (mergers & acquisitions, initial public offerings, & leveraged finance products) & the requirements for capital raising activities. Analyze their strategic alternatives & assist in executing them. Construct & analyze complex financial modeling & pro forma analysis. Perform financial statements analysis. Develop financial & operating models (discounted cash flow, leveraged buyout, & accretion/dilution models) to help determine the value of a business or a transaction. Req's: Bachelor's degr plus 2 yrs exp. Please forward your resume to Credit Suisse, P.O. Box AL98CSNY, 10 Rockefeller Plaza, Suite 1016, New York, NY 10020. No phone calls.

### Business Management

**New York, NY.** Serve as a key member of the US Equity Chief Operating Officer's team, supporting the investment, research, & trading & client teams. For reqs & to apply, visit https://careers.jpmorgan.com & apply to job #210030085. EOE, AAE, M/F/D/V. JPMorgan Chase & Co. All rights reserved. www.jpmorganchase.com

### Sales/Mkt Officer

NY, NY. Cover a significant number of long only & hedge fund institutional clients who can invest in European equities. Up to 15% of domestic & international travel required for meetings. For reqs & to apply, visit https://careers.jpmorgan.com & apply to job #210032380. EOE, AAE, M/F/D/V. JPMorgan Chase & Co. All rights reserved. www.jpmorganchase.com

## BUSINESS OPPORTUNITIES

### ALLIANCE MORTGAGE FUND
### 7%-8% RETURN
**REAL ESTATE SECURED FIXED INCOME FUND SEEKING RIA'S & ACCREDITED INVESTORS**
CALL:
**866-7000-600**
ALLIANCE PORTFOLIO
120 Vantis Dr., Ste. 515 • Aliso Viejo, CA 92656
www.AlliancePortfolio.com
RE Broker • CA DRE • 00266955 Broker License ID

### Woodridge, NY
*One complete Architectural woodworking/cabinet plant for sale with building.* Fully equipped for any type of custom millwork or cabinetry. CNC panel processing equip. Solid lumber mill with molder. 11,500 square foot building, fully sprinklered, heavy duty electric. Flexible financing by an owner retiring.
**914-443-4577 or kuno@procab.us**

### RIVER VALE, NJ
LAND FOR SALE
6 FULLY APPROVED
BLDG LOTS • SHOVEL READY
SECLUDED SUBD
ON CUL-DE-SAC
BERGEN COUNTY
**201-615-9316 OWNER**

## BUSINESS OPPORTUNITIES

### MEGA C-Store/Gas/Real Estate
**High Volume 3 Years NEW location.**
2019 Gross Sales $8.2M+
-10 Gas Positions - Dive Pumps: 87,89,93 & Diesel.
- No Supply Agreement Unbranded. 4,300 SF
-Beautifully Built Stone Building. Beer, Lotto, Food
Sales, Grab & Go Food & Deli. New Haven County,CT.
Very Profitable/Strong Brand.
**PRICE: $6,950,000**
Gary Pruitt: 860.796.9055
Katherine Curry: 860.836.4447

### Import/Distribution company with 20-year record
as leader in office products industry is available for sale by private owner contemplating retirement. Company has long term successful and profitable relationships with major U.S. retail, e-commerce and distributor accounts, supplying both national and private brand products. Diverse product line includes multiple products in décor and supply categories. **2019 Sales $6.5 million, 2020 Sales $5.1 million thru Q3.** Excellent acquisition for an established business in the office products industry seeking to grow its position with major customers. Submit letter of inquiry including detailed information on prospective acquiring company to **businessinquiry92020@gmail.com — Principals only.**

### Patent Pending Business Method
My system enables moderate income people to invest in real estate and prosper as never before. **Start-up seeks 300K+; secured by real estate.**
Doug Webb - doug.gph@gmail.com
614-717-3215 (cell)    Columbus, OH.

## CAREERS

### M & A BUSINESS BROKERS
**Sell & Show Businesses**
**Six Figure Commissions**
As Independent Contractor
**Work From Home / Outside Sales**
Leads Furnished • Training • Since 1985
**Send Letter & Resume to:**
brokers@gottesman-company.com
Visit our website: gottesman-company.com
United States • Canada • Europe

### Asset Management – Investment Professional
NY, NY. Interact with sellers, partners, investment bankers, and advisors to source and review select acquisition opportunities, including leading deal and structuring teams. 25-50% domestic and international travel required. For reqs & to apply, visit https://careers.jpmorgan.com & apply to job #210032378. EOE, AAE, M/F/D/V. JPMorgan Chase & Co. All rights reserved.  www.jpmorganchase.com



## ADVERTISE TODAY

**(800) 366-3975**

For more information visit:
**wsj.com/classifieds**

© 2020 Dow Jones & Company, Inc. All Rights Reserved.