IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                       :

In re:                                        :      Chapter 11

Lucky Brand Dungarees, LLC, *et al.*,[1]    :      Case No. 20-11768 (CSS)

                        Debtors.                :      (Jointly Administered)

                                                      :      **Re: Docket Nos. 349 & 354**
------------------------------------------------------- x

**SECOND NOTICE OF WITHDRAWAL
OF REJECTION OF CERTAIN EXECUTORY CONTRACT**

**PLEASE TAKE NOTICE THAT** on August 12, 2020, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order (A) Approving the Purchase Agreement; (B) Approving the Sale to the Buyer of the Acquired Assets of the Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (D) Authorizing the Debtors to Consummate Transactions Related to the Above; and (E) Granting Other Relief* [Docket No. 349] (the "**Sale Order**"),[2] approving, among other things, procedures for the rejection, assumption, or assumption and assignment of executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that on August 14, 2020, pursuant to the Sale Order and Section 2.7(c) of the Purchase Agreement, the above-captioned debtors and debtors in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

27144930.1

possession (collectively, the "**Debtors**") filed the *Notice of Rejection of Certain Executory Contracts* [Docket. No 354] (the "**Rejection Notice**").

**PLEASE TAKE FURTHER NOTICE** that subsequent to the filing and service of the Rejection Notice, the Buyer has determined to remove the following contract from the Rejection Notice:

| **Counterparty** | **Debtor Counterparty** | **Description of Contract** | **Rejection Effective Date** |
|---|---|---|---|
| Costco Wholesale Canada Ltd. Attn: Andrea Rey De Castro PO Box 34340 Seattle WA 98124 | Lucky Brand Dungarees LLC | Basic Supplier Agreement Dated 5/29/2020 | August 14, 2020 |

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Rejection Notice solely with respect to the above contract. The Debtors are informed that the Buyer and the non-Debtor counterparty to the above contract affirmatively consent to this withdrawal notice. The Buyer and Debtors agree and acknowledge that the Purchase Agreement allocates to the Buyer (a) any and all payment liabilities of Buyer, the Debtors, and their respective affiliates under the above contract that are incurred and come due and payable during the period from and after the Closing[3] through the effective date of the above contract's assumption and assignment to the Buyer or rejection by the applicable Debtors in accordance with the Purchase Agreement, and (b) all Buyer Cure Costs[4] in connection with any assumption and assignment of the above contract.

[*Remainder of page intentionally left blank.*]

---

[3] As defined in the Purchase Agreement.

[4] As defined in the Purchase Agreement.

27144930.1

| | |
|---|---|
| Dated: October 7, 2020<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kara Hammond Coyle*<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Andrew L. Magaziner (No. 5426)<br>Joseph M. Mulvihill (No. 6061)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:   mnestor@ycst.com<br>            kcoyle@ycst.com<br>            amagaziner@ycst.com<br>            jmulvihill@ycst.com<br>            bfeldman@ycst.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br>George A. Davis (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:   george.davis@lw.com<br>            jon.weichselbaum@lw.com<br>            brian.rosen@lw.com<br><br>- and -<br><br>Ted A. Dillman (admitted *pro hac vice*)<br>Christina M. Craige (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:   ted.dillman@lw.com<br>            chris.craige@lw.com<br><br>*Counsel for Debtors and Debtors in Possession* |

27144930.1

3