# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :  Chapter 11
                                                        :
Lucky Brand Dungarees, LLC, *et al.,* [1]               :  Case No. 20-11768 (CSS)
                                                        :
                    Debtors.    :  (Jointly Administered)
                                                        :
------------------------------------------------------- :  **Ref. Docket Nos. 442-444**
                                                        x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action

2. On September 30, 2020, I caused to be served the following:

   a. "Second Notice of Rejection of Certain Unexpired Leases," dated September 30, 2020 [Docket No. 442] (the "Notice of Rejection"),

   b. "Stipulation Regarding the Assumption and Assignment of Certain Employee Benefits Agreement," dated September 30, 2020 [Docket No. 443] (the "Stipulation"),

   c. "Notice of Agenda of Matters Scheduled for Telephonic Hearing on October 2, 2020 at 3:00 P.M. (ET)," dated September 30, 2020 [Docket No. 444] (the "Notice of Agenda"),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

by causing true and correct copies of the:

  i. Notice of Rejection, and Stipulation to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

  ii. Notice of Rejection to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

  iii. Notice of Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

  iv. Notice of Rejection, Stipulation, and Notice of Agenda to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>,

  v. Stipulation and Notice of Agenda to be delivered via electronic mail to the following party: *jwisler@connollygallagher.com*,

  vi. Notice of Agenda to be delivered via electronic mail to those parties listed on the annexed via electronic mail to those parties listed on the annexed <u>Exhibit E</u>,

  vii. Notice of Agenda to be delivered via facsimile to those parties listed on the annexed <u>Exhibit F</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ *Alison Moodie*</u>
Alison Moodie

Sworn to before me this
1st day of October, 2020
<u>/s/ *Panagiota Manatakis*</u>
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON P.O. BOX 8324 SAVANNAH GA 31412-8324 |
| CHATHAM COUNTY TAX COMMISSIONER | (COUNSEL TO CHATHAM COUNTY TAX COMMISSIONER) ATTN: THERESA C HARRELSON PO BOX 8324 SAVANNAH GA 31412-8324 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO DANIA LIVE 1748 II, LLC) ATTN: RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| NOLD MUCHINSKY PLLC | (COUNSEL TO BELLEVUE SQUARE, LLC, ET AL) ATTN: THOMAS W. STONE, ESQ 10500 NE 8TH STREET BELLEVUE WA 98004 |

**Total Creditor count  8**

**Exhibit B**

| Claim Name | Address Information |
|---|---|
| 1245 FACTORY PLACE | 629 SOUTH CENTRAL AVE LOS ANGELES CA 90021 |
| 229 NEWBURY STREET TRUST | 20 PARK PLAZA, SUITE 700 BOSTON MA 02116-4399 |
| 65-67 EAST RIDGEWOOD AVENUE LLC | 1 WEST RIDGEWOOD AVENUE AT GARBER SQUARE SECOND FLOOR -SUITE B RIDGEWOOD NJ 07450 |
| AVISON YOUNG - CHICAGO, LLC | ONE SOUTH WACKER STREET, SUITE 3000 CHICAGO IL 60606 |
| BELLEVUE SQUARE, LLC | 575 BELLEVUE SQUARE BELLEVUE WA 98004 |
| BEN EISENBERG PROPERTIES | 127 EAST 9TH ST LOS ANGELES CA 90015 |
| BLUEGRASS OUTLET SHOPPES CMBS, LLC | 2030 HAMILTON PLACE BLVD CHATTANOOGA TN 37421 |
| DANIA LIVE 1748 II, LLC | 3333 NEW HYDE PARK ROAD, SUITE 100 NEW HYDE PARK NY 11042-0020 |
| DDR DEER PARK TOWN CENTER LLC | 3300 ENTERPRISE PARKWAY BEACHWOOD OH 44122 |
| DOUTHIT FRET ROUSE GENTILE & RHODES | 5250 W. 116TH PLACE, SUITE 400 LEAWOOD KS 66211 |
| HARTMAN SIMONS & WOOD LLP | 6400 POWERS FERRY ROAD NW, SUITE 400 ATLANTA GA 30339 |
| HIGHLAND VILLAGE HOLDING, INC. | 5233 ALCOA AVENUE VERNON CA 90058 |
| INTERNACIONAL PUERTO RICO LLC | 200 EAST LONG LAKE ROAD, PO BOX 200 BLOOMFIELD HILLS MI 48303-0200 |
| JEFFREY R. ANDERSON REAL ESTATE, INC. | 3825 EDWARDS ROAD, SUITE 200 CINCINNATI OH 45209 |
| JOSEPHINE S. NORTON & TYLER K. NORTON TRUSTEES | 7825 FAY AVE, SUITE 200 LA JOLLA CA 92037 |
| KHEDR BELMONT SHORES LLC | 1242 THIRD STREET, PROMENADE SUITE 206 SANTA MONICA CA 90401 |
| LEE & ASSOCIATES COMMERCE INC. | 500 CITADEL, SUITE 140 COMMERCE CA 90040 |
| LYBRAND FAMILY TRUST, LLC | PO BOX 21878 CHARLESTON SC 29413 |
| NORTHPARK PARTNERS, LP | 8080 NORTH CENTRAL EXPRESSWAY SUITE 1100 DALLAS TX 75206-1807 |
| PARK AVENUE PLAZA OF WINTER PARK, LTD. | 9095 SW 87TH AVE, SUITE 777 MIAMI FL 33176 |
| RIVERWALK MARKETPLACE (NEW ORLEANS), LLC | 13355 NOEL ROAD DALLAS TX 75240 |
| TAMPA WESTSHORE ASSOCIATES LIMITED PARTNERSHIP | 200 EAST LONG LAKE ROAD BLOOMFIELD HILLS MI 48303-0200 |
| UNIVERSITY VILLAGE LIMITED PARTNERSHIP | 2673 NORTHEAST UNIVERSITY VILLAGE MALL SUITE 7 SEATTLE WA 98105 |

**Total Creditor count  23**

# Exhibit C

| Claim Name | Address Information |
|---|---|
| CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON P.O. BOX 8324 SAVANNAH GA 31412-8324 |
| CHATHAM COUNTY TAX COMMISSIONER | (COUNSEL TO CHATHAM COUNTY TAX COMMISSIONER) ATTN: THERESA C HARRELSON PO BOX 8324 SAVANNAH GA 31412-8324 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO DANIA LIVE 1748 II, LLC) ATTN: RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| NOLD MUCHINSKY PLLC | (COUNSEL TO BELLEVUE SQUARE, LLC, ET AL) ATTN: THOMAS W. STONE, ESQ 10500 NE 8TH STREET BELLEVUE WA 98004 |

**Total Creditor count  8**

Lucky Brand Dungarees, LLC
Case No. 20-11768 (CSS)
Sale Party Addresses

| Name | Address Information |
|---|---|
| BUCHALTER, A PROFESSIONAL CORPORATION | Shawn M. Christianson, Esq.<br>Michael S. Myers, Esq.<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105 |
| ORACLE AMERICA, INC. | Deborah Miller, Esq.<br>Benjamin Wheeler, Esq.<br>500 Oracle Parkway<br>Redwood City, California 94065 |
| KELLEY DRYE & WARREN LLP | Robert L. LeHane, Esq.<br>Jennifer D. Raviele, Esq.<br>Konstantinos Katsionis, Esq.<br>101 Park Avenue<br>New York, New York 10178 |
| MACAULEY LLC | Thomas G. Macauley (No. 3411)<br>300 Delaware Ave., Suite 1018<br>Wilmington, DE  19801 |

**Count     4**

# Exhibit D

Lucky Brand Dungarees, LLC
Case No. 20-11768 (CSS)
MSL Email

| Creditor Name | Email |
|---|---|
| BROOKFIELD | joseph.hope@brookfieldpropertiesretail.com; julie.bowden@brookfieldpropertiesretail.com |
| BUSANA APPAREL PTE LTD | christine_mona@busanagroup.com; sgoyal@busanagroup.com |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT)LT | aroon@hirdaramani.com |
| INT, S.A. | shelly@inttradingusa.com |
| ORIT TRADING LANKA (PVT) LTD | moditha@oritsl.com; ajith@oritsl.com |
| RED & BLUE INTERNATIONAL CO., LTD. | jerry.ting@agi-limited.com |
| UBASE INTERNATIONAL, INC. | joykim@ubaseinternational.com; yongkim@ubaseinternational.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ustpregion03.wl.ecf@usdoj.gov; juliet.m.sarkessian@usdoj.gov |
| WELLS FARGO BANK, NA AS ADMIN AGENT | ksimard@choate.com; Maggie.Townsend@wellsfargo.com |
| WELLS FARGO BANK, NA AS TERM AGENT | wolfje@gtlaw.com |
| LANTERN CAPITAL PARTNERS | thomas.califano@dlapiper.com; shmuel.klahr@dlapiper.com ; tommy.felix@dlapiper.com |
| HILCO MERCHANT RESOURCES LLC | hollysnow@paulhastings.com |
| CLOVER HOLDERS II, LLC | collins@rlf.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | antone.little@alston.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | david.wender@alston.com |
| BANCO POPULAR | Rose.Dillon@popular.com |
| BANK OF HAWAII | Glenda.Albano@boh.com |
| JP MORGAN CHASE CASH MANAGEMENT | jacqueline.f.davis@jpmorgan.com |
| WELLS FARGO CAPITAL FINANCE | Maggie.Townsend@wellsfargo.com |
| WELLS FARGO CASH MANAGEMENT | julie.yamauchi@wellsfargo.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | newyork@sec.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.Press@usdoj.gov |
| SPARC GROUP LLC AND ABG-LUCKY, LLC | KCornish@paulweiss.com; eackerman@paulweiss.com; bbolin@paulweiss.com; jstricker@paulweiss.com |
| FEDERAL EXPRESS CORPORATION | bankruptcy@fedex.com |
| JIING SHENG KNITTING CO LTD | kingho@mail.jmknit.com |
| RONALD M. TUCKER | rtucker@simon.com |
| VICTOR A. SAHN, ESQ. | vsahn@sulmeyerlaw.com |

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | bhermann@paulweiss.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com;kgood@potteranderson.com;rmcneill@potteranderson.com |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | bk@brookfieldpropertiesretail.com |
| YCST | kcoyle@ycst.com;JMulvihill@ycst.com |
| CHOATE, HALL & STEWART LLP | ksimard@choate.com;jfenn@choate.com;softedal@choate.com |
| REED SMITH LLP | kgwynne@reedsmith.com;jangelo@reedsmith.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| RICHARDS, LAYTON & FINGER, P.A. | collins@rlf.com;merchant@rlf.com;schlauch@rlf.com |
| GREENBERG TRAURIG, LLP | haynesn@gtlaw.com;melorod@gtlaw.com;wolfje@gtlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | jason.binford@oag.texas.gov;abigail.ryan@oag.texas.gov |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Douglas.Herrmann@troutman.com;Marcy.Smith@troutman.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | rdehney@mnat.com;jbarsalona@mnat.com |
| BURR & FORMAN LLP | jfalgowski@burr.com;jhaithcock@burr.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | osonik@pbfcm.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | layla.milligan@oag.texas.gov |
| PRYOR CASHMAN LLP | rbeacher@pryorcashman.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| BARCLAY DAMON LLP | knewman@barclaydamon.com |
| BARCLAY DAMON LLP | sfleischer@barclaydamon.com |
| THOMPSON HINE LLP | Louis.Solimine@ThompsonHine.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com |
| KURTZMAN STEADY, LLC | kurtzman@kurtzmansteady.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com;kconlan@connollygallagher.com |
| KELLEY DRYE & WARREN LLP | KDWBankruptcyDepartment@kelleydrye.com;rlehane@kelleydrye.com;jraviele@kelleydrye.com;dkatsionis@kelleydrye.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@publicans.com |
| GOODKIN LAW GROUP, APC | mshakouri@goodkinlaw.com |
| SINGER & LEVICK, P.C. | mshriro@singerlevick.com |

| Firm | Email |
|---|---|
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com;lwilliams@goodwin.com;bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| CLARK & TREVITHICK | lhorowitz@clarktrev.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com;tcarter@goulstonstorrs.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | Patrick.Jackson@faegredrinker.com;Michael.Pompeo@faegredrinker.com |
| COZEN O'CONNOR | tfrancella@cozen.com |
| LIMNEXUS LLP | Sungjin.Hwang@limnexus.com;James.Till@limnexus.com;Jed.Donaldson@limnexus.com |
| TRAVIS COUNTY ATTORNEY | Jason.Starks@traviscountytx.gov |
| BEWLEY, LASSLEBEN & MILLER, LLP | ernie.park@bewleylaw.com |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | dneumann@meyersroman.com |
| BLANK ROME LLP | Tarr@BlankRome.com; EZucker@BlankRome.com |
| SPECTOR & COX, PLLC | hspector@spectorcox.com |
| JACK SHRUM, P.A | Jshrum@jshrumlaw.com |
| TN ATTORNEY GENERAL'S OFFICE | AGBankDelaware@ag.tn.gov |
| PAHL & MCCAY | crobertson@pahl-mccay.com |
| HONIGMAN LLP | llichtman@honigman.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | muthigk@mcao.maricopa.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com;jpomerantz@pszjlaw.com;crobinson@pszjlaw.com |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | dnewman@em3law.com |
| BARCLAY DAMON LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com;jenner@lrclaw.com |
| ICE MILLER LLP | Daniel.Swetnam@icemiller.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| Edwards Maxson Mago & Macaulay, LLP | dnewman@em3law.com; steven.caponi@klgates.com; |
| BURR & FORMAN LLP | jfalgowski@burr.com; jjoseph@burr.com |
| SODEXO, INC. | antoinette.young@sodexo.com |
| Buchalter, a Professional Corporation | schristianson@buchalter.com |
| OKLAHOMA ASSISTANT DISTRICT ATTORNEY | grecra@oklahomacounty.org |
| HUNTER SALCIDO & TOMS, LLP | RToms@HSTPasadena.com |
| CHIPMAN BROWN CICERO & COLE, LLP | chipman@chipmanbrown.com |
| OFFICE OF THE ATTORNEY GENERAL | bcuyunker@atg.wa.gov |
| Missouri Department of Revenue | deecf@dor.mo.gov |

Lucky Brand Dungarees, LLC
Case No. 20-11768 (CSS)
MSL Email

| | |
|---|---|
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | rmersky@monlaw.com |
| ASHBY & GEDDES, P.A. | GTaylor@ashbygeddes.com; KEarle@ashbygeddes.com |

**Count     130**

# Exhibit E

Lucky Brand Dungarees, LLC
Case No. 20-11768 (CSS)
Sale Parties Email

| Name | Email |
|---|---|
| Andrew S. Conway, Esq | aconway@taubman.com |
| ASHBY & GEDDES | rpalacio@ashbygeddes.com |
| BALLARD SPAHR LLP | branchd@ballardspahr.com; simonjm@ballardspahr.com; heilmanl@ballardsphar.com; roglenl@ballardshahr.com |
| Barclay Damon LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |
| BIALSON, BERGEN & SCHWAB | Tgaa@bbslaw.com |
| BIRCH HORTON BITTNER & CHEROT | abarron@bhb.com |
| BURR & FORMAN LLP | jfalgowski@burr.com |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC | csantaniello@cohenseglias.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com; kconlan@connollygallagher.com; jwisler@connollygallagher.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| EDWARDS MAXSON MAGON & MACAULAY | dnewman@em3law.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com; tcarter@goulstonstorrs.com |
| HONIGMAN LLP | llichtman@honigman.com |
| ICEMILLERLLP | Daniel.Swetnam@icemiller.com |
| K&L Gates LLP | steven.caponi@klgates.com; mathew.goeller@klgates.com |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| MARCUS & SHAPIRA LLP | nowak@marcus-shapira.com |
| MARGOLIS EDELSTEIN | jhuggett@margolisedelstein.com |
| MONZACK MERSKY BROWDER & HOCHMAN, P.A. | mersky@monlaw.com |
| MOSES & SINGER LLP | mparry@mosessinger.com |
| Office of the Attorney General of Texas | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| Perryscope Productions, LLC | rick@perryscope.us |
| THOMPSON COBURN LLP | dfarrell@thompsoncoburn.com |

**Count    33**

**Exhibit F**

Lucky Brand Dungarees, LLC
Case No. 20-11768 (CSS)
MSL Fax

| Name | Fax |
|---|---|
| BALLARD SPAHR LLP | 302-252-4466 |
| BARCLAY DAMON LLP | 315-703-7349 |
| BARCLAY DAMON LLP | 212-784-5799 |
| BEWLEY, LASSLEBEN & MILLER, LLP | 562-309-8063 |
| BLANK ROME LLP | 212-885-5001 |
| BROOKFIELD PROPERTIES RETAIL, INC., AS AGENT | 312-442-6374 |
| BUCHALTER, A PROFESSIONAL CORPORATION | 415-227-0770 |
| CHATHAM COUNTY TAX COMMISSIONER | 912-652-7101 |
| CHIPMAN BROWN CICERO & COLE, LLP | 302-295-0199 |
| CHOATE, HALL & STEWART LLP | 617-248-4000 |
| CLARK & TREVITHICK | 213-624-9441 |
| COZEN O'CONNOR | 302-295-2013 |
| FAEGRE DRINKER BIDDLE & REATH LLP | 302-467-4201 |
| FAEGRE DRINKER BIDDLE & REATH LLP | 212-248-3141 |
| GREENBERG TRAURIG, LLP | 212-801-6400 |
| GREENBERG TRAURIG, LLP | 302-661-7360 |
| GREENBERG TRAURIG, LLP | 617-310-6001 |
| HIRDARAMANI INTERNATIONAL EXPORTS (PVT) LT | 94-11-244-6135 |
| HONIGMAN LLP | 313-465-7591 |
| HUNTER SALCIDO & TOMS, LLP | 626-568-2800 |
| ICE MILLER | 614-224-3568 |
| JACK SHRUM, P.A. | 302-543-6386 |
| K&L GATES LLP | 302-416-7020 |
| LANDIS RATH & COBB LLP | 302-467-4450 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 302-792-7420 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 302-792-7420 |
| LIMNEXUS LLP | 213-955-9511 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 469-221-5003 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | 512-323-3205 |
| MEYERES, ROMAN, FRIEDBERG & LEWIS LPA | 216-831-0542 |
| MISSOURI DEPARTMENT OF REVENUE | 573-751-7232 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 302-658-3989 |
| NOLD MUCHINSKY PLLC | 888-371-4133 |
| OFFICE OF THE ATTORNEY GENERAL | 206-587-5150 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | 512-936-1409 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | 512-936-1409 |
| ORIT TRADING LANKA (PVT) LTD | 94112346376 |
| PACHULSKI STANG ZIEHL & JONES LLP | 302-652-4400 |
| PAHL & MCCAY | 408-286-5722 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 212-757-3990 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | 713-862-1429 |
| POTTER ANDERSON & CORROON LLP | 302-658-1192 |

Lucky Brand Dungarees, LLC
Case No. 20-11768 (CSS)
MSL Fax

| | |
|---|---|
| RED & BLUE INTERNATIONAL CO., LTD. | 852-3460-3322 |
| REED SMITH LLP | 302-778-7575 |
| SHIPMAN & GOODWIN LLP | 860-251-5218 |
| SHIPMAN & GOODWIN LLP | 860-251-5218 |
| SIMON PROPERTY GROUP, INC. | 317-263-7901 |
| SINGER & LEVICK, P.C. | 972-380-5748 |
| SODEXO, INC. | 301-830-6103 |
| SPECTOR & COX, PLLC | 214-237-3380 |
| SULMEYERKUPETZ, APC | 213-629-4520 |
| TENNESSEE ATTORNEY GENERAL | 615-741-3334 |
| THE TAUBMAN COMPANY | 248-258-7481 |
| THOMPSON HINE LLP | 513-241-4771 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | 302-421-8390 |
| ASHBY & GEDDES, P.A. | 302-654-2067 |

**Count    59**