# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| Lucky Brand Dungarees, LLC, *et al.,* [1] | : | Case No. 20-11768 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------- | : | Ref. Docket Nos. 455-456 |
| | x | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with an office located at 777 Third Avenue, New York, New York 10077. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 1, 2020, I caused to be served the:

   a. "Notice of *Amended* Agenda of Matters Scheduled for Telephonic Hearing on October 2, 2020 at 3:00 P.M. (ET)," dated October 1, 2020, [Docket No. 455] (the "Agenda"), and

   b. "Summary of Second Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2020 Through August 31, 2020," dated October 1, 2020, [Docket No. 456] (the "Application"),

by causing true and correct copies of the:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

    i.    Agenda to be enclosed in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.    Agenda to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.    Agenda to be delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>, and

    iv.    Application to be delivered electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                               <u>/s/ Alison Moodie</u>
                                                               Alison Moodie

Sworn to before me this
2nd day of October, 2020
<u>*/s/ Panagiota Manatakis*</u>
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON P.O. BOX 8324 SAVANNAH GA 31412-8324 |
| CHATHAM COUNTY TAX COMMISSIONER | (COUNSEL TO CHATHAM COUNTY TAX COMMISSIONER) ATTN: THERESA C HARRELSON PO BOX 8324 SAVANNAH GA 31412-8324 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO DANIA LIVE 1748 II, LLC) ATTN: RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| NOLD MUCHINSKY PLLC | (COUNSEL TO BELLEVUE SQUARE, LLC, ET AL) ATTN: THOMAS W. STONE, ESQ 10500 NE 8TH STREET BELLEVUE WA 98004 |

**Total Creditor count  8**

**Lucky Brand Dungarees, LLC**
**Case No. 20-11768**
**Sale Party Overnight Mail**

| | |
|---|---|
| BUCHALTER, A PROFESSIONAL CORPORATION<br>Shawn M. Christianson, Esq.<br>Michael S. Myers, Esq.<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105 | KELLEY DRYE & WARREN LLP<br>Robert L. LeHane, Esq.<br>Jennifer D. Raviele, Esq.<br>Konstantinos Katsionis, Esq.<br>101 Park Avenue<br>New York, New York 10178 |
| ORACLE AMERICA, INC.<br>Deborah Miller, Esq.<br>Benjamin Wheeler, Esq.<br>500 Oracle Parkway<br>Redwood City, California 94065 | MACAULEY LLC<br>Thomas G. Macauley (No. 3411)<br>300 Delaware Ave., Suite 1018<br>Wilmington, DE 19801 |

**EXHIBIT B**

**Lucky Brand Dungarees, LLC**
**Case No. 20-11768**
**Master Service List Emails**

| | |
|---|---|
| abigail.ryan@oag.texas.gov | help@sec.gov |
| agbankdelaware@ag.tn.gov | hollysnow@paulhastings.com |
| ajith@oritsl.com | houston_bankruptcy@publicans.com |
| amish@doshilegal.com | hspector@spectorcox.com |
| antoinette.young@sodexo.com | imarkus@barclaydamon.com |
| antone.little@alston.com | jacqueline.f.davis@jpmorgan.com |
| aroon@hirdaramani.com | james.till@limnexus.com |
| bankruptcy@fedex.com | jangelo@reedsmith.com |
| bankruptcy@goodwin.com | jason.binford@oag.texas.gov |
| bankruptcyparalegal@goodwin.com | jason.starks@traviscountytx.gov |
| bbolin@paulweiss.com | jbarsalona@mnat.com |
| bcuyunker@atg.wa.gov | jed.donaldson@limnexus.com |
| bhermann@paulweiss.com | jenner@lrclaw.com |
| bk@brookfieldpropertiesretail.com | jerry.ting@agi-limited.com |
| bsandler@pszjlaw.com | jfalgowski@burr.com |
| chipman@chipmanbrown.com | jfalgowski@burr.com |
| christine_mona@busanagroup.com | jfenn@choate.com |
| collins@rlf.com | jhaithcock@burr.com |
| collins@rlf.com | jjoseph@burr.com |
| crobertson@pahl-mccay.com | jmulvihill@ycst.com |
| crobinson@pszjlaw.com | joseph.hope@brookfieldpropertiesretail.com |
| csamis@potteranderson.com | joykim@ubaseinternational.com |
| dallas.bankruptcy@publicans.com | jpomerantz@pszjlaw.com |
| daniel.swetnam@icemiller.com | jraviele@kelleydrye.com |
| david.wender@alston.com | jshrum@jshrumlaw.com |
| deecf@dor.mo.gov | jstricker@paulweiss.com |
| dkatsionis@kelleydrye.com | julie.bowden@brookfieldpropertiesretail.com |
| dneumann@meyersroman.com | julie.yamauchi@wellsfargo.com |
| dnewman@em3law.com | juliet.m.sarkessian@usdoj.gov |
| dnewman@em3law.com | kbifferato@connollygallagher.com |
| douglas.herrmann@troutman.com | kconlan@connollygallagher.com |
| eackerman@paulweiss.com | kcornish@paulweiss.com |
| egoldstein@goodwin.com | kcoyle@ycst.com |
| ernie.park@bewleylaw.com | kdwbankruptcydepartment@kelleydrye.com |
| ezucker@blankrome.com | kearle@ashbygeddes.com |
| glenda.albano@boh.com | kgood@potteranderson.com |
| grecra@oklahomacounty.org | kgwynne@reedsmith.com |
| gtaylor@ashbygeddes.com | kingho@mail.jmknit.com |
| haynesn@gtlaw.com | knewman@barclaydamon.com |
| heilmanl@ballardspahr.com | ksimard@choate.com |

ksimard@choate.com
kurtzman@kurtzmansteady.com
layla.milligan@oag.texas.gov
lhorowitz@clarktrev.com
llichtman@honigman.com
louis.solimine@thompsonhine.com
lwilliams@goodwin.com
maggie.townsend@wellsfargo.com
maggie.townsend@wellsfargo.com
marcy.smith@troutman.com
melorod@gtlaw.com
merchant@rlf.com
michael.pompeo@faegredrinker.com
moditha@oritsl.com
mshakouri@goodkinlaw.com
mshriro@singerlevick.com
mumford@lrclaw.com
muthigk@mcao.maricopa.gov
newyork@sec.gov
nferland@barclaydamon.com
osonik@pbfcm.com
patrick.jackson@faegredrinker.com
rbeacher@pryorcashman.com
rdehney@mnat.com
rlehane@kelleydrye.com
rmcneill@potteranderson.com
rmersky@monlaw.com

rose.dillon@popular.com
rtoms@hstpasadena.com
rtucker@simon.com
schlauch@rlf.com
schristianson@buchalter.com
sfleischer@barclaydamon.com
sgoyal@busanagroup.com
shelly@inttradingusa.com
shmuel.klahr@dlapiper.com
skaufman@skaufmanlaw.com
skaufman@skaufmanlaw.com
softedal@choate.com
steven.caponi@klgates.com
sungjin.hwang@limnexus.com
tarr@blankrome.com
tcarter@goulstonstorrs.com
tfrancella@cozen.com
thomas.califano@dlapiper.com
tleday@mvbalaw.com
tommy.felix@dlapiper.com
usade.press@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov
vmoody@goulstonstorrs.com
vsahn@sulmeyerlaw.com
wolfje@gtlaw.com
wolfje@gtlaw.com
yongkim@ubaseinternational.com

## Lucky Brand Dungarees, LLC
## Case No. 20-11768
## Sale Party Emails

aconway@taubman.com
abarron@bhb.com
amish@doshilegal.com
branchd@ballardspahr.com
cheitzenrater@duanemorris.com
csantaniello@cohenseglias.com
daniel.swetnam@icemiller.com
dfarrell@thompsoncoburn.com
dnewman@em3law.com
ehyder@duanemorris.com
heilmanl@ballardsphar.com
imarkus@barclaydamon.com
jason.binford@oag.texas.gov
jfalgowski@burr.com
jhuggett@margolisedelstein.com
jwisler@connollygallagher.com
kbfranklin@duanemorris.com
kbifferato@connollygallagher.com
kconlan@connollygallagher.com

layla.milligan@oag.texas.gov
llichtman@honigman.com
mathew.goeller@klgates.com
mersky@monlaw.com
mparry@mosessinger.com
mumford@lrclaw.com
nferland@barclaydamon.com
nowak@marcus-shapira.com
rick@perryscope.us
roglenl@ballardshahr.com
rpalacio@ashbygeddes.com
simonjm@ballardspahr.com
skaufman@skaufmanlaw.com
steven.caponi@klgates.com
tcarter@goulstonstorrs.com
tgaa@bbslaw.com
vmoody@goulstonstorrs.com
wmsimkulak@duanemorris.com

**EXHIBIT C**

Lucky Brand Dungarees, LLC
Case No. 20-11768 (CSS)
MSL Fax

| Name | Fax |
|---|---|
| BALLARD SPAHR LLP | 302-252-4466 |
| BARCLAY DAMON LLP | 315-703-7349 |
| BARCLAY DAMON LLP | 212-784-5799 |
| BEWLEY, LASSLEBEN & MILLER, LLP | 562-309-8063 |
| BLANK ROME LLP | 212-885-5001 |
| BROOKFIELD PROPERTIES RETAIL, INC., AS AGENT | 312-442-6374 |
| BUCHALTER, A PROFESSIONAL CORPORATION | 415-227-0770 |
| CHATHAM COUNTY TAX COMMISSIONER | 912-652-7101 |
| CHIPMAN BROWN CICERO & COLE, LLP | 302-295-0199 |
| CHOATE, HALL & STEWART LLP | 617-248-4000 |
| CLARK & TREVITHICK | 213-624-9441 |
| COZEN O'CONNOR | 302-295-2013 |
| FAEGRE DRINKER BIDDLE & REATH LLP | 302-467-4201 |
| FAEGRE DRINKER BIDDLE & REATH LLP | 212-248-3141 |
| GREENBERG TRAURIG, LLP | 212-801-6400 |
| GREENBERG TRAURIG, LLP | 302-661-7360 |
| GREENBERG TRAURIG, LLP | 617-310-6001 |
| HIRDARAMANI INTERNATIONAL EXPORTS (PVT) LT | 94-11-244-6135 |
| HONIGMAN LLP | 313-465-7591 |
| HUNTER SALCIDO & TOMS, LLP | 626-568-2800 |
| ICE MILLER | 614-224-3568 |
| JACK SHRUM, P.A. | 302-543-6386 |
| K&L GATES LLP | 302-416-7020 |
| LANDIS RATH & COBB LLP | 302-467-4450 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 302-792-7420 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 302-792-7420 |
| LIMNEXUS LLP | 213-955-9511 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 469-221-5003 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | 512-323-3205 |
| MEYERES, ROMAN, FRIEDBERG & LEWIS LPA | 216-831-0542 |
| MISSOURI DEPARTMENT OF REVENUE | 573-751-7232 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 302-658-3989 |
| NOLD MUCHINSKY PLLC | 888-371-4133 |
| OFFICE OF THE ATTORNEY GENERAL | 206-587-5150 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | 512-936-1409 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | 512-936-1409 |
| ORIT TRADING LANKA (PVT) LTD | 94112346376 |
| PACHULSKI STANG ZIEHL & JONES LLP | 302-652-4400 |
| PAHL & MCCAY | 408-286-5722 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 212-757-3990 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | 713-862-1429 |
| POTTER ANDERSON & CORROON LLP | 302-658-1192 |

Lucky Brand Dungarees, LLC
Case No. 20-11768 (CSS)
MSL Fax

| | |
|---|---|
| RED & BLUE INTERNATIONAL CO., LTD. | 852-3460-3322 |
| REED SMITH LLP | 302-778-7575 |
| SHIPMAN & GOODWIN LLP | 860-251-5218 |
| SHIPMAN & GOODWIN LLP | 860-251-5218 |
| SIMON PROPERTY GROUP, INC. | 317-263-7901 |
| SINGER & LEVICK, P.C. | 972-380-5748 |
| SODEXO, INC. | 301-830-6103 |
| SPECTOR & COX, PLLC | 214-237-3380 |
| SULMEYERKUPETZ, APC | 213-629-4520 |
| TENNESSEE ATTORNEY GENERAL | 615-741-3334 |
| THE TAUBMAN COMPANY | 248-258-7481 |
| THOMPSON HINE LLP | 513-241-4771 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | 302-421-8390 |
| ASHBY & GEDDES, P.A. | 302-654-2067 |

**Count    59**

**EXHIBIT D**

**Lucky Brand Dungarees, LLC**
**Case No. 20-11768**
**Fee App Notice Parties Email**

| | |
|---|---|
| antone.little@alston.com | jfenn@choate.com |
| bsandler@pszjlaw.com | jpomerantz@pszjlaw.com |
| collins@rlf.com | juliet.m.sarkessian@usdoj.gov |
| crobinson@pszjlaw.com | kgwynne@reedsmith.com |
| daniel.simon@dlapiper.com | ksimard@choate.com |
| david.wender@alston.com | thomas.califano@dlapiper.com |
| dfr.dfo@gmail.com | wolfje@gtlaw.com |
| hollysnow@paulhastings.com | |