Dan McAllister
San Diego County Tax Collector
1600 Pacific Highway, Room 162
San Diego, CA 92101

**FILED**
2020 OCT 13  AM 10: 50

CLERK
US BANKRUPTCY COURT
DISTRICT OF D⋯

**UNITED STATES BANKRUPTCY COURT**
District of Delaware – Clerk's Office
824 Market Street, 3rd Floor
Wilmington, DE 19801

In Re:

**Lucky Brand Dungarees, LLC**
540 S. Santa Fe Ave.
Los Angeles, CA. 90013

BANKRUPTCY NO.: 20-11768

## NOTICE OF SATISFACTION OF CLAIM BY SECURED CREDITOR COUNTY OF SAN DIEGO, CALIFORNIA

**YOU ARE HEREBY NOTIFIED** that Dan McAllister, San Diego County Treasurer-Tax Collector, submits a SATISFACTION OF CLAIM. Claim filed on 09/01/2020 for bill numbers 2020-022343, 2020-021994, 2020-021879, 2020-021681, 2020-021583, 2020-021582 and 2020-021581 have been satisfied.

Dated: 10/07/2020

*[signature]*

SUMMER PROANO (TTC Specialist)

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of San Diego. I am over the age of eighteen years, and not a party to the within action; my business address is 1600 Pacific Highway, Room 162, San Diego, CA 92101.

On October 7, 2020, I served the within SATISFACTION OF CLAIM on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed to those parties indicated below:

**Michael R. Nestor**
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801

**Clerk's Office**
824 Market Street, 3rd Floor
Wilmington, DE 19801

☒ **BY REGULAR MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION:** I transmitted the above listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I, Summer Proano, declare that I am employed in the office at whose direction this mailing is made. Executed on October 7, 2020, in San Diego, California.

Summer Proano [TTC Specialist]