# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lucky Brand Dungarees, LLC, *et al.*,[1] | Case No. 20-11768 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 424** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 424

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Second Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2020 Through August 31, 2020* [Docket No. 424] (the "Application"), filed on September 23, 2020.

The undersigned further certifies that she has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application, if any, were required to be filed and served no later than 4:00 p.m. (ET) on October 13, 2020.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Professionals and (II) Granting Related Relief* [Docket No. 199], the Debtors

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

27043510.2

are now authorized to pay 80% ($121,943.20) of requested fees ($152,429.00) and 100% ($2,603.70) of requested expenses on an interim basis without further Court order.

| | |
|---|---|
| Dated: October 14, 2020<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kara Hammond Coyle*<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Andrew L. Magaziner (No. 5426)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:     mnestor@ycst.com<br>              kcoyle@ycst.com<br>              amagaziner@ycst.com<br>              bfeldman@ycst.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br>George A. Davis (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:     george.davis@lw.com<br>              jon.weichselbaum@lw.com<br>              brian.rosen@lw.com<br>-and-<br><br>Ted A. Dillman (admitted *pro hac vice*)<br>Christina M. Craige (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile:  (213) 891-8763<br>Email:     ted.dillman@lw.com<br>              chris.craige@lw.com<br><br>*Counsel for Debtors and Debtors in Possession* |