# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     : Chapter 11
                                                           :
Lucky Brand Dungarees, LLC, *et al.*, [1]                  : Case No. 20-11768 (CSS)
                                                           :
         Debtors.                                       : (Jointly Administered)
                                                           :
                                                           : Ref. Docket Nos. 434, 435
---------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with an office located at 777 Third Avenue, New York, New York 10077. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 29, 2020, I caused to be served the:

   a. "Notice of Motion," dated September 29, 2020, to which is attached to the, "Motion of Debtors for Entry of Order (I) Extending the Deadline by Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief," dated September 29, 2020, [Docket No. 434], (the "Notice"), and

   b. "Motion of Debtors for Entry of Order (I) Extending the Deadline by Which the Debtors May Remove Certain Actions and (II) Granting Related Relief," dated September 29, 2020, [Docket No. 435], (the "Motion"),

by causing true and correct copies of the:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

    i.    Notice and Motion to be enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.    Notice to be enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.    Motion to be enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv.    Notice and Motion to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                           /s/ Alison Moodie
                                                              Alison Moodie

Sworn to before me this
30th day of September, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**Exhibit A**

| Claim Name | Address Information |
|---|---|
| CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON P.O. BOX 8324 SAVANNAH GA 31412-8324 |
| CHATHAM COUNTY TAX COMMISSIONER | (COUNSEL TO CHATHAM COUNTY TAX COMMISSIONER) ATTN: THERESA C HARRELSON PO BOX 8324 SAVANNAH GA 31412-8324 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO DANIA LIVE 1748 II, LLC) ATTN: RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| NOLD MUCHINSKY PLLC | (COUNSEL TO BELLEVUE SQUARE, LLC, ET AL) ATTN: THOMAS W. STONE, ESQ 10500 NE 8TH STREET BELLEVUE WA 98004 |

**Total Creditor count  8**

**Exhibit B**

| Claim Name | Address Information |
|---|---|
| 1245 FACTORY PLACE | ATTN: SHAWN ALVA 629 SOUTH CENTRAL AVE LOS ANGELES CA 90021 |
| 1634 WALNUT ASSOCIATES, L.P | ATTN: PAUL ROSENBERG 102 NE 2ND ST., 305 BOCA RATON FL 33432 |
| 229 NEWBURY STREET TRUST | 20 PARK PLAZA, SUITE 700 BOSTON MA 02116-4399 |
| 2301-2321 CHESTNUT, LLC | 268 ELEANOR DR. WOODSIDE CA 94062 |
| 65-67 EAST RIDGEWOOD AVENUE LLC | ATTN: JEFFREY CLUTTERBUCK, ESQ. 1 WEST RIDGEWOOD AVE AT GARBER SQUARE SECOND FLOOR SUITE B RIDGEWOOD NJ 07450 |
| AAT DEL MONTE, LLC | 11455 EL CAMINO REAL, SUITE 200 SAN DIEGO CA 92130 |
| ABQ UPTOWN LLC | ATTN: DAN SEABAUGH 4401 N. MESA EL PASO TX 79902 |
| ADCO KITTERY LLC | ATTN: RON SIMPKIN 450 PARK AVE., 3RD FLOOR NEW YORK NY 10022 |
| ALA MOANA CENTER | ATTN: JOE HOPE 1450 ALA MOANA BLVD, SUITE 1290 HONOLULU HI 96814 |
| ALBINA MANAGEMENT CO. | 755 LINDA VISTA AVE. PASADENA CA 91103 |
| ANNAPOLIS MALL OWNER LLC | ATTN: RUBEN PEREZ 2049 CENTURY PARK EAST, 41ST FLOOR LOS ANGELES CA 90067 |
| ANNAPOLIS MALL OWNER LLC | PO BOX 54730 LOS ANGELES CA 90074-4730 |
| ARDEN FAIR ASSOCIATES | P.O. BOX 2172 SANTA MONICA CA 90407 |
| ARDEN FAIR ASSOCIATES | ATTN: BILL PALMER 1689 ARDEN FAIR, SUITE 1167 SACRAMENTO CA 95815 |
| ARDEN FAIR ASSOCIATES, LP | DEPT 2596-7000 LOS ANGELES CA 90084-2596 |
| ASHEVILLE RETAIL ASSOCIATES LLC | ATTN: SCOTT FISHER 75 PARK PLAZA THIRD FLOOR BOSTON MA 02116 |
| ATLANTA OUTLET SHOPPES, LLC | ATTN: PAUL SCHAFFER 131 W SEAWAY DR., SUITE 220 MUSKEGON MI 49444 |
| ATLANTA OUTLET SHOPPES, LLC | CBL CENTER SUITE 500 2030 HAMILTON PL. BLVD CHATTANOOGA TN 37421 |
| AVALON MANAGEMENT | 2200 AVALON BLVD. ALPHARETTA GA 30009 |
| AVISON YOUNG - ATLANTA, LLC | ATTN: MARC GURSTEL 30 IVAN ALLEN JR BLVD., SUITE 900 ATLANTA GA 30308 |
| AVISON YOUNG - CHICAGO, LLC | ATTN: DIANE COULSON ONE SOUTH WACKER ST., SUITE 3000 CHICAGO IL 60606 |
| AVISON YOUNG - CHICAGO, LLC | ATTN: MARC GURSTEL ONE SOUTH WACKER ST., SUITE 3000 CHICAGO IL 60606 |
| BALLARD SPAHR ANDREWS & INGERSOLL, LLP | 1735 MARKET ST., 51ST FLOOR PHILADELPHIA PA 19103 |
| BAYER RETAIL COMPANY, L.L.C | 2222 ARLINGTON AVE. BIRMINGHAM AL 35205 |
| BELLWETHER PROPERTIES OF | MASSACHUSETTS LP 225 WEST WASHINGTON ST. INDIANAPOLIS IN 43204 |
| BEN EISENBERG PROPERTIES | 127 EAST 9TH ST LOS ANGELES CA 90015 |
| BEVERLY DRIVE ENTERPRISES, LLC | ATTN: CARRIE 9405 BRIGHTON WAY, SUITE 34 BEVERLY HILLS CA 90210 |
| BLUEGRASS OUTLET SHOPPES CMBS, LLC | 131 SEAWAY DR., SUITE 220 MUSKEGON MI 49444 |
| BLUEGRASS OUTLET SHOPPES CMBS, LLC | ATTN: PAUL SCHAFFER 131 SEAWAY DR., SUITE 220 MUSKEGON MI 49444 |
| BLUEGRASS OUTLET SHOPPES CMBS, LLC | 2030 HAMILTON PL. BLVD CHATTANOOGA TN 37421 |
| BRAINTREE PROPERTY ASSOCIATES | LIMITED PARTNERSHIP 225 W. WASHINGTON ST. INDIANAPOLIS IN 46204 |
| BRIDGEWATER COMMONS | 400 COMMONS WAY, SUITE 100 BRIDGEWATER NJ 08807 |
| BRIDGEWATER COMMONS MALL II, LLC | 277 PARK AVE. NEW YORK NY 10172 |
| BRIDGEWATER COMMONS MALL II, LLC | 350 N. ORLEANS ST., SUITE 300 IL 60654-1607 |
| BRIDGEWATER COMMONS MALL II, LLC | 1701 RIVER RUN, SUITE 500 FORT WORTH TX 76107 |
| BRIDGEWATER COMMONS MANAGEMENT OFFICE | ATTN: TAYLOR CANTRELL 400 COMMONS WAY, SUITE 100 BRIDGEWATER NJ 08807 |
| BROOKFIELD | 350 N. ORLEANS ST., SUITE 300 CHICAGO IL 60654-1607 |
| CARLSBAD PREMIUM OUTLETS LLC | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204-3438 |
| CHAGRIN RETAIL LLC | 629 EUCLID AVE. SUITE 1300 ROBERT L STARK ENTERPRISES INC CLEVELAND OH 44114 |
| CHARLOTTE OUTLETS LLC | 105 EISENHOWER PKWY., 1ST FLOOR ROSELAND NJ 07068 |
| CHELSEA ALLEN DEVELOPMENT LP | 105 EISENHOWER PKWY. 1ST FLOOR ATTN: LEASE SERVICES ROSELAND NJ 07068 |
| CHELSEA POCONO FINANCE, LLC | 105 EISENHOWER PKWY., 1ST FLOOR ROSELAND NJ 07068 |
| CIRCLE CENTRE MALL LLC | 225 WEST WASHINGTON ST. INDIANAPOLIS IN 43204 |
| CMI GROUP - 2ND STREET RETAIL LP | ATTN: EITAN TASHMAN SUITE 900 HOLLYWOOD CA 90028 |
| COACH SERVICES, INC. | 5901 WEST SIDE AVE. NORTH BERGEN NJ 07047 |
| COACH SERVICES, INC. | ATTN: MEGAN BATES 10 HUDSON YARDS NEW YORK NY 10001 |
| COLE GP, INC | 1626 EAST JEFFERSON ST ROCKVILLE MD 20852 |
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, | P.A. 25 MAIN ST. HACKENSACK NJ 07601 |

| Claim Name | Address Information |
|---|---|
| COLORADO MILLS MALL LIMITED PARTNERSHIP | 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204-3438 |
| COLUMBUS OUTLETS LLC | SUITE 360 GREENSBORO NC 27408 |
| COPLEY PLACE ASSOCIATES, LLC | 225 W. WASHINGTON ST INDIANAPOLIS IN 46204-3438 |
| COROC/REHOBOTH L.L.C. | 2 MORRISSEY BLVD, MA5-527-0207 DORCHESTER MA 02125 |
| CORTE MADERA VILLAGE, LLC | ATTN: BILL PALMER 401 WILSHIRE BLVD, SUITE 700 SANTA MONICA CA 90407 |
| CORTE MADERA VILLAGE, LLC | 1618 REDWOOD HIGHWAY CORTE MADERA CA 94925 |
| COUNTRY CLUB PLAZA JV LLC | 200 EAST LONG RD., SUITE 300 BLOOMFIELD HILLS MI 48304-2324 |
| CP COMMERCIAL DELAWARE, LLC | ATTN: DIANA LEONE 1350 WEST 3RD ST. CLEVELAND OH 44113 |
| CPG PARTNERS LP | 105 EISENHOWER PKWY ROSELAND NJ 07068 |
| CPG ROUND ROCK LP | PO BOX 822312 ROSELAND NJ 07068 |
| CPI-PHIPPS LLC | 225 W. WASHINGTON ST INDIANAPOLIS IN 46204-3438 |
| CRAIG REALTY GROUP - CITADEL LLC | 4100 MACARTHUR BLVD, SUITE 200 NEWPORT BEACH CA 92660 |
| CRAIG REALTY GROUP - SILVERTHORNE LLC | 4100 MAC ARTHUR BLVD, SUITE 200 NEWPORT BEACH CA 92660 |
| DANBURY MALL LLC | ATTN: BILL PALMER 7 BACKUS AVE DANBURY CT 06810 |
| DANBURY MALL LLC C/O MACERICH COMPANY | 401 WILSHIRE BLVD, SUITE 700 PO BOX 2172 SANTA MONICA CA 90407 |
| DAVIS STREET LAND COMPANY | 622 DAVIS ST, SUITE 200 EVANSTON IL 60201 |
| DDR DEER PARK TOWN CENTER LLC | ATTN: KEITH LAIRD 3300 ENTERPRISE PKWY. BEACHWOOD OH 44122 |
| DEL AMO FASHION CENTER | OPERATING COMPANY LLC 225 WEST WASHINGTON ST. INDIANAPOLIS IN 43204 |
| DENVER PREMIUM OUTLETS LLC | 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204-3438 |
| DESTIN COMMONS, LTD. | 19501 BISCAYNE BLVD, SUITE 400 AVENTURA FL 33180 |
| DESTINY USA HOLDINGS LLC | 4 CLINTON SQ THE CLINTON EXCHANGE SYRACUSE NY 03202-1078 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 1901 HARRISON ST., 7TH FLOOR OAKLAND CA 94612 |
| DJM REALTY - ALSTON & BIRD LLP | ATTN: ED MURPHY 101 SOUTH TRYON ST., SUITE 4000 CHARLOTTE NC 28280 |
| DOUTHIT FRET ROUSE GENTILE & RHODES | ATTN: TAMIE OSTERLOH 5250 W. 116TH PL., SUITE 400 LEAWOOD KS 66211 |
| DUVALL BLOOMER & CALDWELL, P.C. | 233 MCCREA ST., SUITE 1100 INDIANAPOLIS IN 46225 |
| EL PASO OUTLET CENTER CMBS, LLC | 131 W SEAWAY DR., SUITE 220 MUSKEGON MI 49444 |
| EL PASO OUTLET CENTER CMBS, LLC | ATTN: PAUL SCHAFFER CBL CENTER SUITE 500 2030 HAMILTON PL. BLVD CHATTANOOGA TN 37421 |
| EMPORIUM MALL LLC | 2049 CENTURY PARK EAST, 41ST FLOOR LOS ANGELES CA 90067 |
| EWH ESCONDIDO ASSOCIATES LP | & NORHT COUNTY FAIR LP 2049 CENTURY PARK EAST, 41ST FL LOS ANGELES CA 90067 |
| FASHION OUTLETS AT FOXWOODS, LLC | 3200 NORTHLINE AVE., SUITE 360 GREENSBORO NC 27408 |
| FASHION OUTLETS OF CHICAGO LLC | 5220 FASHION OUTLETS WAY, SUITE 230 ROSEMONT IL 60018 |
| FASHION OUTLETS OF CHICAGO LLC | ATTN: BILL PALMER 401 WILSHIRE BLVD, SUITE 700 SANTA MONICA CA 90401 |
| FASHION SHOW | ATTN: JOE HOPE 3200 LAS VEGAS BLVD., SUITE 600 LAS VEGAS NV 89109 |
| FASHION SHOW HOLDING I, LLC | 350 N. ORLEANS ST., SUITE 300 CHICAGO IL 60654-1607 |
| FASHION VALLEY MALL LLC | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204-3438 |
| FISCH, SPIEGLER & GINSBURG, A.P.L.C. | 2550 FIFTH AVE., SUITE 1030 SAN DIEGO CA 92103 |
| FORBES/COHEN FLORIDA PROPERTIES LP | 100 GALLERIA OFFICENTRE SOUTHFIELD MI 48034 |
| FREEMALL ASSOCIATES, LLC | SUITE 1000, 3710 ROUTE 9 FREEHOLD NJ 07728 |
| FREEMALL ASSOCIATES, LLC | ATTN: BILL PALMER SUITE 700 P.O. BOX 2172 SANTA MONICA CA 90401 |
| FREEMALL ASSOCIATES, LLC (NOTICE - CA) | ATTN: BILL PALMER SUITE 700 P.O. BOX 2172 SANTA MONICA CA 90401 |
| FRIT SAN JOSE TOWN AND | COUNTRY VILLAGE LLC 1626 EAST JEFFERSON ST ROCKVILLE MD 20852-4041 |
| G&I RENO OPERATING LLC | 2222 ARLINGTON AVE BIRMINGHAM AL 35205 |
| GALLERIA MALL INVESTORS LP | ATTN: TAYLOR CANTRELL 13350 DALLAS PKWY., SUITE 3080 DALLAS TX 75240 |
| GGP ALA MOANA L.L.C. | 350 N. ORLEANS ST., SUITE 300 CHICAGO IL 60654-1607 |
| GGP-PROVIDENCE PLACE, LLC | ATTN: JOE HOPE 350 N. ORLEANS ST., SUITE 300 CHICAGO IL 60654-1607 |
| GILROY PREMIUM OUTLETS LLC | 105 EISENHOWER PKWY. PARKWAY NJ 07068 |
| GLENDALE I MALL ASSOCIATES, LP | 350 N. ORLEANS ST., SUITE 300 CHICAGO IL 60654-1607 |
| GLISAN STREET ASSOCIATES, LLC | ATTN: TOM BRADY 2107 NW 23RD AVE. PORTLAND OR 87210 |

| Claim Name | Address Information |
|---|---|
| GOULSTON & STORRS, P.C. | 400 ATLANTIC AVE. BOSTON MA 02110-3333 |
| GRAND PRAIRIE PREMIUM OUTLETS LP | 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204 |
| GREEN HILLS MALL TRG, LLC | 200 EAST LONG LAKE RD, SUITE 300 BLOOMFIELD HILLS MI 48304-2324 |
| GREGG P. MARTINO ESQ | PO BOX 3326 MAMMOTH LAKES CA 93546 |
| GULF COAST FACTORY SHOPS LP | 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204-3438 |
| H&H RETAIL OWNER, LLC | 6801 HOLLYWOOD BLVD, SUITE 170 LOS ANGELES CA 90028 |
| H&H RETAIL OWNER, LLC | 6922 HOLLYWOOD BLVD, SUITE 900 LOS ANGELES CA 90028 |
| HALTON HILLS SHOPPING CENTRE PARTNERSHIP | 105 EISENHOWER PKWY. ROSELAND NJ 07068 |
| HARTMAN SIMONS & WOOD LLP | ATTN: JENIFER NATTO 6400 POWERS FERRY RD. NW, SUITE 400 ATLANTA GA 30339 |
| HARTMAN SIMONS & WOOD LLP | ATTN: WESLEY REBISZ 6400 POWERS FERRY RD. NW, SUITE 400 ATLANTA GA 30339 |
| HG GALLERIA I, II, III, LP | 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204-3438 |
| HIGHLAND VILLAGE HOLDING, INC. | 5233 ALCOA AVE. VERNON CA 90058 |
| HSC HOLDINGS, LLC | SIXTY 31ST AVE. SAN MATEO CA 94403 |
| HUNT UPTOWN LLC | CO GRUBB & ELLIS NEW MEXICO 2424 LOUISIANA BLVD N E SUITE 300 ALBUQUERQUE NM 87110 |
| IC SPG POC AT EDMONTON LP | 95 WELLINGTON ST. WEST, SUITE 300 TORONTO ON M5J 2R2 CANADA |
| IMI HUNSTVILLE LLC | ATTN: NIKKI COLUMBO 5750 OLD ORCHARD RD., SUITE 700 SKOKIE IL 60077 |
| IMI HUNTSVILLE LLC | 2222 ARLINGTON AVE. BIRMINGHAM AL 35205 |
| IMI HUNTSVILLE LLC | 365 THE BRIDGE ST., SUITE 106 BIRMINGHAM AL 35806 |
| IMI MSW LLC | 5750 OLD ORCHARD RD., SUITE 400 SKOKIE IL 60077 |
| IMI MSW LLC | C/O TRADEMARK PROPERTY COMPANY ATTN: PROPERTY MANAGER, KARA RAFFERTY 9595 SIX PINES DR., SUITE 6290 THE WOODLANDS TX 77380 |
| INTERNACIONAL PUERTO RICO LLC | ATTN: JOSEPH MAIORANA 200 EAST LONG LAKE RD., PO BOX 200 BLOOMFIELD HILLS MI 48303-0200 |
| IVANHOE CAMBRIDGE INC. | 95 WELLINGTON ST. WEST, SUITE 300 ON M5J 2R2 CANADA |
| JACK, JOYCE & JENNY JANGANA | 45 NORTH STATION PLAZA, SUITE 402 GREAT NECK NY 11021 |
| JACK, JOYCE & JENNY JANGANA | 1634 WALNUT ASSOCIATES, L.P. 102 NE 2ND ST., 305 BOCA RATON FL 33432 |
| JEFFREY R. ANDERSON REAL ESTATE, INC | ATTN: MELISSA LEIDY 3825 EDWARDS ROAD  SUITE 200 CINCINNATI OH 45209 |
| JERSEY SHORE PREMIUM OUTLETS LLC | ATTN: DAN SEABAUGH 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204-3438 |
| JONE LANG LASALLE AMERICAS, INC. | 3344 PEACHTREE RD., SUITE 1100 ATLANTA GA 30326 |
| JONE LANG LASALLE AMERICAS, INC. | ATTN: DAVID WEINERT 3344 PEACHTREE RD., SUITE 1100 ATLANTA GA 30326 |
| JOSEPHINE S. NORTON & | TYLER K. NORTON TRUSTEES 7825 FAY AVE, SUITE 200 LA JOLLA CA 02037 |
| JP MORGAN INVESTMENT MANAGEMENT INC. | PO BOX 5005 NEW YORK NY 10163-5005 |
| JRA HHF VENTURE, LLC | 3825 EDWARDS RD., SUITE 200 CINCINNATI OH 45209 |
| KHEDR BELMONT SHORES LLC | ATTN: DAVID KHEDR 1242 THIRD ST. PROMENADE SUITE 206 SANTA MONICA CA 90401 |
| KIERLAND GREENWAY, LLC | 15205 NORTH KIERLAND BLVD. SUITE 150 SCOTTSDALE AZ 85254 |
| KIERLAND GREENWAY, LLC | 401 WILSHIRE BLVD, SUITE 700 SANTA MONICA CA 90407 |
| KIERLAND GREENWAY, LLC | ATTN: BILL PALMER 401 WILSHIRE BLVD, SUITE 700 SANTA MONICA CA 90407 |
| KIERLAND GREENWAY, LLC | PO BOX 2172 SANTA MONICA CA 90407 |
| KING OF PRUSSIA ASSOCIATES | 225 W. WASHINGTON ST. INDIANAPOLIS IN 46204-3438 |
| LA CANTERA RETAIL LIMITED PARTNERSHIP | ATTN: JOE HOPE 350 N. ORLEANS ST., SUITE 300 IL 60654-1607 |
| LANE POWELL PC | 601 SW SECOND AVE., SUITE 2100 PORTLAND OR 97204-3158 |
| LAS VEGAS SOUTH OUTLETS, LLC | 105 EISENHOWER PKWY. ROSELAND NJ 07068 |
| LAWRENCE S. RIGIE | 450 PARK AVE, 3RD FLOOR NEW YORK NY 10022 |
| LEE & ASSOCIATES COMMERCE INC | 500 CITADEL, SUITE 140 COMMERCE CA 90040 |
| LEGACY PLACE PROPERTIES, LLC | ATTN: PAM BRADY FERRARA 1330 BOYLSTON ST. CHESTNUT HILL MA 02467 |
| LINCOLNWOOD TOWN CENTER, LLC | 225 W WASHINGTON INDIANAPOLIS IN 46204-3438 |
| LIVERMORE PREMIUM OUTLETS LLC | 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204 |
| LVP ST AUGUSTINE OUTLETS LLC | 1985 CEDAR BRIDGE AVE, SUITE 1 LAKEWOOD NJ 08701 |

| Claim Name | Address Information |
|---|---|
| LYBRAND FAMILY TRUST, LLC | PO BOX 21878 CHARLESTON SC 29413 |
| MACERICH | 401 WILSHIRE BLVD., SUITE 700 SANTA MONICA CA 90407 |
| MACERICH FRESNO LIMITED PARTNERSHIP | ATTN: BILL PALMER 401 WILSHIRE BLVD, SUITE 700 SANTA MONICA CA 90407 |
| MACERICH FRESNO LIMITED PARTNERSHIP | 4841 NORTH FIRST ST. FRESNO CA 93726 |
| MACERICH HHF BROADWAY PLAZA LLC | ATTN: BILL PALMER 401 WILSHIRE BLVD., SUITE 700 SANTA MONICA CA 90407 |
| MACERICH HHF BROADWAY PLAZA LLC | 1275 BROADWAY PLAZA WALNUT CREEK CA 94596 |
| MACERICH NIAGARA LLC | 401 WILSHIRE BLVD, SUITE 700 SANTA MONICA CA 90401 |
| MACERICH TWENTY NINTH STREET LLC | MANAGEMENT OFFICE ATTN: CENTER MANAGER, BILL PALMER ONE WEST FLATIRON CROSSING DR.,STE 1083 BROOMFIELD CO 80021 |
| MACERICH TWENTY NINTH STREET LLC | ATTN: LEGAL COUNSEL – TWENTY NINTH STREET 401 WILSHIRE BLVD, SUITE 700 SANTA MONICA CA 90401 |
| MALL AT CONCORD MILLS LP | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204-3438 |
| MALL AT POTOMAC MILLS LLC | ATTN GREGG M GOODMAN, VP 225 W WASHINGTON ST INDIANAPOLIS IN 46204-3438 |
| MARKET STREET LYNNFIELD | 33 BOYLSTON ST., SUITE 3000 CHESTNUT HILL MA 02467 |
| MARKET STREET RETAIL SOUTH LLC | 400 ATLANTIC AVE BOSTON MA 02110-3333 |
| MARKET STREET RETAIL SOUTH LLC | 33 BOYLSTON ST. CHESTNUT HILL MA 02467 |
| MAUI OUTLETS ASSOCIATES, LLC | 3660 WAIALAE AVE., SUITE 304 HONOLULU HI 96816 |
| MERRIMACK PREMIUM OUTLETS LLC | 105 EISENHOWER PKWY. C/O PREMIUM OUTLETS SIMON PROPERTY GROUP ROSELAND NJ 07068 |
| MICHAEL, LEVITT, GOLDBERGER | & RUBENSTEIN, LLC 60 COLUMBUS CIRCLE, 20TH FLOOR NEW YORK NY 10023 |
| MID-SOUTH OUTLET SHOPS LLC | PO BOX 419258 BOSTON MA 02241-9258 |
| MIROMAR OUTLET WEST, LLC | 10801 CORKSCREW RD, SUITE 305 ESTERO FL 33928 |
| MOAC MALL HOLDINGS LLC | MALL OF AMERICA MANAGEMENT OFFICE 2131 LINDAU LN. SUITE 500 BLOOMINGTON MN 55425-2640 |
| NED LITTLE ROCK LLC | ATTN: SCOTT FISHER 75 PARK PLAZA THIRD FLOOR BOSTON MA 02116 |
| NORTHPARK PARTNERS, LP | 8080 NORTH CENTRAL EXPWY. SUITE 1100 DALLAS TX 75206-1807 |
| OAKBROOK CENTER | ATTN: JOE HOPE 100 OAKBROOK CENTER OAK BROOK IL 60523 |
| OAKBROOK SHOPPING CENTER, LLC | 350 N. ORLEANS ST., SUITE 300 CHICAGO IL 60654-1607 |
| OKC OUTLETS I LLC | 980 N. MICHIGAN AVE., SUITE 1660 CHICAGO IL 60611 |
| OLD ORCHARD URBAN LIMITED PARTNERSHIP | 11601 WILSHIRE BLVD., 11TH FLOOR LOS ANGELES CA 90025 |
| OMAHA OUTLETS SPE, LLC | 21209 NEBRASKA CROSSING DR., C-100 GRETNA NE 68028 |
| OMERS REALTY MANAGEMENT CORPORATION | SQUARE ONE SHOPPING CENTRE 100 CITY CENTRE DR. MISSAISSAUGA ON L5B 2C9 CANADA |
| OMERS REALTY MANAGEMENT CORPORATION | SUITE 900, 100 ADELAIDE ST. WEST TORONTO ON M5H 0E2 CANADA |
| ONTARIO MILLS LP | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204-3438 |
| ONTREA INC. | 20 QUEEN ST. WEST, 5TH FLOOR TORONTO ON M5H 3R4 CANADA |
| OPRY MILLS MALL LIMITED PARTNERSHIP | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204 |
| ORANGE CITY MILLS LP | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204-3438 |
| PARK AVENUE PLAZA OF WINTER PARK, LTD. | 9095 SW 87TH AVE, SUITE 777 MIAMI FL 33176 |
| PARK MEADOWS | ATTN: JOE HOPE 8401 PARK MEADOWS DR. LONE TREE CO 80124 |
| PARK MEADOWS MALL, LLC | 350 N. ORLEANS ST., SUITE 300 CHICAGO IL 60654-1607 |
| PENN ROSS JOINT VENTURE | 225 W. WASHINGTON ST. INDIANAPOLIS IN 46204-3438 |
| PHILADELPHIA PREMIUM OUTLETS LLC | ATTN: DAN SEABAUGH 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204-3438 |
| PHOENIX PREMIUM OUTLETS LLC | 105 EISENHOWER PKWY. 1ST FLOOR ATTN: LEASE SERVICES ROSELAND NJ 07068 |
| PLAZA INTERNACTIONAL PUERTO RICO LLC | PO BOX 674797 DETROIT MI 48267-4979 |
| POAG SHOPPING CENTERS, LLC | 2650 THOUSAND OAKS BLVD, SUITE 2200 MEMPHIS TN 38118 |
| PPR WASHINGTON SQUARE LLC | PO BOX 2172 401 WILSHIRE BLVD SUITE 700 SANTA MONICA CA 90407 |
| PR AVALON PHASE II OWNER, LLC | 7 GIRALDA FARMS MADISON NJ 07940 |
| PR AVALON PHASE II OWNER, LLC | ATTN: PAUL BODINE 1175 PEACHTREE NE, SUITE 1650 ATLANTA GA 30361 |
| PREMIUM OUTLET PARTNERS LP | ATTN: DAN SEABAUGH 60 COLUMBIA ROAD, BUILDING B 3RD FLOOR MORRISTOWN NJ 07960 |
| PREMIUM OUTLET PARTNERS LP | ATTN: DAN SEABAUGH 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204-3438 |

| Claim Name | Address Information |
|---|---|
| PRIME OUTLETS OF SAN MARCOS II LP | 105 EISENHOWER PKWAY, 1ST FL ROSELAND NJ 07068 |
| PROMENADE ENTERPRISES, L.P. | ATTN: ALAN MONT 127 ESPARTA WAY SANTA MONICA CA 90402 |
| PROVIDENCE PLACE | ONE PROVIDENCE PL. PROVIDENCE RI 02903 |
| PYRAMID WALDEN COMPANY, LP | ATTN: ROBERT COLEMAN C/O PYRAMID MANAGEMENT GROUP, LLC 4 CLINTON SQUARE SYRACUSE NY 13202 |
| QUAKER BRIDGE MALL, LLC | 225 WEST WASHINGTON INDIANAPOLIS IN 46204-3438 |
| RANCHO MALL, LLC | ATTN: JOE HOPE 600 SUPERIOR AVE. EAST, SUITE 1500 CLEVELAND OH 44114-2619 |
| RED DEVELOPMENT | LIGHTON TOWER, 7500 COLLEGE BLVD. SUITE 750 OVERLAND PARK KS 66210 |
| RELATED MANAGEMENT CO - A/R RETAIL LLC | ATTN: KIMBERLY POHLEN 60 COLUMBUS CIRCLE, 20TH FLOOR NEW YORK NY 10023 |
| RENAISSANCE AT COLONY PARK LLC | 125 S. CONGRESS ST., SUITE 1800 JACKSON MS 39201 |
| RENAISSANCE AT COLONY PARK LLC | ATTN: ANDREW MATTIACE PO BOX 13809 JACKSON MS 39236 |
| RIOCAN HOLDINGS (OAKVILLE PLACE) INC. | 2300 YONGE ST., SUITE 500 TORONTO ON M4P 1E4 CANADA |
| RIOCAN MANAGEMENT, INC. | 700 LAWRENCE AVE. WEST, SUITE 315 TORONTO ON M6A 3B4 CANADA |
| RIVERWALK MARKETPLACE (NEW ORLEANS), LLC | 500 PORT OF NEW ORLEANS PL., SUITE 10 NEW ORLEANS LA 70130 |
| RIVERWALK MARKETPLACE (NEW ORLEANS), LLC | ATTN: FRANK QUINN 13355 NOEL RD. DALLAS TX 75240 |
| ROCKEFELLER GROUP DEVELOPMENT CORP | 4 PARK PLAZA, SUITE 840 IRVINE CA 92614 |
| ROSEVILLE SHOPPINGTOWN LLC | 11601 WILSHIRE BLVD., 12TH FLOOR LOS ANGELES CA 90025-1748 |
| RUSS, AUGUST & KABAT | 12TH FLOOR, 12424 WILSHIRE BLVD LOS ANGELES CA 90025 |
| SAGEMORE MANAGEMENT COMPANY, LLC | 8000 SAGEMORE DR., SUITE 8201 MARLTON NJ 08053 |
| SAMUELS AND ASSOCIATES | 400 ATLANTIC AVE. BOSTON MA 02110-3333 |
| SAUCON VALLEY LIFESTYLE CENTER, L.P. | 7 GIRALDA FARMS MADISON NJ 07940 |
| SAUCON VALLEY LIFESTYLE CENTER, L.P. | ATTN: KEITH LAIRD 2650 THOUSAND OAKS BLVD, SUITE 2200 MEMPHIS TN 38118 |
| SCOTTSDALE FASHION SQUARE LLC | 7014-590 EAST CAMELBACK RD. SCOTTSDALE AZ 85251 |
| SCOTTSDALE FASHION SQUARE LLC | 401 WILSHIRE BLVD., SUITE 700 SANTA MONICA CA 90407 |
| SCOTTSDALE FASHION SQUARE LLC | ATTN: BILL PALMER 401 WILSHIRE BLVD., SUITE 700 SANTA MONICA CA 90407 |
| SDG DADELAND ASSOCIATES, INC. | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204 |
| SDG FASHION MALL LIMITED PARTNERSHIP | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204-3438 |
| SEASONS RETAIL CORP | 95 WELLINGTON ST. WEST, SUITE 300 TORONTO ON M5J 2R2 CANADA |
| SHERMAN OAKS FASHION ASSOCIATES, L.P. | 2049 CENTURY PARK EAST, 41ST FLOOR LOS ANGELES CA 90067 |
| SHOPPING CENTER ASSOCIATES | 225 W WASHINGTON ST INDIANAPOLIS IN 46204-3438 |
| SHOPS AT MISSION VIEJO, LLC | 225 W WASHINGTON ST INDIANAPOLIS IN 46204-3438 |
| SHOPS AT ST. JOHNS, LLC | 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204-3438 |
| SIMON | 225 W. WASHINGTON ST. INDIANAPOLIS IN 43204 |
| SIMON / CHELSEA CHICAGO DEVELOPMENT LLC | C/O PREMIUM OUTLETS/ SIMON ATTN GENERAL COUNSEL 105 EISENHOWER PKWY ROSELAND NJ 07068 |
| SIMON FINANCING PARTNERSHIP L.P. | 105 EISENHOWER PKWY. ROSELAND NJ 07068 |
| SIMON PREIT/CHELSEA ORLANDO | DEVELOPMENT LP ATTN: DAN SEABAUGH 60 COLUMBUA RD., BUILDING B, 3RD FLOOR MORRISTOWN NJ 07960 |
| SIMON PREMIUM OUTLETS | ATTN: DAN SEABAUGH 60 COLUMBIA RD, BUILDING B 3RD FLOOR MORRISTOWN NJ 07960 |
| SIMON PROPERTY GROUP (TEXAS), LP | 225 W WASHINGTON INDIANAPOLIS IN 46204-3438 |
| SIMON PROPERTY GROUP LP | ATTN: DAN SEABAUGH 225 W WASHINGTON INDIANAPOLIS IN 46204 |
| SIMON PROPERTY GROUP LP | ATTN: DAN SEABAUGH 225 W WASHINGTON INDIANAPOLIS IN 46204-3438 |
| SIMON PROPERTY GROUP PREMIUM OUTLETS | 225 W WASHINGTON INDIANAPOLIS IN 46204-3438 |
| SIMON/PREIT GLOUCESTER DEVELOPMENT, LLC | PO BOX 776118 CHICAGO IL 60677-6118 |
| SLTS GRAND AVENUE II LP | 2021 SPRING RD., SUITE 200 OAK BROOK IL 60523 |
| SLTS GRAND AVENUE II LP | ATTN: JASON KASAL 2021 SPRING RD., SUITE 200 OAK BROOK IL 60523 |
| SLTS GRAND AVENUE II LP | 1560 E. SOUTHLAKE BLVD., SUITE 100 SOUTHLAKE TX 76092 |
| SMITH STREET HOLDINGS, LLC | ATTN: VERONICA COSTABILE 155 BRIXTON RD GARDEN CITY NY 11530 |

| Claim Name | Address Information |
|---|---|
| SML INTERESTS, LTD., LLC | 1321-1/2 WISCONSIN AVE., NW WASHINGTON DC 20007 |
| SOUTHCENTER OWNER LLC | 2049 CENTURY PARK EAST, 41ST FLOOR LOS ANGELES CA 90067 |
| SOUTHDALE LIMITED PARTNERSHIP | 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204 |
| SOUTHPARK MALL LP | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204-3438 |
| SOUTHPOINT MALL LLC | ATTN: JOE HOPE 350 N. ORLEANS ST., SUITE 300 CHICAGO IL 60654-1607 |
| SOUTHPOINT MALL LLC | ATTN: JOE HOPE 350 N. ORLEANS ST., SUITE 300 IL 60654-1607 |
| SPG CENTER, LLC | ATTN: DAN SEABAUGH 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204-3438 |
| SPG HOUSTON HOLDINGS, LP | ATTN: DAN SEABAUGH 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204-3438 |
| SPGIL DOMAIN, L.P. | NATIONAL CITY CENTER 115 W. WASHINGTON INDIANAPOLIS IN 46204 |
| SPHEAR INVESTMENTS, LLC | 200 E CARILLO ST., SUITE 200 SANTA BARBARA CA 93101 |
| SRE ONTARIO, LLC | 980 N MICHIGAN AVE., SUITE 1660 CHICAGO IL 60611 |
| SRMF TOWN SQUARE OWNER LLC | 1 EAST WACKER DR., SUITE 2900 CHICAGO IL 60601 |
| SRMF TOWN SQUARE OWNER LLC | 6605 LAS VEGAS BLVD, SOUTH, SUITE 201 LAS VEGAS NV 89119 |
| ST. GEORGE OUTLET DEVELOPMENT LLC | 1911 RICHMOND AVE., SUITE 200 STATEN ISLAND NY 10314 |
| ST. GEORGE OUTLET DEVELOPMENT LLC | ATTN DONALD CAPOCCIA & WINTHROP WHARTON 150 MYRTLE AVE, 2 FL BROOKLYN NY 11201 |
| STARWOOD RETAIL PROPERTY MANGEMENT, LLC | 1 E. WACKER DR., SUITE 3700 CHICAGO IL 60601 |
| STARWOOD RETAIL PROPERTY MANGEMENT, LLC | ATTN: HANS WOLFE 1 E. WACKER DR., SUITE 3700 CHICAGO IL 60601 |
| STONEBRIAR CENTRE | ATTN: JOE HOPE 2601 PRESTON RD. FRISCO TX 75034 |
| STONEBRIAR MALL, LLC | 110 N. WACKER DR. CHICAGO IL 60606 |
| STONY POINT ASSOCIATES, LLC | ATTN: GENERAL MANAGER 9200 STONY POINT PARKWAY RICHMOND VA 23235 |
| STONY POINT ASSOCIATES, LLC | ATTN: HANS WOLFE 1 E. WACKER DR., SUITE 3700 CHICAGO IL 60601 |
| STREET RETAIL INC | ATTN: STUART BIEL PO BOX 846073 LOS ANGELES CA 90084-6073 |
| STREET RETAIL, INC. | 1626 EAST JEFFERSON ST. ROCKVILLE MD 20852-4041 |
| SUNRISE MILLS LIMITED PARTNERSHIP | 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204 |
| TAMPA WESTSHORE ASSOCIATES | LIMITED PARTNERSHIP 200 EAST LONG LAKE RD. BLOOMFIELD HILLS MI 48303-0200 |
| TANGER CHARLESTON, LLC | ATTN: DIANE COULSON 3200 NORTHLINE AVE., SUITE 360 GREENSBORO NC 27408 |
| TANGER FORT WORTH LLC | ATTN: DIANE COULSON 3200 NORTHLINE AVE., SUITE 360 GREENSBORO NC 27408 |
| TANGER OUTLETS DEER PARK, LLC | PO BOX 414225 BOSTON MA 02241-4225 |
| TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 NORTHLINE AVE., SUITE 360 GREENSBORO NC 27408 |
| TAUBMAN | 200 EAST LONG LAKE RD, SUITE 300 BLOOMFIELD HILLS MI 48304-2324 |
| TAUBMAN AUBURN HILLS ASSOCIATES LP | CENTER, LLC 200 EAST LONG LAKE RD., PO BOX 200 BLOOMFIELD HILLS MI 48303-0200 |
| TAUBMAN CHERRY CREEK SHOPPING | CENTER, LLC 200 EAST LONG LAKE RD., PO BOX 200 BLOOMFIELD HILLS MI 48304 |
| THE FALLS SHOPPING CENTER ASSOCIATES LLC | 225 WEST WASHINGTON ST. INDIANAPOLIS IN 46204 |
| THE IRVINE COMPANY LLC | ATTN: TANYA THOMAS 100 INNOVATION IRVINE CA 92617 |
| THE IRVINE COMPANY LLC | 401 NEWPORT CENTER DR., SUITE A-150 NEWPORT BEACH CA 92660 |
| THE IRVINE COMPANY RETAIL PROPERTIES | 100 INNOVATION IRVINE CA 92612 |
| THE MALL AT PARTRIDGE CREEK | 17420 HALL RD. CHARTER TWNSHP OF CLINTON MI 48038 |
| THE MALL AT PARTRIDGE CREEK | 17420 HALL RD. CHARTER TOWNSHIP OF CLINTON CLINTON MI 48038 |
| THE MALL IN COLUMBIA | ATTN: JOE HOPE 10300 LITTLE PATUXENT PKWY. COLUMBIA MD 21044 |
| THE MALL IN COLUMBIA BUSINESS TRUST | 350 N. ORLEANS ST., SUITE 300 CHICAGO IL 60654-1607 |
| THE RETAIL PROPERTY TRUST | 225 W. WASHINGTON ST. INDIANAPOLIS IN 46204 |
| THE SHOPS AT LA CANTERA | 15900 LA CANTERA PARKWAY  SUITE 6698 SAN ANTONIO TX 78256 |
| THE STREETS AT SOUTHPOINT | 6910 FAYETTEVILLE RD., SUITE 254 DUNHAM NC 27713 |
| TOWN CENTER AT BOCA RATON TRUST | TOWN CENTER BOCA RATON LP C/O SIMON PROPERTY GROUP 225 W. WASHINGTON ST. INDIANAPOLIS IN 46204 |
| TOWSON TC, LLC | ATTN: JOE HOPE 350 N. ORLEANS ST, SUITE 300 CHICAGO IL 60654-1607 |
| TOWSON TOWN CENTER | 825 DULANY VALLEY RD. TOWSON MD 21204 |
| TRCC/ROCK OUTLET CENTER LLC | 4436 LEBEC RD LEBEC CA 93243 |

| Claim Name | Address Information |
|---|---|
| TSG CHESTERFIELD LIFESTYLE, LLC | ATTN: GENERAL COUNSEL, RICK ECHELMEYER C/O STAENBERG GROUP, INC. 2127 INNERBELT BUSINESS CTR DR.,STE 310 ST. LOUIS MO 63114 |
| TSG CHESTERFIELD LIFESTYLE, LLC | ATTN: GENERAL COUNSEL, RICK ECHELMEYER C/O STAENBERG GROUP, INC. 2127 INNERBELT BUS. CTR DR., STE 310 ST. LOUIS MO 63114 |
| TUCSON PREMIUM OUTLETS, LLC | 60 COLUMBIA RD., BUILDING B, 3RD FLOOR MORRISTOWN NJ 07960 |
| TVO MALL OWNER LLC | 200 EAST LONG LAKE RD., PO BOX 200 BLOOMFIELD HILLS MI 48303-0200 |
| TWC CHANDLER LLC | 3111 WEST CHANDLER BLVD. SUITE NO. 2018 CHANDLER AZ 85226 |
| TWC CHANDLER LLC | ATTN: BILL PALMER 401 WILSHIRE BLVD., SUITE 700 SANTA MONICA CA 90401 |
| TWC TUCSON | ATTN: BILL PALMER 2905 EAST SKYLINE DR TUCSON AZ 85718 |
| TWC TUCSON, LLC | 401 WILSHIRE BLVD., SUITE 700 SANTA MONICA CA 90401 |
| TWIN CITIES OUTLETS EAGAN LLC | 1985 CEDAR BRIDGE AVE., SUITE 1 LAKEWOOD NJ 08701 |
| TWIN CITIES OUTLETS EAGAN LLC | ATTN: DAN SEABAUGH 217 EAST REDWOOD ST., 21ST FLOOR BALTIMORE MD 21202 |
| UBS REALTY INVESTORS LLC | 10 STATE HOUSE SQUARE, 15TH FLOOR HARTFORD CT 06103-3604 |
| UBS REALTY INVESTORS LLC | 2515 MCKINNEY AVE., SUITE 800 DALLAS TX 75201 |
| UNIVERSITY VILLAGE LIMITED PARTNERSHIP | 2673 NORTHEAST UNIVERSITY VILLAGE MALL SUITE 7 SEATTLE WA 98105 |
| UTC VENTURE LLC | 11601 WILSHIRE BLVD, 11TH FLOOR LOS ANGELES CA 90025 |
| VF MALL LLC | 11601 WILSHIRE BLVD, 11TH FLOOR LOS ANGELES CA 90025 |
| VICTORIA GARDENS MALL, LLC | 600 SUPERIOR AVE. EAST, SUITE 1500 CLEVELAND OH 44114 |
| VIKING RIDEAU CORPORATION | 50 RIDEAU ST., SUITE 300 OTTAWA ON K1N 9J7 CANADA |
| VIKING RIDEAU CORPORATION | 20 QUEEN ST. WEST, 5TH FLOOR TORONTO ON M5H 3R4 CANADA |
| WALT DISNEY PARKS AND RESORTS U.S., INC. | ATTN: KRISTIN MCELVEEN 1825 LIVE OAK LN. LAKE BUENA VISTA FL 32830 |
| WALT DISNEY WORLD RESORT | 1780 BUENA VISTA DR. LAKE BUENA VISTA FL 32830 |
| WALT DISNEY WORLD RESORT – LEGAL DEPT | PO BOX 10000 1375 BUENA VISTA DR. LAKE BUENA VISTA FL 32830 |
| WALT WHITMAN MALL, LLC | 225 W. WASHINGTON ST. INDIANAPOLIS IN 46204 |
| WELLS FARGO COMMERCIAL | MORTGAGE SERVICING 1901 HARRISON STREET  2ND FLOOR OAKLAND CA 94612 |
| WEST EDMONTON MALL PROPERTY INC. | 8882 170TH ST., WEST EDMONTON MALL PHASE III, SUITE 3000 EDMONTON AB T5G 4M2 CANADA |
| WEST TOWN MALL JOINT VENTURE | 225 W. WASHINGTON ST. INDIANAPOLIS IN 46204 |
| WEST VILLAGE 2004 PO LIMITED PARTNERSHIP | 3699 MCKINNEY AVE., LOFT A-221 DALLAS TX 75204 |
| WESTCHESTER MALL, LLC | 225 WEST WASHINGTON ST. INDIANAPOLIS IN 43204 |
| WESTFIELD | 2049 CENTURY PARK EAST, 41ST FLOOR LOS ANGELES CA 90067 |
| WESTFIELD TOPANGA OWNER LLC | 2049 CENTURY PARK EAST, 41ST FLOOR LOS ANGELES CA 90067 |
| WILLIAMSBURG MAZEL LLC | 105 EISENHOWER PKWY., 1ST FLOOR ROSELAND NJ 07068 |
| WINWEST 3351 MAIN LLC | ATTN: ASHLEY TRIMBLE 10 RYE RIDGE PLAZA RYE BROOK NY 10573 |
| WOODBINE DEVELOPMENT CORPORATION | 1445 ROSS AVE., SUITE 5000 DALLAS TX 75202 |
| WOODFIELD MALL LLC | 225 W. WASHINGTON ST INDIANAPOLIS IN 46204-3438 |
| ZEIDEN PROPERTIES LLC | 1855 W. 139TH ST. GARDENA CA 90249 |

**Total Creditor count  314**

**Exhibit C**

| Claim Name | Address Information |
|---|---|
| ARIZA, VICTOR | C/O LAW OFFICES OF PELAYO DURAN PA ATTN PELAYO M DURAN, ESQ 4640 NW 7TH ST MIAMI FL 33126-2309 |
| ARIZA, VICTOR | C/O RODERICK V HANNAH, ESQ PA ATTN RODERICK V HANNAH, ESQ 8751 W BROWARD BLVD., STE 303 PLANTATION FL 33324 |
| ASHLEY ROGERS | C/O MUSE LAW GROUP 9595 WILSHIRE BLVD, STE 900 BEVERLY HILLS CA 90212 |
| BALUYUT, ROGEL | C/O CAPTSTONE LAW APC, ATTN MELISSA GRANT, ARNAB BANERJEE & SUZY E LEE 1840 CENTURY PARK EAST, STE 450 LOS ANGELES CA 90067 |
| BALUYUT, ROGEL | C/O CAPTSTONE LAW APC ATTN MLSSA GRANT, ARN BANERJEE & S E LEE 1840 CENTURY PARK EAST, SUITE 450 LOS ANGELES CA 90067 |
| BARBARO, ANNA | C/O HARLOW, ADAMS & FRIEDMAN PC ATTN JOSEPH A KUBIC ONE NEW HAVEN AVE., STE 100 MILFORD CT 06460 |
| CHAGRIN RETAIL LLC | C/O MATASAR JACOBS LLC ATTN MARK R JACOBS & ANNAMARIE E BRAGA 1111 SUPERIOR AVE., STE 1355 CLEVELAND OH 44114 |
| CHAPMAN, NIELEN | C/O ONE LLP ATTN JOHN TEHRANIAN E TOWER, 4000 MACARTHUR BLVD., SUITE 500 NEWPORT BEACH CA 92660 |
| COMMISSION JUNCTION LLC | 30699 RUSSELL RANCH RD., SUITE 250 WESTLAKE VILLAGE CA 91362 |
| DEFEO, ANNA MARIE | C/O THE LEAL LAW FIRM PA ATTN ALBERTO R LEAL 9314 FOREST HILL BLVD., #62 WELLINGTON FL 33411 |
| DEPARTMENT OF INDUSTRIAL RELATIONS | RE: LORELY REYES-MORENO 320 WEST 4TH ST., RM 450 LOS ANEGELES CA 90013 |
| DEPARTMENT OF INDUSTRIAL RELATIONS | 1515 CLAY ST., SUITE 801 OAKLAND CA 94612 |
| DESALVO, BRETT | ADDRESS ON FILE |
| DESTINEE ANAYA | ADDRESS ON FILE |
| DOMINGUEZ, YOVANNY | C/O THE MARKS LAW FIRM PC ATTN BRADLY MARKS, ESQ 175 VARICK ST., 3RD FL NEW YORK NY 10014 |
| DUNN, PATRICK | C/O ADA GROUP LLC, ATTN MICHAEL F BROWN, L LANDIS SEXTON & TRACY G BIRDSONG 4001 CARMICHAEL RD., STE 570 MONTGOMERY AL 36106 |
| DUNN, PATRICK | C/O ADA GROUP LLC ATTN M F BROWN, L LAND SEXTON & TRACY G BIRDSONG; 4001 CARMICHAEL RD., SUITE 570 MONTGOMERY AL 36106 |
| DWARICA, SHAMIRA | 1805 EL CERRITO PLACE LOS ANGELES CA 90068 |
| ECHEVERRIA, JAIME | ADDRESS ON FILE |
| ECHEVERRIA, JAIME | ADDRESS ON FILE |
| ECHEVERRIA, JAIME | ADDRESS ON FILE |
| ECHEVERRIA, JAIME | ADDRESS ON FILE |
| FEDEX | ATTN DAVID YAMASAKI, SALES EXECUTIVE |
| FUERTE, LILIANA | ADDRESS ON FILE |
| GABRIYELIAN, SEDRAK | C/O RM LAW GROUP LLP ATTN JASON CHRISTOPHER MARTINEZ 3200 E GUASTI RD., STE 100 ONTARIO CA 91761 |
| GABRIYELIAN, SEDRAK | C/O RM LAW GROUP LLP ATTN JASON CHRISTOPHER MARTINEZ 3200 E GUASTI RD., SUITE 100 ONTARIO CA 91761-8661 |
| GRANITE TELECOMMUNICATIONS LLC | ATTN MARCUS JACCARINO, STAFF ATTY |
| GRANITE TELECOMMUNICATIONS LLC | ATTN MARCUS JACCARINO, STAFF ATTY 100 NEWPORT AVE EXTENSION QUINCY MA 02171 |
| GREEN HOUSE DATA | C/O FAIR AND WOODS PC ATTN JOHN A LEONARD 1801 CALIFORNIA ST., STE 2600 DENVER CO 80202 |
| HAYNES, BRYAN H | ADDRESS ON FILE |
| HEADLINE SHIRTS LLC | ATTN: MR. CHRIS GOROG 827 VALENCIA STREET, SUITE 101 SAN FRANCISCO CA 94410 |
| HILL, PAMELA | ADDRESS ON FILE |
| JACK DANIELS PROPERTIES INC | ATTN MS LAURIE OCHS, CONTROLLERS 4040 CIVIC CENTER, STE 528 SAN RAFAEL CA 94903 |
| KATHARINE SMITH | ATTN: H ALISON BURNS C/O ADA GROUP LLC 4001 CARMICHAEL RD., STE 570 MONTGOMERY AL 36116 |
| KATHERINE SMITH | C/O ADA GROUP ATTN: H. ALISON BURNS PO BOX 231477 MONTGOMERY AL 36123 |
| KELLY OCG | ATTN STACEY BROWN, TALENT ADVISOR 999 W BIG BEAVER RD TROY MI 48084 |

| Claim Name | Address Information |
|---|---|
| LAFFERTY, KARA, COMPLAINANT | 9255 SUNSET BLVD., #411 LOS ANGELES CA 90069 |
| LEE, MICHELLE | C/O THE LEGAL RIGHTS PROJECT ATTN ANDREW R STILWELL 8880 RIO SAN DIEGO DR., 8TH FL SAN DIEGO CA 92108 |
| LERNER, ROBIN | C/O ONE LLP ATTN JOHN TEHRANIAN E TOWER, 4000 MACARTHUR BLVD., STE 500 NEWPORT BEACH CA 92660 |
| LICEA, LUIS | C/O PACIFIC TRAIL ATTORNEYS, APC ATTN SCOTT J FERRELL 4100 NEWPORT PLACE DR., STE 800 NEWPORT BEACH CA 92660 |
| LISA YOUNG-HOLLIS | C/O DEUTSCH ATKINS, PC 25 MAIN ST. STE 104 COURT PLAZA NORTH HACKENSACK NJ 07601 |
| MARCEL FASHIONS GROUP INC | C/O THE LAW OFFICES OF MATTHEW A PEK ESQ ATTN MATTHEW A PEK, ESQ 387 GRAND ST., STE K-203 NEW YORK NY 10002 |
| MARCEL FASHIONS GROUP INC | C/O THE LAW OFFICES OF MATTHEW A PEK ESQ ATTN MATTHEW A PEK, ESQ 387 GRAND ST., SUITE K-203 NEW YORK NY 10002-3969 |
| MARTINEZ, ANDREA | C/O ABDUL HASSAN LAW GROUP PLLC ATTN ABDUL K HASSAN, ESQ 215-28 HILLSIDE AVE. QUEENS VILLAGE NY 11427 |
| MORAN, LINDSEY | ADDRESS ON FILE |
| MORRIS, LINDSEY | ADDRESS ON FILE |
| MORRIS, LINDSEY | C/O THE GILLAM LAW FIRM 10880 WILSHIRE BLVD. STE 1101 LOS ANGELES CA 90024 |
| NALLI, KIARA | C/O V JAMES DESIMONE LAW ATTN V JAMES DESIMONE, ESQ 13160 MINDANAO WAY, SUITE 280 MARINA DEL REY CA 90292 |
| NC DEPARTMENT OF LABOR | ATTN WAGE AND HOUR BUREAU 1101 MAIL SERVICE CENTER RALEIGH NC 27699 |
| OLSEN, THOMAS J | C/O LIPSKY LOWE LLP ATTN DOUGLAS B LIPSKY 630 THIRD AVE., 5TH FL NEW YORK NY 10017 |
| OLSEN, THOMAS J | C/O LIPSKY LOWE LLP ATTN DOUGLAS B LIPSKY 630 THIRD AVE., 5TH FLOR NEW YORK NY 10017-6705 |
| RANGE, KING JR | C/O PARKER HANSKI LLC,ATTN GLEN H PARKER ADAM S HANSKI & ROBERT G HANSKI, ESQ 40 WORTH ST., 10TH FL NEW YORK NY 10013 |
| RANGE, KING JR | C/O PARKER HANSKI LLC ATTN G H PARKER, A S HANSKI & R G HANSKI 40 WORTH ST., 10TH FL NEW YORK NY 10013 |
| RE: JACK ACKERS | NC DEPARTMENT OF LABOR ATTN WAGE AND HOUR BUREAU 1101 MAIL SERVICE CENTER RALEIGH NC 27699 |
| REYES-MORENO, LORELLY | C/O DEPARTMENT OF INDUSTRIAL RELATIONS LABOR COMMISSIONER'S OFFICE 320 W 4TH ST, STE 450 LOS ANGELES CA 90013 |
| RITA YUSSOUPOVA | C/O KELLY OCG 999 WEST BIG BEAVER RD TROY MI 48084 |
| RITA YUSSOUPOVA | ADDRESS ON FILE |
| ROBOFF, ANNIE | C/O ONE LLP ATTN JOHN TEHRANIAN E TOWER, 4000 MACARTHUR BLVD., SUITE 500 NEWPORT BEACH CA 92660 |
| RUIZ, JUAN | C/O THE BLUE LAW GROUP, ATTN MICHAEL KOL BLUE & GEORGE A ALOUPAS, ESQ 8599 HAVEN AVE., STE 201 RANCHO CUCAMONGA CA 91730 |
| RUIZ, JUAN | C/O THE BLUE LAW GROUP ATTN MICHAEL KOL BLUE & GEORGE A ALOUPAS 8599 HAVEN AVE., SUITE 201 RANCHO CUCAMONGA CA 91730 |
| SMITH, JOHN | C/O ADA GROUP LLC,ATTN BRADLEY D MCADORY L LANDIS SEXTON & TRACY G BIRDSONG 4001 CARMICHAEL RD., STE 570 MONTGOMERY AL 36116 |
| SMITH, JOHN | C/O ADA GROUP LLC ATTN B D MCADORY L LAND SEXTON & TRACY G BIRDSONG; 4001 CARMICHAEL RD., SUITE 570 MONTGOMERY AL 36116 |
| SMITH, KATHARINE | C/O ADA GROUP LLC ATTN H ALISON BURNS 4001 CARMICHAEL RD, SUITE 570 MONTGOMERY AL 36106 |
| TAYLORED FULFILLMENT SERVICES | ATTN MICHAEL YUSKO, CFO 33 S WOOD AVE., SUITE 600 ISELIN NJ 08830 |
| TAYLORED FULFILLMENT SERVICES | ATTN MICHAEL YUSKO, CFO 1495 E LOCUST ST ONTARIO CA 91761 |
| THOMAS, JULIAN | C/O CAPTSTONE LAW APC ATTN R DREXLER M DESARIO J LEE A HARMAN- HOLMES; 1875 CENTRY PK E., SUITE 1000 LOS ANGELES CA 90067 |
| THOMAS, JULIAN, C/O CAPTSTONE LAW APC, | ATTN:ROBERT DREXLER, MOLLY DESARIO, JONATHON LEE,ARIEL HARMAN-HOLMES 1875 CENTRY PARK E., STE 1000 LOS ANGELES CA 90067 |

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor count  67**

**Exhibit D**

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Email Service List

| Creditor Name | Email |
|---|---|
| BROOKFIELD | joseph.hope@brookfieldpropertiesretail.com; julie.bowden@brookfieldpropertiesretail.com |
| BUSANA APPAREL PTE LTD | christine_mona@busanagroup.com; sgoyal@busanagroup.com |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT)LT | aroon@hirdaramani.com |
| INT, S.A. | shelly@inttradingusa.com |
| ORIT TRADING LANKA (PVT) LTD | moditha@oritsl.com; ajith@oritsl.com |
| RED & BLUE INTERNATIONAL CO., LTD. | jerry.ting@agi-limited.com |
| UBASE INTERNATIONAL, INC. | joykim@ubaseinternational.com; yongkim@ubaseinternational.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ustpregion03.wl.ecf@usdoj.gov; juliet.m.sarkessian@usdoj.gov |
| WELLS FARGO BANK, NA AS ADMIN AGENT | ksimard@choate.com; maggie.townsend@wellsfargo.com |
| WELLS FARGO BANK, NA AS TERM AGENT | wolfje@gtlaw.com |
| LANTERN CAPITAL PARTNERS | thomas.califano@dlapiper.com; shmuel.klahr@dlapiper.com ; tommy.felix@dlapiper.com |
| HILCO MERCHANT RESOURCES LLC | hollysnow@paulhastings.com |
| CLOVER HOLDERS II, LLC | collins@rlf.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | antone.little@alston.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | david.wender@alston.com |
| BANCO POPULAR | rose.dillon@popular.com |
| BANK OF HAWAII | glenda.albano@boh.com |
| JP MORGAN CHASE CASH MANAGEMENT | jacqueline.f.davis@jpmorgan.com |
| WELLS FARGO CAPITAL FINANCE | maggie.townsend@wellsfargo.com |
| WELLS FARGO CASH MANAGEMENT | julie.yamauchi@wellsfargo.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | newyork@sec.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.press@usdoj.gov |
| SPARC GROUP LLC AND ABG-LUCKY, LLC | kcornish@paulweiss.com; eackerman@paulweiss.com; bbolin@paulweiss.com; jstricker@paulweiss.com |
| FEDERAL EXPRESS CORPORATION | bankruptcy@fedex.com |
| JIING SHENG KNITTING CO LTD | kingho@mail.jmknit.com |
| RONALD M. TUCKER | rtucker@simon.com |
| VICTOR A. SAHN, ESQ. | vsahn@sulmeyerlaw.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | bhermann@paulweiss.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com; kgood@potteranderson.com; rmcneill@potteranderson.com |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | bk@brookfieldpropertiesretail.com |
| YCST | kcoyle@ycst.com; jmulvihill@ycst.com |
| CHOATE, HALL & STEWART LLP | ksimard@choate.com; jfenn@choate.com; softedal@choate.com |
| REED SMITH LLP | kgwynne@reedsmith.com; jangelo@reedsmith.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| RICHARDS, LAYTON & FINGER, P.A. | collins@rlf.com; merchant@rlf.com; schlauch@rlf.com |

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Email Service List

| | |
|---|---|
| GREENBERG TRAURIG, LLP | haynesn@gtlaw.com; melorod@gtlaw.com; wolfje@gtlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | jason.binford@oag.texas.gov; abigail.ryan@oag.texas.gov |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | douglas.herrmann@troutman.com; marcy.smith@troutman.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | rdehney@mnat.com; jbarsalona@mnat.com |
| BURR & FORMAN LLP | jfalgowski@burr.com; jhaithcock@burr.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | osonik@pbfcm.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | layla.milligan@oag.texas.gov |
| PRYOR CASHMAN LLP | rbeacher@pryorcashman.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| BARCLAY DAMON LLP | knewman@barclaydamon.com |
| BARCLAY DAMON LLP | sfleischer@barclaydamon.com |
| THOMPSON HINE LLP | louis.solimine@ThompsonHine.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com |
| KURTZMAN STEADY, LLC | kurtzman@kurtzmansteady.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com;kconlan@connollygallagher.com |
| KELLEY DRYE & WARREN LLP | kdwbankruptcydepartment@kelleydrye.com; rlehane@kelleydrye.com; jraviele@kelleydrye.com; dkatsionis@kelleydrye.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@publicans.com |
| GOODKIN LAW GROUP, APC | mshakouri@goodkinlaw.com |
| SINGER & LEVICK, P.C. | mshriro@singerlevick.com |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com; lwilliams@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| CLARK & TREVITHICK | lhorowitz@clarktrev.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com; tcarter@goulstonstorrs.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | patrick.jackson@faegredrinker.com; michael.pompeo@faegredrinker.com |
| COZEN O'CONNOR | tfrancella@cozen.com |
| LIMNEXUS LLP | sungjin.hwang@limnexus.com; james.till@limnexus.com; jed.donaldson@limnexus.com |
| TRAVIS COUNTY ATTORNEY | jason.starks@traviscountytx.gov |
| BEWLEY, LASSLEBEN & MILLER, LLP | ernie.park@bewleylaw.com |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | dneumann@meyersroman.com |
| BLANK ROME LLP | tarr@blankrome.com; ezucker@blankrome.com |
| SPECTOR & COX, PLLC | hspector@spectorcox.com |
| JACK SHRUM, P.A | jshrum@jshrumlaw.com |
| TN ATTORNEY GENERAL'S OFFICE | agbankdelaware@ag.tn.gov |
| PAHL & MCCAY | crobertson@pahl-mccay.com |
| HONIGMAN LLP | llichtman@honigman.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | muthigk@mcao.maricopa.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; jpomerantz@pszjlaw.com; crobinson@pszjlaw.com |

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Email Service List

| | |
|---|---|
| EDWARDS MAXSON MAGO & MACAULAY, LLP | dnewman@em3law.com |
| BARCLAY DAMON LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com;jenner@lrclaw.com |
| ICE MILLER LLP | daniel.swetnam@icemiller.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | dnewman@em3law.com; steven.caponi@klgates.com; |
| BURR & FORMAN LLP | jfalgowski@burr.com;  jjoseph@burr.com |
| SODEXO, INC. | antoinette.young@sodexo.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| OKLAHOMA ASSISTANT DISTRICT ATTORNEY | grecra@oklahomacounty.org |
| HUNTER SALCIDO & TOMS, LLP | rtoms@hstpasadena.com |
| CHIPMAN BROWN CICERO & COLE, LLP | chipman@chipmanbrown.com |
| OFFICE OF THE ATTORNEY GENERAL | bcuyunker@atg.wa.gov |
| MISSOURI DEPARTMENT OF REVENUE | deecf@dor.mo.gov |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | rmersky@monlaw.com |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com; kearle@ashbygeddes.com |
| **Count:** | **130** |