IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------ x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 20-11768 (CSS) |
| Lucky Brand Dungarees, LLC, *et al.*,¹ | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re: Docket Nos 422 and 491** |
| | : | |
| ------------------------------------------------------ x | | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 422**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *First and Final Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtors for the Period of July 3, 2020 through August 31, 2020* [Docket No. 422] (the "Application"), filed on September 21, 2020.

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application, if any, were required to be filed and served no later than 4:00 p.m. (ET) on October 13, 2020.

On October 16, 2020, the Court-appointed fee examiner, Direct Fee Review (the "Fee Examiner"), filed the *Fee Examiner's Final Report Regarding First and Final Fee*

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

27214616.1

*Application Request of Houlihan Lokey Capital, Inc.* [Docket No. 491], which recommended payment of the Application in full.

As no responses or objections to the Application have been received, and the Fee Examiner has no issues or questions with respect to the Application, it is hereby respectfully requested that the proposed order attached to the Application be entered at the earliest convenience of the Court.

Dated: October 19, 2020  
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Joseph M. Mulvihill*  
Michael R. Nestor (No. 3526)  
Kara Hammond Coyle (No. 4410)  
Andrew L. Magaziner (No. 5426)  
Joseph M. Mulvihill (No. 6061)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
Email:   mnestor@ycst.com  
           kcoyle@ycst.com  
           amagaziner@ycst.com  
           jmulvihill@ycst.com

- and -

**LATHAM & WATKINS LLP**  
George A. Davis (admitted *pro hac vice*)  
Jonathan J. Weichselbaum (admitted *pro hac vice*)  
Brian S. Rosen (admitted *pro hac vice*)  
885 Third Avenue  
New York, New York 10022  
Telephone: (212) 906-1200  
Facsimile: (212) 751-4864  
Email:   george.davis@lw.com  
           jon.weichselbaum@lw.com  
           brian.rosen@lw.com  
-and-

27214616.1

3

        Ted A. Dillman (admitted *pro hac vice*)
        Christina M. Craige (admitted *pro hac vice*)
        355 South Grand Avenue, Suite 100
        Los Angeles, California 90071
        Telephone: (213) 485-1234
        Facsimile:  (213) 891-8763
        Email:    ted.dillman@lw.com
                      chris.craige@lw.com

*Counsel for Debtors and Debtors in Possession*