# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| Lucky Brand Dungarees, LLC, *et al.,* [1] | : | Case No. 20-11768 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------ | : | **Ref. Docket No. 501** |
| | x | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                    )  ss.:
COUNTY OF NEW YORK )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action

2. On October 20, 2020, I caused to be served the "Notice of Agenda of Matters Scheduled for Telephonic Hearing on October 22, 2020 at 10:00 a.m. (ET)," dated October 20, 2020 [Docket No. 501], by causing true and correct copies to be:

   a. enclosed in separate postage pre-paid enveloped and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via facsimile to those partied listed on the annexed Exhibit C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Alison Moodie*
Alison Moodie

Sworn to before me this
21st day of October, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**Exhibit A**

| Claim Name | Address Information |
|---|---|
| CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON P.O. BOX 8324 SAVANNAH GA 31412-8324 |
| CHATHAM COUNTY TAX COMMISSIONER | (COUNSEL TO CHATHAM COUNTY TAX COMMISSIONER) ATTN: THERESA C HARRELSON PO BOX 8324 SAVANNAH GA 31412-8324 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO DANIA LIVE 1748 II, LLC) ATTN: RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| NOLD MUCHINSKY PLLC | ADDRESS ON FILE |

**Total Creditor count  8**

Lucky Brand Dungarees, LLC, et al. – Case No. 20-11768 (CSS) –
Service List

BUCHALTER, A PROFESSIONAL
CORPORATION
Shawn M. Christianson, Esq.
Michael S. Myers, Esq.
55 Second Street, Suite 1700
San Francisco, CA 94105

ORACLE AMERICA, INC.
Deborah Miller, Esq.
Benjamin Wheeler, Esq.
500 Oracle Parkway
Redwood City, California 94065

KELLEY DRYE & WARREN LLP
Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq.
Konstantinos Katsionis, Esq.
101 Park Avenue
New York, New York 10178

MACAULEY LLC
Thomas G. Macauley (No. 3411)
300 Delaware Ave., Suite 1018
Wilmington, DE  19801

Lucky Brand Dungarees, LLC, et al. – Case No. 20-11768 (CSS) –
Service List

MONZACK MERSKY BROWDER,
AND HOCHMAN, P.A.
Rachel B. Mersky, Esquire
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155

BALLARD SPAHR LLP
Attn: Laurel D. Roglen, Esquire
919 N. Market Street, 11th Floor
Wilmington, DE 19801

K&L GATES LLP
Attn: Matthew B. Goeller, Esq.
600 N. King Street, Suite 901
Wilmington, DE 19801

**Exhibit B**

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Email Service List

| Creditor Name | Email |
|---|---|
| BROOKFIELD | JOSEPH.HOPE@BROOKFIELDPROPERTIESRETAIL.COM; JULIE.BOWDEN@BROOKFIELDPROPERTIESRETAIL.COM |
| BUSANA APPAREL PTE LTD | CHRISTINE_MONA@BUSANAGROUP.COM; SGOYAL@BUSANAGROUP.COM |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT)LT | AROON@HIRDARAMANI.COM |
| INT, S.A. | SHELLY@INTTRADINGUSA.COM |
| ORIT TRADING LANKA (PVT) LTD | MODITHA@ORITSL.COM; AJITH@ORITSL.COM |
| RED & BLUE INTERNATIONAL CO., LTD. | JERRY.TING@AGI-LIMITED.COM |
| UBASE INTERNATIONAL, INC. | JOYKIM@UBASEINTERNATIONAL.COM; YONGKIM@UBASEINTERNATIONAL.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | USTPREGION03.WL.ECF@USDOJ.GOV; JULIET.M.SARKESSIAN@USDOJ.GOV |
| WELLS FARGO BANK, NA AS ADMIN AGENT | KSIMARD@CHOATE.COM; MAGGIE.TOWNSEND@WELLSFARGO.COM |
| WELLS FARGO BANK, NA AS TERM AGENT | WOLFJE@GTLAW.COM |
| LANTERN CAPITAL PARTNERS | THOMAS.CALIFANO@DLAPIPER.COM; SHMUEL.KLAHR@DLAPIPER.COM ; TOMMY.FELIX@DLAPIPER.COM |
| HILCO MERCHANT RESOURCES LLC | HOLLYSNOW@PAULHASTINGS.COM |
| CLOVER HOLDERS II, LLC | COLLINS@RLF.COM |
| WILMINGTON TRUST, NA AS ADMIN AGENT | ANTONE.LITTLE@ALSTON.COM |
| WILMINGTON TRUST, NA AS ADMIN AGENT | DAVID.WENDER@ALSTON.COM |
| BANCO POPULAR | ROSE.DILLON@POPULAR.COM |
| BANK OF HAWAII | GLENDA.ALBANO@BOH.COM |
| JP MORGAN CHASE CASH MANAGEMENT | JACQUELINE.F.DAVIS@JPMORGAN.COM |
| WELLS FARGO CAPITAL FINANCE | MAGGIE.TOWNSEND@WELLSFARGO.COM |
| WELLS FARGO CASH MANAGEMENT | JULIE.YAMAUCHI@WELLSFARGO.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEWYORK@SEC.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.PRESS@USDOJ.GOV |
| SPARC GROUP LLC AND ABG-LUCKY, LLC | EACKERMAN@PAULWEISS.COM; BBOLIN@PAULWEISS.COM; JSTRICKER@PAULWEISS.COM |
| FEDERAL EXPRESS CORPORATION | BANKRUPTCY@FEDEX.COM |
| JIING SHENG KNITTING CO LTD | KINGHO@MAIL.JMKNIT.COM |
| RONALD M. TUCKER | RTUCKER@SIMON.COM |
| VICTOR A. SAHN, ESQ. | VSAHN@SULMEYERLAW.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | BHERMANN@PAULWEISS.COM |
| POTTER ANDERSON & CORROON LLP | CSAMIS@POTTERANDERSON.COM; KGOOD@POTTERANDERSON.COM; RMCNEILL@POTTERANDERSON.COM |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | BK@BROOKFIELDPROPERTIESRETAIL.COM |
| YCST | KCOYLE@YCST.COM;JMULVIHILL@YCST.COM |
| CHOATE, HALL & STEWART LLP | KSIMARD@CHOATE.COM; JFENN@CHOATE.COM; SOFTEDAL@CHOATE.COM |
| REED SMITH LLP | OM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Email Service List

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | COLLINS@RLF.COM;MERCHANT@RLF.COM; SCHLAUCH@RLF.COM |
| GREENBERG TRAURIG, LLP | HAYNESN@GTLAW.COM; MELOROD@GTLAW.COM; WOLFJE@GTLAW.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | JASON.BINFORD@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | DOUGLAS.HERRMANN@TROUTMAN.COM;MARCY.SMITH@TROUTMAN.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RDEHNEY@MNAT.COM;JBARSALONA@MNAT.COM |
| BURR & FORMAN LLP | JFALGOWSKI@BURR.COM;JHAITHCOCK@BURR.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | OSONIK@PBFCM.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| PRYOR CASHMAN LLP | RBEACHER@PRYORCASHMAN.COM |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | TLEDAY@MVBALAW.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| BARCLAY DAMON LLP | KNEWMAN@BARCLAYDAMON.COM |
| BARCLAY DAMON LLP | SFLEISCHER@BARCLAYDAMON.COM |
| THOMPSON HINE LLP | LOUIS.SOLIMINE@THOMPSONHINE.COM |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM |
| KURTZMAN STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM |
| CONNOLLY GALLAGHER LLP | KBIFFERATO@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; RLEHANE@KELLEYDRYE.COM; JRAVIELE@KELLEYDRYE.COM; DKATSIONIS@KELLEYDRYE.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| GOODKIN LAW GROUP, APC | MSHAKOURI@GOODKINLAW.COM |
| SINGER & LEVICK, P.C. | MSHRIRO@SINGERLEVICK.COM |
| SHIPMAN & GOODWIN LLP | EGOLDSTEIN@GOODWIN.COM; LWILLIAMS@GOODWIN.COM; BANKRUPTCY@GOODWIN.COM; BANKRUPTCYPARALEGAL@GOODWIN.COM |
| CLARK & TREVITHICK | LHOROWITZ@CLARKTREV.COM |
| GOULSTON & STORRS PC | VMOODY@GOULSTONSTORRS.COM; TCARTER@GOULSTONSTORRS.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP | PATRICK.JACKSON@FAEGREDRINKER.COM; MICHAEL.POMPEO@FAEGREDRINKER.COM |
| COZEN O'CONNOR | TFRANCELLA@COZEN.COM |
| LIMNEXUS LLP | SUNGJIN.HWANG@LIMNEXUS.COM; JAMES.TILL@LIMNEXUS.COM; JED.DONALDSON@LIMNEXUS.COM |
| TRAVIS COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| BEWLEY, LASSLEBEN & MILLER, LLP | ERNIE.PARK@BEWLEYLAW.COM |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | DNEUMANN@MEYERSROMAN.COM |
| BLANK ROME LLP | TARR@BLANKROME.COM; EZUCKER@BLANKROME.COM |
| SPECTOR & COX, PLLC | HSPECTOR@SPECTORCOX.COM |

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Email Service List

| | |
|---|---|
| JACK SHRUM, P.A | JSHRUM@JSHRUMLAW.COM |
| TN ATTORNEY GENERAL'S OFFICE | AGBANKDELAWARE@AG.TN.GOV |
| PAHL & MCCAY | CROBERTSON@PAHL-MCCAY.COM |
| HONIGMAN LLP | LLICHTMAN@HONIGMAN.COM |
| MARICOPA COUNTY ATTORNEY'S OFFICE | MUTHIGK@MCAO.MARICOPA.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP | JPOMERANTZ@PSZJLAW.COM;CROBINSON@PSZJLAW.COM |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | DNEWMAN@EM3LAW.COM |
| BARCLAY DAMON LLP | NFERLAND@BARCLAYDAMON.COM; IMARKUS@BARCLAYDAMON.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |
| LANDIS RATH & COBB LLP | MUMFORD@LRCLAW.COM; JENNER@LRCLAW.COM |
| ICE MILLER LLP | DANIEL.SWETNAM@ICEMILLER.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | DNEWMAN@EM3LAW.COM; STEVEN.CAPONI@KLGATES.COM |
| BURR & FORMAN LLP | JFALGOWSKI@BURR.COM;  JJOSEPH@BURR.COM |
| SODEXO, INC. | ANTOINETTE.YOUNG@SODEXO.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| OKLAHOMA ASSISTANT DISTRICT ATTORNEY | GRECRA@OKLAHOMACOUNTY.ORG |
| HUNTER SALCIDO & TOMS, LLP | RTOMS@HSTPASADENA.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | CHIPMAN@CHIPMANBROWN.COM |
| OFFICE OF THE ATTORNEY GENERAL | BCUYUNKER@ATG.WA.GOV |
| MISSOURI DEPARTMENT OF REVENUE | DEECF@DOR.MO.GOV |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | RMERSKY@MONLAW.COM |
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM; KEARLE@ASHBYGEDDES.COM |
| OFFICE OF ATTORNEY GENERAL | DKUHN@ATTORNEYGENERAL.GOV |
| **Count:** | **135** |

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Email Service List

| Name | Email |
|---|---|
| ANDREW S. CONWAY, ESQ | ACONWAY@TAUBMAN.COM |
| ASHBY & GEDDES | RPALACIO@ASHBYGEDDES.COM |
| BALLARD SPAHR LLP | BRANCHD@BALLARDSPAHR.COM; SIMONJM@BALLARDSPAHR.COM; HEILMANL@BALLARDSPHAR.COM; ROGLENL@BALLARDSHAHR.COM |
| BARCLAY DAMON LLP | NFERLAND@BARCLAYDAMON.COM; IMARKUS@BARCLAYDAMON.COM |
| BIALSON, BERGEN & SCHWAB | TGAA@BBSLAW.COM |
| BIRCH HORTON BITTNER & CHEROT | ABARRON@BHB.COM |
| BURR & FORMAN LLP | JFALGOWSKI@BURR.COM |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC | CSANTANIELLO@COHENSEGLIAS.COM |
| CONNOLLY GALLAGHER LLP | KBIFFERATO@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM; JWISLER@CONNOLLYGALLAGHER.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| EDWARDS MAXSON MAGON & MACAULAY | DNEWMAN@EM3LAW.COM |
| GOULSTON & STORRS PC | VMOODY@GOULSTONSTORRS.COM; TCARTER@GOULSTONSTORRS.COM |
| HONIGMAN LLP | LLICHTMAN@HONIGMAN.COM |
| ICEMILLERLLP | DANIEL.SWETNAM@ICEMILLER.COM |
| K&L Gates LLP | STEVEN.CAPONI@KLGATES.COM; MATHEW.GOELLER@KLGATES.COM |
| LANDIS RATH & COBB LLP | MUMFORD@LRCLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |
| MARCUS & SHAPIRA LLP | NOWAK@MARCUS-SHAPIRA.COM |
| MARGOLIS EDELSTEIN | JHUGGETT@MARGOLISEDELSTEIN.COM |
| MONZACK MERSKY BROWDER & HOCHMAN, P.A. | MERSKY@MONLAW.COM |
| MOSES & SINGER LLP | MPARRY@MOSESSINGER.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | JASON.BINFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| PERRYSCOPE PRODUCTIONS, LLC | RICK@PERRYSCOPE.US |
| THOMPSON COBURN LLP | DFARRELL@THOMPSONCOBURN.COM |
| **Count:** | **33** |

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Email Service List

| Email: |
| --- |
| JWISLER@CONNOLLYGALLAGHER.COM |
| EHYDER@DUANEMORRIS.COM |
| CHEITZENRATER@DUANEMORRIS.COM |
| WMSIMKULAK@DUANEMORRIS.COM |
| KBFRANKLIN@DUANEMORRIS.COM |
| GFLASSER@BAYARDLAW.COM |
| Count: 6 |

**Exhibit C**

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Fax Service List

| NAME | FAX |
| --- | --- |
| ASHBY & GEDDES, P.A. | 302-654-2067 |
| BALLARD SPAHR LLP | 302-252-4466 |
| BARCLAY DAMON LLP | 315-703-7349 |
| BARCLAY DAMON LLP | 212-784-5799 |
| BEWLEY, LASSLEBEN & MILLER, LLP | 562-309-8063 |
| BLANK ROME LLP | 212-885-5001 |
| BROOKFIELD PROPERTIES RETAIL, INC., AS AGENT | 312-442-6374 |
| BUCHALTER, A PROFESSIONAL CORPORATION | 415-227-0770 |
| CHATHAM COUNTY TAX COMMISSIONER | 912-652-7101 |
| CHIPMAN BROWN CICERO & COLE, LLP | 302-295-0199 |
| CHOATE, HALL & STEWART LLP | 617-248-4000 |
| CLARK & TREVITHICK | 213-624-9441 |
| COZEN O'CONNOR | 302-295-2013 |
| FAEGRE DRINKER BIDDLE & REATH LLP | 302-467-4201 |
| FAEGRE DRINKER BIDDLE & REATH LLP | 212-248-3141 |
| GREENBERG TRAURIG, LLP | 212-801-6400 |
| GREENBERG TRAURIG, LLP | 302-661-7360 |
| GREENBERG TRAURIG, LLP | 617-310-6001 |
| HIRDARAMANI INTERNATIONAL EXPORTS (PVT) LT | 94-11-244-6135 |
| HONIGMAN LLP | 313-465-7591 |
| HUNTER SALCIDO & TOMS, LLP | 626-568-2800 |
| ICE MILLER | 614-224-3568 |
| JACK SHRUM, P.A. | 302-543-6386 |
| K&L GATES LLP | 302-416-7020 |
| LANDIS RATH & COBB LLP | 302-467-4450 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 302-792-7420 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 302-792-7420 |
| LIMNEXUS LLP | 213-955-9511 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 469-221-5003 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | 512-323-3205 |
| MEYERES, ROMAN, FRIEDBERG & LEWIS LPA | 216-831-0542 |
| MISSOURI DEPARTMENT OF REVENUE | 573-751-7232 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 302-658-3989 |
| NOLD MUCHINSKY PLLC | 888-371-4133 |
| OFFICE OF THE ATTORNEY GENERAL | 206-587-5150 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | 512-936-1409 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | 512-936-1409 |
| ORIT TRADING LANKA (PVT) LTD | 94112346376 |

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Fax Service List

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | 302-652-4400 |
| PAHL & MCCAY | 408-286-5722 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 212-757-3990 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | 713-862-1429 |
| POTTER ANDERSON & CORROON LLP | 302-658-1192 |
| RED & BLUE INTERNATIONAL CO., LTD. | 852-3460-3322 |
| REED SMITH LLP | 302-778-7575 |
| SHIPMAN & GOODWIN LLP | 860-251-5218 |
| SHIPMAN & GOODWIN LLP | 860-251-5218 |
| SIMON PROPERTY GROUP, INC. | 317-263-7901 |
| SINGER & LEVICK, P.C. | 972-380-5748 |
| SODEXO, INC. | 301-830-6103 |
| SPECTOR & COX, PLLC | 214-237-3380 |
| SULMEYERKUPETZ, APC | 213-629-4520 |
| TENNESSEE ATTORNEY GENERAL | 615-741-3334 |
| THE TAUBMAN COMPANY | 248-258-7481 |
| THOMPSON HINE LLP | 513-241-4771 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | 302-421-8390 |
| **Count:** | **59** |