## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                      :   Chapter 11

                                            :

Lucky Brand Dungarees, LLC, *et al.,* [1]      :   Case No. 20-11768 (CSS)

                                            :

                 Debtors.             :   (Jointly Administered)

                                              :

------------------------------------------------------- :   **Ref. Docket Nos 502, 504-506**
                                            x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                         )   ss.:
COUNTY OF NEW YORK )

ALISON MOODIE, being duly sworn, deposes and says:

1.   I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action

2.   On October 21, 2020, I caused to be served the following:

     a.   "Supplemental Declaration of Kristin Ridgway in Further Support of the Application of the Debtors for Entry of an Order (I) Authorizing Employment and Retention of KPMG LLP to Provide Tax Compliance and Consulting Services to the Debtors Effective as of July 29, 2020 and (II) Granting Related Relief," dated October 20, 2020 [Docket No. 502] (the "Declaration"),

     b.   "Order (I) Authorizing Employment and Retention of KPMG LLP to Provide Tax Compliance and Consulting Services to the Debtors Effective as of July 29, 2020 and (II) Granting Related Relief," dated October 21, 2020 [Docket No. 504] (the "Authorizing Order"),

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

c.  "Order Approving First and Final Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtors for the Period of July 3, 2020 through August 31, 2020," filed on October 21, 2020 [Docket No. 505] (the "Fee App Order"), and

d.  "Notice of Amended[2] Agenda of Matters Scheduled for Telephonic Hearing on October 22, 2020 at 10:00 A.M. (ET)," dated October 20, 2020 [Docket No. 506] (the "Agenda Notice"),

by causing true and correct copies of the:

i.  Declaration, Authorizing Order, Fee App Order, and Agenda Notice to be enclosed in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

ii.  Agenda Notice to be enclosed in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

iii.  Agenda Notice to be delivered via facsimile to those parties listed on the annexed Exhibit C,

iv.  Declaration, Authorizing Order, Fee App Order, and Agenda Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit D,

v.  Fee App Order to be delivered via electronic mail to those parties listed on the annexed Exhibit E, and

vi.  Agenda Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit F, and the following parties: *jwisler@connollygallager.com*, *ehyder@duanemorris.com*, *cheitzenrater@duanemorris.com*, *wmsimkulak@duanemorris.com*, *kbfranklin@duanmorris.com*, and *gflasser@bayardlaw.com*.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Alison Moodie*
Alison Moodie

Sworn to before me this
22nd day of October, 2020
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON P.O. BOX 8324 SAVANNAH GA 31412-8324 |
| CHATHAM COUNTY TAX COMMISSIONER | (COUNSEL TO CHATHAM COUNTY TAX COMMISSIONER) ATTN: THERESA C HARRELSON PO BOX 8324 SAVANNAH GA 31412-8324 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO DANIA LIVE 1748 II, LLC) ATTN: RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| NOLD MUCHINSKY PLLC | ADDRESS ON FILE |

**Total Creditor count  8**

# Exhibit B

**Lucky Brand Dungarees, LLC, Case No. 20-11768**
**Sale & Cure Objectors**

MONZACK MERSKY BROWDER,
AND HOCHMAN, P.A.
RACHEL B. MERSKY, ESQUIRE
1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801-1155

BALLARD SPAHR LLP
ATTN: LAUREL D. ROGLEN, ESQUIRE
919 N. MARKET STREET, 11TH FLOOR
WILMINGTON, DE 19801

K&L GATES LLP
ATTN: MATTHEW B. GOELLER, ESQ.
600 N. KING STREET, SUITE 901
WILMINGTON, DE 19801

BUCHALTER, A PROFESSIONAL
CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
MICHAEL S. MYERS, ESQ.
55 SECOND STREET, SUITE 1700
SAN FRANCISCO, CA 94105

ORACLE AMERICA, INC.
DEBORAH MILLER, ESQ.
BENJAMIN WHEELER, ESQ.
500 ORACLE PARKWAY
REDWOOD CITY, CALIFORNIA 94065

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE, ESQ.
JENNIFER D. RAVIELE, ESQ.
KONSTANTINOS KATSIONIS, ESQ.
101 PARK AVENUE
NEW YORK, NEW YORK 10178

MACAULEY LLC
THOMAS G. MACAULEY (NO. 3411)
300 DELAWARE AVE., SUITE 1018
WILMINGTON, DE 19801

# Exhibit C

Lucky Brand Dungarees, LLC, Case No. 20-11768

Fax List

| NAME | FAX |
|------|-----|
| ASHBY & GEDDES, P.A. | 302-654-2067 |
| BALLARD SPAHR LLP | 302-252-4466 |
| BARCLAY DAMON LLP | 315-703-7349 |
| BARCLAY DAMON LLP | 212-784-5799 |
| BEWLEY, LASSLEBEN & MILLER, LLP | 562-309-8063 |
| BLANK ROME LLP | 212-885-5001 |
| BROOKFIELD PROPERTIES RETAIL, INC., AS AGENT | 312-442-6374 |
| BUCHALTER, A PROFESSIONAL CORPORATION | 415-227-0770 |
| CHATHAM COUNTY TAX COMMISSIONER | 912-652-7101 |
| CHOATE, HALL & STEWART LLP | 617-248-4000 |
| CLARK & TREVITHICK | 213-624-9441 |
| COZEN O'CONNOR | 302-295-2013 |
| FAEGRE DRINKER BIDDLE & REATH LLP | 302-467-4201 |
| FAEGRE DRINKER BIDDLE & REATH LLP | 212-248-3141 |
| GREENBERG TRAURIG, LLP | 212-801-6400 |
| GREENBERG TRAURIG, LLP | 302-661-7360 |
| GREENBERG TRAURIG, LLP | 617-310-6001 |
| HONIGMAN LLP | 313-465-7591 |
| HUNTER SALCIDO & TOMS, LLP | 626-568-2800 |
| ICE MILLER | 614-224-3568 |
| JACK SHRUM, P.A. | 302-543-6386 |
| K&L GATES LLP | 302-416-7020 |
| LANDIS RATH & COBB LLP | 302-467-4450 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 302-792-7420 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 302-792-7420 |
| LIMNEXUS LLP | 213-955-9511 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | 469-221-5003 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | 512-323-3205 |
| MEYERES, ROMAN, FRIEDBERG & LEWIS LPA | 216-831-0542 |
| MISSOURI DEPARTMENT OF REVENUE | 573-751-7232 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | 302-656-2769 |
| NOLD MUCHINSKY PLLC | 888-371-4133 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | 512-936-1409 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | 512-936-1409 |
| ORIT TRADING LANKA (PVT) LTD | 94112346376 |
| PACHULSKI STANG ZIEHL & JONES LLP | 302-652-4400 |
| PAHL & MCCAY | 408-286-5722 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 212-757-3990 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | 713-862-1429 |
| POTTER ANDERSON & CORROON LLP | 302-658-1192 |
| RED & BLUE INTERNATIONAL CO., LTD. | 852-3460-3322 |
| REED SMITH LLP | 302-778-7575 |
| SHIPMAN & GOODWIN LLP | 860-251-5218 |
| SHIPMAN & GOODWIN LLP | 860-251-5218 |
| SINGER & LEVICK, P.C. | 972-380-5748 |
| SODEXO, INC. | 301-830-6103 |

Lucky Brand Dungarees, LLC, Case No. 20-11768

Fax List

| | |
|---|---|
| SPECTOR & COX, PLLC | 214-237-3380 |
| SULMEYERKUPETZ, APC | 213-629-4520 |
| TENNESSEE ATTORNEY GENERAL | 615-741-3334 |
| THE TAUBMAN COMPANY | 248-258-7481 |
| THOMPSON HINE LLP | 513-241-4771 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | 302-421-8390 |

**Exhibit D**

Lucky Brand Dungarees, LLC, Case No. 20-11768
Email MSL

| Name | Email |
| --- | --- |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com; kearle@ashbygeddes.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com |
| BANCO POPULAR | rose.dillon@popular.com |
| BANK OF HAWAII | glenda.albano@boh.com |
| BARCLAY DAMON LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |
| BARCLAY DAMON LLP | knewman@barclaydamon.com |
| BARCLAY DAMON LLP | sfleischer@barclaydamon.com |
| BEWLEY, LASSLEBEN & MILLER, LLP | ernie.park@bewleylaw.com |
| BLANK ROME LLP | tarr@blankrome.com; ezucker@blankrome.com |
| BROOKFIELD | joseph.hope@brookfieldpropertiesretail.com; julie.bowden@brookfieldpropertiesretail.com |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | bk@brookfieldpropertiesretail.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| BURR & FORMAN LLP | jfalgowski@burr.com;jhaithcock@burr.com |
| BURR & FORMAN LLP | jfalgowski@burr.com;  jjoseph@burr.com |
| BUSANA APPAREL PTE LTD | christine_mona@busanagroup.com; sgoyal@busanagroup.com |
| CHIPMAN BROWN CICERO & COLE, LLP | chipman@chipmanbrown.com |
| CHOATE, HALL & STEWART LLP | ksimard@choate.com;jfenn@choate.com;softedal@choate.com |
| CLARK & TREVITHICK | lhorowitz@clarktrev.com |
| CLOVER HOLDERS II, LLC | collins@rlf.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com;kconlan@connollygallagher.com |
| COZEN O'CONNOR | tfrancella@cozen.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | dnewman@em3law.com |
| EDWARDS MAXSON MAGO & MACAULAY, | dnewman@em3law.com; steven.caponi@klgates.com; |
| FAEGRE DRINKER BIDDLE & REATH LLP | patrick.jackson@faegredrinker.com;michael.pompeo@faegredrinker.com |
| FEDERAL EXPRESS CORPORATION | bankruptcy@fedex.com |
| GOODKIN LAW GROUP, APC | mshakouri@goodkinlaw.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com;tcarter@goulstonstorrs.com |
| GREENBERG TRAURIG, LLP | haynesn@gtlaw.com;melorod@gtlaw.com;wolfje@gtlaw.com |
| HILCO MERCHANT RESOURCES LLC | hollysnow@paulhastings.com |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT)LT | aroon@hirdaramani.com |
| HONIGMAN LLP | llichtman@honigman.com |
| HUNTER SALCIDO & TOMS, LLP | rtoms@hstpasadena.com |
| ICE MILLER LLP | daniel.swetnam@icemiller.com |
| INT, S.A. | shelly@inttradingusa.com |
| JACK SHRUM, P.A | jshrum@jshrumlaw.com |
| JIING SHENG KNITTING CO LTD | kingho@mail.jmknit.com |
| JP MORGAN CHASE CASH MANAGEMENT | jacqueline.f.davis@jpmorgan.com |

Lucky Brand Dungarees, LLC, Case No. 20-11768

Email MSL

| | |
|---|---|
| KELLEY DRYE & WARREN LLP | kdwbankruptcydepartment@kelleydrye.com;rlehane@kelleydrye.com;jraviele@kelleydrye.com;dkatsionis@kelleydrye.com |
| KURTZMAN STEADY, LLC | kurtzman@kurtzmansteady.com |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com;jenner@lrclaw.com |
| LANTERN CAPITAL PARTNERS | thomas.califano@dlapiper.com; shmuel.klahr@dlapiper.com ; tommy.felix@dlapiper.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LIMNEXUS LLP | sungjin.hwang@limnexus.com;james.till@limnexus.com;jed.donaldson@limnexus.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@publicans.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | muthigk@mcao.maricopa.gov |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | dneumann@meyersroman.com |
| MISSOURI DEPARTMENT OF REVENUE | deecf@dor.mo.gov |
| MONZACK MERSKY BROWDER and HOCHMAN, P.A. | rmersky@monlaw.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | rdehney@mnat.com;jbarsalona@mnat.com |
| OFFICE OF ATTORNEY GENERAL | dkuhn@attorneygeneral.gov |
| OFFICE OF THE ATTORNEY GENERAL | bcuyunker@atg.wa.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | jason.binford@oag.texas.gov;abigail.ryan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | layla.milligan@oag.texas.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.press@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ustpregion03.wl.ecf@usdoj.gov; juliet.m.sarkessian@usdoj.gov |
| OKLAHOMA ASSISTANT DISTRICT ATTORNEY | grecra@oklahomacounty.org |
| ORIT TRADING LANKA (PVT) LTD | moditha@oritsl.com; ajith@oritsl.com |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com;jpomerantz@pszjlaw.com;crobinson@pszjlaw.com |
| PAHL & MCCAY | crobertson@pahl-mccay.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | bhermann@paulweiss.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | osonik@pbfcm.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com;kgood@potteranderson.com;rmcneill@potteranderson.com |
| PRYOR CASHMAN LLP | rbeacher@pryorcashman.com |
| RED & BLUE INTERNATIONAL CO., LTD. | jerry.ting@agi-limited.com |

Lucky Brand Dungarees, LLC, Case No. 20-11768

Email MSL

| | |
|---|---|
| REED SMITH LLP | kgwynne@reedsmith.com;jangelo@reedsmith.com |
| RICHARDS, LAYTON & FINGER, P.A. | collins@rlf.com;merchant@rlf.com;schlauch@rlf.com |
| RONALD M. TUCKER | rtucker@simon.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | newyork@sec.gov |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com;lwilliams@goodwin.com;bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| SINGER & LEVICK, P.C. | mshriro@singerlevick.com |
| SODEXO, INC. | antoinette.young@sodexo.com |
| SPARC GROUP LLC AND ABG-LUCKY, LLC | kcornish@paulweiss.com; eackerman@paulweiss.com; bbolin@paulweiss.com; jstricker@paulweiss.com |
| SPECTOR & COX, PLLC | hspector@spectorcox.com |
| THOMPSON HINE LLP | louis.solimine@thompsonhine.com |
| TN ATTORNEY GENERAL'S OFFICE | agbankdelaware@ag.tn.gov |
| TRAVIS COUNTY ATTORNEY | jason.starks@traviscountytx.gov |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | douglas.herrmann@troutman.com;marcy.smith@troutman.com |
| UBASE INTERNATIONAL, INC. | joykim@ubaseinternational.com; yongkim@ubaseinternational.com |
| VICTOR A. SAHN, ESQ. | vsahn@sulmeyerlaw.com |
| WELLS FARGO BANK, NA AS ADMIN AGENT | ksimard@choate.com; maggie.townsend@wellsfargo.com |
| WELLS FARGO BANK, NA AS TERM AGENT | wolfje@gtlaw.com |
| WELLS FARGO CAPITAL FINANCE | maggie.townsend@wellsfargo.com |
| WELLS FARGO CASH MANAGEMENT | julie.yamauchi@wellsfargo.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | antone.little@alston.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | david.wender@alston.com |
| YCST | kcoyle@ycst.com;jmulvihill@ycst.com |

**Exhibit E**

Lucky Brand Dungarees, LLC, Case No. 20-11768
Fee App Email List

| Name | Email |
|------|-------|
| ALSTON & BIRD - (WILMINGTON TRUST, NA AS ADMIN AGENT) | antone.little@alston.com; david.wender@alston.com |
| CHOATE, HALL & STEWART LLP (WELLS FARGO BANK, NA) | ksimard@choate.com; jfenn@choate.com |
| DIRECT FEE REVIEW LLC | dfr.dfo@gmail.com |
| DLA PIPER - (CERTAIN 2ND LIEN LENDERS & DIP LENDER) | thomas.califano@dlapiper.com; daniel.simon@dlapiper.com |
| GREENBERG TRAURIG, LLP (WELLS FARGO BANK, NA) | wolfje@gtlaw.com |
| OFFICE OF THE UNITED STATES TRUSTEE | juliet.m.sarkessian@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP (PROP COUNSEL-UCC) | bsandler@pszjlaw.com; jpomerantz@pszjlaw.com; crobinson@pszjlaw.com |
| PAUL HASTINGS - (HILCO MERCHANT RESOURCES LLC) | hollysnow@paulhastings.com |
| REED SMITH LLP (WELLS FARGO BANK, NA) | kgwynne@reedsmith.com |
| RICHARDS, LAYTON & FINGER, P.A. (CLOVER HOLDINGS II, LLC) | collins@rlf.com |

**Exhibit F**

Lucky Brand Dungarees, LLC, Case No. 20-11768

Sale Cure Email List

| Name | Email |
|---|---|
| ANDREW S. CONWAY, ESQ | aconway@taubman.com |
| ASHBY & GEDDES | rpalacio@ashbygeddes.com |
| BALLARD SPAHR LLP | branchd@ballardspahr.com; simonjm@ballardspahr.com; heilmanl@ballardsphar.com; |
| BARCLAY DAMON LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |
| BIALSON, BERGEN & SCHWAB | tgaa@bbslaw.com |
| BIRCH HORTON BITTNER & CHEROT | abarron@bhb.com |
| BURR & FORMAN LLP | jfalgowski@burr.com |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC | csantaniello@cohenseglias.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com; kconlan@connollygallagher.com; jwisler@connollygallagher.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| EDWARDS MAXSON MAGON & MACAULAY | dnewman@em3law.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com; tcarter@goulstonstorrs.com |
| HONIGMAN LLP | llichtman@honigman.com |
| ICEMILLERLLP | daniel.swetnam@icemiller.com |
| K&L GATES LLP | steven.caponi@klgates.com; |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| MARCUS & SHAPIRA LLP | nowak@marcus-shapira.com |
| MARGOLIS EDELSTEIN | jhuggett@margolisedelstein.com |
| MOSES & SINGER LLP | mparry@mosessinger.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| PERRYSCOPE PRODUCTIONS, LLC | rick@perryscope.us |
| THOMPSON COBURN LLP | dfarrell@thompsoncoburn.com |