# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| Lucky Brand Dungarees, LLC, *et al.,* [1] | : | Case No. 20-11768 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------- | : | **Ref. Docket Nos 512-513** |
| | x | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action

2. On October 22, 2020, I caused to be served the following:

    a. "Third Notice of Withdrawal of Rejection of Certain Executory Contract," dated October 22, 2020 [Docket No. 512], (the "Notice of Withdrawal"), and

    b. "Third Notice of Rejection of Certain Unexpired Leases," dated October 22, 2020 [Docket No. 513], (the "Notice of Rejection"),

    by causing true and correct copies of the:

    i. Notice of Withdrawal and Notice of Rejection to be enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

  ii. Notice of Withdrawal to be enclosed in separate postage pre-paid envelopes and delivered via overnight mail to the following party: *CF Martin & Co. Inc., 510 Sycamore Street, P.O. Box 329, Nazareth, PA 18064*

  iii. Notice of Rejection to be enclosed in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, and

  iv. Notice of Withdrawal and Notice of Rejection to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C.</u>

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Alison Moodie</u><br>
Alison Moodie

Sworn to before me this
23rd day of October, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON P.O. BOX 8324 SAVANNAH GA 31412-8324 |
| CHATHAM COUNTY TAX COMMISSIONER | (COUNSEL TO CHATHAM COUNTY TAX COMMISSIONER) ATTN: THERESA C HARRELSON PO BOX 8324 SAVANNAH GA 31412-8324 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO DANIA LIVE 1748 II, LLC) ATTN: RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| NOLD MUCHINSKY PLLC | ADDRESS ON FILE |

**Total Creditor count  8**

**Exhibit B**

**Lucky Brand Dugarees, LLC**
**Case No. 20-11768**
**Additional OND Addresses**

| Name | Address |
| --- | --- |
| WALT DISNEY WORLD RESORT | 1375 Buena Vista Drive<br>P.O. Box 10000<br>Lake Buena Vista, FL 32830 |
| WALT DISNEY PARKS AND RESORTS U.S., INC | 500 South Buena Vista Street<br>Attn: Bankrupty Counsel<br>Burbank, CA 91521-8940 |
| SPHEAR INVESTMENTS, LLC | 200 E. Carillo Street<br>Suite 200<br>Santa Barbara, CA 93101 |

**Count** 3

Page 1 of 1

# Exhibit C

**Lucky Brand Dugarees, LLC**
**Case No. 20-11768**
**Master Service List Email**

| Creditor Name | Email |
|---|---|
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com; kearle@ashbygeddes.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com |
| BANCO POPULAR | rose.dillon@popular.com |
| BANK OF HAWAII | glenda.albano@boh.com |
| BARCLAY DAMON LLP | nferland@barclaydamon.com; imarkus@barclaydamon.com |
| BARCLAY DAMON LLP | knewman@barclaydamon.com |
| BARCLAY DAMON LLP | sfleischer@barclaydamon.com |
| BEWLEY, LASSLEBEN & MILLER, LLP | ernie.park@bewleylaw.com |
| BLANK ROME LLP | tarr@blankrome.com; ezucker@blankrome.com |
| BROOKFIELD | joseph.hope@brookfieldpropertiesretail.com; julie.bowden@brookfieldpropertiesretail.com |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | bk@brookfieldpropertiesretail.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| BURR & FORMAN LLP | jfalgowski@burr.com;jhaithcock@burr.com |
| BURR & FORMAN LLP | jfalgowski@burr.com;  jjoseph@burr.com |
| BUSANA APPAREL PTE LTD | christine_mona@busanagroup.com;  sgoyal@busanagroup.com |
| CHIPMAN BROWN CICERO & COLE, LLP | chipman@chipmanbrown.com |
| CHOATE, HALL & STEWART LLP | ksimard@choate.com;jfenn@choate.com; softedal@choate.com |
| CLARK & TREVITHICK | lhorowitz@clarktrev.com |
| CLOVER HOLDERS II, LLC | collins@rlf.com |
| CONNOLLY GALLAGHER LLP | kbifferato@connollygallagher.com; kconlan@connollygallagher.com |
| COZEN O'CONNOR | tfrancella@cozen.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | dnewman@em3law.com |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | dnewman@em3law.com; steven.caponi@klgates.com; |
| FAEGRE DRINKER BIDDLE & REATH LLP | patrick.jackson@faegredrinker.com; michael.pompeo@faegredrinker.com |
| FEDERAL EXPRESS CORPORATION | bankruptcy@fedex.com |
| GOODKIN LAW GROUP, APC | mshakouri@goodkinlaw.com |

**Lucky Brand Dugarees, LLC**
**Case No. 20-11768**
**Master Service List Email**

| Creditor Name | Email |
|---|---|
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com; tcarter@goulstonstorrs.com |
| GREENBERG TRAURIG, LLP | haynesn@gtlaw.com;melorod@gtlaw.com; wolfje@gtlaw.com |
| HILCO MERCHANT RESOURCES LLC | hollysnow@paulhastings.com |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT)LT | aroon@hirdaramani.com |
| HONIGMAN LLP | llichtman@honigman.com |
| HUNTER SALCIDO & TOMS, LLP | rtoms@hstpasadena.com |
| ICE MILLER LLP | daniel.swetnam@icemiller.com |
| INT, S.A. | shelly@inttradingusa.com |
| JACK SHRUM, P.A | jshrum@jshrumlaw.com |
| JIING SHENG KNITTING CO LTD | kingho@mail.jmknit.com |
| JP MORGAN CHASE CASH MANAGEMENT | jacqueline.f.davis@jpmorgan.com |
| KELLEY DRYE & WARREN LLP | kdwbankruptcydepartment@kelleydrye.com; rlehane@kelleydrye.com; jraviele@kelleydrye.com; dkatsionis@kelleydrye.com |
| KURTZMAN STEADY, LLC | kurtzman@kurtzmansteady.com |
| LANDIS RATH & COBB LLP | mumford@lrclaw.com;jenner@lrclaw.com |
| LANTERN CAPITAL PARTNERS | thomas.califano@dlapiper.com; shmuel.klahr@dlapiper.com; tommy.felix@dlapiper.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com |
| LIMNEXUS LLP | sungjin.hwang@limnexus.com; james.till@limnexus.com; jed.donaldson@limnexus.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@publicans.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | muthigk@mcao.maricopa.gov |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | tleday@mvbalaw.com |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | dneumann@meyersroman.com |
| MIAMI-DADE COUNTY TAX | priscilla.windley@miamidade.gov; mdtcbkc@miamidade.gov |
| MISSOURI DEPARTMENT OF REVENUE | deecf@dor.mo.gov |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | rmersky@monlaw.com |

**Lucky Brand Dugarees, LLC**
**Case No. 20-11768**
**Master Service List Email**

| Creditor Name | Email |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | rdehney@mnat.com; jbarsalona@mnat.com |
| OFFICE OF ATTORNEY GENERAL | dkuhn@attorneygeneral.gov |
| OFFICE OF THE ATTORNEY GENERAL | bcuyunker@atg.wa.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | jason.binford@oag.texas.gov; abigail.ryan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | layla.milligan@oag.texas.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.press@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ustpregion03.wl.ecf@usdoj.gov; juliet.m.sarkessian@usdoj.gov |
| OKLAHOMA ASSISTANT DISTRICT ATTORNEY | grecra@oklahomacounty.org |
| ORIT TRADING LANKA (PVT) LTD | moditha@oritsl.com; ajith@oritsl.com |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; jpomerantz@pszjlaw.com; crobinson@pszjlaw.com |
| PAHL & MCCAY | crobertson@pahl-mccay.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | bhermann@paulweiss.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | osonik@pbfcm.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com; kgood@potteranderson.com; rmcneill@potteranderson.com |
| PRYOR CASHMAN LLP | rbeacher@pryorcashman.com |
| RED & BLUE INTERNATIONAL CO., LTD. | jerry.ting@agi-limited.com |
| REED SMITH LLP | kgwynne@reedsmith.com; jangelo@reedsmith.com |
| RICHARDS, LAYTON & FINGER, P.A. | collins@rlf.com;merchant@rlf.com; schlauch@rlf.com |
| RONALD M. TUCKER | rtucker@simon.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | newyork@sec.gov |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com; lwilliams@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| SINGER & LEVICK, P.C. | mshriro@singerlevick.com |
| SODEXO, INC. | antoinette.young@sodexo.com |

**Lucky Brand Dugarees, LLC**
**Case No. 20-11768**
**Master Service List Email**

| Creditor Name | Email |
|---|---|
| SPARC GROUP LLC AND ABG-LUCKY, LLC | kcornish@paulweiss.com; eackerman@paulweiss.com; bbolin@paulweiss.com; jstricker@paulweiss.com |
| SPECTOR & COX, PLLC | hspector@spectorcox.com |
| THOMPSON HINE LLP | louis.solimine@thompsonhine.com |
| TN ATTORNEY GENERAL'S OFFICE | agbankdelaware@ag.tn.gov |
| TRAVIS COUNTY ATTORNEY | jason.starks@traviscountytx.gov |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | douglas.herrmann@troutman.com; marcy.smith@troutman.com |
| UBASE INTERNATIONAL, INC. | joykim@ubaseinternational.com; yongkim@ubaseinternational.com |
| VICTOR A. SAHN, ESQ. | vsahn@sulmeyerlaw.com |
| WELLS FARGO BANK, NA AS ADMIN AGENT | ksimard@choate.com; maggie.townsend@wellsfargo.com |
| WELLS FARGO BANK, NA AS TERM AGENT | wolfje@gtlaw.com |
| WELLS FARGO CAPITAL FINANCE | maggie.townsend@wellsfargo.com |
| WELLS FARGO CASH MANAGEMENT | julie.yamauchi@wellsfargo.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | antone.little@alston.com |
| WILMINGTON TRUST, NA AS ADMIN AGENT | david.wender@alston.com |
| YCST | kcoyle@ycst.com;jmulvihill@ycst.com |

**Count** 137