# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | CHAPTER 11 |
| | § | |
| LUCKY BRAND DUNGAREES, LLC | § | CASE NO. 20-11768 |
| | § | |
| DEBTORS | § | (Jointly Administered) |

### TRAVIS COUNTY'S OBJECTION TO THE FIRST AMENDED JOINT PLAN OF LIQUIDATION FOR LUCKY BRAND DUNGAREES, LLC AND ITS AFFILIATE DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE
### [ECF ENTRY 451]

Bruce Elfant, Travis County Tax Assessor-Collector for and on behalf of itself and the other local government entities for which it collects taxes (collectively, "Travis County"), appearing through David Escamilla, Travis County Attorney, files this Objection to the First Amended Joint Plan of Liquidation for Lucky Brand Dungarees, LLC and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code, (the "Plan") [Docket No. 451], and respectfully states:

1. Travis County is a secured creditor for ad valorem taxes assessed against Debtors' business personal property located at 2901 S. Capital of Texas Highway, Austin, Travis County, Texas 78746, Billing Number 461766, and 11501 Century Oaks Terrace, Austin, Texas 78758, Billing Number 828043. Travis County has a statutory tax lien on Debtors' personal property located in Travis County on January 1, 2020 (or acquired thereafter) for the estimated 2020 ad valorem taxes in the amount

of $8,438.91 which becomes due on February 1, 2021.  *See* TEX. TAX CODE § 32.01.

2.    Travis County's claims are secured by perfected liens on the Debtor's business personal property and are superior to that of all other creditors. TEX. TAX CODE § 32.05 and 11 U.S.C. § 362(b)(18).  The tax lien takes priority over the claim of any holder of a lien on property encumbered by the tax lien, whether or not the debt or lien existed before the attachment of the tax lien.  *See* TEX. TAX CODE §32.05 (b); *See also Central Appraisal District of Taylor County v. Dixie-Rose Jewels, Inc.*, 894 S.W. 2d 841 (Tex. App. 1995).

3.    Travis County objects to the Plan because it fails to provide for payment of the 2020 business personal property taxes on billing numbers 461766, and 828043 with interest. Travis County's secured claim should be paid in full with statutory interest of 12% through from the petition date through the date of payment of the claim in accordance with the requirements of 11 U.S.C. §§ 506(b), 511(a), and 1129(a)(9)(B).

4.    Travis County objects to the Plan because it does not provide any timeframe as to when it will receive payment of its claims, or a payment plan schedule.

5.    WHEREFORE, premises considered, Travis County objects to the Debtor's Plan and prays that Debtor's First Amended Joint Plan of Reorganization be denied unless and until it is amended to provide for payment of Travis County's

2

903959-1

secured claim in accordance with the foregoing objections and for such further relief to which Travis County may be entitled.

                                         **Respectfully submitted,**

                                         **DAVID ESCAMILLA**
                                         Travis County Attorney
                                         P.O. Box 1748
                                         Austin, TX  78767
                                         (512) 854-9092 Telephone
                                         (512) 854-4808 Telecopier

By:   *Jason A. Starks*
        JASON A. STARKS
        Assistant County Attorney
        Texas Bar No. 24046903
        jason.starks@traviscountytx.gov

## CERTIFICATE OF SERVICE

    I, Jason A. Starks, Assistant County Attorney, hereby certifies that a true and correct copy of the foregoing document has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this 4th day of **November, 2020** and mailed by United States First Class Mail to any party listed below that is not registered.

                                           *Jason A. Starks*
                                           JASON A. STARKS

**DEBTOR:**
Lucky Brand Dungarees, LLC, et al.
540 S. Santa Fe Ave.
Los Angeles, CA 90013
Email: ccansiani@luckybrand.com
        mmiller@luckybrand.com

3

903959-1

**Debtor Attorneys:**
George A. Davis
Brian S. Rosen
Jonathan J. Weichselbaum
LATHAM & WATKINS, LLP
885 Third Avenue
New York, NY 10022

Ted A. Dillman
Christina M. Craige
LATHAM & WATKINS, LLP
355 South Grand Avenue, Ste. 100
Los Angeles, CA 90071

Michael R. Nestor
Kara Hammond Coyle
Andrew L. Magaziner
Joseph M. Mulvihill
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**U.S. Trustee:**
U.S. Trustee's Office
844 King Street
Rm. 2207
Lockbox #35
Wilmington, DE 19899-0035