IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Lucky Brand Dungarees, LLC, *et al.,* [1] | : | Case No. 20-11768 (CSS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Ref. Docket No. 529** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10077. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 6, 2020, I caused to be served the "Order Approving Assumption and Assignment of Certain Unexpired Non-Residential Real Property Leases" [Docket No. 529],

   by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

3. All Envelopes Utilized In The Service Of The Foregoing Contained The Following Legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Alison Moodie*
Alison Moodie

Sworn to before me this
9th day of November, 2020
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON P.O. BOX 8324 SAVANNAH GA 31412-8324 |
| CHATHAM COUNTY TAX COMMISSIONER | (COUNSEL TO CHATHAM COUNTY TAX COMMISSIONER) ATTN: THERESA C HARRELSON PO BOX 8324 SAVANNAH GA 31412-8324 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO DANIA LIVE 1748 II, LLC) ATTN: RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| NOLD MUCHINSKY PLLC | ADDRESS ON FILE |

**Total Creditor count  8**

Lucky Brand Dungarees, LLC, Case No. 20-11768
FCM List

GALLERIA MALL INVESTORS LP
13350 DALLAS PARKWAY, SUITE 3080
DALLAS, TX 75240

SAUCON VALLEY LIFESTYLE CENTER, L.P.
2650 THOUSAND OAKS BLVD., SUITE 3150
MEMPHIS, TN 38118

STARWOOD RETAIL PROPERTY MANAGEMENT, LLC
1 E. WACKER DRIVE, SUITE 3700
CHICAGO, IL 60601

BRIDGEWATER COMMONS MALL II, LLC
BRIDGEWATER COMMONS MANAGEMENT OFFICE
400 COMMONS WAY, SUITE 100
BRIDGEWATER, NJ 08807

THE GROVE FEE OWNER, LLC
C/O FEDERAL REALTY INVESTMENT TRUST
909 ROSE AVE SUITE 200
N BETHESDA MD 20852

FORBES TAUBMAN ORLANDO, L.L.C.
100 GALLERIA OFFICENTRE, SUITE 427
SOUTHFIELD, MI 48034

COLE GP, INC.
1626 EAST JEFFERSON ST.
ROCKVILLE, MD 20852

SOMERSET COLLECTION LIMITED PARTNERSHIP
100 GALLERIA OFFICENTRE, SUITE 427
SOUTHFIELD, MI 48034

STREET RETAIL INC.
909 ROSE AVE SUITE 200
N BETHESDA MD 20852

STREET RETAIL, INC.
1626 EAST JEFFERSON ST.
ROCKVILLE, MD 20852

STREET RETAIL INC.
P.O. BOX 846073
LOS ANGELES, CA 90084-6073

# Exhibit B

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Master Service List

| NAME | EMAIL |
|---|---|
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM; KEARLE@ASHBYGEDDES.COM |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BANCO POPULAR | ROSE.DILLON@POPULAR.COM |
| BANK OF HAWAII | GLENDA.ALBANO@BOH.COM |
| BARCLAY DAMON LLP | NFERLAND@BARCLAYDAMON.COM; IMARKUS@BARCLAYDAMON.COM |
| BARCLAY DAMON LLP | KNEWMAN@BARCLAYDAMON.COM |
| BARCLAY DAMON LLP | SFLEISCHER@BARCLAYDAMON.COM |
| BEWLEY, LASSLEBEN & MILLER, LLP | ERNIE.PARK@BEWLEYLAW.COM |
| BLANK ROME LLP | TARR@BLANKROME.COM; EZUCKER@BLANKROME.COM |
| BROOKFIELD | JOSEPH.HOPE@BROOKFIELDPROPERTIESRETAIL.COM; JULIE.BOWDEN@BROOKFIELDPROPERTIESRETAIL.COM |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | BK@BROOKFIELDPROPERTIESRETAIL.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| BURR & FORMAN LLP | JFALGOWSKI@BURR.COM;JHAITHCOCK@BURR.COM |
| BURR & FORMAN LLP | JFALGOWSKI@BURR.COM;  JJOSEPH@BURR.COM |
| BUSANA APPAREL PTE LTD | CHRISTINE_MONA@BUSANAGROUP.COM; SGOYAL@BUSANAGROUP.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | CHIPMAN@CHIPMANBROWN.COM |
| CHOATE, HALL & STEWART LLP | KSIMARD@CHOATE.COM;JFENN@CHOATE.COM;SOFTEDAL@CHOATE.COM |
| CLARK & TREVITHICK | LHOROWITZ@CLARKTREV.COM |
| CLOVER HOLDERS II, LLC | COLLINS@RLF.COM |
| CONNOLLY GALLAGHER LLP | KBIFFERATO@CONNOLLYGALLAGHER.COM;KCONLAN@CONNOLLYGALLAGHER.COM |
| COZEN O'CONNOR | TFRANCELLA@COZEN.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | DNEWMAN@EM3LAW.COM |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | DNEWMAN@EM3LAW.COM; STEVEN.CAPONI@KLGATES.COM; |
| FAEGRE DRINKER BIDDLE & REATH LLP | PATRICK.JACKSON@FAEGREDRINKER.COM;MICHAEL.POMPEO@FAEGREDRINKER.COM |
| FEDERAL EXPRESS CORPORATION | BANKRUPTCY@FEDEX.COM |
| GOODKIN LAW GROUP, APC | MSHAKOURI@GOODKINLAW.COM |
| GOULSTON & STORRS PC | VMOODY@GOULSTONSTORRS.COM;TCARTER@GOULSTONSTORRS.COM |
| GREENBERG TRAURIG, LLP | HAYNESN@GTLAW.COM;MELOROD@GTLAW.COM;WOLFJE@GTLAW.COM |
| HILCO MERCHANT RESOURCES LLC | HOLLYSNOW@PAULHASTINGS.COM |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT)LT | AROON@HIRDARAMANI.COM |
| HONIGMAN LLP | LLICHTMAN@HONIGMAN.COM |
| HUNTER SALCIDO & TOMS, LLP | RTOMS@HSTPASADENA.COM |
| ICE MILLER LLP | DANIEL.SWETNAM@ICEMILLER.COM |
| INT, S.A. | SHELLY@INTTRADINGUSA.COM |
| JACK SHRUM, P.A | JSHRUM@JSHRUMLAW.COM |

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Master Service List

| | |
|---|---|
| JIING SHENG KNITTING CO LTD | KINGHO@MAIL.JMKNIT.COM |
| JP MORGAN CHASE CASH MANAGEMENT | JACQUELINE.F.DAVIS@JPMORGAN.COM |
| K&L GATES LLP | STEVEN.CAPONI@KLGATES.COM; MATHEW.GOELLER@KLGATES.COM |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;RLEHANE@KELLEYDRYE.COM;JRAVIELE@KELLEYDRYE.COM;DKATSIONIS@KELLEYDRYE.COM |
| KURTZMAN STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM |
| LANDIS RATH & COBB LLP | MUMFORD@LRCLAW.COM;JENNER@LRCLAW.COM |
| LANTERN CAPITAL PARTNERS | THOMAS.CALIFANO@DLAPIPER.COM; SHMUEL.KLAHR@DLAPIPER.COM ; TOMMY.FELIX@DLAPIPER.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |
| LIMNEXUS LLP | SUNGJIN.HWANG@LIMNEXUS.COM;JAMES.TILL@LIMNEXUS.COM;JED.DONALDSON@LIMNEXUS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| MARICOPA COUNTY ATTORNEY'S OFFICE | MUTHIGK@MCAO.MARICOPA.GOV |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | TLEDAY@MVBALAW.COM |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | DNEUMANN@MEYERSROMAN.COM |
| MIAMI-DADE COUNTY TAX | PRISCILLA.WINDLEY@MIAMIDADE.GOV; MDTCBKC@MIAMIDADE.GOV |
| MISSOURI DEPARTMENT OF REVENUE | DEECF@DOR.MO.GOV |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | RMERSKY@MONLAW.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RDEHNEY@MNAT.COM;JBARSALONA@MNAT.COM |
| OFFICE OF ATTORNEY GENERAL | DKUHN@ATTORNEYGENERAL.GOV |
| OFFICE OF THE ATTORNEY GENERAL | BCUYUNKER@ATG.WA.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | JASON.BINFORD@OAG.TEXAS.GOV;ABIGAIL.RYAN@OAG.TEXAS.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.PRESS@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | USTPREGION03.WL.ECF@USDOJ.GOV; JULIET.M.SARKESSIAN@USDOJ.GOV |
| OKLAHOMA ASSISTANT DISTRICT ATTORNEY | GRECRA@OKLAHOMACOUNTY.ORG |
| ORIT TRADING LANKA (PVT) LTD | MODITHA@ORITSL.COM; AJITH@ORITSL.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | BSANDLER@PSZJLAW.COM;JPOMERANTZ@PSZJLAW.COM;CROBINSON@PSZJLAW.COM |
| PAHL & MCCAY | CROBERTSON@PAHL-MCCAY.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | BHERMANN@PAULWEISS.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | OSONIK@PBFCM.COM |
| POTTER ANDERSON & CORROON LLP | CSAMIS@POTTERANDERSON.COM;KGOOD@POTTERANDERSON.COM;RMCNEILL@POTTERANDERSON.COM |
| PRYOR CASHMAN LLP | RBEACHER@PRYORCASHMAN.COM |
| RED & BLUE INTERNATIONAL CO., LTD. | JERRY.TING@AGI-LIMITED.COM |
| REED SMITH LLP | KGWYNNE@REEDSMITH.COM;JANGELO@REEDSMITH.COM |

Case 20-11768-CSS    Doc 547    Filed 11/12/20    Page 9 of 9

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Master Service List

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | COLLINS@RLF.COM;MERCHANT@RLF.COM;SCHLAUCH@RLF.COM |
| RONALD M. TUCKER | RTUCKER@SIMON.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEWYORK@SEC.GOV |
| SHIPMAN & GOODWIN LLP | EGOLDSTEIN@GOODWIN.COM;LWILLIAMS@GOODWIN.COM;BANKRUPTCY@GOODWIN.COM;BANKRUPTCYPARALEGAL@GOODWIN.COM |
| SINGER & LEVICK, P.C. | MSHRIRO@SINGERLEVICK.COM |
| SODEXO, INC. | ANTOINETTE.YOUNG@SODEXO.COM |
| SPARC GROUP LLC AND ABG-LUCKY, LLC | KCORNISH@PAULWEISS.COM; EACKERMAN@PAULWEISS.COM; BBOLIN@PAULWEISS.COM; JSTRICKER@PAULWEISS.COM |
| SPECTOR & COX, PLLC | HSPECTOR@SPECTORCOX.COM |
| THOMPSON HINE LLP | LOUIS.SOLIMINE@THOMPSONHINE.COM |
| TN ATTORNEY GENERAL'S OFFICE | AGBANKDELAWARE@AG.TN.GOV |
| TRAVIS COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | DOUGLAS.HERRMANN@TROUTMAN.COM;MARCY.SMITH@TROUTMAN.COM |
| UBASE INTERNATIONAL, INC. | JOYKIM@UBASEINTERNATIONAL.COM; YONGKIM@UBASEINTERNATIONAL.COM |
| VICTOR A. SAHN, ESQ. | VSAHN@SULMEYERLAW.COM |
| WELLS FARGO BANK, NA AS ADMIN AGENT | KSIMARD@CHOATE.COM; MAGGIE.TOWNSEND@WELLSFARGO.COM |
| WELLS FARGO BANK, NA AS TERM AGENT | WOLFJE@GTLAW.COM |
| WELLS FARGO CAPITAL FINANCE | MAGGIE.TOWNSEND@WELLSFARGO.COM |
| WELLS FARGO CASH MANAGEMENT | JULIE.YAMAUCHI@WELLSFARGO.COM |
| WILMINGTON TRUST, NA AS ADMIN AGENT | ANTONE.LITTLE@ALSTON.COM |
| WILMINGTON TRUST, NA AS ADMIN AGENT | DAVID.WENDER@ALSTON.COM |
| YCST | KCOYLE@YCST.COM;JMULVIHILL@YCST.COM |