# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Lucky Brand Dungarees, LLC, *et al.,* [1] | : | Case No. 20-11768 (CSS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | **Ref. Docket No. 538** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

ALLISON MOODY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10077. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 9, 2020, I caused to be served the "First Notice of Assumption and Assignment of Certain Unexpired Leases" [Docket No. 538],

    by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    b. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    c. delivered via electronic mail to those parties listed on the annexed Exhibit C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

T:\Clients\LUCKY\Affidavits\First Lease Assumption Notice_DI 538_AFF_11-09-20_NS.docx

3. All Envelopes Utilized In The Service Of The Foregoing Contained The Following Legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Allison Moody*
Allison Moody

Sworn to before me this
10th day of November, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON P.O. BOX 8324 SAVANNAH GA 31412-8324 |
| CHATHAM COUNTY TAX COMMISSIONER | (COUNSEL TO CHATHAM COUNTY TAX COMMISSIONER) ATTN: THERESA C HARRELSON PO BOX 8324 SAVANNAH GA 31412-8324 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO DANIA LIVE 1748 II, LLC) ATTN: RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| NOLD MUCHINSKY PLLC | ADDRESS ON FILE |

**Total Creditor count  8**

**Exhibit B**

| Claim Name | Address Information |
|---|---|
| AAT DEL MONTE, LLC | 11455 EL CAMINO REAL, SUITE 200 SAN DIEGO CA 92130 |
| ADCO KITTERY LLC | 450 PARK AVE., 3RD FLOOR NEW YORK NY 10022 |
| ASHEVILLE RETAIL ASSOCIATES LLC | 75 PARK PLAZA, THIRD FLOOR BOSTON MA 02116 |
| AVALON MANAGEMENT | 2200 AVALON BLVD. ALPHARETTA GA 30009 |
| AVISON YOUNG - CHICAGO, LLC | ONE SOUTH WACKER STREET, SUITE 3000 CHICAGO IL 60606 |
| AVISON YOUNG-ATLANTA, LLC | 30 IVAN ALLEN JUNIOR BLVD, SUITE 900 ATLANTA GA 30308 |
| CHAGRIN RETAIL LLC | 629 EUCLID AVENUE, SUITE 1300, ROBERT L STARK ENTERPRISES IN CLEVELAND OH 44114 |
| COLUMBUS OUTLETS LLC | C/O TANGER PROPERTIES LIMITED PARTNERSHIP 3200 NORTHLINE AVE., STE 360 GREENSBORO NC 27408 |
| COROC/REHOBOTH L.L.C. | 2 MORRISSEY BLVD, MA5-527-0207 DORCHESTER MA 02125 |
| COUNTRY CLUB PLAZA JV LLC | 200 EAST LONG ROAD, SUITE 300 BLOOMFIELD HILLS MI 48304-2324 |
| CRAIG REALTY GROUP - CITADEL LLC | 4100 MACARTHUR BLVD, SUITE 200 NEWPORT BEACH CA 92660 |
| CRAIG REALTY GROUP - SILVERTHORNE LLC | 4100 MACARTHUR BLVD, SUITE 200 NEWPORT BEACH CA 92660 |
| DESTINY USA HOLDINGS LLC | 4 CLINTON SQ, THE CLINTON EXCHANGE SYRACUSE NY 03202-1078 |
| FASHION OUTLETS AT FOXWOODS, LLC | 3200 NORTHLINE AVENUE, SUITE 360 GREENSBORO NC 27408 |
| GLISAN STREET ASSOCIATES, LLC | 2107 NW 23RD AVE. PORTLAND OR 87210 |
| GOULSTON & STORRS, P.C. | 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| GREEN HILLS MALL TRG, LLC | 200 EAST LONG LAKE RD, SUITE 300 BLOOMFIELD HILLS MI 48304-2324 |
| HARTMAN SIMONS & WOOD LLP | 6400 POWERS FERRY RD N.W., SUITE 400 ATLANTA GA 30339 |
| IMI HUNSTVILLE LLC | 5750 OLD ORCHARD ROAD, SUITE 700 SKOKIE IL 60077 |
| IMI HUNTSVILLE LLC | 2222 ARLINGTON AVENUE BIRMINGHAM AL 35205 |
| IMI HUNTSVILLE LLC | 365 THE BRIDGE STREET, SUITE 106 BIRMINGHAM AL 35806 |
| IMI MIRACLE MALL LLC | 5750 OLD ORCHARD ROAD SUITE 400 SKOKIE IL 60077 |
| LANE POWELL PC | 601 SW SECOND AVENUE, SUITE 2100 PORTLAND, OR 97204-3158 |
| LAWRENCE S. RIGIE | 450 PARK AVE, 3RD FLOOR NEW YORK NY 10022 |
| LEGACY PLACE PROPERTIES, LLC | 1330 BOYLSTON STREET CHESTNUT HILL MA 02467 |
| LVP ST AUGUSTINE OUTLETS LLC | 1985 CEDAR BRIDGE AVE, SUITE 1 LAKEWOOD NJ 08701 |
| MARKET STREET LYNNFIELD | 33 BOYLSTON ST., SUITE 3000 CHESTNUT HILL MA 02467 |
| MARKET STREET RETAIL SOUTH LLC | P.C., 400 ATLANTIC AVE BOSTON MA 02110 |
| MARKET STREET RETAIL SOUTH LLC | P.C., 400 ATLANTIC AVE BOSTON MA 02110-3333 |
| MARKET STREET RETAIL SOUTH LLC | 33 BOYLSTON STREET CHESTNUT HILL MA 02467 |
| MID-SOUTH OUTLET SHOPS LLC | PO BOX 419258 BOSTON MA 02241-9258 |
| MIROMAR OUTLET WEST, LLC | 10801 CORKSCREW RD, SUITE 305 ESTERO FL 33928 |
| MOAC MALL HOLDINGS LLC | MALL OF AMERICA MANAGEMENT OFFICE 2131 LINDAU LANE, SUITE 500 BLOOMINGTON MN 55425-2640 |
| OMAHA OUTLETS SPE, LLC | 21209 NEBRASKA CROSSING DRIVE, #C-100 GRETNA NE 68028 |
| PR AVALON PHASE II OWNER, LLC | 7 GIRALDA FARMS MADISON NJ 07940 |
| PR AVALON PHASE II OWNER, LLC | 1175 PEACHTREE NE, SUITE 1650 ATLANTA GA 30361 |
| ROCKEFELLER GROUP DEVELOPMENT CORP | 4 PARK PLAZA, SUITE 840 IRVINE CA 92614 |
| SAGEMORE MANAGEMENT COMPANY, LLC | 8000 SAGEMORE DRIVE, SUITE 8201 MARLTON NJ 08053 |
| SAMUELS AND ASSOCIATES | 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| SHORT HILLS ASSOCIATES | 200 EAST LONG LAKE ROAD, P.O BOX 200 BLOOMFIELD HILLS MI 48303-0200 |
| SHORT HILLS ASSOCIATES LLC | DEPT 53501, PO BOX 67000 DETROIT MI 48267 |
| SLTS GRAND AVENUE II LP | 2021 SPRING ROAD, SUITE 200 OAK BROOK IL 60523 |
| SLTS GRAND AVENUE II LP | 1560 E. SOUTHLAKE BOULEVARD, SUITE 100 SOUTHLAKE TX 76092 |
| TANGER CHARLESTON, LLC | 3200 NORTHLINE AVENUE, SUITE 360 GREENSBORO NC 27408 |
| TANGER FORT WORTH LLC | 3200 NORTHLINE AVE SUITE 360 GREENSBORO NC 27408 |
| TANGER PROPERTIES LIMITED PARTNERSHIP | 3200 NORTHLINE AVENUE, SUITE 360 GREENSBORO NC 27408 |
| TAUBMAN AUBURN HILLS ASSOCIATES LP | 200 EAST LONG LAKE ROAD, PO BOX 200 BLOOMFIELD HILLS MI 48303-0200 |

| Claim Name | Address Information |
|---|---|
| TAUBMAN CHERRY CREEK SHOPPING CENTER, L.L.C. | 200 EAST LONG LAKE ROAD, SUITE 300 BLOOMFIELD HILLS MI 48304 |
| TB MALL AT UTC, LLC | 200 EAST LONG LAKE ROAD, PO BOX 200 BLOOMFIELD HILLS MI 48303-0200 |
| THE IRVINE COMPANY LLC | 100 INNOVATION IRVINE CA 92617 |
| THE IRVINE COMPANY LLC | 401 NEWPORT CENTER DRIVE, SUITE A-150 NEWPORT BEACH CA 92660 |
| THE IRVINE COMPANY RETAIL PROPERTIES | 100 INNOVATION IRVINE CA 92612 |
| THE SHOPS AT SUMMERLIN NORTH, LP | ONE GALLERIA TOWER, 22ND FLOOR, 13355 NOEL ROAD DALLAS TX 75240 |
| THE SHOPS AT SUMMERLIN NORTH, LP | 10801 WEST CHARLESTON BLVD, SUITE 300 LAS VEGAS, NV 89135 |
| TRCC/ROCK OUTLET CENTER LLC | 4436 LEBEC RD LEBEC CA 93243 |
| TVO MALL OWNER LLC | 200 EAST LONG LAKE ROAD, PO BOX 200 BLOOMFIELD HILLS MI 48303-0200 |
| WESTFARMS MALL LLC | 200 E. LONG LAKE ROAD, P.O. BOX 200 BLOOMFIELD HILLS MI 48303-0200 |
| WG PARK, L.P. | ONE COMMERCE SQUARE, 2005 MARKET STREET, SUITE 1000 PHILADELPHIA PA 19103 |
| WILLOW GROVE PARK MANAGEMENT OFFICE | 2500 MORELAND ROAD WILLOW GROVE PA 19090 |
| ZEIDEN PROPERTIES LLC | 1855 W. 139TH STREET GARDENA CA 90249 |

**Total Creditor count  60**

# Exhibit C

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Master Service List

| NAME | EMAIL |
| --- | --- |
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM; KEARLE@ASHBYGEDDES.COM |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BANCO POPULAR | ROSE.DILLON@POPULAR.COM |
| BANK OF HAWAII | GLENDA.ALBANO@BOH.COM |
| BARCLAY DAMON LLP | NFERLAND@BARCLAYDAMON.COM; IMARKUS@BARCLAYDAMON.COM |
| BARCLAY DAMON LLP | KNEWMAN@BARCLAYDAMON.COM |
| BARCLAY DAMON LLP | SFLEISCHER@BARCLAYDAMON.COM |
| BEWLEY, LASSLEBEN & MILLER, LLP | ERNIE.PARK@BEWLEYLAW.COM |
| BLANK ROME LLP | TARR@BLANKROME.COM; EZUCKER@BLANKROME.COM |
| BROOKFIELD | JOSEPH.HOPE@BROOKFIELDPROPERTIESRETAIL.COM; JULIE.BOWDEN@BROOKFIELDPROPERTIESRETAIL.COM |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | BK@BROOKFIELDPROPERTIESRETAIL.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| BURR & FORMAN LLP | JFALGOWSKI@BURR.COM;JHAITHCOCK@BURR.COM |
| BURR & FORMAN LLP | JFALGOWSKI@BURR.COM;  JJOSEPH@BURR.COM |
| BUSANA APPAREL PTE LTD | CHRISTINE_MONA@BUSANAGROUP.COM; SGOYAL@BUSANAGROUP.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | CHIPMAN@CHIPMANBROWN.COM |
| CHOATE, HALL & STEWART LLP | KSIMARD@CHOATE.COM;JFENN@CHOATE.COM;SOFTEDAL@CHOATE.COM |
| CLARK & TREVITHICK | LHOROWITZ@CLARKTREV.COM |
| CLOVER HOLDERS II, LLC | COLLINS@RLF.COM |
| CONNOLLY GALLAGHER LLP | KBIFFERATO@CONNOLLYGALLAGHER.COM;KCONLAN@CONNOLLYGALLAGHER.COM |
| COZEN O'CONNOR | TFRANCELLA@COZEN.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | DNEWMAN@EM3LAW.COM |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | DNEWMAN@EM3LAW.COM; STEVEN.CAPONI@KLGATES.COM; |
| FAEGRE DRINKER BIDDLE & REATH LLP | PATRICK.JACKSON@FAEGREDRINKER.COM;MICHAEL.POMPEO@FAEGREDRINKER.COM |
| FEDERAL EXPRESS CORPORATION | BANKRUPTCY@FEDEX.COM |
| GOODKIN LAW GROUP, APC | MSHAKOURI@GOODKINLAW.COM |
| GOULSTON & STORRS PC | VMOODY@GOULSTONSTORRS.COM;TCARTER@GOULSTONSTORRS.COM |
| GREENBERG TRAURIG, LLP | HAYNESN@GTLAW.COM;MELOROD@GTLAW.COM;WOLFJE@GTLAW.COM |
| HILCO MERCHANT RESOURCES LLC | HOLLYSNOW@PAULHASTINGS.COM |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT)LT | AROON@HIRDARAMANI.COM |
| HONIGMAN LLP | LLICHTMAN@HONIGMAN.COM |
| HUNTER SALCIDO & TOMS, LLP | RTOMS@HSTPASADENA.COM |
| ICE MILLER LLP | DANIEL.SWETNAM@ICEMILLER.COM |

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Master Service List

| | |
|---|---|
| INT, S.A. | SHELLY@INTTRADINGUSA.COM |
| JACK SHRUM, P.A | JSHRUM@JSHRUMLAW.COM |
| JIING SHENG KNITTING CO LTD | KINGHO@MAIL.JMKNIT.COM |
| JP MORGAN CHASE CASH MANAGEMENT | JACQUELINE.F.DAVIS@JPMORGAN.COM |
| K&L GATES LLP | STEVEN.CAPONI@KLGATES.COM; |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;RLEHANE@KELLEYDRYE.COM;JRAVIELE@KELLEYDRYE.COM;DKATSIONIS@KELLEYDRYE.COM |
| KURTZMAN STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM |
| LANDIS RATH & COBB LLP | MUMFORD@LRCLAW.COM;JENNER@LRCLAW.COM |
| LANTERN CAPITAL PARTNERS | THOMAS.CALIFANO@DLAPIPER.COM; SHMUEL.KLAHR@DLAPIPER.COM ; TOMMY.FELIX@DLAPIPER.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |
| LIMNEXUS LLP | SUNGJIN.HWANG@LIMNEXUS.COM;JAMES.TILL@LIMNEXUS.COM;JED.DONALDSON@LIMNEXUS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| MARICOPA COUNTY ATTORNEY'S OFFICE | MUTHIGK@MCAO.MARICOPA.GOV |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | TLEDAY@MVBALAW.COM |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | DNEUMANN@MEYERSROMAN.COM |
| MIAMI-DADE COUNTY TAX | PRISCILLA.WINDLEY@MIAMIDADE.GOV; MDTCBKC@MIAMIDADE.GOV |
| MISSOURI DEPARTMENT OF REVENUE | DEECF@DOR.MO.GOV |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | RMERSKY@MONLAW.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RDEHNEY@MNAT.COM;JBARSALONA@MNAT.COM |
| OFFICE OF ATTORNEY GENERAL | DKUHN@ATTORNEYGENERAL.GOV |
| OFFICE OF THE ATTORNEY GENERAL | BCUYUNKER@ATG.WA.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | JASON.BINFORD@OAG.TEXAS.GOV;ABIGAIL.RYAN@OAG.TEXAS.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.PRESS@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | USTPREGION03.WL.ECF@USDOJ.GOV; JULIET.M.SARKESSIAN@USDOJ.GOV |
| OKLAHOMA ASSISTANT DISTRICT ATTORNEY | GRECRA@OKLAHOMACOUNTY.ORG |
| ORIT TRADING LANKA (PVT) LTD | MODITHA@ORITSL.COM; AJITH@ORITSL.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | BSANDLER@PSZJLAW.COM;JPOMERANTZ@PSZJLAW.COM;CROBINSON@PSZJLAW.COM |
| PAHL & MCCAY | CROBERTSON@PAHL-MCCAY.COM |

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Master Service List

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | BHERMANN@PAULWEISS.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | OSONIK@PBFCM.COM |
| POTTER ANDERSON & CORROON LLP | CSAMIS@POTTERANDERSON.COM;KGOOD@POTTERANDERSON.COM;RMCNEILL@POTTERANDERSON.COM |
| PRYOR CASHMAN LLP | RBEACHER@PRYORCASHMAN.COM |
| RED & BLUE INTERNATIONAL CO., LTD. | JERRY.TING@AGI-LIMITED.COM |
| REED SMITH LLP | KGWYNNE@REEDSMITH.COM;JANGELO@REEDSMITH.COM |
| RICHARDS, LAYTON & FINGER, P.A. | COLLINS@RLF.COM;MERCHANT@RLF.COM;SCHLAUCH@RLF.COM |
| RONALD M. TUCKER | RTUCKER@SIMON.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEWYORK@SEC.GOV |
| SHIPMAN & GOODWIN LLP | EGOLDSTEIN@GOODWIN.COM;LWILLIAMS@GOODWIN.COM;BANKRUPTCY@GOODWIN.COM;BANKRUPTCYPARALEGAL@GOODWIN.COM |
| SINGER & LEVICK, P.C. | MSHRIRO@SINGERLEVICK.COM |
| SODEXO, INC. | ANTOINETTE.YOUNG@SODEXO.COM |
| SPARC GROUP LLC AND ABG-LUCKY, LLC | KCORNISH@PAULWEISS.COM; EACKERMAN@PAULWEISS.COM; BBOLIN@PAULWEISS.COM; JSTRICKER@PAULWEISS.COM |
| SPECTOR & COX, PLLC | HSPECTOR@SPECTORCOX.COM |
| THOMPSON HINE LLP | LOUIS.SOLIMINE@THOMPSONHINE.COM |
| TN ATTORNEY GENERAL'S OFFICE | AGBANKDELAWARE@AG.TN.GOV |
| TRAVIS COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | DOUGLAS.HERRMANN@TROUTMAN.COM;MARCY.SMITH@TROUTMAN.COM |
| UBASE INTERNATIONAL, INC. | JOYKIM@UBASEINTERNATIONAL.COM; YONGKIM@UBASEINTERNATIONAL.COM |
| VICTOR A. SAHN, ESQ. | VSAHN@SULMEYERLAW.COM |
| WELLS FARGO BANK, NA AS ADMIN AGENT | KSIMARD@CHOATE.COM; MAGGIE.TOWNSEND@WELLSFARGO.COM |
| WELLS FARGO BANK, NA AS TERM AGENT | WOLFJE@GTLAW.COM |
| WELLS FARGO CAPITAL FINANCE | MAGGIE.TOWNSEND@WELLSFARGO.COM |
| WELLS FARGO CASH MANAGEMENT | JULIE.YAMAUCHI@WELLSFARGO.COM |
| WILMINGTON TRUST, NA AS ADMIN AGENT | ANTONE.LITTLE@ALSTON.COM |
| WILMINGTON TRUST, NA AS ADMIN AGENT | DAVID.WENDER@ALSTON.COM |
| YCST | KCOYLE@YCST.COM;JMULVIHILL@YCST.COM |