UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re Lucky Brand Dungarees, LLC, et al.　　　　　　Case No. 20-11768 (CSS)
　　　　Debtors　　　　　　　　　　　　　　　　　Reporting Period: September 2020

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | X |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | | X | | |
|    Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | X |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|    Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | X | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____　　　　　　_____
Signature of Debtor　　　　　　　　　　　　　Date

_____　　　　　　_____
Signature of Joint Debtor　　　　　　　　　　Date

*/s/ Mark A. Renzi*　　　　　　　　　　　　　**11/11/2020**
Signature of Authorized Individual*　　　　　Date

**Mark Renzi**　　　　　　　　　　　　　　　**Chief Restructuring Officer**
Printed Name of Authorized Individual　　　　Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
                                      :

In re:                                   :         Chapter 11

Lucky Brand Dungarees, LLC, *et al.*,[1]    :         Case No. 20-11768 (CSS)

            Debtors.           :         (Jointly Administered)

------------------------------------------------------- x

**CERTIFICATION REGARDING POST-PETITION BANK
ACCOUNT RECONCILIATIONS AND COMPLIANCE
AND PAYMENT OF POST-PETITION TAXES**

I, Mark Renzi, Chief Restructuring Officer of Lucky Brand Dungarees, LLC, one of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby certify as follows:

1. Attached to MOR-1 is a listing of the Debtors' bank accounts, by account number, and the opening and closing balances for the reported period. Such accounts were reconciled in accordance with the Debtors' ordinary course accounting practices during the reported period.

2. To the best of my knowledge and belief, the Debtors are current on all post-petition taxes, and no post-petition tax amounts are past due.

Dated: November 11, 2020

                                                                       */s/ Mark A. Renzi*
                                                                       Mark Renzi
                                                                       Chief Restructuring Officer

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

In re Lucky Brand Dungarees, LLC, et al.  
Debtor

Case No. 20-11768 (CSS)  
Reporting Period: September 2020

# SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS ||||CURRENT MONTH || CUMULATIVE FILING TO DATE ||
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 23,981,734 |  |  |  | 23,981,734 | 14,862,793 | 15,613,970 | 15,613,970 |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
|  | SEE ATTACHMENT | | | | | | | |
| **TOTAL RECEIPTS** | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | | | | |
| **NET CASH FLOW** | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | 17,649,189 | | | | 17,649,189 | 10,965,453 | 17,649,189 | 10,965,453 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| Lucky Brand Dungarees Stores, LLC ||
| --- | --- |
| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) ||
| TOTAL DISBURSEMENTS | 1,149,253 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 1,149,253 |

| Lucky Brand Dungarees, LLC ||
| --- | --- |
| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) ||
| TOTAL DISBURSEMENTS | 5,551,815 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 5,551,815 |

| Lucky PR, LLC ||
| --- | --- |
| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) ||
| TOTAL DISBURSEMENTS | 7,185 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 7,185 |

Note - LBD Parent Holdings, LLC and LBD Intermediate Holdings, LLC are either holding companies or inactive/passive companies that do not have cash disbursements.

FORM MOR-1  
(04/07)

**Lucky Brand**
**MOR - 1**
**$ in M**

| Fiscal Week<br>Fiscal Month<br>Week Ending<br>Fcst / Actual | Wk 36<br>Sep-20<br>9/12/20<br>*Act* | Wk 37<br>Sep-20<br>9/19/20<br>*Act* | Wk 38<br>Sep-20<br>9/26/20<br>*Act* | Wk 39<br>Sep-20<br>10/3/20<br>*Act* | Total |
|---|---|---|---|---|---|
| **Inflows** | | | | | |
| 1.) Store Receipts | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 |
| 2.) FF&E Sales & Other Receipts | - | - | 0.1 | - | 0.1 |
| 3.) Auction Proceeds / IP Proceeds | - | - | - | - | - |
| 4.)  **Total Receipts** | **0.1** | **0.1** | **0.1** | **0.1** | **0.5** |
| **Operating Disbursements** | | | | | |
| 5.) Merchandise Payments | (2.7) | (1.1) | (0.6) | (0.3) | (4.7) |
| 6.) Payroll & Related | (0.0) | (0.1) | - | (0.1) | (0.2) |
| 7.) Freight & Duty | (0.0) | - | (0.2) | (0.1) | (0.3) |
| 8.) Ecomm Professional Fees | - | (0.0) | - | (0.6) | (0.6) |
| 9.) Rent | - | - | - | - | - |
| 10.) Occupancy | (0.1) | (0.0) | (0.0) | (0.0) | (0.2) |
| 11.) Sales & Use Tax | (0.0) | (0.1) | (0.0) | - | (0.1) |
| 12.) Other Operating Costs | (0.0) | (0.4) | (0.1) | (0.1) | (0.7) |
| 13.) Business Essential (IT & SG&A) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) |
| 14.)  **Total Mandatory Disbursements** | **(2.8)** | **(1.8)** | **(1.0)** | **(1.2)** | **(6.7)** |
| **Non-Operating Costs** | | | | | |
| 15.) Restructuring Costs | - | - | - | - | - |
| 16.) Professional Fee Escrow | - | - | - | - | - |
| 17.) Interest Expense | - | - | - | - | - |
| 18.) GOB Liquidation Expenses | (0.0) | (0.0) | (0.0) | - | (0.1) |
| 19.) Other Non-Operating Costs | - | - | - | - | - |
| 20.) Cash Collateralize LCs | - | - | - | - | - |
| 21.) Dist. To Second Lien | - | - | - | - | - |
| 22.)  **Total Non-Operating Costs** | **(0.0)** | **(0.0)** | **(0.0)** | **-** | **(0.1)** |
| 23.) **Total Disbursements** | **(2.9)** | **(1.8)** | **(1.0)** | **(1.2)** | **(6.8)** |
| 24.) **Net Cash Flow** | **(2.7)** | **(1.7)** | **(0.8)** | **(1.1)** | **(6.3)** |
| **Financing** | | | | | |
| 25.) Beginning Cash Balance | 18.5 | 15.8 | 14.2 | 13.3 | 18.5 |
| 26.)  Net Cash Flow | (2.7) | (1.7) | (0.8) | (1.1) | (6.3) |
| 27.)  +/- Adjustments | - | - | - | - | - |
| 28.) **Ending Cash Balance** | **15.8** | **14.2** | **13.3** | **12.2** | **12.2** |

**Lucky Brand**
**MOR - 1A**
**Bank Account Balances**

| Name of Institution | Type of Account | New Account | Ending Balance October 3, 2020 |
|---|---|---|---|
| Wells Fargo | Operating/Concentration | N/A | 12,202,014 |
| EPIQ | Utility Assurance Escrow | Yes | 287,063 |
| EPIQ | Texas Tax Escrow | Yes | 88,623 |
| EPIQ | 503b9 & Stub Rent Escrow | Yes | 5,071,489 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| In re Lucky Brand Dungarees, LLC, et al. | | | | | | | Case No. 20-11768 (CSS) | | |
| Debtor | | | | | | | Reporting Period: September 2020 | | |

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Young Conway | 7/4/20 - 8/1/20 | 189,057.45 | Lucky Brand Dungarees, LLC | Wire | 17-Sep | 185,706.00 | 3,351.45 | 185,706.00 | 3,351.45 |
| Latham & Watkins | 7/4/20 - 8/1/20 | 778,770.66 | Lucky Brand Dungarees, LLC | Wire | 29-Sep | 771,611.60 | 7,159.06 | 771,611.60 | 7,159.06 |

FORM MOR-1b
(04/07)

In re Lucky Brand Dungarees, LLC, et al.  Case No. 20-11768 (CSS)
Debtor  Reporting Period: September 2020

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Lucky Brand Dungarees Stores, LLC | Lucky Brand Dungarees, LLC | Lucky PR, LLC | Total |
|---|---:|---:|---:|---:|
| **REVENUES** | | | | |
| Gross Revenues | 688,475 | 416 | 240,299 | 929,190 |
| Less: Returns and Allowances | (498,432) | - | (192,618) | (691,050) |
| Net Revenue | 190,043 | 416 | 47,680 | 238,139 |
| **COST OF GOODS SOLD** | | | | |
| Cost of Goods Sold | 153,208 | 83,357 | 60,382 | 296,946 |
| Freight | 132,182 | 179,859 | - | 312,041 |
| Shrink & Damages | (1,210) | - | 916 | (294) |
| Gross Profit | (94,291) | (262,646) | (13,618) | (370,554) |
| **OPERATING EXPENSES** | | | | |
| Advertising | 44,164 | 6,554 | - | 50,718 |
| Auto and Truck Expense | (42,104) | 39,255 | 301 | (2,548) |
| Bad Debts | - | - | - | - |
| Contributions | - | - | - | - |
| Employee Benefits Programs | 212,600 | 417,885 | (1,555) | 628,930 |
| Insider Compensation* | - | - | - | - |
| Insurance | - | - | - | - |
| Management Fees/Bonuses | (11,855) | 4,523 | 18 | (7,314) |
| Office Expense | - | - | - | - |
| Pension & Profit-Sharing Plans | - | - | - | - |
| Repairs and Maintenance | - | - | - | - |
| Rent and Lease Expense | 69,169 | (1,414) | - | 67,755 |
| Salaries/Commissions/Fees | (70,054) | 179,341 | (3,993) | 105,294 |
| Supplies | - | - | - | - |
| Taxes - Payroll | 3,191 | 64,885 | 500 | 68,576 |
| Taxes - Real Estate | 4,396 | - | - | 4,396 |
| Taxes - Other | - | (224) | - | (224) |
| Travel and Entertainment | 1,968 | (16,480) | - | (14,512) |
| Utilities | 28,865 | 2,270 | 169 | 31,304 |
| Other (attach schedule) | (800,459) | (17,262) | 11,745 | (805,976) |
| Total Operating Expenses Before Depreciation | (560,119) | 679,332 | 7,185 | 126,398 |
| Depreciation/Depletion/Amortization | - | - | - | - |
| Net Profit (Loss) Before Other Income & Expenses | 465,828 | (941,978) | (20,803) | (496,952) |
| **OTHER INCOME AND EXPENSES** | | | | |
| Other Income (attach schedule) | 6,593 | - | 8,106 | 14,699 |
| Interest Expense | - | 379,820 | - | 379,820 |
| Other Expense (attach schedule) | (187) | (2,089) | - | (2,276) |
| Net Profit (Loss) Before Reorganization Items | 472,608 | (1,319,709) | (12,697) | (859,797) |
| **REORGANIZATION ITEMS** | | | | |
| Professional Fees | | 1,158,000 | - | 1,158,000 |
| U. S. Trustee Quarterly Fees | - | - | - | - |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | - | - | - | - |
| Gain (Loss) from Sale of Equipment | - | - | - | - |
| Other Reorganization Expenses (attach schedule) | - | - | - | - |
| Total Reorganization Expenses | - | 1,158,000 | - | 1,158,000 |
| Income Taxes | - | (224) | - | (224) |
| Net Profit (Loss) | 472,608 | (2,477,485) | (12,697) | (2,017,573) |

*"Insider" is defined in 11 U.S.C. Section 101(31).
Note - LBD Parent Holdings, LLC and LBD Intermediate Holdings, LLC are either holding companies or inactive/passive companies that do not report financial results.

Note - the reporting period above is for September 6, 2020 through October 3, 2020

**Lucky Brand**
**Balance Sheet (US Only) - MOR 3**
**$ in USD 000s**

| | Lucky Brand Dungarees Stores, LLC (Delaware) For the Period Ending October 3, 2020 | Lucky Brand Dungarees, LLC (Delaware) For the Period Ending October 3, 2020 | Lucky PR, LLC (Delaware) For the Period Ending October 3, 2020 | Consolidated For the Period Ending October 3, 2020 |
|---|---:|---:|---:|---:|
| **I. Assets** | | | | |
| Current Assets: | | | | |
| Cash | 0 | 17,649 | 15 | 17,665 |
| Accounts Receivable | - | (0) | - | (0) |
| Other Current Assets | (379) | - | - | (379) |
| Inventory | - | - | - | - |
| Oher Receivables | - | 7,000 | - | 7,000 |
| Prepaid Expenses | 490 | 3,078 | - | 3,568 |
| Total Current Assets | 111 | 27,727 | 15 | 27,853 |
| Property and Equipment, At Cost | - | - | - | - |
| Less - Accumulated Depreciation | - | - | - | - |
| Total Property and Equipment, Net | - | - | - | - |
| Goodwill | - | - | - | - |
| Intangibles | - | - | - | - |
| Other Non-Current Assets | - | - | - | - |
| Total Assets | 111 | 27,727 | 15 | 27,853 |
| **II. Liabilities and Shareholder's Equity** | | | | |
| Current Liabilities: | | | | |
| Accounts Payable & Other Current Liabilities | 17,974 | 74,599 | (1) | 92,572 |
| Gift Cards & Merchandise Credit | - | - | - | - |
| Accrued Expenses | 17,831 | 7,053 | 86 | 24,970 |
| Income Taxes Payable | - | 41 | - | 41 |
| Short-term Borrowings | - | - | - | - |
| Intercompany | (8,245) | (6,134) | - | (14,379) |
| Total Current Liabilities | 27,560 | 75,559 | 86 | 103,205 |
| Long-Term Debt | - | 28,500 | - | 28,500 |
| Other Long-Term Liabilities | - | - | - | - |
| Total Liabilities | 27,560 | 104,060 | 86 | 131,706 |
| Stockholder's Equity: | | | | |
| Owner's Equity | 81,293 | 88,011 | 269 | 169,573 |
| Retained Earnings | 66,933 | (284,030) | (1,080) | (218,177) |
| Net Income | (175,675) | 119,809 | 741 | (55,079) |
| Cumulative Translation Adjustment | - | (123) | - | (123) |
| Total Stockholder's Equity | (27,450) | (76,333) | (70) | (103,852) |
| Total Liabilities & Equity | 111 | 27,727 | 15 | 27,853 |

Note - LBD Parent Holdings, LLC and LBD Intermediate Holdings, LLC are either holding companies or inactive/passive companies that do not report financial results.
Note - the balances shown are as of October 3, 2020

In re Lucky Brand Dungarees, LLC, et al.  Case No. 20-11768 (CSS)
Debtor  Reporting Period: September 2020

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Merchandise Accounts Payable | 38,024 | - | - | - | - | 38,024 |
| Non-Merchandise Accounts Payable | 156,490 | 206,147 | 849,907 | 797,863 | 33,577 | 2,043,984 |
| Wages Payable |  |  |  |  |  |  |
| Taxes Payable |  |  |  |  |  |  |
| Rent/Leases-Building | - | - | 49,885 | - | - | 49,885 |
| Rent/Leases-Equipment |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Amounts Due to Insiders* |  |  |  |  |  |  |
| Other:_____ |  |  |  |  |  |  |
| Other:_____ |  |  |  |  |  |  |
| **Total Postpetition Debts** | **194,513** | **206,147** | **899,792** | **797,863** | **33,577** | **2,131,893** |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**
 - Postpetition debts are to be paid by the Debtors in ordinary course of business with cash on hand.
*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

| In re Lucky Brand Dungarees, LLC, et al. | Case No. 20-11768 (CSS) |
|---|---|
| Debtor | Reporting Period: September 2020 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |
| | |
| Accounts Receivable Aging | Amount |
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

Note - all accounts receivable were transferred to the the SPARC group on 8/14

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | ` | X |

FORM MOR-5
(04/07)