# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Lucky Brand Dungarees, LLC, *et al.,* [1] | : | Case No. 20-11768 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Ref. Docket No. 528** |
| | x | |

---

## AFFIDAVIT OF SERVICE

STATE OF OHIO          )
                       ) ss.:
COUNTY OF FRANKLIN     )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action

2. On November 2, 2020, I caused to be served the "Third Supplemental Declaration of Ted A. Dillman and Disclosure Statement of Latham & Watkins LLP," dated November 2, 2020, [Docket No. 528],

    by causing true and correct copes to be:

    a. enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

          /s/ *Angela Chachoff*
          Angela Chachoff

Sworn to before me this
3rd day of November, 2020
*/s/ Andrea R. Speelman*
Andrea. R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**Exhibit A**

| Claim Name | Address Information |
|---|---|
| CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON P.O. BOX 8324 SAVANNAH GA 31412-8324 |
| CHATHAM COUNTY TAX COMMISSIONER | (COUNSEL TO CHATHAM COUNTY TAX COMMISSIONER) ATTN: THERESA C HARRELSON PO BOX 8324 SAVANNAH GA 31412-8324 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| JULIET SARKESSIAN | U.S. TRUSTEE 211 EAST MEADE ST. PHILADELPHIA PA 19118 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO SAN MARCOS CISD) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | (COUNSEL TO DANIA LIVE 1748 II, LLC) ATTN: RACHEL B. MERSKY 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| NOLD MUCHINSKY PLLC | ADDRESS ON FILE |

**Total Creditor count  8**

# Exhibit B

| NAME | EMAIL |
|---|---|
| ASHBY & GEDDES, P.A. | GTAYLOR@ASHBYGEDDES.COM; KEARLE@ASHBYGEDDES.COM |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BANCO POPULAR | ROSE.DILLON@POPULAR.COM |
| BANK OF HAWAII | GLENDA.ALBANO@BOH.COM |
| BARCLAY DAMON LLP | NFERLAND@BARCLAYDAMON.COM; IMARKUS@BARCLAYDAMON.COM |
| BARCLAY DAMON LLP | KNEWMAN@BARCLAYDAMON.COM |
| BARCLAY DAMON LLP | SFLEISCHER@BARCLAYDAMON.COM |
| BEWLEY, LASSLEBEN & MILLER, LLP | ERNIE.PARK@BEWLEYLAW.COM |
| BLANK ROME LLP | TARR@BLANKROME.COM; EZUCKER@BLANKROME.COM |
| BROOKFIELD | JOSEPH.HOPE@BROOKFIELDPROPERTIESRETAIL.COM; JULIE.BOWDEN@BROOKFIELDPROPERTIESRETAIL.COM |
| BROOKFIELD PROPERTIES RETAIL, INC. AS AGENT | BK@BROOKFIELDPROPERTIESRETAIL.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| BURR & FORMAN LLP | JFALGOWSKI@BURR.COM;JHAITHCOCK@BURR.COM |
| BURR & FORMAN LLP | JFALGOWSKI@BURR.COM;  JJOSEPH@BURR.COM |
| BUSANA APPAREL PTE LTD | CHRISTINE_MONA@BUSANAGROUP.COM; SGOYAL@BUSANAGROUP.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | CHIPMAN@CHIPMANBROWN.COM |
| CHOATE, HALL & STEWART LLP | KSIMARD@CHOATE.COM;JFENN@CHOATE.COM;SOFTEDAL@CHOATE.COM |
| CLARK & TREVITHICK | LHOROWITZ@CLARKTREV.COM |
| CLOVER HOLDERS II, LLC | COLLINS@RLF.COM |
| CONNOLLY GALLAGHER LLP | KBIFFERATO@CONNOLLYGALLAGHER.COM;KCONLAN@CONNOLLYGALLAGHER.COM |
| COZEN O'CONNOR | TFRANCELLA@COZEN.COM |
| DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | DNEWMAN@EM3LAW.COM |
| EDWARDS MAXSON MAGO & MACAULAY, LLP | DNEWMAN@EM3LAW.COM; STEVEN.CAPONI@KLGATES.COM; |
| FAEGRE DRINKER BIDDLE & REATH LLP | PATRICK.JACKSON@FAEGREDRINKER.COM;MICHAEL.POMPEO@FAEGREDRINKER.COM |
| FEDERAL EXPRESS CORPORATION | BANKRUPTCY@FEDEX.COM |
| GOODKIN LAW GROUP, APC | MSHAKOURI@GOODKINLAW.COM |
| GOULSTON & STORRS PC | VMOODY@GOULSTONSTORRS.COM;TCARTER@GOULSTONSTORRS.COM |
| GREENBERG TRAURIG, LLP | HAYNESN@GTLAW.COM;MELOROD@GTLAW.COM; WOLFJE@GTLAW.COM |

| | |
|---|---|
| HILCO MERCHANT RESOURCES LLC | HOLLYSNOW@PAULHASTINGS.COM |
| HIRDARAMANI INTERNATIONAL EXPORTS(PVT)LT | AROON@HIRDARAMANI.COM |
| HONIGMAN LLP | LLICHTMAN@HONIGMAN.COM |
| HUNTER SALCIDO & TOMS, LLP | RTOMS@HSTPASADENA.COM |
| ICE MILLER LLP | DANIEL.SWETNAM@ICEMILLER.COM |
| INT, S.A. | SHELLY@INTTRADINGUSA.COM |
| JACK SHRUM, P.A | JSHRUM@JSHRUMLAW.COM |
| JIING SHENG KNITTING CO LTD | KINGHO@MAIL.JMKNIT.COM |
| JP MORGAN CHASE CASH MANAGEMENT | JACQUELINE.F.DAVIS@JPMORGAN.COM |
| K&L GATES LLP | STEVEN.CAPONI@KLGATES.COM; MATHEW.GOELLER@KLGATES.COM |
| KELLEY DRYE & WARREN LLP | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;RLEHANE@KELLEYDRYE.COM;JRAVIELE@KELLEYDRYE.COM;DKATSIONIS@KELLEYDRYE.COM |
| KURTZMAN STEADY, LLC | KURTZMAN@KURTZMANSTEADY.COM |
| LANDIS RATH & COBB LLP | MUMFORD@LRCLAW.COM;JENNER@LRCLAW.COM |
| LANTERN CAPITAL PARTNERS | THOMAS.CALIFANO@DLAPIPER.COM; SHMUEL.KLAHR@DLAPIPER.COM ; TOMMY.FELIX@DLAPIPER.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |
| LIMNEXUS LLP | SUNGJIN.HWANG@LIMNEXUS.COM;JAMES.TILL@LIMNEXUS.COM;JED.DONALDSON@LIMNEXUS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| MARICOPA COUNTY ATTORNEY'S OFFICE | MUTHIGK@MCAO.MARICOPA.GOV |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | TLEDAY@MVBALAW.COM |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | DNEUMANN@MEYERSROMAN.COM |
| MIAMI-DADE COUNTY TAX | PRISCILLA.WINDLEY@MIAMIDADE.GOV; MDTCBKC@MIAMIDADE.GOV |
| MISSOURI DEPARTMENT OF REVENUE | DEECF@DOR.MO.GOV |
| MONZACK MERSKY BROWDER AND HOCHMAN, P.A. | RMERSKY@MONLAW.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RDEHNEY@MNAT.COM;JBARSALONA@MNAT.COM |
| OFFICE OF ATTORNEY GENERAL | DKUHN@ATTORNEYGENERAL.GOV |
| OFFICE OF THE ATTORNEY GENERAL | BCUYUNKER@ATG.WA.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | JASON.BINFORD@OAG.TEXAS.GOV;ABIGAIL.RYAN@OAG.TEXAS.GOV |

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.PRESS@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | USTPREGION03.WL.ECF@USDOJ.GOV; JULIET.M.SARKESSIAN@USDOJ.GOV |
| OKLAHOMA ASSISTANT DISTRICT ATTORNEY | GRECRA@OKLAHOMACOUNTY.ORG |
| ORIT TRADING LANKA (PVT) LTD | MODITHA@ORITSL.COM; AJITH@ORITSL.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | BSANDLER@PSZJLAW.COM;JPOMERANTZ@PSZJLAW.COM;CROBINSON@PSZJLAW.COM |
| PAHL & MCCAY | CROBERTSON@PAHL-MCCAY.COM |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | BHERMANN@PAULWEISS.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | OSONIK@PBFCM.COM |
| POTTER ANDERSON & CORROON LLP | CSAMIS@POTTERANDERSON.COM;KGOOD@POTTERANDERSON.COM;RMCNEILL@POTTERANDERSON.COM |
| PRYOR CASHMAN LLP | RBEACHER@PRYORCASHMAN.COM |
| RED & BLUE INTERNATIONAL CO., LTD. | JERRY.TING@AGI-LIMITED.COM |
| REED SMITH LLP | KGWYNNE@REEDSMITH.COM;JANGELO@REEDSMITH.COM |
| RICHARDS, LAYTON & FINGER, P.A. | COLLINS@RLF.COM;MERCHANT@RLF.COM;SCHLAUCH@RLF.COM |
| RONALD M. TUCKER | RTUCKER@SIMON.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEWYORK@SEC.GOV |
| SHIPMAN & GOODWIN LLP | EGOLDSTEIN@GOODWIN.COM;LWILLIAMS@GOODWIN.COM;BANKRUPTCY@GOODWIN.COM;BANKRUPTCYPARALEGAL@GOODWIN.COM |
| SINGER & LEVICK, P.C. | MSHRIRO@SINGERLEVICK.COM |
| SODEXO, INC. | ANTOINETTE.YOUNG@SODEXO.COM |
| SPARC GROUP LLC AND ABG-LUCKY, LLC | KCORNISH@PAULWEISS.COM; EACKERMAN@PAULWEISS.COM; BBOLIN@PAULWEISS.COM; JSTRICKER@PAULWEISS.COM |
| SPECTOR & COX, PLLC | HSPECTOR@SPECTORCOX.COM |
| THOMPSON HINE LLP | LOUIS.SOLIMINE@THOMPSONHINE.COM |
| TN ATTORNEY GENERAL'S OFFICE | AGBANKDELAWARE@AG.TN.GOV |
| TRAVIS COUNTY ATTORNEY | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | DOUGLAS.HERRMANN@TROUTMAN.COM;MARCY.SMITH@TROUTMAN.COM |
| UBASE INTERNATIONAL, INC. | JOYKIM@UBASEINTERNATIONAL.COM; YONGKIM@UBASEINTERNATIONAL.COM |
| VICTOR A. SAHN, ESQ. | VSAHN@SULMEYERLAW.COM |
| WELLS FARGO BANK, NA AS ADMIN AGENT | KSIMARD@CHOATE.COM; MAGGIE.TOWNSEND@WELLSFARGO.COM |

Lucky Brand Dungarees, LLC, Case No. 20-11768
Email Master Service List

| | |
|---|---|
| WELLS FARGO BANK, NA AS TERM AGENT | WOLFJE@GTLAW.COM |
| WELLS FARGO CAPITAL FINANCE | MAGGIE.TOWNSEND@WELLSFARGO.COM |
| WELLS FARGO CASH MANAGEMENT | JULIE.YAMAUCHI@WELLSFARGO.COM |
| WILMINGTON TRUST, NA AS ADMIN AGENT | ANTONE.LITTLE@ALSTON.COM |
| WILMINGTON TRUST, NA AS ADMIN AGENT | DAVID.WENDER@ALSTON.COM |
| YCST | KCOYLE@YCST.COM;JMULVIHILL@YCST.COM |