**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                                :

In re:                                       :         Chapter 11
                                                :
Lucky Brand Dungarees, LLC, *et al.*,[1]     :         Case No. 20-11768 (CSS)
                                                :
                         Debtors.           :         (Jointly Administered)
                                                :
                                                :
---------------------------------------------------------- x

**CERTIFICATION OF COUNSEL
REGARDING ORDER APPROVING ASSUMPTION AND ASSIGNMENT
AGREEMENTS BY AND AMONG THE DEBTORS AND CERTAIN LANDLORDS**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby certifies as follows:

1. On July 3, 2020, the Debtors and SPARC Group LLC (the "**Buyer**") entered into an asset purchase agreement (such agreement together with all schedules and exhibits attached thereto, the "**Asset Purchase Agreement**").

2. Pursuant to Section 2.7 of the Asset Purchase Agreement, during the Designation Rights Period (as defined in the Asset Purchase Agreement), the Buyer may designate the Debtors' unexpired real property leases and executory contracts listed on Schedule 2.7(a) to the Asset Purchase Agreement for either assumption and assignment to the Buyer or its designee or rejection.

3. On August 12, 2020, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered the *Order (A) Approving the Purchase Agreement; (B) Approving the Sale to the Buyer of the Acquired Assets of the Debtors Pursuant to Section 363*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

*of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (D) Authorizing the Debtors to Consummate Transactions Related to the Above; and (E) Granting Other Relief* [D.I. 349] (the "**Sale Order**").[2]  Among other things, Paragraph 23 of the Sale Order provides that, for any Designated Lease which the Buyer directs the Debtors to assume and assign to the Buyer, the Designation Counterparty may request a supplemental order approving such assumption and assignment.

4. Certain Designation Counterparties have requested the proposed form of order attached as **Exhibit A** hereto (the "**Proposed Order**") approving such assumption and assignment. Those certain Designation Counterparties are listed on **Schedule 1** to the Proposed Order. The Buyer or its affiliate and the Designation Counterparties listed on **Schedule 1** have entered into assumption and assignment agreements (each, an "**Assumption Agreement**") dictating the terms of such assumption and assignment by the Debtors to the Buyer or such affiliate.

5. The counsel of record for each Designation Counterparty listed on **Schedule 1** to the Proposed Order is Ballard Spahr LLP ("**Ballard Spahr**"). Ballard Spahr has reviewed the Proposed Order and consents to its entry.

6. Pursuant to Local Rule 9013-1(f), the Debtors, the Buyer, and the Designation Parties listed on **Schedule 1** to the Proposed Order consent to the entry of a final order or judgment by the Court in connection with this Motion if it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

---

[2]  Terms not otherwise defined herein shall have the meanings assigned to them in the Sale Order.

27340112.1

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the Proposed Order substantially in the form attached as **Exhibit A** at its earliest convenience.

Dated: November 13, 2020  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Joseph M. Mulvihill (No. 6061)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:   mnestor@ycst.com
         kcoyle@ycst.com
         amagaziner@ycst.com
         jmulvihill@ycst.com
         bfeldman@ycst.com

- and -

**LATHAM & WATKINS LLP**
George A. Davis (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:   george.davis@lw.com
         jon.weichselbaum@lw.com
         brian.rosen@lw.com

- and -

Ted A. Dillman (admitted *pro hac vice*)
Chris Craige (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763
Email:      ted.dillman@lw.com
            chris.craige@lw.com

*Counsel for Debtors and Debtors in Possession*