# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
Lucky Brand Dungarees, LLC, *et al.*,[1]                :   Case No. 20-11768 (CSS)
                                                        :
         Debtors.                     :   (Jointly Administered)
                                                        :
                                                        :   **Re: Docket No. 557**
------------------------------------------------------- x

## ORDER APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES

Upon consideration of the *Certification of Counsel Regarding Order Approving Assumption and Assignment Agreements By and Among the Debtors and Certain Landlords* (the "**Certification**") and the Sale Order,[2] pursuant to section 365 of the Bankruptcy Code, requesting approval of the assumption and assignment of certain Designated Leases, all as more fully set forth in the Certification and **Schedule 1** attached hereto; and this Bankruptcy Court having reviewed the Certification and the relief requested therein; and this Bankruptcy Court having jurisdiction to consider the assumption and assignment and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Bankruptcy Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that this Bankruptcy Court

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Certification or the Sale Order, as applicable.

may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the relief being in the best interests of the Debtors, their estates, and their creditors:

**IT IS FOUND THAT:**

1. Those leases listed on **Schedule 1** attached hereto shall be assumed and assigned from the Debtors to the Buyer or its affiliate as of the date set forth herein, pursuant to section 365 of the Bankruptcy Code and in accordance with and effective as provided in the applicable Assumption Agreement between the Buyer or its affiliate and the Designation Counterparty.

2. The Debtors, the Buyer and its affiliates, and the Designation Counterparties listed on **Schedule 1** hereto are authorized and empowered to take all actions necessary to implement the relief granted in this order.

3. The Court shall retain jurisdiction over all matters related to the implementation, interpretation or enforcement of this order.

Dated: November 16th, 2020
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

27340112.1

2