## Schedule 1

**Assumed Leases**

| Store Number | Store Name | Notice Address | Landlord | Effective Date of Assumption and Assignment |
|---|---|---|---|---|
| 15 | La Encantada | TWC Tucson<br>2905 East Skyline Dr<br>Tucson, AZ 85718<br><br>TWC Tucson, LLC<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90401 | Macerich | November 13, 2020 |
| 23 | The Oaks | Macerich Oaks LLC<br>350 West Hillcrest Drive<br>Thousand Oaks, CA 91360<br><br>Macerich Oaks LLC<br>401 Wilshire Blvd, Suite 700<br>Santa Monica, CA 90407 | Macerich | November 13, 2020 |
| 361 | Fresno Fashion Fair | Macerich Fresno Limited Partnership<br>401 Wilshire Blvd, Suite 700<br>Santa Monica, CA 90407<br><br>Macerich Fresno Limited Partnership<br>4841 North First Street<br>Fresno, CA 93726 | Macerich | November 13, 2020 |

| Store Number | Store Name | Notice Address | Landlord | Effective Date of Assumption and Assignment |
|---|---|---|---|---|
| 615 | Kierland Commons | Kierland Greenway, LLC<br>401 Wilshire Blvd, Suite 700<br>Santa Monica, CA 90407<br><br>Kierland Greenway, LLC<br>PO Box 2172<br>Santa Monica, CA 90407<br><br>Kierland Greenway, LLC<br>15205 North Kierland Boulevard, Suite 150<br>Scottsdale, AZ 85254<br><br>Woodbine Development Corporation<br>1445 Ross Avenue, Suite 5000<br>Dallas, TX 75202 | Macerich | November 13, 2020 |
| 626 | The Village at Corte Madera | Corte Madera Village, LLC<br>401 Wilshire Blvd, Suite 700<br>Santa Monica, CA 90407<br><br>Corte Madera Village, LLC<br>1618 Redwood Highway<br>Corte Madera, CA 94925 | Macerich | November 13, 2020 |
| 649 | Chandler Fashion Center | TWC Chandler, LLC<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90401<br><br>TWC Chandler LLC<br>3111 West Chandler Boulevard, Suite No. 2018<br>Chandler, AZ 85226 | Macerich | November 13, 2020 |

| **Store Number** | **Store Name** | **Notice Address** | **Landlord** | **Effective Date of Assumption and Assignment** |
|---|---|---|---|---|
| 658 | Scottsdale Fashion Square | Scottsdale Fashion Square LLC<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407<br><br>Scottsdale Fashion Square LLC<br>7014-590 East Camelback Road<br>Scottsdale, AZ 85251 | Macerich | November 13, 2020 |
| 688 | Broadway Plaza | Macerich HHF Broadway Plaza LLC<br>1275 Broadway Plaza<br>Walnut Creek, CA 94596<br><br>Macerich HHF Broadway Plaza LLC<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407 | Macerich | November 13, 2020 |
| 2559 | Washington Square | PPR Washington Square LLC<br>PO Box 2172<br>401 Wilshire Blvd Suite 700<br>Santa Monica, CA 90407 | Macerich | November 13, 2020 |
| 2586 | Freehold Raceway Mall | Freemall Associates, LLC<br>Suite 700 P.O. Box 2172<br>Santa Monica, CA 90401<br><br>Freemall Associates, LLC<br>Suite 1000, 3710 Route 9<br>Freehold, NJ 07728 | Macerich | November 13, 2020 |

| Store Number | Store Name | Notice Address | Landlord | Effective Date of Assumption and Assignment |
|---|---|---|---|---|
| 2594 | Arden Fair | Arden Fair Associates<br>1689 Arden Fair, Suite 1167<br>Sacramento, CA 95815<br><br>Arden Fair Associates<br>P.O. Box 2172<br>Santa Monica, CA 90407<br><br>Arden Fair Associates, LP<br>Dept 2596-7000<br>Los Angeles, CA 90084-2596 | Macerich | November 13, 2020 |
| 2627 | Danbury Fair Mall | Danbury Mall LLC<br>7 Backus Ave<br>Danbury, CT 06810<br><br>Danbury Mall LLC c/o Macerich Company<br>401 Wilshire Blvd, Suite 700,<br>PO Box 2172<br>Santa Monica, CA 90407 | Macerich | November 13, 2020 |
| 3331 | Fashion Outlets of Niagara | Macerich Niagara LLC<br>401 Wilshire Blvd, Suite 700<br>Santa Monica, CA 90401 | Macerich | November 13, 2020 |
| 3357 | Fashion Outlets of Chicago | Fashion Outlets of Chicago LLC<br>401 Wilshire Blvd, Suite 700<br>Santa Monica, CA 90401<br><br>Fashion Outlets of Chicago LLC<br>5220 Fashion Outlets Way,<br>Suite 230<br>Rosemont, IL 60018 | Macerich | November 13, 2020 |