# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:                  Chapter 11
In re:                                                    :
:                  Case No. 20-11768 (CSS)
Lucky Brand Dungarees, LLC, *et al.*,[1]                  :
:                  (Jointly Administered)
Debtors.                                                  :
:                  **Objection Deadline:  December 7, 2020 at 4:00 p.m. (ET)**
:
---------------------------------------------------------- x

## NOTICE OF FIRST MONTHLY FEE APPLICATION

TO:   (I) THE DEBTORS; (II) COUNSEL TO CERTAIN OF THE SECOND LIEN LENDERS, CERTAIN OF THE DIP LENDERS AND THE DIP LENDER REPRESENTATIVE; (III) COUNSEL TO WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT UNDER THE FIRST LIEN CREDIT AGREEMENT; (IV) COUNSEL TO WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TERM AGENT UNDER THE FIRST LIEN CREDIT AGREEMENT; (V) COUNSEL TO HILCO MERCHANT RESOURCES LLC; (VI) COUNSEL TO CLOVER HOLDINGS II, LLC; (VII) COUNSEL TO WILMINGTON TRUST, N.A., AS SECOND LIEN TERM LOAN A AGENT; (VIII) COUNSEL TO THE COMMITTEE; (IX) THE U.S. TRUSTEE; AND (X) THE FEE EXAMINER.

**PLEASE TAKE NOTICE** that KPMG LLP has filed its *First Monthly Fee Application of KPMG LLP to Provide Tax Compliance and Consulting Services to the Debtors for Services Rendered and Reimbursement of Expenses Incurred for the Period July 29, 2020 Through September 30, 2020* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Application seeks allowance of interim fees in the amount of $99,832.27.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **December 7, 2020 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. You must also serve any such objection so as to be received by the following on or before the Objection Deadline: (i) counsel to the Debtors, (a) Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, California 90071 (Attn: Ted A. Dillman (ted.dillman@lw.com), Christina Craige

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

27347161.1

(chris.craige@lw.com), and Brian S. Rosen (brian.rosen@lw.com)), and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801 (Attn: Kara Hammond Coyle (kcoyle@ycst.com) and Joseph M. Mulvihill (jmulvihill@ycst.com)), (ii) counsel to certain of the Second Lien Lenders, certain of the DIP Lenders and the DIP Lender Representative, DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, NY 10020 (Attn: Thomas Califano (thomas.califano@dlapiper.com) and Daniel M. Simon (daniel.simon@dlapiper.com)), (iii) counsel to Wells Fargo Bank, National Association, as administrative agent under the First Lien Credit Agreement, (a) Choate Hall & Stewart LLP, Two International Place, Boston, MA 02110 (Attn: Kevin J. Simard (ksimard@choate.com) and Jennifer Conway Fenn (jfenn@choate.com)), and (b) Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Kurt Gwynne (kgwynne@reedsmith.com)), (iv) counsel to Wells Fargo Bank, National Association, as term agent under the First Lien Credit Agreement, Greenberg Traurig, LLP, One International Place, Suite 200, Boston, MA 02110 (Attn: Jeffrey Wolfe (wolfje@gtlaw.com)), (v) counsel to Hilco Merchant Resources LLC, Paul Hastings LLP, 71 S. Wacker Drive, 45th Floor, Chicago, IL 60606 (Attn: Holly Snow (hollysnow@paulhastings.com)), (vi) counsel to Clover Holdings II, LLC, Richards, Layton & Finger, PA, 920 N King Street, Wilmington, DE 19801 (Attn: Mark D. Collins (collins@rlf.com)), (vii) counsel to Wilmington Trust, N.A., as Second Lien Term Loan A Agent, Alston & Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Suite 4900, Atlanta, GA 30309-3424 (Attn: David A. Wender (david.wender@alston.com) and Antone J. Little (antone.little@alston.com)), (viii) proposed counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street #1700, Wilmington, DE 19801 (Attn: Bradford J. Sandler (bsandler@pszjlaw.com), Jeffery N. Pomerantz (jpomerantz@pszjlaw.com), and Colin R. Robinson (crobinson@pszjlaw.com)), (ix) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801 (Attn: Juliet Sarkessian (juliet.m.sarkessian@usdoj.gov)) and (x) the Fee Examiner, Direct Fee Review LLC, 1000 North West Street, Suite 1200, Wilmington, DE 19801 (Attn: Don F. Oliver (dfr.dfo@gmail.com and dfr.wjd@gmail.com)).

**PLEASE TAKE FURTHER NOTICE** THAT, PURSUANT TO THE *ORDER (I) ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS AND (II) GRANTING RELATED RELIEF* [DOCKET NO. 199], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AND CANNOT BE CONSENSUALLY RESOLVED, WILL A HEARING BE HELD ON THE APPLICATION.

| | |
|---|---|
| Dated: November 16, 2020<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Joseph M. Mulvihill*<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Andrew L. Magaziner (No. 5426)<br>Joseph M. Mulvihill (No. 6061)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  mnestor@ycst.com<br>        kcoyle@ycst.com<br>        amagaziner@ycst.com<br>        jmulvihill@ycst.com |

- and -

**LATHAM & WATKINS LLP**
George A. Davis (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  george.davis@lw.com
        jon.weichselbaum@lw.com
        brian.rosen@lw.com

-and-

Ted A. Dillman (admitted *pro hac vice*)
Christina M. Craige (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  ted.dillman@lw.com
        chris.craige@lw.com

*Counsel for Debtors and Debtors in Possession*