**EXHIBIT A**

**Lucky Brand Dungarees, LLC,** *et al.*

**Case No. 20-11768**

Summary Of Hours and Discounted Fees Incurred By Professional

July 29, 2020 through September 30, 2020

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation | |
|---|---|---|---|---|---|
| Anthony Gomez | Senior Associate, Tax - BTS | 16.9 | $ 384 | $ 6,489.60 | |
| Jessica Chow | Senior Associate, Tax - SALT | 9.7 | $ 384 | $ 3,724.80 | |
| Kim Liang | Manager, Tax - BTS | 2.7 | $ 528 | $ 1,425.60 | |
| Kristin Ridgway | Managing Director, Tax - BTS | 0.5 | $ 744 | $ 372.00 | |
| Matt Moore | Associate, Tax - BTS | 0.4 | $ 288 | $ 115.20 | |
| Monica Plangman | Associate Director, Bankruptcy & Retention | 3.4 | $ 255 | $ 867.00 | |
| Stephen Buckley | Manager, Tax - SALT | 2.6 | $ 528 | $ 1,372.80 | |
| Steven Kim Kim | Associate, Tax - SALT | 0.4 | $ 288 | $ 115.20 | |
| Teresa Williams | Associate, Bankruptcy & Retention | 5.4 | $ 165 | $ 891.00 | |
| **Total Hours and Fees at Discounted Rates** | | **42.0** | | **$ 15,373.20** | |

| | | | |
|---|---|---|---|
| **Discounted Hourly Fees** | | $ | 15,373.20 | |
| Tax Compliance Services (Federal, State, and Foreign) - Exhibit C1 | | $ | 100,000.00 | (1) |
| 2020 - 2021 USIT Compliance Services August 1, 2020 through September 30, 2020 - Exhibit C3 | | $ | 5,678.00 | (2) |
| Agreed-upon Credit | | $ | (21,218.93) | (3) |
| **Total Fees** | | $ | **99,832.27** | |
| Out of Pocket Expenses | | $ | - | |
| **Total Fees and Out of Pocket Expenses** | | $ | **99,832.27** | |
| less Holdback Adjustment (20%) | | $ | (19,966.45) | |
| **Net Requested Fees & Out of Pocket Expenses** | | $ | **79,865.82** | |

| | | |
|---|---|---|
| **Blended Hourly Rate** | $ | **366.03** |

(1)  Per the Engagement Letter dated March 10, 2020, KPMG and the Debtors have agreed to an estimated fee range from approximately $274,950 to $279,950 to be billed per a payment schedule of $50,000.00 for four months with the final bill to be billed upon delivery of tax returns or November 1, 2020. KPMG received $100,000 pre-petition. KPMG is requesting $100,000.00 reflecting services in this first monthly fee application period. At 60% of standard rates, the time incurred during the period is $63,350.00.

(2)  KPMG's fee for 2020 - 2021 USIT Compliance Services will be billed at $34 per return (to be billed monthly after completion of services) per the engagement letter date May 15, 2020.  KPMG is billing in this monthly fee application for 167 completed returns.

(3)  Per the Supplemental Declaration of Kristin Ridgway filed on 10/21/20, KPMG LLP is providing a credit to the Debtors totaling $21,218.93.

**EXHIBIT B**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Summary of Hours and Discounted Fees Incurred by Category
July 29, 2020 through September 30, 2020

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---|---|---|
| Tax Compliance Services  (Federal, State, and Foreign) | C1 | - | $ 100,000.00 | (1) |
| Tax Consulting Services  (Federal, State, and Foreign) | C2 | 30.3 | $ 12,333.60 | |
| 2020-2021 USIT Compliance Services | C3 | - | $ 5,678.00 | (2) |
| Retention Services | C4 | 4.7 | $ 1,553.40 | |
| Fee Preparation Services | C5 | 7.0 | $ 1,486.20 | |
| Agreed-upon Credit | | | $ (21,218.93) | (3) |
| **Total** | | **42.0** | **$ 99,832.27** | |

(1)  Per the Engagement Letter dated March 10, 2020, KPMG and the Debtors have agreed to an estimated fee range from approximately $274,950 to $279,950 to be billed per a payment schedule of $50,000.00 for four months with the final bill to be billed upon delivery of tax returns or November 1, 2020. KPMG received $100,000 pre-petition. KPMG is requesting $100,000.00 reflecting services in this first monthly fee application period. At 60% of standard rates, the time incurred during the period is $63,350.00.

(2)  KPMG's fee for 2020 - 2021 USIT Compliance Services will be $34 per return (to be billed monthly after completion of services) per the engagement letter date May 15, 2020.  KPMG is billing in this monthly fee application for 167 completed returns.

(3)  Per the Supplemental Declaration of Kristin Ridgway filed on 10/21/20, KPMG LLP is providing a credit to the Debtors totaling $21,218.93.

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Jessica Chow | Senior Associate, Tax - SALT | 07/29/20 | Communication to KPMG Federal Tax Team regarding follow-up questions on apportionment / revenue. | 0.1 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 07/29/20 | Senior associate review, as of 07/29/20, of LBD Intermediate workpaper documentation received from paraprofessional team. | 0.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 07/29/20 | Communication to S. Buckley (KPMG) regarding strategy with respect to TX second extension proceedings. | 0.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/03/20 | Senior associate review, as of 08/03/20, of the 2019 tax provision to update the TX calculation for gross receipts. | 1.2 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/03/20 | Senior associate review, as of 08/93/20, of updated LBD Intermediate workpaper documentation received from KPMG paraprofessional team. | 1.3 | |
| Kim Liang | Manager, Tax - BTS | 08/04/20 | Communications to KPMG engagement team regarding outstanding request items / engagement status. | 0.5 | |
| Stephen Buckley | Manager, Tax - SALT | 08/04/20 | Manager review, as of 08/04/20, concurrently updating the TX second extension workpaper documentation for new voucher / XML PBCs ("Provided by Client"). | 0.6 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/04/20 | Senior associate review, as of 08/04/20, concurrently updating second Texas extension voucher for updated extension calculation. | 1.4 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/05/20 | Communication to KPMG federal tax team with the updated TX calculation / voucher. | 0.7 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/05/20 | Senior associate review, as of  08/05/20, concurrently updating of depreciation adjustments made by paraprofessionals. | 3.1 | |
| Scot Grierson | Partner, Tax - SALT | 08/06/20 | Partner review, as of 08/06/20, concurrently approving the TX second extension. | 0.5 | |
| Kim Liang | Manager, Tax - BTS | 08/06/20 | Manager review, as of 08/06/20, of LBD parent's schedule K-1s. | 0.5 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/06/20 | Senior associate review, as of  08/06/20, concurrently updating depreciation adjustments made by paraprofessionals per my comments sent on 08/05/20. | 2.3 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/10/20 | Prepare e-file request for TX 2nd Extension. | 0.2 | |
| Stephen Buckley | Manager, Tax - SALT | 08/12/20 | Manager review, as of 08/12/20, concurrently updating LBD USA Philly NBT return as well as providing return comments. | 0.2 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Stephen Buckley | Manager, Tax - SALT | 08/12/20 | Manager review, as of 08/12/20, concurrently updating LBD USA WI return as well as providing comments. | 0.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/12/20 | Continue, from earlier in the day on 08/12/20, manager review, concurrently updating LBD USA Philly NBT return as well as providing return comments. | 0.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/12/20 | Manager review, as of 08/12/20, concurrently updating LBD USA NYS return as well as providing return comments. | 0.6 | |
| Stephen Buckley | Manager, Tax - SALT | 08/13/20 | Manager review, as of 08/13/20, concurrently updating LBD USA Philly BIRT return as well as providing return comments. | 0.2 | |
| Stephen Buckley | Manager, Tax - SALT | 08/13/20 | Manager review, as of 08/13/20, concurrently updating LBD USA OH return as well as providing return comments. | 0.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/13/20 | Senior associate review, as of 08/13/20, of due dates for DRE state returns to prepare the request list for the federal tax team, concurrently updating the state request tracker for updated due dates. | 0.3 | |
| Stephen Buckley | Manager, Tax - SALT | 08/13/20 | Manager review, as of 08/13/20, concurrently updating the LBD USA PA return as well as providing return comments. | 0.3 | |
| Kim Liang | Manager, Tax - BTS | 08/13/20 | Communication to SALT team regarding deliverables timeline / status. | 0.4 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/13/20 | Call with S. Buckley (KPMG) to discuss federal, state timeline, return status, CARES act items to consider, and outstanding state proformas. | 0.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/13/20 | Call with J. Chow (KPMG) to discuss federal, state timeline, return status, CARES act items to consider, and outstanding state proformas. | 0.4 | |
| Kim Liang | Manager, Tax - BTS | 08/13/20 | Manager review, as of 8/13/20, of LB Intermediate taxable income workpaper documentation. | 1.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/14/20 | Manager review, concurrently updating, as of 08/14/20, the LBD USA OK return as well as providing return comments. | 0.3 | |
| Stephen Buckley | Manager, Tax - SALT | 08/14/20 | Manager review, as of 08/14/20, concurrently updating the LBD USA RI return as well as providing comments. | 0.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/14/20 | Manager review, as of 08/14/20, concurrently updating the LBD USA NJ return as well as providing comments. | 0.6 | |
| Stephen Buckley | Manager, Tax - SALT | 08/14/20 | Manager review, as of 08/14/20, concurrently updating the LBD USA OR return as well as providing comments. | 0.7 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Jessica Chow | Senior Associate, Tax - SALT | 08/16/20 | Draft responses to S. Buckley's (KPMG) state return comments for LBD USA. | 0.2 | |
| Steven Kim Kim | Associate, Tax - SALT | 08/17/20 | Associate review, as of 08/17/20, concurrently updating the State returns for LBD USA to ensure S. Buckley (KPMG) comments are cleared / ready for partner review. | 0.9 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/17/20 | Update, as of 08/17/20, the LBDS USA workpaper documentation for required formatting / presentation of the proforma returns. | 1.3 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/18/20 | Senior associate review, as of 08/18/20, concurrently updating the LBD USA state return to incorporate comments from S. Buckley (KPMG). | 0.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/18/20 | Manager review, as of 08/18/20, concurrently updating revised LBD USA WI return for updates from J. Chow (KPMG). | 0.6 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/18/20 | Senior associate review, as of 08/18/20, of the LBD USA state returns for the incorporation of S. Buckley's (KPMG) comments. | 0.9 | |
| Stephen Buckley | Manager, Tax - SALT | 08/18/20 | Manager review, as of 08/18/20, of final Parent state K-1 package of federal / state returns. | 1.1 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/18/20 | Update, as of 08/18/20, to reports for filings on 09/15/20 as well as tracker for paper / e-filings. | 1.6 | |
| Matt Moore | Associate, Tax - BTS | 08/19/20 | Communications to K. Ridgway (KPMG) regarding the bankruptcy court requirements per the meeting we had on 8/13/20. | 0.2 | |
| Stephen Buckley | Manager, Tax - SALT | 08/19/20 | Manager review, as of 08/19/20, concurrently updating revised LBD USA NYC UBT return for updates from J. Chow (KPMG). | 0.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/19/20 | Manager review, as of 08/19/20, concurrently updating revised LBD USA MS return for updates from J. Chow (KPMG). | 0.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/19/20 | Senior associate review, as of 08/19/20, concurrently updating the LBD Parent returns for CA / GA / NJ / NYC. | 0.9 | |
| Steven Kim Kim | Associate, Tax - SALT | 08/19/20 | Associate review, as of 08/19/20, concurrently updating the revised LBD USA state returns received from the KPMG off-shore team (UT Form TC 65 / TN Form 170 / PA 20S / OR 65 / OK514 / NJ CBT 1065 / NE 1065N / NC D-403 / MS 84-105). | 1.1 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Anthony Gomez | Senior Associate, Tax - BTS | 08/19/20 | Updating, as of 08/19/20, the book to tax adjustments in the workpaper documentation for LBD intermediate by entity (LBD, LBDS, LB PR). | 1.7 | |
| Matt Moore | Associate, Tax - BTS | 08/19/20 | Associate review, as of 08/19/20, of Federal 1065 after paraprofessional's preparation. | 2.3 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/19/20 | Senior associate review, as of 08/19/20, concurrently updating the LBD USA state returns (KY / NYS / CA / CT / NYC / OH / IL / NM / RI) received from the KPMG off-shore team. | 2.5 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/19/20 | Senior associate review, concurrently updating, as of  08/19/20, the proforma returns prepared by the paraprofessionals. | 2.6 | |
| Matt Moore | Associate, Tax - BTS | 08/19/20 | Update, as of 08/19/20, Proforma CSOW to carve out adjustment values attributable to LBD Stores. | 2.9 | |
| Matt Moore | Associate, Tax - BTS | 08/20/20 | Update, as of 08/20/20, Lucky Brand Dungarees Stores USA, LLC Control Log for federal proforma return received from paraprofessional team. | 0.2 | |
| Stephen Buckley | Manager, Tax - SALT | 08/20/20 | Manager review, as of 08/20/20, concurrently updating revised LBD USA NH return for J. Chow (KPMG) updates. | 0.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/20/20 | Preparing federal / state deliverable for client (LBD Parent). | 1.5 | |
| Kim Liang | Manager, Tax - BTS | 08/20/20 | Manager review, as of 08/20/20, concurrently updating of LBD Intermediate tax return workpaper documentation for taxable income / book / tax items. | 1.5 | |
| Stephen Buckley | Manager, Tax - SALT | 08/20/20 | Manager review, as of 08/20/20, concurrently updating of LBD USA CA return for J. Chow (KPMG) updates. | 1.6 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/20/20 | Update, as of 08/20/20, the tax calculation for Section 163j / CARES Act for both state / federal purposes. | 1.9 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/20/20 | Senior associate review, as of 08/20/20, concurrently updating PBCs to prepare the LBD Intermediate apportionment tax workpaper documentation for proper LT apportionment. | 2.8 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/20/20 | Senior associate review, as of 08/20/20, LBDS USA proforma return / workpaper documentation for GILTI (Global Intangible Low-Taxed Income) for LBD Intermediate. | 3.5 | |
| Stephen Buckley | Manager, Tax - SALT | 08/21/20 | Manager review, as of 08/21/20, concurrently updating revised apportionment PBC received from J. Chow (KPMG). | 0.6 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/23/20 | Update, as of 08/23/20, the LBD USA WI return per S. Buckley's (KPMG) comments. | 0.2 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Jessica Chow | Senior Associate, Tax - SALT | 08/23/20 | Communication to KPMG off-shore team regarding compliance timing / role responsibilities / instructions to update the FAS report for LBD intermediate per S. Buckley's (KPMG) comments. | 0.8 | |
| Matt Moore | Associate, Tax - BTS | 08/24/20 | Associate review, as of 08/24/20, of Lucky Brand Dungarees Stores USA, LLC's updated form 1065 received from paraprofessional team. | 0.5 | |
| Steven Kim Kim | Associate, Tax - SALT | 08/24/20 | Prepared transmittal letter for LBD USA Client Deliverable. | 0.6 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/25/20 | Senior associate review, as of 08/25/20, of state return deliverable for LBD USA. | 0.4 | |
| Kim Liang | Manager, Tax - BTS | 08/25/20 | Manager review, as of 08/25/20, of LBD intermediate LLC workpaper documentation. | 0.5 | |
| Steven Kim Kim | Associate, Tax - SALT | 08/25/20 | Associate review, as of 08/25/20, concurrently updating per S. Buckley's (KPMG) comments regarding AL / LA-IT-265 / MA Form 3 / MN Form M3 / MS 84-105. | 1.3 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/25/20 | Senior associate review, as of 08/25/20, concurrently updating proforma returns for K. Miyake's (LBD USA) questions on the LBD Parent return. | 3.0 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/26/20 | Update, as of 08/25/20, the LBD Parent  CA / NYC / NY / NJ returns per client comments. | 0.6 | |
| Stephen Buckley | Manager, Tax - SALT | 08/26/20 | Manager review, as of 08/26/20, concurrently updating finalized Client deliverable prepared by J. Chow (KPMG) and drafting deliverable email to client regarding returns. | 0.7 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/26/20 | Update, as of 08/26/20, the LBD Intermediate return per K. Liang (KPMG) comments. | 1.0 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/26/20 | Creating proforma workpapers for proforma returns for LBDS / LBD. | 2.0 | |
| Steven Kim Kim | Associate, Tax - SALT | 08/26/20 | Associate review, as of 08/26/20, concurrently updating per S. Buckley's (KPMG) comments regarding NE / NJ CBT / NJ / NYC / OH / PA / RI / SC / TN / UT / VA / WI / WV returns. | 3.2 | |
| Rishi Parikh | Senior Manager, Tax - BTS | 08/27/20 | Senior Manager review, concurrently updating, as of 8/27/20, the 2019 UNICAP Calculation. | 0.7 | |
| Zack Stevens | Senior Associate, Tax - BTS | 08/27/20 | Manager review, as of 08/27/20, concurrently updating the 2019 UNICAP Calculation. | 1.5 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Jessica Chow | Senior Associate, Tax - SALT | 08/28/20 | Senior associate review, as of 08/28/20, of LBD Parent federal return to determine updates needed on state returns. | 0.9 | |
| Steven Kim Kim | Associate, Tax - SALT | 08/28/20 | Prepared final Client delivery package for LBD USA returns for 09/15/20 filing including, all signature pages for client to signoff / payment summary / clearing state return comments / client informational items. | 1.7 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/28/20 | (1.0) Senior associate review, as of 08/28/20, of the Section 351 amounts transferred between the LBD parent to LBD Intermediate. (2.2) Update, as of 08/28/20, the book to tax reconciliation from the Form 1120 format to the Form 1065 format for LBD / LBDS. | 3.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/29/20 | Preparing LBD Intermediate apportionment workpaper documentation based on client's apportionment PBC. | 1.8 | |
| Kristin Ridgway | Managing Director,  Tax - BTS | 08/31/20 | Managing director review, as of 08/31/20, of the finalized LBD USA federal tax return / approved for release. | 0.1 | |
| Rishi Parikh | Senior Manager, Tax - BTS | 08/31/20 | Senior manager review, as of 08/31/20, concurrently updating the 2019 UNICAP Calculation for Schedule M adjustments. | 0.5 | |
| Stephen Buckley | Manager, Tax - SALT | 08/31/20 | Manager review, as of 08/31/20, of Q3 financial estimates provided by the client. | 0.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/31/20 | Update, as of 08/31/20, the LBD Intermediate apportionment for NYC / MCTD apportionment. | 2.1 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/31/20 | Continue, from earlier in the day on 08/31/20, senior associate review, concurrently updating proforma returns for LBDS / LBD K. Miyake (LBD USA) comments. | 2.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/31/20 | Senior associate review, as of 08/31/20, concurrently updating proforma returns for LBDS / LBD K. Miyake (LBD USA) comments. | 3.9 | |
| Matt Moore | Associate, Tax - BTS | 09/01/20 | Communications to paraprofessionals to define instructions in the control log for qualifying LBD Parent Holdings / LLC / LBD USA, LLC returns. | 0.2 | |
| Stephen Buckley | Manager, Tax - SALT | 09/01/20 | Manager review, as of 08/31/20, of the LBDS USA RI SMLLC return from J. Chow (KPMG) updates. | 0.3 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/01/20 | Communications to M. Moore (KPMG) regarding updates needed on the proforma returns. | 0.3 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Jessica Chow | Senior Associate, Tax - SALT | 09/01/20 | Senior associate review, as of 09/1/20, of the SMLLC filing due dates to ensure correct dates after the ownership changed. | 0.4 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/01/20 | Senior associate review, as of 09/01/20,concurrently updating the apportionment workpaper documentation per comments from client regarding amounts that did not match the federal return. | 1.1 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/01/20 | Associate review, as of 09/01/20, concurrently updating the LBD Parent CA XML for M-1 updates received for the client. | 1.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/01/20 | Update, as of 09/01/20, the state tax addback for LBD Intermediate for finalized proformas for LBD / LBDS. | 1.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/02/20 | Drafting strategy for the preparation / filing of the returns for federal / state. | 0.3 | |
| Stephen Buckley | Manager, Tax - SALT | 09/02/20 | Manager review, as of 09/02/20, of LBDS USA AL SMLLC return. | 0.4 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/02/20 | Draft processing requests for the paper files / e-files for LBD Parent. | 0.6 | |
| Matt Moore | Associate, Tax - BTS | 09/02/20 | Associate review, as of 09/02/20, concurrently updating revised LBD Parent XML / LBD USA XML received from paraprofessionals. | 0.8 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/02/20 | Associate review, as of 09/02/20, concurrently updating the 2019 state AZ form 120 return. | 1.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/02/20 | Updating, as of 09/02/20, the Lucky Intermediate Q3 calculation for gross receipts tax / apportionment / federal taxable income / net worth. | 1.7 | |
| Stephen Buckley | Manager, Tax - SALT | 09/03/20 | Manager review, as of 09/03/20, of LBDS USA CA SMLLC return. | 0.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/03/20 | Draft summary of LBD Parent Federal K-1s. | 0.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/03/20 | Update, as of 09/03/20, the state tax addback workpaper documentation as well as sending to the Client. | 0.3 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/03/20 | Senior associate review, concurrently updating, as of 9/3/20, SMLLC returns for LBD Stores USA AL / CA / RI / AL. | 1.6 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Anthony Gomez | Senior Associate, Tax - BTS | 09/04/20 | Communications to  K. Liang (KPMG) with the updated strategy for the preparation / filing of the returns for federal / state. | 0.3 | |
| Stephen Buckley | Manager, Tax - SALT | 09/04/20 | Call with LBD USA regarding outstanding 09/15/20 filing requirements / state tax addback for LBD USA / Intermediate apportionment updates. | 0.4 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/04/20 | Senior associate review, as of 09/04/20, concurrently updating the LBD Parent CA e-file after rejection to include a summary of partners from the K-1s. | 0.8 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/04/20 | Associate review, as of 09/4/20, of PBC to compile the OR partner list for the LBD Parent holdings including FEIN number / address / state modification. | 1.9 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/05/20 | Senior associate review, as of 09/05/20, of LBD Parent's paper processing assembly for signature page / federal attachments / certified mailer addresses. | 0.3 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/05/20 | Senior associate review, as of 09/05/2020, concurrently updating the LBDS USA CA / AL/ returns per S. Buckley's (KPMG) comments regarding form instructions for what to show on the return / BPT rules / 2019 apportionment. | 2.1 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/07/20 | Senior associate review, as of 09/07/20, concurrently updating the LBDS USA / LBDS Q3 packages for updated apportionment workpaper documentation. | 0.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/07/20 | Continue, from earlier in the day on 09/07/20,  senior associate review, concurrently updating Proforma Returns for LBD / LBDS. | 3.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/07/20 | Senior associate review, as of  09/07/20, concurrently updating Proforma Returns for LBD / LBDS. | 3.9 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/08/20 | Communication to Client regarding updated state Q3 vouchers. | 0.2 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/08/20 | Continue, from earlier in the day on 09/08/20, senior associate review, concurrently updating the Proforma Returns for LBD / LBDS. | 2.0 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/08/20 | Continue, as of 09/08/20, senior associate review, concurrently updating Proforma Returns for LBD / LBDS. | 2.0 | |
| Matt Moore | Associate, Tax - BTS | 09/09/20 | Update, as of 09/09/20, of paraprofessional's control log for preparation of LBD Parent Holdings / LBD USA LLC XML's. | 0.2 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Jessica Chow | Senior Associate, Tax - SALT | 09/09/20 | Senior associate review, as of 09/09/20, concurrently updating LBD USA for AL / IL / IN / MS / NE /OR / RI / WI / WV returns per S. Buckley's (KPMG) comments. | 1.3 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/09/20 | Continue, from earlier in the day on  09/09/20, senior associate review, concurrently updating  Proforma Returns for LBD / LBDS. | 1.6 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/09/20 | Continue, as of 09/09/20, senior associate review, concurrently updating Proforma Returns for LBD / LBDS. | 3.2 | |
| John Harper | Director, Tax WNT | 09/10/20 | Communication to S. Buckley (KPMG) regarding filing requirements for TN FAE for entity classification (i.e., checked to be taxed as a corporation) /  short period return for franchises. | 0.5 | |
| Stephen Buckley | Manager, Tax - SALT | 09/10/20 | Call with K. Miyake (LBD USA) regarding Q3 payments / TN LBD Stores required filing. | 0.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/10/20 | Prepare the delivery package to the client for the SMLLC returns due 9/15 / updated Q3 calculation for 2020. | 1.7 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/10/20 | Compiling workpaper documentation, concurrently reviewing returns /  e-filing packages for the client delivery. | 2.5 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/11/20 | Continue, as of 09/11/20, compiling workpaper documentation, concurrently reviewing returns /  e-filing packages for the client delivery. | 0.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/11/20 | Senior associate review, as of 09/11/20,concurrently updating paper processing request for LBD US to ensure completeness. | 0.9 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/12/20 | Senior associate review, as of 09/12/20, for LBD USA XMLs 9/15 / 10/15 per K. Miyake's (LBD USA) comments. | 1.8 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/13/20 | Senior associate review, concurrently updating the LBD USA XMLs for CA / RI. | 1.7 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/13/20 | Update, as of 09/13/20, the SC / TN 2019 state returns for XML issues in order to requalify the XMLs for the e-filing states for submission. | 2.9 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/14/20 | Senior associate review, as of 09/14/20, of correspondence from paraprofessional team regarding updates to the LBD Intermediate workpaper documentation. | 0.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/14/20 | Update, as of 09/14/20, the tracker for LBD USA e-fillings successfully submitted / e-filings rejected. | 0.7 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Matt Moore | Associate, Tax - BTS | 09/14/20 | Drafting e-file requests for LBD USA, LLC / LBD Parent Holdings, LLC to send to processing. | 0.8 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/15/20 | Resubmitting LBD USA AL e-filing as it was rejected, concurrently updating the filing tracker for e-file acceptance. | 0.2 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/16/20 | Update, as of 09/16/20, the Control log for paraprofessionals in regards to TN efile processing. | 0.2 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/16/20 | senior associate review, as of 09/16/20, concurrently updating LBD Intermediate workpaper documentation received from paraprofessional team. | 2.3 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/17/20 | Update, as of 09/17/20, the TN XML to requalify. | 0.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/17/20 | Continue, as of 09/17/2020, senior associate review, concurrently updating LBD Intermediate workpaper documentation received from paraprofessional team. | 2.8 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/18/20 | Communications to LBD USA with 10/15/20 paper filed returns for processing. | 0.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/21/20 | Senior associate review, as of 9/21/20, of Form 1120 for LBD Intermediate. | 0.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/21/20 | Senior associate review, as of 09/21/20, concurrently updating assembled package for LBD USA 10/15 returns from processing for submission. | 0.6 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/21/20 | Senior associate review, of LBD Intermediate workpaper documentation per S. Buckley (KPMG) comments regarding Section 163j / apportionment / depreciation / state tax addback. | 0.8 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/22/20 | Continue, as of 09/21/20, senior associate review, of Form 1120 for LBD Intermediate. | 0.8 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/23/20 | Communication to S. Kim (KPMG) regarding compiling e-file acceptances / certified mailers. | 0.6 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/23/20 | (1.1) Prepare the acceptance package for the LBD parent holdings / LBD USA / LBD stores LLC. (.7) Compile acceptance report from GoRS tax software / certified mail receipts from the processing center. | 1.8 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/28/20 | Prepare responses to questions fom K. Miyake (LB) regarding State & Local Tax. | 1.0 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Steven Kim Kim | Associate, Tax - SALT | 09/28/20 | (2.2) Update, as of 09/28/20, the LBD intermediate apportionment factors in GoRS. (1.2) Prepare package for LBD Management for client delivery. | 3.4 | |
| Matt Moore | Associate, Tax - BTS | 09/29/20 | Communications to KPMG engagement team with updated LBD Intermediate workpaper documentation. | 0.2 | |
| Matt Moore | Associate, Tax - BTS | 09/29/20 | Associate review, as of 09/29/20, of LB Management XML. | 0.2 | |
| Matt Moore | Associate, Tax - BTS | 09/29/20 | Drafted Instructions Letter for LB Management manual. | 0.3 | |
| John Harper | Director, Tax WNT | 09/29/20 | Communication to S. Buckley (KPMG) regarding transfer of payments from Lucky Brand Dungaree Stores, LLC to LBD Intermediate Holdings, LLC for TN Franchise / Excise tax purposes as a result of Intermediate becoming the TN filer for 2019. | 0.4 | |
| Matt Moore | Associate, Tax - BTS | 09/29/20 | Update, as of 09/29/20, LB Management XML in order to requalify XMLs for the e-filing. | 0.6 | |
| Matt Moore | Associate, Tax - BTS | 09/29/20 | Continue, from earlier in the day, drafting Instructions Letter for LB Management manual. | 0.6 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/29/20 | Update, as of 09/29/20, the LBD intermediate apportionment factors in GoRS to address tax software issue with apportionment inputs. | 3.3 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/30/20 | Update, as of 09/30/20, the LBD Intermediate depreciation adjustment per S. Buckley's (KPMG) comments regarding the Section 163j calculation. | 1.0 | |

**Total Tax Compliance Services (Federal, State, and Foreign)**    **$   100,000.00** [1]

[1] Per the Engagement Letter dated March 10, 2020, KPMG and the Debtors have agreed to an estimated fee range from approximately $274,950 to $279,950 to be billed per a payment schedule of $50,000.00 for four months with the final bill to be billed upon delivery of tax returns or November 1, 2020. KPMG received $100,000 pre-petition. KPMG is requesting $100,000.00 reflecting services in this first monthly fee application period. At 60% of standard rates, the time incurred during the period is $63,350.00.

**EXHIBIT C2**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Consulting Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Anthony Gomez | 08/04/20 | Communication to KPMG off-shore team defining go-forward regarding adjusting our depreciation reports for tenant allowances / Leasehold improvements. | 0.2 | $ 384 | $ 76.80 |
| Anthony Gomez | 08/04/20 | Senior associate review, as of  08/04/20, of fixed asset workpaper documentation to determine what tenant allowances / leasehold improvements should be removed from our depreciation reports. | 3.8 | $ 384 | $ 1,459.20 |
| Anthony Gomez | 08/07/20 | Perform FBAR (Report of Foreign Bank and Financial Accounts) research to assure the company is compliant with reporting requirements as it pertains to foreign bank accounts. | 0.8 | $ 384 | $ 307.20 |
| Anthony Gomez | 08/10/20 | Senior associate review, as of 08/10/20, of Tenant Allowance Calculation as it pertains to depreciation reports. | 0.3 | $ 384 | $ 115.20 |
| Kim Liang | 08/10/20 | Communication with K. Miyake (LBD USA) regarding warrants as capital contributions. | 0.5 | $ 528 | $ 264.00 |
| Anthony Gomez | 08/11/20 | Senior associate review, as of 08/11/20, of tenant allowance write-offs for items tenant allowances that exceeded assets placed into service. | 1.0 | $ 384 | $ 384.00 |
| Kim Liang | 08/12/20 | Communications to K. Liang (KPMG) in response to K. Miyake's (LBD USA) question regarding warrants and tax basis. | 0.5 | $ 528 | $ 264.00 |
| Kristin Ridgway | 08/12/20 | Perform research regarding tax basis for warrants focusing on Lucy Brand specifics in response to K. Miyake's (LBD USA) questions regarding LBD Parent. | 0.5 | $ 744 | $ 372.00 |
| Anthony Gomez | 08/12/20 | Preparing supporting calculation for the Puerto Rico's Form 8858. | 1.4 | $ 384 | $ 537.60 |
| Anthony Gomez | 08/12/20 | (2.2)  Update, as of 08/12/20, the depreciation reports for tenant allowances that exceeded assets placed into service. (1.4) Update, as of 08/12/20, the taxable income for parking expense limitations. | 3.6 | $ 384 | $ 1,382.40 |
| Anthony Gomez | 08/13/20 | Senior associate review, as of 08/13/20, concurrently updating the revised Form 8858 for the dual consolidated loss calculation. | 2.3 | $ 384 | $ 883.20 |
| Kim Liang | 08/17/20 | Communications to K. Miyake (LBD USA) regarding treatment of warrants to partners of the Company. | 0.4 | $ 528 | $ 211.20 |

**EXHIBIT C2**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Consulting Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | | Amount |
|------|------|-------------|-------|------|---|--------|
| Anthony Gomez | 08/19/20 | Update, as of 08/19/20, the duel consolidated loss calculation for LB PR. | 2.5 | $ 384 | $ | 960.00 |
| Jessica Chow | 08/20/20 | Update, as of 08/20/20, the research workpaper documentation for QIP research from the KPMG's WNT request lists / QIP assets / deletions / state depreciation amounts. | 2.4 | $ 384 | $ | 921.60 |
| Anthony Gomez | 08/26/20 | Update, as of 08/26/20, the proforma / statement detail for the Form 8858. | 1.0 | $ 384 | $ | 384.00 |
| Jessica Chow | 08/28/20 | Senior associate review, as of 08/28/20, concurrently updating the FAS Report received from KPMG off-shore team for QIP 15 years / 39 years. | 1.8 | $ 384 | $ | 691.20 |
| Stephen Buckley | 09/07/20 | Manager review, as of 09/07/20, concurrently updating of State workpaper documentation for state conformity / new QIP LHI class life change / Section 163j / state tax addback. | 2.2 | $ 528 | $ | 1,161.60 |
| Jessica Chow | 09/25/20 | Update, as of 09/25/20, per K. Miyake's (LBD USA) apportionment workpaper documentation to include our calculations for the state depreciation for states that conform to federal bonus but do not conform to QIP asset year life change. | 2.2 | $ 384 | $ | 844.80 |
| Jessica Chow | 09/28/20 | Senior associate review, as of 09/28/20, concurrently updating the FAS report for federal depreciation to 39 years for states that do not conform to the class life change. | 0.6 | $ 384 | $ | 230.40 |
| Jessica Chow | 09/29/20 | Senior associate review, as of 09/29/20, concurrently updating the depreciation workpaper documentation with the 39 year federal depreciation for QIP. | 2.3 | $ 384 | $ | 883.20 |

|  |  | **Total Tax Consulting Services (Federal, State, and Foreign)** | **30.3** | | **$** | **12,333.60** |

**EXHIBIT C3**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
2020-2021 USIT Compliance Services
July 29, 2020 through September 30, 2020

KPMG's fee for 2020 - 2021 USIT Compliance Services will be $34 per return (to be billed monthly after completion of services) per the engagement letter date May 15, 2020.

| | Fees | |
|---|---|---|
| **2020 - 2021 USIT Compliance Services August 1, 2020 through August 31, 2020** | | |
| Returns - 83 @ $34 | $ | 2,822.00 |
| **Total Requested for 2020 - 2021 USIT Compliance Services August 1, 2020 through August 31, 2020** | **$** | **2,822.00** |
| | | |
| **2020 - 2021 USIT Compliance Services September 1, 2020 through September 30, 2020** | **Fees** | |
| Returns - 84 @ $34 | $ | 2,856.00 |
| **Total Requested for 2020 - 2021 USIT Compliance Services September 1, 2020 through September 30, 2020** | **$** | **2,856.00** |
| | | |
| **Total 2020 -2021 USIT Compliance Services** | **$** | **5,678.00** |

**EXHIBIT C4**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Retention Services
July 29, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Kim Liang | 08/07/20 | (.4) Communication to K. Ridgway (KPMG) regarding needs for data to be incorporated into Declaration. (.3) Communications to LBD USA to access data regarding 90 day payments / any potential waiving of unpaid fees. (.6) Manager review, as of 8/7/20, of data received for incorporation into retention document. | 1.3 | $ 528 | $ 686.40 |
| Monica Plangman | 08/10/20 | Review retention documents and send for internal review. | 0.5 | $ 255 | $ 127.50 |
| Monica Plangman | 08/12/20 | Update Declaration to incorporate additional data received. | 0.2 | $ 255 | $ 51.00 |
| Monica Plangman | 08/27/20 | (.5) Review and concurrently update data regarding 90 day payments. (.3) Update retention files for data regarding 90 day payments. | 0.8 | $ 255 | $ 204.00 |
| Monica Plangman | 09/10/20 | Reviewing emails regarding outstanding items in Declaration | 0.2 | $ 255 | $ 51.00 |
| Monica Plangman | 09/10/20 | Communications to K. Ridgway (KPMG) regarding Declaration / timing of billings. | 0.5 | $ 255 | $ 127.50 |
| Monica Plangman | 09/14/20 | Perform research and update Declaration accordingly. | 0.5 | $ 255 | $ 127.50 |
| Monica Plangman | 09/14/20 | Updated, as of 9/14/20, retention documents / communicated to outside bankruptcy counsel. | 0.4 | $ 255 | $ 102.00 |
| Monica Plangman | 09/16/20 | Review email from Debtors' counsel regarding retention. | 0.1 | $ 255 | $ 25.50 |
| Monica Plangman | 09/16/20 | Request and gain approval internally for retention documents. | 0.2 | $ 255 | $ 51.00 |
| | | **Total Retention Services** | **4.7** | | **$ 1,553.40** |

**EXHIBIT C5**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Fee Preparation Services
July 29, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jessica Chow | 08/13/20 | Meeting with S. Kim, M. Moore and S. Buckley (KPMG) to discuss timekeeping requirements during the bankruptcy as required by the Court. | 0.4 | $ 384 | $ 153.60 |
| Steven Kim Kim | 08/13/20 | Meeting with J. Chow, M. Moore and S. Buckley (KPMG) to discuss timekeeping requirements during the bankruptcy as required by the Court. | 0.4 | $ 288 | $ 115.20 |
| Stephen Buckley | 08/13/20 | Meeting with J. Chow, S. Kim and M. Moore (KPMG) to discuss timekeeping requirements during the bankruptcy as required by the Court. | 0.4 | $ 528 | $ 211.20 |
| Matt Moore | 08/13/20 | Meeting with J. Chow, S. Kim and S. Buckley (KPMG) to discuss timekeeping requirements during the bankruptcy as required by the Court. | 0.4 | $ 288 | $ 115.20 |
| Teresa Williams | 09/21/20 | Update, as of 09/21/20, assigned portion of July / August Lucky Brands fee application to include data received from professionals as of 08/31/20. | 1.1 | $ 165 | $ 181.50 |
| Teresa Williams | 09/22/20 | Updated, as of 09/22/20, assigned portion of July / August Lucky Brands fee application to include data received from professionals as of 08/31/20. | 3.9 | $ 165 | $ 643.50 |
| Teresa Williams | 09/22/20 | Continue, from earlier in the day, updating assigned portion of July / August Lucky Brands fee application to include data received from professionals as of 08/31/20. | 0.4 | $ 165 | 66.00 |
| **Total Fee Preparation Services** | | | **7.0** | | **$ 1,486.20** |

**EXHIBIT D**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Summary of Out of Pocket Expenses
July 29, 2020 through September 30, 2020

| Category | Amount | |
|----------|--------|---|
| Airfare | $ | - |
| Lodging | $ | - |
| Meals | $ | - |
| Ground Transportation | $ | - |
| Miscellaneous | $ | - |
| **Total** | **$** | **-** |

**EXHIBIT D1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Detail of Out of Pocket Expenses
July 29, 2020 through September 30, 2020

| Name | Date | Description | Amount |
|------|------|-------------|--------|
| | | **Air Fare Subtotal** | $ - |
| | | **Lodging Subtotal** | $ - |
| | | **Meals Subtotal** | $ - |
| | | **Total Ground Transportation** | $ - |
| | | **Miscellaneous Subtotal** | $ - |
| | | **Total Out of Pocket Expenses** | $ - |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------  x
                                                    :
In re:                                              :    Chapter 11
                                                    :
Lucky Brand Dungarees, LLC, et al.,¹                :    Case No. 20-11768 (CSS)
                                                    :
              Debtors.                              :    (Jointly Administered)
                                                    :
                                                    :
--------------------------------------------------  x
```

**DECLARATION PURSUANT TO RULE 2016-2 OF THE
LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Kristin Ridgway, being duly sworn, deposes and says:

1. I am a Certified Public Accountant and a managing director of KPMG LLP ("KPMG"), a professional services firm.

2. By the Order dated October 21, 2020, KPMG was retained to provide tax compliance and consulting services to the above captioned debtors and debtors-in-possession (the "Debtors") pursuant to Sections 327(a) and 328(a) of title 11 of the United States Code, Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware effective as of June 29, 2020. I submit this Declaration in conjunction with KPMG's first monthly fee application (the "Application") for allowance of compensation for services rendered and reimbursement of expenses incurred for the period July 29, 2020 through September 30, 2020.

3. I have personally performed some of the services rendered by KPMG to the Debtors and

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702).  The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

am very familiar with the work performed by the professionals of KPMG for the Debtors.

4.    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware, and submit that the Application substantially complies with such Rule.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 16th of November, 2020.

*/s/ Kristin Ridgway*
Kristin Ridgway
KPMG LLP
550 South Hope St., Suite 1500
Los Angeles, CA 900071

2