## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Lucky Brand Dungarees, LLC, *et al.*,[1] | : | Case No. 20-11768 (CSS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Hearing Date:** |
| | : | **To Be Determined** |
| | : | **Objection Deadline:** |
| | : | **December 7, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF FIRST INTERIM FEE APPLICATION

TO:   (I) THE U.S. TRUSTEE, (II) PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL TO (I) THE DEBTORS; (II) COUNSEL TO CERTAIN OF THE SECOND LIEN LENDERS, CERTAIN OF THE DIP LENDERS AND THE DIP LENDER REPRESENTATIVE; (III) COUNSEL TO WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT UNDER THE FIRST LIEN CREDIT AGREEMENT; (IV) COUNSEL TO WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TERM AGENT UNDER THE FIRST LIEN CREDIT AGREEMENT; (V) COUNSEL TO HILCO MERCHANT RESOURCES LLC; (VI) COUNSEL TO CLOVER HOLDINGS II, LLC; (VII) COUNSEL TO WILMINGTON TRUST, N.A., AS SECOND LIEN TERM LOAN A AGENT; (VIII) COUNSEL TO THE COMMITTEE; (IX) THE U.S. TRUSTEE; AND (X) THE FEE EXAMINER, AND (XI) ANY PARTY THAT HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002. THE DEBTORS BELIEVE THAT NO FURTHER NOTICE IS REQUIRED.

**PLEASE TAKE NOTICE** that the above captioned debtors and debtors in possession (collectively, the "**Debtors**") have filed the attached *First Interim Fee Application of KPMG LLP to Provide Tax Compliance and Consulting Services to the Debtors for Services Rendered and Reimbursement of Expenses Incurred for the Period July 29, 2020 Through September 30, 2020* (the "**Application**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

27347193.1

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be filed on or before **December 7, 2020 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must serve a copy of the objection upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON A DATE, AND AT A TIME, TO BE DETERMINED BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.**

*[Remainder of page intentionally left blank]*

27347193.1

| | |
|---|---|
| Dated: November 16, 2020<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Joseph M. Mulvihill*<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Joseph M. Mulvihill (No. 6061)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:     mnestor@ycst.com<br>             kcoyle@ycst.com<br>             jmulvihill@ycst.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br>George A. Davis (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:     george.davis@lw.com<br>             jon.weichselbaum@lw.com<br>             brian.rosen@lw.com<br><br>-and-<br><br>Ted A. Dillman (admitted *pro hac vice*)<br>Christina M. Craige (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071<br>Telephone: (213) 485-1234<br>Facsimile:  (213) 891-8763<br>Email:     ted.dillman@lw.com<br>             chris.craige@lw.com<br><br>*Counsel for Debtors and Debtors in Possession* |

27347193.1