# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
                  :

In re:                      :  **Chapter 11**
                  :

Lucky Brand Dungarees, LLC, *et al.*,[1]  :  **Case No. 20-11768 (CSS)**
                  :

          Debtors.       :  **(Jointly Administered)**
                  :
                  :
------------------------------------------------------- x

**FIRST MONTHLY FEE APPLICATION OF KPMG LLP**
**TO PROVIDE TAX COMPLIANCE AND CONSULTING SERVICES**
**TO THE DEBTORS FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD JULY 29, 2020 THROUGH SEPTEMBER 30, 2020**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | October 21, 2020, Effective as of July 29, 2020 |
| Monthly Period for which Compensation and Expense Reimbursement is sought: | July 29, 2020 through September 30, 2020 |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $         99,832.27[2] |
| Amount of Monthly Expense reimbursement sought as actual, reasonable and necessary: | $              0.00 |

This is an:___X___ Monthly_____Final

Prior Fee Applications Filed: None

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702).  The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.
[2] The compensation amount requested reflects an agreed-upon reduction of $21,218.93 per the supplemental declaration of Kristin Ridgway [Docket No. 502].

**ATTACHMENT B TO FEE APPLICATION**

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation | |
|---|---|---|---|---|---|
| Anthony Gomez | Sr. Associate, Tax - BTS | 16.9 | $ 384 | $ 6,489.60 | |
| Jessica Chow | Senior Associate, Tax - SALT | 9.7 | $ 384 | $ 3,724.80 | |
| Kim Liang | Manager | 2.7 | $ 528 | $ 1,425.60 | |
| Kristin Ridgway | Managing Director,  Tax - BTS | 0.5 | $ 744 | $ 372.00 | |
| Matt Moore | Associate, Tax - BTS | 0.4 | $ 288 | $ 115.20 | |
| Monica Plangman | Associate Director, Bankruptcy & Retention | 3.4 | $ 255 | $ 867.00 | |
| Stephen Buckley | Manager, Tax - SALT | 2.6 | $ 528 | $ 1,372.80 | |
| Steven Kim Kim | Associate, Tax - SALT | 0.4 | $ 288 | $ 115.20 | |
| Teresa Williams | Associate - BPG | 5.4 | $ 165 | $ 891.00 | |
| | | | | | |
| **Subtotal Hours and Fees** | | **42.0** | | **$ 15,373.20** | |
| | | | | | |
| Tax Compliance Services (Federal, State, and Foreign) - Fixed Fee | | | | $ 100,000.00 | (1) |
| 2020 - 2021 USIT Compliance Services August 1, 2020 through September 30, 2020 | | | | $ 5,678.00 | (2) |
| Agreed-Upon Credit | | | | $ (21,218.93) | (3) |
| **Total of Requested Hours and Fees** | | **42.0** | | **$ 99,832.27** | |

(1)  Per the Engagement Letter dated March 10, 2020, KPMG and the Debtors have agreed to an estimated fee range from approximately $274,950 to $279,950 to be billed per a payment schedule of $50,000.00 for four months with the final bill to be billed upon delivery of tax returns or November 1, 2020. KPMG received $100,000 pre-petition. KPMG is requesting $100,000.00 reflecting services in this first monthly fee application period. At 60% of standard rates, the time incurred during the period is $63,350.00.

(2)  KPMG's fee for 2020 - 2021 USIT Compliance Services will be billed at $34 per return (to be billed monthly after completion of services) per the engagement letter date May 15, 2020.  KPMG is billing in this monthly fee application for 167 completed returns.

(3)  Per the Supplemental Declaration of Kristin Ridgway filed on 10/21/20, KPMG LLP is providing a credit to the Debtors totaling $21,218.93.

## COMPENSATION BY PROJECT CATEGORY

| Matter Description | | Total Hours Billed | | Total Fees Requested |
|---|---|---|---|---|
| Tax Compliance Services  (Federal, State, and Foreign) | | - | $ | 100,000.00 |
| Tax Consulting Services  (Federal, State, and Foreign) | | 30.3 | $ | 12,333.60 |
| 2020-2021 USIT Compliance Services | | - | $ | 5,678.00 |
| Retention Services | | 4.7 | $ | 1,553.40 |
| Fee Preparation Services | | 7.0 | $ | 1,486.20 |
| Agreed-Upon Credit | | | $ | (21,218.93) |
| **Total Hours and Fees** | | **42.0** | **$** | **99,832.27** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare | $                          - |
| Lodging | $                          - |
| Meals | $                          - |
| Ground Transportation | $                          - |
| Miscellaneous | $                          - |
| **Total** | **$                          -** |

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------- | x | |
| | : | |
| In re: | : | **Chapter 11** |
| | : | |
| Lucky Brand Dungarees, LLC, *et al.*, | : | **Case No. 20-11768 (CSS)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |
| ------------------------------------------------------- | x | |

**FIRST MONTHLY FEE APPLICATION OF KPMG LLP**
**TO PROVIDE TAX COMPLIANCE AND CONSULTING SERVICES**
**TO THE DEBTORS FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD JULY 29, 2020 THROUGH SEPTEMBER 30, 2020**

KPMG LLP, ("KPMG"), providing tax compliance and tax consulting services to the debtors to the above captioned debtors and debtors-in-possession (the "Debtors") files this First Monthly Fee Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses (the "First Monthly Application") pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. Section 330 issued by the Executive Office of the United States Trustee's Guidelines (the "U.S. Trustee Guidelines"), and the Court's Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief, dated July 28, 2020 (the "Interim Compensation Order") [Docket No. 199]. By this First Monthly Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the Monthly period from July 29, 2020 through September 30, 2020 (the "Compensation

4

Period"), in the amount of $99,832.27 for professional services performed and actual and necessary expenses incurred by KPMG, and respectfully represents:

## Jurisdiction

1.      The Court has jurisdiction over this First Monthly Application pursuant to 28 U.S.C. §§ 157 and 1334 and the Amending Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012.  This matter is a core proceeding pursuant to 28 U.S.C. § 157 (b) (2).  Venue in proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2.      On July 3, 2020 (the "Petition Date") the Debtors commenced with the Court voluntary cases for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

3.      The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On July 17, 2020, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee of Unsecured Creditors (the "Creditors' Committee") in the Chapter 11 Case pursuant to section 1102(a)(1) of the Bankruptcy Code.   An Order Appointing Fee Examiner and Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses was filed on August, 5, 2020 [Docket No. 279].

4.      The Debtors filed for Entry of an Order (I) Authorizing Employment and Retention of KPMG LLP to Provide Tax Compliance and Consulting Services to the Debtors Effective as of July 29, 2020 and (II) Granting Related Relief on September 18, 2020 (the "Retention Application") [Docket No. 416].

5.      By the Court's Order, dated October 21, 2020 (the "Retention Order") [Docket No. 504], the Debtors were authorized to retain KPMG effective as of July 29, 2020.  The Retention Order authorized the Debtors to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

## Summary of First Monthly Application

6.     During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person.  By this First Monthly Application, KPMG requests allowance of interim compensation of professional fees totaling $99,832.27 and reimbursement of necessary and actual out of pocket expenses in the amount of $0.00.  Per the Supplemental Declaration of Kristin Ridgway filed on October 21, 2020 [Docket No. 502], KPMG is providing a credit to the Debtors totaling $21,218.93.

## Summary of Services During the Compensation Period

7.     This is KPMG's First Monthly Application for compensation and expense reimbursement filed in this chapter 11 case.  During the Compensation Period, KPMG provided professional services to the Debtors in its efforts to navigate its business through the chapter 11 process.

8.     Set forth below is a summary of the professional services KPMG rendered to the Debtors during the Compensation Period and annexed hereto as Exhibit A is a chart depicting KPMG professionals who rendered these services.

**Tax Compliance and Consulting Services (Federal, State and Foreign Income Tax)**

- Prepared federal, state and local, Puerto Rico and Canadian income tax returns and supporting schedules/forms for the 2019 tax year as more fully described in Appendix II of the Engagement Letter dated March 10, 2020;

- Determined the quarterly estimated tax payments for the 2020 tax year;

- Performed the tasks related to Public Law No. 115-97, originally known as the Tax Cuts and Jobs Act ("TCJA");

- Prepared tax returns for any state or local jurisdictions and additional majority owned legal entities not identified in the relevant Engagement Letter including any newly controlled legal entities formed or acquired by the Debtors during the engagement period, and that the Debtors approve in writing;

- Automatically filed (either electronically or by paper) the extensions for which there are no tax payments due;

- Reviewed the calculations under IRC Section 263A and prepare and file Forms 3115, if necessary;

- Performed preliminary engagement planning activities related to the tax returns specified above for the immediately succeeding tax year; and

- Provided tax consulting services pertaining to: (1) routine tax advice concerning the federal, state, local, and foreign tax matters related to the preparation of the prior year's federal, state, local, and foreign tax returns; (2) routine tax advice concerning the federal, state, local, and foreign tax matters related to the computation of taxable income for the current year or future years; and (3) routine dealings with a federal, state, local, or foreign tax authority (e.g., responding to automated interest and penalty notices, preparing tax computations based upon the taxpayer's concession or settlement of an issue with the relevant tax authority).

**Tax Compliance Services (Sales, Use and Other Tax)**

- Prepare state and local transaction tax returns and supporting schedules for the reporting periods, July 2020 - August 2020; and

- Correspond with tax authorities associated with the transaction tax returns prepared by KPMG.

**Retention Services**

- Retention services surrounding disinterestedness and confirmation of same with Office of General Counsel.

- Finalizing the KPMG declaration and retention order; internal discussions and correspondence with Debtors' counsel related to employment application; and

- Discussions internally and with Debtors' counsel regarding supplemental documents required.

**Fee Application Preparation Services**

- Fee Application Preparation services provided during the Compensation Period: The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the local rules and the Interim Compensation Order entered in this case have required significant effort to discuss and inform the timekeepers of their responsibilities, and gather the detailed time entries included in the first monthly fee application.

9.    A summary of the hours and fees incurred by category in the Compensation Period is annexed hereto as Exhibit B, and described in detail in the time records annexed hereto as Exhibits C1- C5. KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with this chapter 11 case and such records are maintained in the ordinary course of business.

10.    Per the Engagement Letter dated March 10, 2020, KPMG LLP and the Debtors have agreed to an estimated fee range from approximately $274,950 to $279,950 to billed per a payment schedule to be progress billed at $50,000.00 for four months with the final bill to be billed

upon delivery of tax returns or November 1, 2020. KPMG received $100,000 pre-petition. KPMG is requesting $100,000.00 reflecting services in this Compensation Period.

11.     Per the Engagement Letter dated May 13, 2020, KPMG LLP and the debtors agreed to KPMG's fee for 2020 - 2021 USIT Compliance Services to be $34 per return (to be billed monthly after completion of services).  KPMG completed 167 completed returns and is requesting compensation in the amount of $5,678.00.

12.     During the Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $165 to $744 per hour.  Of the aggregate time expended, 0.5 hours were expended by managing directors, 3.4 hours were expended by associate directors and senior managers, 5.3 hours were expended by managers, 26.6 hours were expended by senior associates, and 6.2 hours were expended by associates.  KPMG's blended hourly rate for services provided during the Compensation Period is $366.03.

13.     KPMG charges its fees in this case in accordance with the terms set forth in the Retention Application and the corresponding Ridgway Declaration.  The fees applied for herein are based on the usual and customary fees KPMG charges for tax consulting and tax compliance clients and are commensurate with the usual and customary rates charged for services performed by comparably skilled practitioners for clients both in and outside title 11.  In fact, KPMG's billing rates are consistent with the fee arrangement we negotiated with this client, prior to its bankruptcy filing.

14.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation.  11 U.S.C. § 331.  Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."  Id. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded.
> . .the court shall consider the nature, the extent, and the value of such services,
> taking into account all relevant factors, including –

(A)   the time spent on such services;

(B)   the rates charged for such services;

(C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)   with respect to a professional person whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

15.     The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of these cases. In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in this case, and to leverage staff appropriately in order to minimize duplication of effort.

16.     During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors. KPMG respectfully submits that these services: (i) were necessary and beneficial to the successful and prompt administration of these cases; and (ii) have been provided in a cost efficient manner.

17.     Except as provided in section 504(b) of the Bankruptcy Code, KPMG has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

18.     As set forth on Exhibit D and D1, KPMG is not seeking reimbursement of actual and necessary expenses during the Compensation Period.

**Conclusion**

WHEREFORE, subject to the terms of the Interim Compensation Order, KPMG respectfully requests that the Court enter an order (i) approving on an interim basis compensation of $79,865.82 (80% of $99,832.27) for professional services rendered to the Debtors during the Compensation Period, and reimbursement for actual and necessary expenses incurred in connection with the rendition of such services in the aggregate of $0.00; (ii) authorizing and directing the Debtors to pay the fees awarded; and (iii) granting KPMG such other and further relief as is just and proper.

Dated:  November 16, 2020

Respectfully submitted,

*/s/ Kristin Ridgwa*y
Kristin Ridgway
Managing Director
KPMG LLP
550 South Hope St., Suite 1500 Los Angeles, CA  90071

**EXHIBIT A**

**Lucky Brand Dungarees, LLC,** *et al.*

**Case No. 20-11768**

Summary Of Hours and Discounted Fees Incurred By Professional

July 29, 2020 through September 30, 2020

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Anthony Gomez | Senior Associate, Tax - BTS | 16.9 | $ 384 | $ 6,489.60 |
| Jessica Chow | Senior Associate, Tax - SALT | 9.7 | $ 384 | $ 3,724.80 |
| Kim Liang | Manager, Tax - BTS | 2.7 | $ 528 | $ 1,425.60 |
| Kristin Ridgway | Managing Director,  Tax - BTS | 0.5 | $ 744 | $ 372.00 |
| Matt Moore | Associate, Tax - BTS | 0.4 | $ 288 | $ 115.20 |
| Monica Plangman | Associate Director, Bankruptcy & Retention | 3.4 | $ 255 | $ 867.00 |
| Stephen Buckley | Manager, Tax - SALT | 2.6 | $ 528 | $ 1,372.80 |
| Steven Kim Kim | Associate, Tax - SALT | 0.4 | $ 288 | $ 115.20 |
| Teresa Williams | Associate, Bankruptcy & Retention | 5.4 | $ 165 | $ 891.00 |
| **Total Hours and Fees at Discounted Rates** | | **42.0** | | **$ 15,373.20** |

| | | |
|---|---|---|
| **Discounted Hourly Fees** | **$ 15,373.20** | |
| Tax Compliance Services (Federal, State, and Foreign) - Exhibit C1 | $ 100,000.00 | (1) |
| 2020 - 2021 USIT Compliance Services August 1, 2020 through September 30, 2020 - Exhibit C3 | $ 5,678.00 | (2) |
| Agreed-upon Credit | $ (21,218.93) | (3) |
| **Total Fees** | **$ 99,832.27** | |
| Out of Pocket Expenses | $ - | |
| **Total Fees and Out of Pocket Expenses** | **$ 99,832.27** | |
| less Holdback Adjustment (20%) | $ (19,966.45) | |
| **Net Requested Fees & Out of Pocket Expenses** | **$ 79,865.82** | |

**Blended Hourly Rate**          $ 366.03

(1)  Per the Engagement Letter dated March 10, 2020, KPMG and the Debtors have agreed to an estimated fee range from approximately $274,950 to $279,950 to be billed per a payment schedule of $50,000.00 for four months with the final bill to be billed upon delivery of tax returns or November 1, 2020. KPMG received $100,000 pre-petition. KPMG is requesting $100,000.00 reflecting services in this first monthly fee application period. At 60% of standard rates, the time incurred during the period is $63,350.00.

(2)  KPMG's fee for 2020 - 2021 USIT Compliance Services will be billed at $34 per return (to be billed monthly after completion of services) per the engagement letter date May 15, 2020.  KPMG is billing in this monthly fee application for 167 completed returns.

(3)  Per the Supplemental Declaration of Kristin Ridgway filed on 10/21/20, KPMG LLP is providing a credit to the Debtors totaling $21,218.93.

**EXHIBIT B**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Summary of Hours and Discounted Fees Incurred by Category
July 29, 2020 through September 30, 2020

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---|---|---|
| Tax Compliance Services  (Federal, State, and Foreign) | C1 | - | $ 100,000.00 | (1) |
| Tax Consulting Services  (Federal, State, and Foreign) | C2 | 30.3 | $ 12,333.60 | |
| 2020-2021 USIT Compliance Services | C3 | - | $ 5,678.00 | (2) |
| Retention Services | C4 | 4.7 | $ 1,553.40 | |
| Fee Preparation Services | C5 | 7.0 | $ 1,486.20 | |
| Agreed-upon Credit | | | $ (21,218.93) | (3) |
| **Total** | | **42.0** | **$ 99,832.27** | |

(1) Per the Engagement Letter dated March 10, 2020, KPMG and the Debtors have agreed to an estimated fee range from approximately $274,950 to $279,950 to be billed per a payment schedule of $50,000.00 for four months with the final bill to be billed upon delivery of tax returns or November 1, 2020. KPMG received $100,000 pre-petition. KPMG is requesting $100,000.00 reflecting services in this first monthly fee application period. At 60% of standard rates, the time incurred during the period is $63,350.00.

(2) KPMG's fee for 2020 - 2021 USIT Compliance Services will be $34 per return (to be billed monthly after completion of services) per the engagement letter date May 15, 2020.  KPMG is billing in this monthly fee application for 167 completed returns.

(3) Per the Supplemental Declaration of Kristin Ridgway filed on 10/21/20, KPMG LLP is providing a credit to the Debtors totaling $21,218.93.

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Jessica Chow | Senior Associate, Tax - SALT | 07/29/20 | Communication to KPMG Federal Tax Team regarding follow-up questions on apportionment / revenue. | 0.1 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 07/29/20 | Senior associate review, as of 07/29/20, of LBD Intermediate workpaper documentation received from paraprofessional team. | 0.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 07/29/20 | Communication to S. Buckley (KPMG) regarding strategy with respect to TX second extension proceedings. | 0.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/03/20 | Senior associate review, as of 08/03/20, of the 2019 tax provision to update the TX calculation for gross receipts. | 1.2 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/03/20 | Senior associate review, as of 08/93/20, of updated LBD Intermediate workpaper documentation received from KPMG paraprofessional team. | 1.3 | |
| Kim Liang | Manager, Tax - BTS | 08/04/20 | Communications to KPMG engagement team regarding outstanding request items / engagement status. | 0.5 | |
| Stephen Buckley | Manager, Tax - SALT | 08/04/20 | Manager review, as of 08/04/20, concurrently updating the TX second extension workpaper documentation for new voucher / XML PBCs ("Provided by Client"). | 0.6 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/04/20 | Senior associate review, as of 08/04/20, concurrently updating second Texas extension voucher for updated extension calculation. | 1.4 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/05/20 | Communication to KPMG federal tax team with the updated TX calculation / voucher. | 0.7 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/05/20 | Senior associate review, as of  08/05/20, concurrently updating of depreciation adjustments made by paraprofessionals. | 3.1 | |
| Scot Grierson | Partner, Tax - SALT | 08/06/20 | Partner review, as of 08/06/20, concurrently approving the TX second extension. | 0.5 | |
| Kim Liang | Manager, Tax - BTS | 08/06/20 | Manager review, as of 08/06/20, of LBD parent's schedule K-1s. | 0.5 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/06/20 | Senior associate review, as of  08/06/20, concurrently updating depreciation adjustments made by paraprofessionals per my comments sent on 08/05/20. | 2.3 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/10/20 | Prepare e-file request for TX 2nd Extension. | 0.2 | |
| Stephen Buckley | Manager, Tax - SALT | 08/12/20 | Manager review, as of 08/12/20, concurrently updating LBD USA Philly NBT return as well as providing return comments. | 0.2 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Stephen Buckley | Manager, Tax - SALT | 08/12/20 | Manager review, as of 08/12/20, concurrently updating LBD USA WI return as well as providing comments. | 0.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/12/20 | Continue, from earlier in the day on 08/12/20, manager review, concurrently updating LBD USA Philly NBT return as well as providing return comments. | 0.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/12/20 | Manager review, as of 08/12/20, concurrently updating LBD USA NYS return as well as providing return comments. | 0.6 | |
| Stephen Buckley | Manager, Tax - SALT | 08/13/20 | Manager review, as of 08/13/20, concurrently updating LBD USA Philly BIRT return as well as providing return comments. | 0.2 | |
| Stephen Buckley | Manager, Tax - SALT | 08/13/20 | Manager review, as of 08/13/20, concurrently updating LBD USA OH return as well as providing return comments. | 0.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/13/20 | Senior associate review, as of 08/13/20, of due dates for DRE state returns to prepare the request list for the federal tax team, concurrently updating the state request tracker for updated due dates. | 0.3 | |
| Stephen Buckley | Manager, Tax - SALT | 08/13/20 | Manager review, as of 08/13/20, concurrently updating the LBD USA PA return as well as providing return comments. | 0.3 | |
| Kim Liang | Manager, Tax - BTS | 08/13/20 | Communication to SALT team regarding deliverables timeline / status. | 0.4 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/13/20 | Call with S. Buckley (KPMG) to discuss federal, state timeline, return status, CARES act items to consider, and outstanding state proformas. | 0.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/13/20 | Call with J. Chow (KPMG) to discuss federal, state timeline, return status, CARES act items to consider, and outstanding state proformas. | 0.4 | |
| Kim Liang | Manager, Tax - BTS | 08/13/20 | Manager review, as of 8/13/20, of LB Intermediate taxable income workpaper documentation. | 1.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/14/20 | Manager review, concurrently updating, as of 08/14/20, the LBD USA OK return as well as providing return comments. | 0.3 | |
| Stephen Buckley | Manager, Tax - SALT | 08/14/20 | Manager review, as of 08/14/20, concurrently updating the LBD USA RI return as well as providing comments. | 0.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/14/20 | Manager review, as of 08/14/20, concurrently updating the LBD USA NJ return as well as providing comments. | 0.6 | |
| Stephen Buckley | Manager, Tax - SALT | 08/14/20 | Manager review, as of 08/14/20, concurrently updating the LBD USA OR return as well as providing comments. | 0.7 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Jessica Chow | Senior Associate, Tax - SALT | 08/16/20 | Draft responses to S. Buckley's (KPMG) state return comments for LBD USA. | 0.2 | |
| Steven Kim Kim | Associate, Tax - SALT | 08/17/20 | Associate review, as of 08/17/20,concurrently updating the State returns for LBD USA to ensure S. Buckley (KPMG) comments are cleared / ready for partner review. | 0.9 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/17/20 | Update, as of 08/17/20, the LBDS USA workpaper documentation for required formatting / presentation of the proforma returns. | 1.3 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/18/20 | Senior associate review, as of 08/18/20, concurrently updating the LBD USA state return to incorporate comments from S. Buckley (KPMG). | 0.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/18/20 | Manager review, as of 08/18/20, concurrently updating revised LBD USA WI return for updates from J. Chow (KPMG). | 0.6 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/18/20 | Senior associate review, as of 08/18/20, of the LBD USA state returns for the incorporation of S. Buckley's (KPMG) comments. | 0.9 | |
| Stephen Buckley | Manager, Tax - SALT | 08/18/20 | Manager review, as of 08/18/20, of final Parent state K-1 package of federal / state returns. | 1.1 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/18/20 | Update, as of 08/18/20, to reports for filings on 09/15/20 as well as tracker for paper / e-filings. | 1.6 | |
| Matt Moore | Associate, Tax - BTS | 08/19/20 | Communications to K. Ridgway (KPMG) regarding the bankruptcy court requirements per the meeting we had on 8/13/20. | 0.2 | |
| Stephen Buckley | Manager, Tax - SALT | 08/19/20 | Manager review, as of 08/19/20, concurrently updating revised LBD USA NYC UBT return for updates from J. Chow (KPMG). | 0.4 | |
| Stephen Buckley | Manager, Tax - SALT | 08/19/20 | Manager review, as of 08/19/20, concurrently updating revised LBD USA MS return for updates from J. Chow (KPMG). | 0.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/19/20 | Senior associate review, as of 08/19/20, concurrently updating the LBD Parent returns for CA / GA / NJ / NYC. | 0.9 | |
| Steven Kim Kim | Associate, Tax - SALT | 08/19/20 | Associate review, as of 08/19/20, concurrently updating the revised LBD USA state returns received from the KPMG off-shore team (UT Form TC 65 / TN Form 170 / PA 20S / OR 65 / OK514 / NJ CBT 1065 / NE 1065N / NC D-403 / MS 84-105). | 1.1 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Anthony Gomez | Senior Associate, Tax - BTS | 08/19/20 | Updating, as of 08/19/20, the book to tax adjustments in the workpaper documentation for LBD intermediate by entity (LBD, LBDS, LB PR). | 1.7 | |
| Matt Moore | Associate, Tax - BTS | 08/19/20 | Associate review, as of 08/19/20, of Federal 1065 after paraprofessional's preparation. | 2.3 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/19/20 | Senior associate review, as of 08/19/20, concurrently updating the LBD USA state returns (KY / NYS / CA / CT / NYC / OH / IL / NM / RI) received from the KPMG off-shore team. | 2.5 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/19/20 | Senior associate review, concurrently updating, as of  08/19/20, the proforma returns prepared by the paraprofessionals. | 2.6 | |
| Matt Moore | Associate, Tax - BTS | 08/19/20 | Update, as of 08/19/20, Proforma CSOW to carve out adjustment values attributable to LBD Stores. | 2.9 | |
| Matt Moore | Associate, Tax - BTS | 08/20/20 | Update, as of 08/20/20, Lucky Brand Dungarees Stores USA, LLC Control Log for federal proforma return received from paraprofessional team. | 0.2 | |
| Stephen Buckley | Manager, Tax - SALT | 08/20/20 | Manager review, as of 08/20/20, concurrently updating revised LBD USA NH return for J. Chow (KPMG) updates. | 0.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/20/20 | Preparing federal / state deliverable for client (LBD Parent). | 1.5 | |
| Kim Liang | Manager, Tax - BTS | 08/20/20 | Manager review, as of 08/20/20, concurrently updating of LBD Intermediate tax return workpaper documentation for taxable income / book / tax items. | 1.5 | |
| Stephen Buckley | Manager, Tax - SALT | 08/20/20 | Manager review, as of 08/20/20, concurrently updating of LBD USA CA return for J. Chow (KPMG) updates. | 1.6 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/20/20 | Update, as of 08/20/20, the tax calculation for Section 163j / CARES Act for both state / federal purposes. | 1.9 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/20/20 | Senior associate review, as of 08/20/20, concurrently updating PBCs to prepare the LBD Intermediate apportionment tax workpaper documentation for proper LT apportionment. | 2.8 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/20/20 | Senior associate review, as of 08/20/20, LBDS USA proforma return / workpaper documentation for GILTI (Global Intangible Low-Taxed Income) for LBD Intermediate. | 3.5 | |
| Stephen Buckley | Manager, Tax - SALT | 08/21/20 | Manager review, as of 08/21/20, concurrently updating revised apportionment PBC received from J. Chow (KPMG). | 0.6 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/23/20 | Update, as of 08/23/20, the LBD USA WI return per S. Buckley's (KPMG) comments. | 0.2 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Jessica Chow | Senior Associate, Tax - SALT | 08/23/20 | Communication to KPMG off-shore team regarding compliance timing / role responsibilities / instructions to update the FAS report for LBD intermediate per S. Buckley's (KPMG) comments. | 0.8 | |
| Matt Moore | Associate, Tax - BTS | 08/24/20 | Associate review, as of 08/24/20, of Lucky Brand Dungarees Stores USA, LLC's updated form 1065 received from paraprofessional team. | 0.5 | |
| Steven Kim Kim | Associate, Tax - SALT | 08/24/20 | Prepared transmittal letter for LBD USA Client Deliverable. | 0.6 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/25/20 | Senior associate review, as of 08/25/20, of state return deliverable for LBD USA. | 0.4 | |
| Kim Liang | Manager, Tax - BTS | 08/25/20 | Manager review, as of 08/25/20, of LBD intermediate LLC workpaper documentation. | 0.5 | |
| Steven Kim Kim | Associate, Tax - SALT | 08/25/20 | Associate review, as of 08/25/20, concurrently updating per S. Buckley's (KPMG) comments regarding AL / LA-IT-265 / MA Form 3 / MN Form M3 / MS 84-105. | 1.3 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/25/20 | Senior associate review, as of 08/25/20, concurrently updating proforma returns for K. Miyake's (LBD USA) questions on the LBD Parent return. | 3.0 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/26/20 | Update, as of 08/25/20, the LBD Parent  CA / NYC / NY / NJ returns per client comments. | 0.6 | |
| Stephen Buckley | Manager, Tax - SALT | 08/26/20 | Manager review, as of 08/26/20, concurrently updating finalized Client deliverable prepared by J. Chow (KPMG) and drafting deliverable email to client regarding returns. | 0.7 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/26/20 | Update, as of 08/26/20, the LBD Intermediate return per K. Liang (KPMG) comments. | 1.0 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/26/20 | Creating proforma workpapers for proforma returns for LBDS / LBD. | 2.0 | |
| Steven Kim Kim | Associate, Tax - SALT | 08/26/20 | Associate review, as of 08/26/20, concurrently updating per S. Buckley's (KPMG) comments regarding NE / NJ CBT / NJ / NYC / OH / PA / RI / SC / TN / UT / VA / WI / WV returns. | 3.2 | |
| Rishi Parikh | Senior Manager, Tax - BTS | 08/27/20 | Senior Manager review, concurrently updating, as of 8/27/20, the 2019 UNICAP Calculation. | 0.7 | |
| Zack Stevens | Senior Associate, Tax - BTS | 08/27/20 | Manager review, as of 08/27/20, concurrently updating the 2019 UNICAP Calculation. | 1.5 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Jessica Chow | Senior Associate, Tax - SALT | 08/28/20 | Senior associate review, as of 08/28/20, of LBD Parent federal return to determine updates needed on state returns. | 0.9 | |
| Steven Kim Kim | Associate, Tax - SALT | 08/28/20 | Prepared final Client delivery package for LBD USA returns for 09/15/20 filing including, all signature pages for client to signoff / payment summary / clearing state return comments / client informational items. | 1.7 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/28/20 | (1.0) Senior associate review, as of 08/28/20, of the Section 351 amounts transferred between the LBD parent to LBD Intermediate. (2.2) Update, as of 08/28/20, the book to tax reconciliation from the Form 1120 format to the Form 1065 format for LBD / LBDS. | 3.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/29/20 | Preparing LBD Intermediate apportionment workpaper documentation based on client's apportionment PBC. | 1.8 | |
| Kristin Ridgway | Managing Director,  Tax - BTS | 08/31/20 | Managing director review, as of 08/31/20, of the finalized LBD USA federal tax return / approved for release. | 0.1 | |
| Rishi Parikh | Senior Manager, Tax - BTS | 08/31/20 | Senior manager review, as of 08/31/20, concurrently updating the 2019 UNICAP Calculation for Schedule M adjustments. | 0.5 | |
| Stephen Buckley | Manager, Tax - SALT | 08/31/20 | Manager review, as of 08/31/20, of Q3 financial estimates provided by the client. | 0.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 08/31/20 | Update, as of 08/31/20, the LBD Intermediate apportionment for NYC / MCTD apportionment. | 2.1 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/31/20 | Continue, from earlier in the day on 08/31/20, senior associate review, concurrently updating proforma returns for LBDS / LBD K. Miyake (LBD USA) comments. | 2.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 08/31/20 | Senior associate review, as of 08/31/20, concurrently updating proforma returns for LBDS / LBD K. Miyake (LBD USA) comments. | 3.9 | |
| Matt Moore | Associate, Tax - BTS | 09/01/20 | Communications to paraprofessionals to define instructions in the control log for qualifying LBD Parent Holdings / LLC / LBD USA, LLC returns. | 0.2 | |
| Stephen Buckley | Manager, Tax - SALT | 09/01/20 | Manager review, as of 08/31/20, of the LBDS USA RI SMLLC return from J. Chow (KPMG) updates. | 0.3 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/01/20 | Communications to M. Moore (KPMG) regarding updates needed on the proforma returns. | 0.3 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Jessica Chow | Senior Associate, Tax - SALT | 09/01/20 | Senior associate review, as of 09/1/20, of the SMLLC filing due dates to ensure correct dates after the ownership changed. | 0.4 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/01/20 | Senior associate review, as of 09/01/20,concurrently updating the apportionment workpaper documentation per comments from client regarding amounts that did not match the federal return. | 1.1 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/01/20 | Associate review, as of 09/01/20, concurrently updating the LBD Parent CA XML for M-1 updates received for the client. | 1.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/01/20 | Update, as of 09/01/20, the state tax addback for LBD Intermediate for finalized proformas for LBD / LBDS. | 1.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/02/20 | Drafting strategy for the preparation / filing of the returns for federal / state. | 0.3 | |
| Stephen Buckley | Manager, Tax - SALT | 09/02/20 | Manager review, as of 09/02/20, of LBDS USA AL SMLLC return. | 0.4 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/02/20 | Draft processing requests for the paper files / e-files for LBD Parent. | 0.6 | |
| Matt Moore | Associate, Tax - BTS | 09/02/20 | Associate review, as of 09/02/20, concurrently updating revised LBD Parent XML / LBD USA XML received from paraprofessionals. | 0.8 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/02/20 | Associate review, as of 09/02/20, concurrently updating the 2019 state AZ form 120 return. | 1.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/02/20 | Updating, as of 09/02/20, the Lucky Intermediate Q3 calculation for gross receipts tax / apportionment / federal taxable income / net worth. | 1.7 | |
| Stephen Buckley | Manager, Tax - SALT | 09/03/20 | Manager review, as of 09/03/20, of LBDS USA CA SMLLC return. | 0.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/03/20 | Draft summary of LBD Parent Federal K-1s. | 0.2 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/03/20 | Update, as of 09/03/20, the state tax addback workpaper documentation as well as sending to the Client. | 0.3 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/03/20 | Senior associate review, concurrently updating, as of 9/3/20, SMLLC returns for LBD Stores USA AL / CA / RI / AL. | 1.6 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Anthony Gomez | Senior Associate, Tax - BTS | 09/04/20 | Communications to  K. Liang (KPMG) with the updated strategy for the preparation / filing of the returns for federal / state. | 0.3 | |
| Stephen Buckley | Manager, Tax - SALT | 09/04/20 | Call with LBD USA regarding outstanding 09/15/20 filing requirements / state tax addback for LBD USA / Intermediate apportionment updates. | 0.4 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/04/20 | Senior associate review, as of 09/04/20, concurrently updating the LBD Parent CA e-file after rejection to include a summary of partners from the K-1s. | 0.8 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/04/20 | Associate review, as of 09/4/20, of PBC to compile the OR partner list for the LBD Parent holdings including FEIN number / address / state modification. | 1.9 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/05/20 | Senior associate review, as of 09/05/20, of LBD Parent's paper processing assembly for signature page / federal attachments / certified mailer addresses. | 0.3 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/05/20 | Senior associate review, as of 09/05/2020, concurrently updating the LBDS USA CA / AL/ returns per S. Buckley's (KPMG) comments regarding form instructions for what to show on the return / BPT rules / 2019 apportionment. | 2.1 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/07/20 | Senior associate review, as of 09/07/20, concurrently updating the LBDS USA / LBDS Q3 packages for updated apportionment workpaper documentation. | 0.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/07/20 | Continue, from earlier in the day on 09/07/20,  senior associate review, concurrently updating Proforma Returns for LBD / LBDS. | 3.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/07/20 | Senior associate review, as of  09/07/20, concurrently updating Proforma Returns for LBD / LBDS. | 3.9 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/08/20 | Communication to Client regarding updated state Q3 vouchers. | 0.2 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/08/20 | Continue, from earlier in the day on 09/08/20, senior associate review, concurrently updating the Proforma Returns for LBD / LBDS. | 2.0 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/08/20 | Continue, as of 09/08/20, senior associate review, concurrently updating Proforma Returns for LBD / LBDS. | 2.0 | |
| Matt Moore | Associate, Tax - BTS | 09/09/20 | Update, as of 09/09/20, of paraprofessional's control log for preparation of LBD Parent Holdings / LBD USA LLC XML's. | 0.2 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Jessica Chow | Senior Associate, Tax - SALT | 09/09/20 | Senior associate review, as of 09/09/20, concurrently updating LBD USA for AL / IL / IN / MS / NE /OR / RI / WI / WV returns per S. Buckley's (KPMG) comments. | 1.3 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/09/20 | Continue, from earlier in the day on  09/09/20, senior associate review, concurrently updating  Proforma Returns for LBD / LBDS. | 1.6 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/09/20 | Continue, as of 09/09/20, senior associate review, concurrently updating Proforma Returns for LBD / LBDS. | 3.2 | |
| John Harper | Director, Tax WNT | 09/10/20 | Communication to S. Buckley (KPMG) regarding filing requirements for TN FAE for entity classification (i.e., checked to be taxed as a corporation) /  short period return for franchises. | 0.5 | |
| Stephen Buckley | Manager, Tax - SALT | 09/10/20 | Call with K. Miyake (LBD USA) regarding Q3 payments / TN LBD Stores required filing. | 0.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/10/20 | Prepare the delivery package to the client for the SMLLC returns due 9/15 / updated Q3 calculation for 2020. | 1.7 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/10/20 | Compiling workpaper documentation, concurrently reviewing returns /  e-filing packages for the client delivery. | 2.5 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/11/20 | Continue, as of 09/11/20, compiling workpaper documentation, concurrently reviewing returns /  e-filing packages for the client delivery. | 0.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/11/20 | Senior associate review, as of 09/11/20,concurrently updating paper processing request for LBD US to ensure completeness. | 0.9 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/12/20 | Senior associate review, as of 09/12/20, for LBD USA XMLs 9/15 / 10/15 per K. Miyake's (LBD USA) comments. | 1.8 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/13/20 | Senior associate review, concurrently updating the LBD USA XMLs for CA / RI. | 1.7 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/13/20 | Update, as of 09/13/20, the SC / TN 2019 state returns for XML issues in order to requalify the XMLs for the e-filing states for submission. | 2.9 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/14/20 | Senior associate review, as of 09/14/20, of correspondence from paraprofessional team regarding updates to the LBD Intermediate workpaper documentation. | 0.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/14/20 | Update, as of 09/14/20, the tracker for LBD USA e-fillings successfully submitted / e-filings rejected. | 0.7 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Matt Moore | Associate, Tax - BTS | 09/14/20 | Drafting e-file requests for LBD USA, LLC / LBD Parent Holdings, LLC to send to processing. | 0.8 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/15/20 | Resubmitting LBD USA AL e-filing as it was rejected, concurrently updating the filing tracker for e-file acceptance. | 0.2 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/16/20 | Update, as of 09/16/20, the Control log for paraprofessionals in regards to TN efile processing. | 0.2 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/16/20 | senior associate review, as of 09/16/20, concurrently updating LBD Intermediate workpaper documentation received from paraprofessional team. | 2.3 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/17/20 | Update, as of 09/17/20, the TN XML to requalify. | 0.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/17/20 | Continue, as of 09/17/2020, senior associate review, concurrently updating LBD Intermediate workpaper documentation received from paraprofessional team. | 2.8 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/18/20 | Communications to LBD USA with 10/15/20 paper filed returns for processing. | 0.4 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/21/20 | Senior associate review, as of 9/21/20, of Form 1120 for LBD Intermediate. | 0.5 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/21/20 | Senior associate review, as of 09/21/20, concurrently updating assembled package for LBD USA 10/15 returns from processing for submission. | 0.6 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/21/20 | Senior associate review, of LBD Intermediate workpaper documentation per S. Buckley (KPMG) comments regarding Section 163j / apportionment / depreciation / state tax addback. | 0.8 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/22/20 | Continue, as of 09/21/20, senior associate review, of Form 1120 for LBD Intermediate. | 0.8 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/23/20 | Communication to S. Kim (KPMG) regarding compiling e-file acceptances / certified mailers. | 0.6 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/23/20 | (1.1) Prepare the acceptance package for the LBD parent holdings / LBD USA / LBD stores LLC. (.7) Compile acceptance report from GoRS tax software / certified mail receipts from the processing center. | 1.8 | |
| Anthony Gomez | Senior Associate, Tax - BTS | 09/28/20 | Prepare responses to questions fom K. Miyake (LB) regarding State & Local Tax. | 1.0 | |

**EXHIBIT C1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Compliance Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Title | Date | Description | Hours | Amount |
|------|-------|------|-------------|-------|--------|
| Steven Kim Kim | Associate, Tax - SALT | 09/28/20 | (2.2) Update, as of 09/28/20, the LBD intermediate apportionment factors in GoRS. (1.2) Prepare package for LBD Management for client delivery. | 3.4 | |
| Matt Moore | Associate, Tax - BTS | 09/29/20 | Communications to KPMG engagement team with updated LBD Intermediate workpaper documentation. | 0.2 | |
| Matt Moore | Associate, Tax - BTS | 09/29/20 | Associate review, as of 09/29/20, of LB Management XML. | 0.2 | |
| Matt Moore | Associate, Tax - BTS | 09/29/20 | Drafted Instructions Letter for LB Management manual. | 0.3 | |
| John Harper | Director, Tax WNT | 09/29/20 | Communication to S. Buckley (KPMG) regarding transfer of payments from Lucky Brand Dungaree Stores, LLC to LBD Intermediate Holdings, LLC for TN Franchise / Excise tax purposes as a result of Intermediate becoming the TN filer for 2019. | 0.4 | |
| Matt Moore | Associate, Tax - BTS | 09/29/20 | Update, as of 09/29/20, LB Management XML in order to requalify XMLs for the e-filing. | 0.6 | |
| Matt Moore | Associate, Tax - BTS | 09/29/20 | Continue, from earlier in the day, drafting Instructions Letter for LB Management manual. | 0.6 | |
| Steven Kim Kim | Associate, Tax - SALT | 09/29/20 | Update, as of 09/29/20, the LBD intermediate apportionment factors in GoRS to address tax software issue with apportionment inputs. | 3.3 | |
| Jessica Chow | Senior Associate, Tax - SALT | 09/30/20 | Update, as of 09/30/20, the LBD Intermediate depreciation adjustment per S. Buckley's (KPMG) comments regarding the Section 163j calculation. | 1.0 | |

**Total Tax Compliance Services (Federal, State, and Foreign)**              $    100,000.00    [1]

[1] Per the Engagement Letter dated March 10, 2020, KPMG and the Debtors have agreed to an estimated fee range from approximately $274,950 to $279,950 to be billed per a payment schedule of $50,000.00 for four months with the final bill to be billed upon delivery of tax returns or November 1, 2020. KPMG received $100,000 pre-petition. KPMG is requesting $100,000.00 reflecting services in this first monthly fee application period. At 60% of standard rates, the time incurred during the period is $63,350.00.

**EXHIBIT C2**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Consulting Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | | Amount |
|------|------|-------------|-------|------|---|--------|
| Anthony Gomez | 08/04/20 | Communication to KPMG off-shore team defining go-forward regarding adjusting our depreciation reports for tenant allowances / Leasehold improvements. | 0.2 | $ | 384 | $ 76.80 |
| Anthony Gomez | 08/04/20 | Senior associate review, as of  08/04/20, of fixed asset workpaper documentation to determine what tenant allowances / leasehold improvements should be removed from our depreciation reports. | 3.8 | $ | 384 | $ 1,459.20 |
| Anthony Gomez | 08/07/20 | Perform FBAR (Report of Foreign Bank and Financial Accounts) research to assure the company is compliant with reporting requirements as it pertains to foreign bank accounts. | 0.8 | $ | 384 | $ 307.20 |
| Anthony Gomez | 08/10/20 | Senior associate review, as of 08/10/20, of Tenant Allowance Calculation as it pertains to depreciation reports. | 0.3 | $ | 384 | $ 115.20 |
| Kim Liang | 08/10/20 | Communication with K. Miyake (LBD USA) regarding warrants as capital contributions. | 0.5 | $ | 528 | $ 264.00 |
| Anthony Gomez | 08/11/20 | Senior associate review, as of 08/11/20, of tenant allowance write-offs for items tenant allowances that exceeded assets placed into service. | 1.0 | $ | 384 | $ 384.00 |
| Kim Liang | 08/12/20 | Communications to K. Liang (KPMG) in response to K. Miyake's (LBD USA) question regarding warrants and tax basis. | 0.5 | $ | 528 | $ 264.00 |
| Kristin Ridgway | 08/12/20 | Perform research regarding tax basis for warrants focusing on Lucy Brand specifics in response to K. Miyake's (LBD USA) questions regarding LBD Parent. | 0.5 | $ | 744 | $ 372.00 |
| Anthony Gomez | 08/12/20 | Preparing supporting calculation for the Puerto Rico's Form 8858. | 1.4 | $ | 384 | $ 537.60 |
| Anthony Gomez | 08/12/20 | (2.2)  Update, as of 08/12/20, the depreciation reports for tenant allowances that exceeded assets placed into service. (1.4) Update, as of 08/12/20, the taxable income for parking expense limitations. | 3.6 | $ | 384 | $ 1,382.40 |
| Anthony Gomez | 08/13/20 | Senior associate review, as of 08/13/20, concurrently updating the revised Form 8858 for the dual consolidated loss calculation. | 2.3 | $ | 384 | $ 883.20 |
| Kim Liang | 08/17/20 | Communications to K. Miyake (LBD USA) regarding treatment of warrants to partners of the Company. | 0.4 | $ | 528 | $ 211.20 |

**EXHIBIT C2**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Tax Consulting Services  (Federal, State, and Foreign)
July 29, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Anthony Gomez | 08/19/20 | Update, as of 08/19/20, the duel consolidated loss calculation for LB PR. | 2.5 | $ 384 | $ 960.00 |
| Jessica Chow | 08/20/20 | Update, as of 08/20/20, the research workpaper documentation for QIP research from the KPMG's WNT request lists / QIP assets / deletions / state depreciation amounts. | 2.4 | $ 384 | $ 921.60 |
| Anthony Gomez | 08/26/20 | Update, as of 08/26/20, the proforma / statement detail for the Form 8858. | 1.0 | $ 384 | $ 384.00 |
| Jessica Chow | 08/28/20 | Senior associate review, as of 08/28/20, concurrently updating the FAS Report received from KPMG off-shore team for QIP 15 years / 39 years. | 1.8 | $ 384 | $ 691.20 |
| Stephen Buckley | 09/07/20 | Manager review, as of 09/07/20, concurrently updating of State workpaper documentation for state conformity / new QIP LHI class life change / Section 163j / state tax addback. | 2.2 | $ 528 | $ 1,161.60 |
| Jessica Chow | 09/25/20 | Update, as of 09/25/20, per K. Miyake's (LBD USA) apportionment workpaper documentation to include our calculations for the state depreciation for states that conform to federal bonus but do not conform to QIP asset year life change. | 2.2 | $ 384 | $ 844.80 |
| Jessica Chow | 09/28/20 | Senior associate review, as of 09/28/20, concurrently updating the FAS report for federal depreciation to 39 years for states that do not conform to the class life change. | 0.6 | $ 384 | $ 230.40 |
| Jessica Chow | 09/29/20 | Senior associate review, as of 09/29/20, concurrently updating the depreciation workpaper documentation with the 39 year federal depreciation for QIP. | 2.3 | $ 384 | $ 883.20 |
| **Total Tax Consulting Services (Federal, State, and Foreign)** | | | **30.3** | | $ **12,333.60** |

**EXHIBIT C3**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
2020-2021 USIT Compliance Services
July 29, 2020 through September 30, 2020

KPMG's fee for 2020 - 2021 USIT Compliance Services will be $34 per return (to be billed monthly after completion of services) per the engagement letter date May 15, 2020.

| | Fees | |
|---|---|---|
| **2020 - 2021 USIT Compliance Services August 1, 2020 through August 31, 2020** | | |
| Returns - 83 @ $34 | $ | 2,822.00 |
| **Total Requested for 2020 - 2021 USIT Compliance Services August 1, 2020 through August 31, 2020** | **$** | **2,822.00** |
| | | |
| **2020 - 2021 USIT Compliance Services September 1, 2020 through September 30, 2020** | **Fees** | |
| Returns - 84 @ $34 | $ | 2,856.00 |
| **Total Requested for 2020 - 2021 USIT Compliance Services September 1, 2020 through September 30, 2020** | **$** | **2,856.00** |
| | | |
| **Total 2020 -2021 USIT Compliance Services** | **$** | **5,678.00** |

**EXHIBIT C4**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Retention Services
July 29, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Kim Liang | 08/07/20 | (.4) Communication to K. Ridgway (KPMG) regarding needs for data to be incorporated into Declaration. (.3) Communications to LBD USA to access data regarding 90 day payments / any potential waiving of unpaid fees. (.6) Manager review, as of 8/7/20, of data received for incorporation into retention document. | 1.3 | $ 528 | $ 686.40 |
| Monica Plangman | 08/10/20 | Review retention documents and send for internal review. | 0.5 | $ 255 | $ 127.50 |
| Monica Plangman | 08/12/20 | Update Declaration to incorporate additional data received. | 0.2 | $ 255 | $ 51.00 |
| Monica Plangman | 08/27/20 | (.5) Review and concurrently update data regarding 90 day payments. (.3) Update retention files for data regarding 90 day payments. | 0.8 | $ 255 | $ 204.00 |
| Monica Plangman | 09/10/20 | Reviewing emails regarding outstanding items in Declaration | 0.2 | $ 255 | $ 51.00 |
| Monica Plangman | 09/10/20 | Communications to K. Ridgway (KPMG) regarding Declaration / timing of billings. | 0.5 | $ 255 | $ 127.50 |
| Monica Plangman | 09/14/20 | Perform research and update Declaration accordingly. | 0.5 | $ 255 | $ 127.50 |
| Monica Plangman | 09/14/20 | Updated, as of 9/14/20, retention documents / communicated to outside bankruptcy counsel. | 0.4 | $ 255 | $ 102.00 |
| Monica Plangman | 09/16/20 | Review email from Debtors' counsel regarding retention. | 0.1 | $ 255 | $ 25.50 |
| Monica Plangman | 09/16/20 | Request and gain approval internally for retention documents. | 0.2 | $ 255 | $ 51.00 |
| | | **Total Retention Services** | **4.7** | | **$ 1,553.40** |

**EXHIBIT C5**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Fee Preparation Services
July 29, 2020 through September 30, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Jessica Chow | 08/13/20 | Meeting with S. Kim, M. Moore and S. Buckley (KPMG) to discuss timekeeping requirements during the bankruptcy as required by the Court. | 0.4 | $ 384 | $ 153.60 |
| Steven Kim Kim | 08/13/20 | Meeting with J. Chow, M. Moore and S. Buckley (KPMG) to discuss timekeeping requirements during the bankruptcy as required by the Court. | 0.4 | $ 288 | $ 115.20 |
| Stephen Buckley | 08/13/20 | Meeting with J. Chow, S. Kim and M. Moore (KPMG) to discuss timekeeping requirements during the bankruptcy as required by the Court. | 0.4 | $ 528 | $ 211.20 |
| Matt Moore | 08/13/20 | Meeting with J. Chow, S. Kim and S. Buckley (KPMG) to discuss timekeeping requirements during the bankruptcy as required by the Court. | 0.4 | $ 288 | $ 115.20 |
| Teresa Williams | 09/21/20 | Update, as of 09/21/20, assigned portion of July / August Lucky Brands fee application to include data received from professionals as of 08/31/20. | 1.1 | $ 165 | $ 181.50 |
| Teresa Williams | 09/22/20 | Updated, as of 09/22/20, assigned portion of July / August Lucky Brands fee application to include data received from professionals as of 08/31/20. | 3.9 | $ 165 | $ 643.50 |
| Teresa Williams | 09/22/20 | Continue, from earlier in the day, updating assigned portion of July / August Lucky Brands fee application to include data received from professionals as of 08/31/20. | 0.4 | $ 165 | $ 66.00 |
| **Total Fee Preparation Services** | | | **7.0** | | **$ 1,486.20** |

**EXHIBIT D**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Summary of Out of Pocket Expenses
July 29, 2020 through September 30, 2020

| Category | Amount |
|---|---|
| Airfare | $           - |
| Lodging | $           - |
| Meals | $           - |
| Ground Transportation | $           - |
| Miscellaneous | $           - |
| **Total** | **$           -** |

**EXHIBIT D1**

**Lucky Brand Dungarees, LLC, et al.**
**Case No. 20-11768**
Detail of Out of Pocket Expenses
July 29, 2020 through September 30, 2020

| Name | Date | Description | Amount |
|------|------|-------------|--------|
| | | **Air Fare Subtotal** | $          - |
| | | **Lodging Subtotal** | $          - |
| | | **Meals Subtotal** | $          - |
| | | **Total Ground Transportation** | $          - |
| | | **Miscellaneous Subtotal** | $          - |
| | | **Total Out of Pocket Expenses** | $          - |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- x
                         :

In re:                              :    **Chapter 11**
                         :

Lucky Brand Dungarees, LLC, *et al.,*[1]    :    **Case No. 20-11768 (CSS)**
                         :

           Debtors.         :    **(Jointly Administered)**
                         :
                         :

-------------------------------------------------------- x

**DECLARATION PURSUANT TO RULE 2016-2 OF THE
LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

      I, Kristin Ridgway, being duly sworn, deposes and says:

      1.  I am a Certified Public Accountant and a managing director of KPMG LLP ("KPMG"), a professional services firm.

      2.  By the Order dated October 21, 2020, KPMG was retained to provide tax compliance and consulting services to the above captioned debtors and debtors-in-possession (the "<u>Debtors</u>") pursuant to Sections 327(a) and 328(a) of title 11 of the United States Code, Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware effective as of June 29, 2020. I submit this Declaration in conjunction with KPMG's first monthly fee application (the "Application") for allowance of compensation for services rendered and reimbursement of expenses incurred for the period July 29, 2020 through September 30, 2020.

      3.  I have personally performed some of the services rendered by KPMG to the Debtors and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

am very familiar with the work performed by the professionals of KPMG for the Debtors.

4.  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware, and submit that the Application substantially complies with such Rule.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 16th of November, 2020.

*/s/ Kristin Ridgway*
Kristin Ridgway
KPMG LLP
550 South Hope St., Suite 1500
Los Angeles, CA 900071

# EXHIBIT 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
Lucky Brand Dungarees, LLC, et al.,¹               :    Case No. 20-11768 (CSS)
                                                   :
                          Debtors.                 :    (Jointly Administered)
                                                   :
                                                   :    Re Docket No. 416
-------------------------------------------------- x
```

**ORDER (I) AUTHORIZING EMPLOYMENT AND RETENTION OF KPMG LLP TO
PROVIDE TAX COMPLIANCE AND CONSULTING SERVICES TO THE DEBTORS
EFFECTIVE AS OF JULY 29, 2020 AND (II) GRANTING RELATED RELIEF**

Upon the application [Docket No. 416] (the "**Application**")² of the above-captioned

debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order, (i)

authorizing retention and employment of KPMG LLP ("**KPMG**") to provide tax compliance and

consulting services, effective as of July 29, 2020, pursuant to the terms and condition set forth in

the Engagement Letters, and (ii) granting related relief; and upon the Ridgway Declaration and

the *Supplemental Declaration of Kristin Ridgway in Further Support of the Application of the*

*Debtors for Entry of an Order (I) Authorizing Employment and Retention of KPMG LLP to*

*Provide Tax Compliance and Consulting Services to the Debtors Effective as of July 29, 2020*

*and (II) Granting Related Relief* (the "**Supplemental Ridgway Declaration**" together with the

Ridgway Declaration, the "**Ridgway Declarations**"); and this Court having jurisdiction to

consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157

---

¹   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number,
    are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores,
    LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702).  The Debtors' address is
    540 S Santa Fe Avenue, Los Angeles, California 90013.

²   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the
    Application.

and 1334 and the *Amended Standing Order of Reference* from the United States District Court

for the District of Delaware dated as of February 29, 2012; and this Court having found that this

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order

consistent with Article III of the United States Constitution; and this Court having found that

venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C.

§§ 1408 and 1409; and the Court being satisfied, based on the representations made in the

Application and the Ridgway Declarations that KPMG is "disinterested" as such term is defined

in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy

Code, and as required under section 327(a) of the Bankruptcy Code, and that KPMG does not

hold or represent an interest adverse to the Debtors' estates; and any objections to the

Application having been resolved or overruled; and it appearing that proper and adequate notice

of the Application has been given and that no other or further notice is necessary; and upon the

record herein; and after due deliberation thereon; and this Court having determined that there is

good and sufficient cause for the relief granted in this Order, therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Application is granted as set forth herein.

2.      In accordance with sections 327(a) and 328(a) of the Bankruptcy Code,

Bankruptcy Rule 2014, and Local Rule 2014, the Debtors are authorized to employ and retain

KPMG to provide tax compliance and consulting services to the Debtors on the terms set forth in

the Application, the Ridgway Declarations, and the Engagement Letters, as modified by this

Order.

3.      KPMG shall apply for compensation for professional services rendered and

reimbursement of expenses incurred in connection with the Debtors' Chapter 11 Cases in

compliance with sections 330 and 331 of the Bankruptcy Code and the applicable provisions of the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court, including the Interim Compensation Order.

4.    Notwithstanding anything to the contrary in this Order, the Application, the Engagement Letters or the Ridgway Declarations, KPMG shall comply with all requirements of Bankruptcy Rule 2016(a), and Local Rule 2016-2, except that KPMG shall be permitted to keep time records in half-hour increments for only those flat fee services denoted in paragraph 14 (c) of the Application.  KPMG shall otherwise follow all information and time keeping requirements of Local Rule 2016-2(d) for both flat fee services and hourly rate services.  KPMG shall comply with the requirements of Local Rule 2016-2(e) with respect to reimbursement of all expenses, and shall be entitled to seek reimbursement of only their actual, documented, out of pocket costs.

5.    KPMG shall not, while employed by Debtors during the pendency of these Chapter 11 Cases, represent an interest adverse to the Debtors or their estates.

6.    To the extent the Debtors wish to expand the scope of KPMG's services beyond those services set forth in the Engagement Letters as approved by this Order, the Debtors shall be required to seek further approval from this Court.  The Debtors shall file a motion seeking approval of any proposed additional services (the "**Proposed Additional Services**") and any underlying engagement letter with the Court and serve such motion on the U.S. Trustee, counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, and any party requesting notice under Bankruptcy Rule 2002.  If no such party files an objection within 14 days of the Debtors filing such motion, the Proposed Additional Services and any underlying engagement agreement may be approved by the Court by further order without further notice or hearing.  All additional services will be subject to the provisions of this Order, unless otherwise ordered by the Court.

7.      The indemnification provisions included in KPMG's Standard Terms and Conditions for Advisory and Tax Services ("the Standard Terms and Conditions"), are approved, subject to the following during the pendency of the Debtors' Chapter 11 Cases:

(a)      KPMG[3] shall not be entitled to indemnification, contribution or reimbursement for services other than those described in the Engagement Letters and the Application, unless such services and indemnification, contribution or reimbursement therefor are approved by the Court; provided, that to the extent additional engagement letter(s) are filed with the Court and no parties object to such engagement letter(s) in accordance with the procedures described in the immediately preceding Ordered paragraph, KPMG shall be entitled to indemnification, contribution or reimbursement for the services set forth in such engagement letter(s), subject to the terms of this paragraph;

(b)      The Debtors shall have no obligation to indemnify KPMG, or provide contribution or reimbursement to KPMG, for any claim or expense that is either: (i) judicially determined (the determination having become final) to have arisen from KPMG's bad faith, self-dealing, breach of fiduciary duty (if any such duty exists), gross negligence or willful misconduct; or (ii) judicially determined (the determination having become final), based on a breach of KPMG's contractual obligations to the Debtor, unless this Court determines that indemnification, contribution, or reimbursement would be permissible pursuant to *In re United Artists Theatre Co., et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to the exclusions set forth in clauses (i) and (ii) immediately above, but determined by the Court, after notice and a hearing to be a claim or expense for which KPMG should not receive indemnity, contribution or reimbursement under the terms of KPMG's retention by the Debtors pursuant to the terms of the Engagement Letters and Application, as modified by this Order; and

(c)      If, before the earlier of: (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal); and (ii) the entry of an order closing these chapter 11 cases, KPMG believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Letters (as modified by this Order) and Application, including without limitation the advancement of defense costs, KPMG must file an application therefor in this Court, and the Debtors may not pay any such amounts to KPMG

---

[3]      For purposes of paragraph 7 only, the term KPMG shall include all "KPMG Parties" and any entity who is an "Indemnified Party," as those terms are defined in the Standard Terms and Conditions.

before the entry of an order by this Court approving the payment.  This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by KPMG for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify KPMG.  All parties in interest shall retain the right to object to any demand by KPMG for indemnification, contribution or reimbursement.

8.      Notwithstanding anything in the Application or the Engagement Letters to the contrary, KPMG shall (i) to the extent that KPMG uses the services of independent contractors, subcontractors, or employees of foreign or domestic affiliates or subsidiaries (collectively, the "**Contractors**") in these cases, KPMG shall pass-through the cost of such Contractors to the Debtors at the same rate that KPMG pays the Contractors, (ii) seek reimbursement for actual costs only, (iii) use commercially reasonable efforts to ensure that the Contractors are subject to the same conflict checks as required for KPMG, and (iv) file with the Court such disclosures required by Bankruptcy Rule 2014.

9.      In the event that, during the pendency of these cases, KPMG seeks reimbursement for any attorneys' fees and/or expenses, the invoices and supporting time records from such attorneys shall be included in KPMG's fee applications and such invoices and time records shall be in compliance with Rule 2016-2(f) of the Local Rules of this Court, and shall be subject to the U.S. Trustee Guidelines and approval of the Bankruptcy Court under the standards of sections 330 and 331 of the Bankruptcy Code, without regard to whether such attorney has been retained under section 327 of the Bankruptcy Code and without regard to whether such attorney's services satisfy section 330 (a)(3)(C) of the Bankruptcy Code; provided, however, that KPMG shall not seek reimbursement of any fees incurred defending any of KPMG's fees in these cases.

10.     The Debtors shall comply with the notice requirement set forth in paragraph 4(c) of KPMG's Standard Terms and Conditions for Advisory and Tax Services (the "**Standard**

**Terms and Conditions**"), including providing the written notice required prior to disseminating or advancing any of KPMG's advice, recommendations, information, or work product to third parties.

11.     During the pendency of these Chapter 11 Cases, paragraph 6 of the Standard Terms and Conditions is deleted.

12.     To the extent there is any conflict between this Order, and the Application, the Engagement Letters and the Ridgway Declarations, the terms of this Order shall control.

13.     Notwithstanding anything in the Application or the Engagement Letters to the contrary, during the pendency of these Chapter 11 Cases, this Court retains exclusive jurisdiction over all matters arising out of and/or pertaining to KPMG's engagement until such jurisdiction is relinquished.

14.     The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

15.     During the pendency of these Chapter 11 Cases, this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

**Dated: October 21st, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

US-DOCS\117848178.2

# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| -------------------------------------------------------- | x | |
| | : | |
| In re: | : | **Chapter 11** |
| | : | |
| Lucky Brand Dungarees, LLC, *et al.*,[1] | : | **Case No. 20-11768 (CSS)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |
| -------------------------------------------------------- | x | |

**DECLARATION PURSUANT TO RULE 2016-2 OF THE**
**LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE**
**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Kristin Ridgway, being duly sworn, deposes and says:

1. I am a Certified Public Accountant and a managing director of KPMG LLP ("KPMG"), a professional services firm.

2. By the Order dated October 21, 2020, KPMG was retained to provide as tax compliance and consulting services to the above captioned debtors and debtors-in-possession (the "Debtors") pursuant to Sections 327(a) and 328(a) of title 11 of the United States Code, Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware effective as of June 29, 2020. I submit this Declaration in conjunction with KPMG's first interim fee application (the "Application") for allowance of compensation for services rendered and reimbursement of expenses incurred for the period July 29, 2020 through September 30, 2020.

3. I have personally performed some of the services rendered by KPMG to the Debtors and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

am very familiar with the work performed by the professionals of KPMG for the Debtors.

4.    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware, and submit that the Application substantially complies with such Rule.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 16th of November, 2020.

*/s/ Kristin Ridgway*
Kristin Ridgway
KPMG LLP
550 South Hope St., Suite 1500
Los Angeles, CA 900071