IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| Lucky Brand Dungarees, LLC, *et al.,* [1] | : | Case No. 20-11768 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------ | : | Ref. Docket No. 516 |
| | x | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            )  ss.:
COUNTY OF NEW YORK )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10077. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Lucky Brand Dungarees, LLC (3823), LBD Parent Holdings, LLC (4563), Lucky Brand Dungarees Stores, LLC (7295), Lucky PR, LLC (9578), and LBD Intermediate Holdings, LLC (7702). The Debtors' address is 540 S Santa Fe Avenue, Los Angeles, California 90013.

2. On October 26, 2020, I caused to be served the "Notice of Third Monthly Fee Application" dated October 26, 2020, to which is attached the "Summary of Third Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2020 Through September 30, 2020" dated October 26, 2020, to which is attached the "Third Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2020 Through September 30, 2020" dated October 26, 2020 [Docket No. 516], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ *Alison Moodie*
Alison Moodie

Sworn to before me this
27th day of October, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# Exhibit A

Lucky Brand Dungarees, LLC, et al.
Case No. 20-11768 (CSS)
Email Service List

| Name | Email |
|---|---|
| ALSTON & BIRD - (WILMINGTON TRUST, NA AS ADMIN AGENT) | ANTONE.LITTLE@ALSTON.COM; DAVID.WENDER@ALSTON.COM |
| CHOATE, HALL & STEWART LLP (WELLS FARGO BANK, NA) | KSIMARD@CHOATE.COM; JFENN@CHOATE.COM |
| DIRECT FEE REVIEW LLC | DFR.DFO@GMAIL.COM |
| DLA PIPER - (CERTAIN 2ND LIEN LENDERS & DIP LENDER) | THOMAS.CALIFANO@DLAPIPER.COM; DANIEL.SIMON@DLAPIPER.COM |
| GREENBERG TRAURIG, LLP (WELLS FARGO BANK, NA) | WOLFJE@GTLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | JULIET.M.SARKESSIAN@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP (PROP COUNSEL-UCC) | BSANDLER@PSZJLAW.COM; JPOMERANTZ@PSZJLAW.COM; CROBINSON@PSZJLAW.COM |
| PAUL HASTINGS - (HILCO MERCHANT RESOURCES LLC) | HOLLYSNOW@PAULHASTINGS.COM |
| REED SMITH LLP (WELLS FARGO BANK, NA) | KGWYNNE@REEDSMITH.COM |
| RICHARDS, LAYTON & FINGER, P.A. (CLOVER HOLDINGS II, LLC) | COLLINS@RLF.COM |