**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| LBD Winddown, LLC (f/k/a Lucky Brand Dungarees, LLC), *et al.* | ) ) ) ) | Case No. 20-11768 (CSS) (Jointly Administered) |
| Debtors.[1] | ) ) |   |

**NOTICE OF ENTRY OF ORDER CONFIRMING THE SECOND AMENDED JOINT PLAN OF LIQUIDATION FOR LUCKY BRAND DUNGAREES, LLC AND ITS AFFILIATE DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AND THE OCCURRENCE OF THE EFFECTIVE DATE THEREOF**

**PLEASE TAKE NOTICE** that, on November 17, 2020, the United States Bankruptcy Court for the District of Delaware entered an order [Docket No. 572] (the "**Confirmation Order**") confirming the *Second Amended Joint Plan of Liquidation for Lucky Brand Dungarees, LLC and Its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code* (including all exhibits and supplements thereto, and as modified or amended from time to time, the "**Plan**")[2] in the Chapter 11 Cases of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**").

**PLEASE TAKE FURTHER NOTICE** that, the Effective Date of the Plan occurred on **December 1, 2020**. Each of the conditions precedent to the Effective Date enumerated in Article IX of the Plan have been satisfied or waived in accordance with the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation Order, the exculpation, releases, and injunction provisions in Article X of the Plan are now in full force and effect.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's United States federal tax identification number, if applicable, or other applicable identification number, are: LBD Winddown, LLC (f/k/a Lucky Brand Dungarees, LLC) (3823); LBD Parent Holdings, LLC (4563); LBD Stores Winddown, LLC (f/k/a Lucky Brand Dungarees Stores, LLC) (7295); LBD PR Winddown, LLC (f/k/a Lucky PR, LLC) (9578); and LBD Intermediate Holdings, LLC (7702). The Debtors' address is PO Box 10430, Torrance, California 90505-1430.

[2] Unless otherwise specified, capitalized terms and phrases used herein have the meanings assigned to them in the Plan or Confirmation Order, as applicable.

27414504.1

**PLEASE TAKE FURTHER NOTICE** that, as of the Effective Date, the Plan Administrator is authorized to carry out and implement all provisions of the Plan. The Plan Administrator's address for notice and service purposes is:

> Berkeley Research Group, LLC
> Attn: Mark Renzi and Andrew Nolan
> 99 High Street, 27th Floor
> Boston, MA 02110

**PLEASE TAKE FURTHER NOTICE** that on or prior to **December 31, 2020**, each professional shall File with the Bankruptcy Court its final fee application seeking final approval of all fees and expenses from the Petition Date through the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided in the Plan and section 503(b)(1)(D) of the Bankruptcy Code, unless previously Filed or paid, requests for payment of Administrative Claims must be Filed and served on the Plan Administrator no later than **January 4, 2021**, which is the date that is the first Business Day that is thirty (30) days after service of this notice (the "**Administrative Claims Bar Date**"); *provided*, that the foregoing shall not apply to Holders of Claims under section 503(b)(1)(D) of the Bankruptcy Code, the Bankruptcy Court or U.S. Trustee as the Holders of Administrative Claims, or Holders of Administrative Claims arising under section 503(b)(9) of the Bankruptcy Code (filing procedures for the latter of which are set forth in the Claims Bar Date Order). Holders of Administrative Claims that are required to File and serve a request for payment of such Administrative Claims that do not File and serve such a request by the Administrative Claims Bar Date shall be forever barred, estopped and enjoined from asserting such Administrative Claims against the Debtors and their respective Estates and property as of the Effective Date, absent order of the Bankruptcy Court to the contrary. Nothing in Article II.A of the Plan shall limit, alter, or impair the terms and conditions of the Claims Bar Date Order with respect to the Claims Bar Date for Filing administrative expense claims arising under section 503(b)(9) of the Bankruptcy Code. Objections to such requests for Administrative Claims must be Filed and served on the Plan Administrator and the requesting party by the later of (a) one hundred and twenty (120) days after the Effective Date and (b) sixty (60) days after the Filing of the applicable request for payment of Administrative Claims, if applicable, as the same may be modified or extended from time to time by Final Order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that Article VI of the Plan provides that, except as otherwise provided in the Plan, the Debtors shall be deemed to have rejected all Executory Contracts and Unexpired Leases as of the Effective Date that (i) have not been previously rejected, assumed, or assumed and assigned, including in connection with the Sale Transaction, and are not the subject of a pending motion or notice to reject, assume, or assume and assign as of the Effective Date, (ii) do not fall within the definition of the Chubb Insurance Program, (iii) are not identified on the Schedule of Assumed Contracts Filed with the Plan Supplement, and (iv) have not expired under their own terms prior to the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that all Claims arising from the rejection of Executory Contracts or Unexpired Leases under the Plan must be Filed with the Balloting Agent and served upon the Plan Administrator and counsel for the Post-Effective Date Debtors, as

applicable, no later than thirty (30) days after service of this notice, *provided*, that the foregoing deadline shall apply only to Executory Contracts or Unexpired Leases that are rejected automatically by operation of Article VI.A of the Plan, and the deadline for filing any rejection damage Claims relating to any Executory Contracts or Unexpired Leases rejected pursuant to separate Court order shall be the applicable deadline under such order, or if such order does not include such deadline, then the deadline under the Claims Bar Date Order.  Any Claim arising from the rejection of Executory Contracts or Unexpired Leases that becomes an Allowed Claim is classified and shall be treated as a General Unsecured Claim against the applicable Debtor.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you filed a request for notice under Bankruptcy Rule 2002 prior to the Effective Date, you must file a renewed request with the Bankruptcy Court after the Effective Date to receive documents pursuant to Bankruptcy Rule 2002 after the date hereof.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, the Plan Supplement, and all pleadings and orders of the Bankruptcy Court are publicly available on the Debtors' case management website, located at https://dm.epiq11.com/LBDWindDown, or, for a charge, on the Bankruptcy Court's electronic docket for the Debtors' Chapter 11 Cases, located at http://www.deb.uscourts.gov (a PACER login and password are required), or by contacting the Voting Agent at LBDWindDown@epiqglobal.com, (855) 907-2103 (domestic toll-free) or (503) 597-7674 (international), or LBD Winddown, LLC – Ballot Processing, c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights.  You are encouraged to review the Plan and the Confirmation Order in their entirety.

27414504.1

| | |
|---|---|
| Dated: December 2, 2020<br>Wilmington, Delaware | */s/ Joseph M. Mulvihill*<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Joseph M. Mulvihill (No. 6061)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:   mnestor@ycst.com<br>            kcoyle@ycst.com<br>            jmulvihill@ycst.com |

- and -

**LATHAM & WATKINS LLP**
George A. Davis (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:   george.davis@lw.com
            jon.weichselbaum@lw.com
            brian.rosen@lw.com

-and-

Ted A. Dillman (admitted *pro hac vice*)
Christina M. Craige (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:   ted.dillman@lw.com
            chris.craige@lw.com

*Counsel for Debtors and Debtors in Possession*